IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., AND NORTON (WATERFORD) LTD.,<br><br>PLAINTIFFS,<br><br>V.<br><br>CIPLA LTD, AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA, INC., and AUROLIFE PHARMA LLC, DEFENDANTS | Consolidated Civil Action No. 2:20-CV-10172-MCA-MAH |

### DECLARATION OF KAREN M. CASSIDY IN SUPPORT OF DEFENDANTS OPENING CLAIM CONSTRUCTION BRIEF

I, Karen M. Cassidy, declare under penalty of perjury that the following is true and correct:

1. I am an attorney with the law firm Knobbe, Martens, Olson & Bear, L.L.P. and represent Cipla Ltd. ("Cipla") in the above-captioned case. I make this declaration based on my own personal knowledge of the facts stated herein and submit this declaration in support of Defendants Cipla and Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC's Opening Claim Construction Brief.

2. Attached hereto as **Exhibit 1** is a true and correct copy of U.S. Patent No. 9,463,289.

3. Attached hereto as **Exhibit 2** is a true and correct copy of U.S. Patent No. 9,808,587.

4. Attached hereto as **Exhibit 3** is a true and correct copy of U.S. Patent No. 10,086,156.

5. Attached hereto as **Exhibit 4** is a true and correct copy of U.S. Patent No. 10,561,808.

6. Attached hereto as **Exhibit 5** is a true and correct copy of U.S. Patent No. 10,695,512.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a March 7, 2016 Office Action Response from the '289 Patent Prosecution History.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a May 20, 2016 Notice of Allowance from the '289 Patent Prosecution History.

9. Attached hereto as **Exhibit 8** is a true and correct copy of WO 2007/124406.

10. Attached hereto as **Exhibit 9** is a true and correct copy of a May 31, 2018 Notice of Allowance from the '156 Patent Prosecution History.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a September 28, 2016 Office Action Response from the prosecution history of U.S. Patent 9,533,111.

12. Attached hereto as **Exhibit 11** is a true and correct copy of a April 20, 2017 Office Action Response from the '156 Patent Prosecution History.

13. Attached hereto as **Exhibit 12** is a true and correct copy of a June 18, 2021 Letter from Plaintiffs.

14. Attached hereto as **Exhibit 13** is a true and correct copy of U.S. Patent Application No. 2012/0006322.

15. Attached hereto as **Exhibit 14** is a true and correct copy of a February 24, 2020 Notice of Allowance from the '512 Patent Prosecution History.

16. Attached hereto as **Exhibit 15** is a true and correct copy of a September 9, 2016 Office Action Response from the '156 Patent Prosecution History.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on August 6, 2021, in Irvine, California.

<u>/s/ Karen M. Cassidy</u>
Karen M. Cassidy
