# EXHIBIT 11

**RIVKIN RADLER LLP**
Gregory D. Miller
Gene Y. Kang
25 Main Street, Suite 501
Court Plaza North
Hackensack, NJ 07601-7021
Telephone: (201) 287-2460
Facsimile: (201) 4890495
Email: Gregory.miller@rivkin.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., AND NORTON (WATERFORD) LTD.,<br><br>PLAINTIFFS,<br><br>V.<br><br>CIPLA LTD, AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA, INC., AND AUROLIFE PHARMA LLC, DEFENDANTS. | Consolidated Civil Action No. 2:20-CV-10172-MCA-MAH |

### DEFENDANTS' PRELIMINARY CLAIM CONSTRUCTIONS AND SUPPORTING EVIDENCE PURSUANT TO L. PAT. R. 4.2

Pursuant to Local Patent Rules 4.2(a)-(b) and the Court's February 4, 2021 Amended Pretrial Scheduling Order (D.I. 41), Defendants Cipla Ltd. ("Cipla") and Aurobindo Pharma Ltd. Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC ("Aurobindo") (collectively, "Defendants") provide their preliminary proposed claim constructions and supporting evidence for certain terms of the asserted claims of U.S. Patent Nos. 9,463,289; 9,808,587; 10,086,156;

10,561,808; and 10,695,512 (collectively, "the Patents-in-Suit").[1]  This disclosure of preliminary proposed constructions and supporting evidence is based on information presently available to, and known by, Defendants.  Defendants note that, as of this date, Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc. and Norton (Waterford) Ltd. (collectively "Plaintiffs") have not completed their production of documents and other discoverable information.

Defendants reserve the right to, inter alia, correct, modify, amend, and/or supplement its disclosure of preliminary proposed constructions and supporting evidence as the case proceeds, including, but not limited to, in response to Plaintiffs' proposed claim construction(s), Plaintiffs' identification and/or designation of intrinsic or extrinsic evidence, or the parties' L. Pat. R. 4.2(d) meet and confer conference.

To the extent a preliminary construction for a claim term is not being proposed herein, Defendants understand that the term should be given its plain and ordinary meaning to a person of ordinary skill in the art at the relevant time, and therefore no construction by the Court is necessary at this time. To the extent that Plaintiffs propose a construction for a term that differs from Defendants' understanding of the plain and ordinary meaning of such term, Defendants reserve the right to offer alternative constructions. To the extent Plaintiffs propose a construction for any portion of any claim term identified herein, Defendants reserve the right to propose separate constructions for such portions of such claim terms in addition to, or in the alternative to, the preliminary proposed constructions set forth herein. Additionally, to the extent Defendants propose

---

[1] Plaintiffs have requested that Defendants stipulate to the dismissal of U.S. Patent Nos. 10,022,509 and 10,022,510 (collectively, "the Tape Patents").  Stipulations between Aurobindo and Plaintiffs and Cipla and Plaintiffs have been filed dismissing these patents.  Dkt. Nos. 89 and 90.  However, the Court has not yet entered the stipulations.  Defendants reserve the right to identify terms from the Tape Patents and offer constructions for any such terms if the patents are not dismissed from the case.

a construction herein, including the plain and ordinary meaning, of a claim term identified by any party for construction, Defendants do so without prejudice to (and in the alternative to) any indefiniteness defense, under 35 U.S.C. § 112. To the extent Plaintiffs cite to evidence, either intrinsic or extrinsic, in support of Plaintiffs' proposed constructions or in opposition to Defendants' proposed constructions, Defendants reserve the right to rely on any such evidence, both in support of Defendants' proposed constructions or in opposition to Plaintiffs' proposed constructions.

Defendants reserve the right to amend and/or supplement this disclosure. Furthermore, Defendants reserve the right to amend and/or supplement this disclosure when and if additional information becomes available and/or in the event it appears that the parties' understandings of the plain and ordinary meaning of any term are materially different. Defendants further reserve the right to raise any and all issues regarding claim construction during the course of this litigation and/or on appeal should it appear that the parties' understandings of the plain and ordinary meaning of any term in the asserted claims are materially different.

Defendants disclose the following preliminary proposed constructions and supporting evidence:

| Claim Term | Asserted Claims Reciting Term | Defendants' Proposed Construction | Defendants' Evidence[2] | |
|---|---|---|---|---|
| "actuation member" | '289 Patent: 1, 3<br><br>'587 Patent: 1, 3, 11, 12, 13<br><br>'156 Patent: 13 | "pin arranged to engage with a medicament canister and effect movement causing the dose counter to record a count" | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to:<br>• 5:26-34<br>• 6:30-33<br>• 7:20-30<br>• 12:18-23<br>• 12:38-13:2<br>• 13:14-19<br>• 14:40-15:32<br>• 15:49-53<br>• 16:9-14<br>• Figs. 10C-10E | **Extrinsic Evidence:**<br><br>Dictionary of Mechanical Engineering, 4th Edition, G.H.F. Nayler, George Newnes Ltd, 1996 ("actuator") at 3.<br><br>New Oxford American Dictionary, 3rd Edition, Stevenson and Lindeberg, Oxford University Press, Inc., 2010 ("actuate') at 16.<br><br>Plaintiffs' Responses to Invalidity Contentions.<br><br>Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions.<br><br>Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the other patent specification, other |

---

[2] As the Patents-in-Suit all share a specification, citations to the specification in this chart are to U.S. Patent No. 9,463,289

| Claim Term | Asserted Claims Reciting Term | Defendants' Proposed Construction | Defendants' Evidence[2] | |
|---|---|---|---|---|
| | | | | intrinsic evidence, and the parties' extrinsic evidence. |
| "inner wall" | '289 Patent: 1<br><br>'587 Patent: 1, 12, 13 | "interior wall of the canister housing" | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to:<br>• 12:29-37<br>• Fig. 2<br>• Fig. 7D | **Extrinsic Evidence:**<br><br>Plaintiffs' Responses to Invalidity Contentions.<br><br>Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions.<br><br>Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the patent specification, other intrinsic evidence, and the parties' extrinsic evidence. |
| "cannister support formation" | '289 Patent: 1, 4<br><br>'587 Patent: 1, 4 | "structure for preventing medicament canister rocking" | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to:<br>• 6:44-46<br>• 15:33-16:3<br>• Figs. 7C-7D | **Extrinsic Evidence:**<br><br>Plaintiffs' Responses to Invalidity Contentions.<br><br>Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions. |

| Claim Term | Asserted Claims Reciting Term | Defendants' Proposed Construction | Defendants' Evidence[2] |
|---|---|---|---|
| | | | Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the patent specification, other intrinsic evidence, and the parties' extrinsic evidence. |
| "[lying or lie] in a common plane coincident with the longitudinal axis X" | '289 Patent:  1<br><br>'587 Patent: 1, 21, 22 | "aligned in a single plane such that a straight line can be drawn though the center of the central outlet port, a [canister support formation as construed by Defendants] located directly adjacent to the [actuation member as construed by Defendants], and the [actuation member as construed by Defendants]" | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to:<br>• 6:50-58<br><br>'289 Patent File History generally, including but not limited to:<br>• March 7, 2016 Office Action Response at 6 | **Extrinsic Evidence:**<br><br>Plaintiffs' Responses to Invalidity Contentions.<br><br>Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions.<br><br>Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the patent specification, other intrinsic evidence, and the parties' extrinsic evidence. |

| Claim Term | Asserted Claims Reciting Term | Defendants' Proposed Construction | Defendants' Evidence[2] | |
|---|---|---|---|---|
| "the inner wall through which a portion of the actuation member extends" | '289 Patent: 3<br><br>'587 Patent: 3, 13 | "the interior wall of the canister housing through which a portion of the [actuation member as construed by Defendants] extends" | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to:<br>• 12:38-53<br>• Figs. 7B-7D | **Extrinsic Evidence:**<br><br>Plaintiffs' Responses to Invalidity Contentions.<br><br>Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions.<br><br>Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the patent specification, other intrinsic evidence, and the parties' extrinsic evidence. |
| "positioned at opposite ends of the inside surface of the main body to face each other" | '289 Patent: 7<br><br>'587 Patent: 7, 18 | "positioned directly across from one another such that a straight line can be drawn from one support rail through the center of the longitudinal axis X to the facing support rail" | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to:<br>• Fig. 2<br>• Figs. 7B-7D<br><br>'289 Patent File History generally, including but not limited to:<br>• March 7, 2016 Office Action Response at 6 | **Extrinsic Evidence:**<br><br>New Oxford American Dictionary, 3rd Edition, Stevenson and Lindeberg, Oxford University Press, Inc., 2010 ("end") at 572.<br><br>New Oxford American Dictionary, 3rd Edition, Stevenson and Lindeberg, Oxford University Press, |

| Claim Term | Asserted Claims Reciting Term | Defendants' Proposed Construction | Defendants' Evidence[2] | |
|---|---|---|---|---|
| | | | | Inc., 2010 ("opposite") at 1231.<br><br>Plaintiffs' Responses to Invalidity Contentions.<br><br>Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions.<br><br>Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the patent specification, other intrinsic evidence, and the parties' extrinsic evidence. |
| "protects against [unwanted actuation of the dose counter/dose count errors] by reducing rocking of the medicament canister relative | '289 Patent: 1<br><br>'587 Patent: 1, 12 | "prevents the medicament canister from changing the height of the [actuation member as construed by Defendants] sufficiently to result in an unwanted dose count, where such change in height is caused by back and forth movement of the medicament canister relative | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to:<br>• 15:33-53<br>'289 Patent File History generally, including but not limited to:<br>• March 7, 2016 Office Action Response at 5-6 | **Extrinsic Evidence:**<br><br>Plaintiffs' Responses to Invalidity Contentions.<br><br>Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions. |

| Claim Term | Asserted Claims Reciting Term | Defendants' Proposed Construction | Defendants' Evidence[2] | |
|---|---|---|---|---|
| to the main body of the inhaler" | | to the main body of the inhaler" | • November 4, 2015 Office Action Response at 6-7<br>• May 20, 2016 Notice of Allowance | Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the patent specification, other intrinsic evidence, and the parties' extrinsic evidence. |
| "canister housing" | '289 Patent: 1<br><br>'587 Patent: 1 | "portion of the body into which a medicament canister is inserted" | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to:<br>• 7:7-10<br>• Fig. 1<br>• Fig. 7A | **Extrinsic Evidence:**<br><br>Plaintiffs' Responses to Invalidity Contentions.<br><br>Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions.<br><br>Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the patent specification, other intrinsic evidence, and the parties' extrinsic evidence. |

| Claim Term | Asserted Claims Reciting Term | Defendants' Proposed Construction | Defendants' Evidence[2] | |
|---|---|---|---|---|
| "main surface of the inner wall" | '289 Patent: 1<br><br>'587 Patent: 1 | "Surface of the [inner wall as construed by Defendants] surrounding the medicament canister" | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to:<br>• Fig. 1<br>• Fig. 7C | **Extrinsic Evidence:**<br><br>Plaintiffs' Responses to Invalidity Contentions.<br><br>Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions.<br><br>Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the patent specification, other intrinsic evidence, and the parties' extrinsic evidence. |
| "aperture" | '289 Patent: 3<br><br>'587 Patent: 3<br><br>'512 Patent: 1 | "hole" | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to:<br>• Fig. 6B<br>• Figs. 7B-7D<br>• Figs. 8A-B | **Extrinsic Evidence:**<br><br>Plaintiffs' Responses to Invalidity Contentions.<br><br>Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions. |

| Claim Term | Asserted Claims Reciting Term | Defendants' Proposed Construction | Defendants' Evidence[2] | |
|---|---|---|---|---|
| | | | | Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the patent specification, other intrinsic evidence, and the parties' extrinsic evidence. |
| "step formed thereon" | '289 Patent: 5<br><br>'587 Patent: 5 | "A stepwise increase in the extent to which the support rail extends inwardly" | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to:<br>• 15:33-16:3<br>• Fig. 7C | **Extrinsic Evidence:**<br><br>Plaintiffs' Responses to Invalidity Contentions.<br><br>Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions.<br><br>Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the patent specification, other intrinsic evidence, and the parties' extrinsic evidence. |

| Claim Term | Asserted Claims Reciting Term | Defendants' Proposed Construction | Defendants' Evidence[2] | |
|---|---|---|---|---|
| "inside surface" | '289 Patent: 4<br><br>'587 Patent: 4 | "interior surface of the canister housing" | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to:<br>• Fig. 1<br>• Fig. 7C | **Extrinsic Evidence:**<br><br>Plaintiffs' Responses to Invalidity Contentions.<br><br>Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions.<br><br>Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the patent specification, other intrinsic evidence, and the parties' extrinsic evidence. |
| "body" | '156 Patent: 1 | "body" (plain meaning) | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to:<br>• 6:24-43<br>• Fig. 1<br>• Figs. 8A, 8D | **Extrinsic Evidence:**<br><br>Plaintiffs' Responses to Invalidity Contentions.<br><br>Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions. |

| Claim Term | Asserted Claims Reciting Term | Defendants' Proposed Construction | Defendants' Evidence[2] | |
|---|---|---|---|---|
| | | | | Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the patent specification, other intrinsic evidence, and the parties' extrinsic evidence. |
| "ratchet wheel" | '156 Patent: 1, 9, 12 | "a notched or toothed wheel either held in place or turned by engaging a pawl" | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to:<br>• Fig. 6D | **Extrinsic Evidence:**<br><br>Dictionary of Mechanical Engineering, 4th Edition, G.H.F. Nayler, George Newnes Ltd, 1996 ("ratchet wheel") at 310.<br><br>New Oxford American Dictionary, 3rd Edition, Stevenson and Lindeberg, Oxford University Press, Inc., 2010 ("ratchet wheel") at 1447.<br><br>Plaintiffs' Responses to Invalidity Contentions.<br><br>Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions. |

| Claim Term | Asserted Claims Reciting Term | Defendants' Proposed Construction | Defendants' Evidence[2] | |
|---|---|---|---|---|
| | | | | Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the patent specification, other intrinsic evidence, and the parties' extrinsic evidence. |
| "actuator" | '156 Patent: 1, 2, 12<br><br>'512 Patent: 1, 5 | "structure arranged to effect movement" | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to:<br>• 5:26-34<br>• 6:30-33<br>• 7:20-30<br>• 12:18-23<br>• 12:38-13:2<br>• 13:14-19<br>• 14:40-15:32<br>• 15:49-53<br>• 16:9-14<br>• Figs. 10C-10E | **Extrinsic Evidence:**<br><br>Dictionary of Mechanical Engineering, 4th Edition, G.H.F. Nayler, George Newnes Ltd, 1996 ("actuator") at 3.<br><br>New Oxford American Dictionary, 3rd Edition, Stevenson and Lindeberg, Oxford University Press, Inc., 2010 ("actuate') at 16.<br><br>Plaintiffs' Responses to Invalidity Contentions.<br><br>Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions. |

| Claim Term | Asserted Claims Reciting Term | Defendants' Proposed Construction | Defendants' Evidence[2] | |
|---|---|---|---|---|
| | | | | Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the patent specification, other intrinsic evidence, and the parties' extrinsic evidence. |
| "actuation pawl arranged to engage with a first tooth of the ratchet wheel" | '156 Patent: 1 | "structure, integral with or connected to the [actuator as construed by Defendants], adapted to engage with a tooth of the [ratchet wheel as construed by Defendants], driven by movement of the [actuator as construed by Defendants]" | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to:<br>• 5:26-34<br>• 6:30-33<br>• 7:20-30<br>• 12:18-23<br>• 12:38-13:2<br>• 13:14-19<br>• 14:40-15:32<br>• 15:49-53<br>• 16:9-14<br>• Figs. 10C-10E | **Extrinsic Evidence:**<br><br>Plaintiffs' Responses to Invalidity Contentions.<br><br>Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions.<br><br>Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the patent specification, other intrinsic evidence, and the parties' extrinsic evidence. |

| Claim Term | Asserted Claims Reciting Term | Defendants' Proposed Construction | Defendants' Evidence[2] | |
|---|---|---|---|---|
| "count pawl" | '156 Patent: 1, 9 | "structure, separate from the [actuation pawl as construed by Defendants], adapted to engage with a second tooth of the [ratchet wheel as construed by Defendants], past which the second tooth of the [ratchet wheel as construed by Defendants] must rotate in order to register a count" | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to:<br>• 13:40-15:32<br>• 14:60-15:3<br>• Figs. 6D, 6G<br>• Figs. 10A-10F | **Extrinsic Evidence:**<br><br>Plaintiffs' Responses to Invalidity Contentions.<br><br>Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions.<br><br>Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the patent specification, other intrinsic evidence, and the parties' extrinsic evidence. |
| "associated with" | '156 Patent: 1 | "associated with" (plain meaning) | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to:<br>• 13:40-15:32<br>• 14:60-15:3<br>• Figs. 6D, 6G<br>• Figs. 10A-10F | **Extrinsic Evidence:**<br><br>Plaintiffs' Responses to Invalidity Contentions.<br><br>Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions.<br><br>Expert opinions and/or testimony regarding how a person of ordinary skill in |

| Claim Term | Asserted Claims Reciting Term | Defendants' Proposed Construction | Defendants' Evidence[2] | |
|---|---|---|---|---|
| | | | | the art would understand the meaning of this term based on the disclosures in the patent specification, other intrinsic evidence, and the parties' extrinsic evidence. |
| "first reset position" | '156 Patent: 1 | "configuration in which the [actuator pawl as construed by Defendants] is above the [datum plane as construed by Defendants], but closer to the [datum plane as construed by Defendants] than in the [start configuration as construed by Defendants], and is just engaged with one of a tooth of the [ratchet wheel as construed by Defendants]" | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to:<br>• 13:40-15:32<br>• Figs. 10A-10F<br><br>'156 Patent File History generally including but not limited to:<br>• August 22, 2017 Office Action Response at 5-8<br>• April 20, 2017 Office Action Response at 5-9<br>• September 9, 2016 Office Action Response at 5-9 | **Extrinsic Evidence:**<br><br>Plaintiffs' Responses to Invalidity Contentions.<br><br>Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions.<br><br>Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the patent specification, other intrinsic evidence, and the parties' extrinsic evidence. |
| "canister fire sequence" | '156 Patent: 1 | "process of ejecting medicament from an inhaler where the [actuator pawl as construed by Defendants] | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to: | **Extrinsic Evidence:**<br><br>New Oxford American Dictionary, 3rd Edition, |

| Claim Term | Asserted Claims Reciting Term | Defendants' Proposed Construction | Defendants' Evidence[2] | |
|---|---|---|---|---|
| | | follows a particular sequence of movement from the start configuration to the [reset configuration as construed by Defendants], to the [fire configuration as construed by Defendants], to the [count configuration as construed by Defendants], before returning to the start configuration upon release of pressure on the canister, where in the start configuration, prior to depression of the canister, the [count pawl as construed by Defendants] is engaged with a tooth of the [ratchet wheel as construed by Defendants] and the [actuator pawl as construed by Defendants] is spaced from the [ratchet wheel as construed by Defendants]." | • 13:40-15:32<br>• Figs. 10A-10F<br><br>'156 Patent File History generally including but not limited to:<br>• August 22, 2017 Office Action Response at 5-8<br>• April 20, 2017 Office Action Response at 5-9<br>• September 9, 2016 Office Action Response at 5-9 | Stevenson and Lindeberg, Oxford University Press, Inc., 2010 ("sequence") at 1593<br><br>Plaintiffs' Responses to Invalidity Contentions.<br><br>Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions.<br><br>Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the patent specification, other intrinsic evidence, and the parties' extrinsic evidence. |
| "canister fire configuration" | '156 Patent: 1, 2 | "configuration in which the [actuator pawl as construed by Defendants] is lower than in the [first reset position as construed by Defendants] and below the [datum plane as | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to:<br>• 13:40-15:32<br>• Figs. 10A-10F | **Extrinsic Evidence:**<br><br>Plaintiffs' Responses to Invalidity Contentions. |

| Claim Term | Asserted Claims Reciting Term | Defendants' Proposed Construction | Defendants' Evidence[2] | |
|---|---|---|---|---|
| | | construed by Defendants] and the medicament is ejected" | '156 Patent File History generally including but not limited to:<br>• August 22, 2017 Office Action Response at 5-8<br>• April 20, 2017 Office Action Response at 5-9<br>• September 9, 2016 Office Action Response at 5-9 | Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions.<br><br>Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the patent specification, other intrinsic evidence, and the parties' extrinsic evidence. |
| "count configuration" | '156 Patent: 1 | "configuration in which the [actuator pawl as construed by Defendants] is further below the [datum plane as construed by Defendants] than when in the [canister fire position as construed by Defendants] and the dose counter has counted one dose" | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to:<br>• 13:40-15:32<br>• Figs. 10A-10F<br><br>'156 Patent File History generally including but not limited to:<br>• August 22, 2017 Office Action Response at 5-8<br>• April 20, 2017 Office Action Response at 5-9<br>• September 9, 2016 Office Action Response at 5-9 | **Extrinsic Evidence:**<br><br>Plaintiffs' Responses to Invalidity Contentions.<br><br>Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions.<br><br>Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the patent specification, other |

| Claim Term | Asserted Claims Reciting Term | Defendants' Proposed Construction | Defendants' Evidence[2] | |
|---|---|---|---|---|
| | | | | intrinsic evidence, and the parties' extrinsic evidence. |
| "datum plane which passes through a shoulder of a valve stem block configured to receive the medicament canister" | '156 Patent: 1 | "plane or line passing through the bottom surface of a structure into which the valve stem of a medicament canister is inserted, wherein the bottom surface is where the valve stem block meets a passageway to a nozzle for directing the canister contents towards an air outlet" | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to:<br>• 1:41-48<br>• 12:23-29<br>• 13:40-15:32<br>• Fig. 3A<br>• Fig. 9<br><br>'156 Patent File History generally including but not limited to:<br>• May 31, 2018 Notice of Allowance<br>• March 13, 2018 Office Action Response at 6-7 | **Extrinsic Evidence:**<br><br>Plaintiffs' Responses to Invalidity Contentions.<br><br>Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions.<br><br>Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the patent specification, other intrinsic evidence, and the parties' extrinsic evidence. |
| "the body" | '156 Patent: 12 | This term is indefinite. | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to:<br>• Claim 12 | **Extrinsic Evidence:**<br><br>Plaintiffs' Responses to Invalidity Contentions.<br><br>Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions. |

| Claim Term | Asserted Claims Reciting Term | Defendants' Proposed Construction | Defendants' Evidence[2] | |
|---|---|---|---|---|
| | | | | Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the patent specification, other intrinsic evidence, and the parties' extrinsic evidence. |
| "wall surfaces separating the canister-receiving portion and the counter chamber" | '156 Patent: 12<br><br>'512 Patent: 2, 3 | "wall extending inwardly from the interior surface of the canister housing and separating a canister-receiving portion from the [dose counter chamber as construed by Defendants]" | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to:<br>• 12:38-53<br>• Figs. 7B-7D | **Extrinsic Evidence:**<br><br>Plaintiffs' Responses to Invalidity Contentions.<br><br>Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions.<br><br>Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the patent specification, other intrinsic evidence, and the parties' extrinsic evidence. |

| Claim Term | Asserted Claims Reciting Term | Defendants' Proposed Construction | Defendants' Evidence[2] | |
|---|---|---|---|---|
| "separate counter chamber" / "dose counter chamber" | '156 Patent: 12

'512 Patent: 2, 3 | "enclosed space or cavity containing the dose counter separated from the canister-receiving portion" / "enclosed space or cavity containing the dose counter" | **Intrinsic Evidence:**

Patents-in-Suit generally, including but not limited to:
• 12:38-53
• Figs. 7B-7D | **Extrinsic Evidence:**

New Oxford American Dictionary, 3rd Edition, Stevenson and Lindeberg, Oxford University Press, Inc., 2010 ("chamber") at 287.

Plaintiffs' Responses to Invalidity Contentions.

Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions.

Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the patent specification, other intrinsic evidence, and the parties' extrinsic evidence. |
| "counter display arranged to indicate dosage information" | '808 Patent: 1 | "structure displaying the total number of doses remaining in a medicament canister" | **Intrinsic Evidence:**

Patents-in-Suit generally, including but not limited to:
• 13:14-16 | **Extrinsic Evidence:**

Plaintiffs' Responses to Invalidity Contentions. |

| Claim Term | Asserted Claims Reciting Term | Defendants' Proposed Construction | Defendants' Evidence[2] | |
|---|---|---|---|---|
| | | | • 17:7-10<br>• 21:1-4<br><br>Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions.<br><br>Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the patent specification, other intrinsic evidence, and the parties' extrinsic evidence. | |
| "first direction" | '808 Patent: 1 | "single direction" | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to:<br>• 2:65-67<br>• 3:47-56<br>• 5:35-38<br>• 8:54-67<br>• 13:10-22<br>• 16:28-53 | **Extrinsic Evidence:**<br><br>Plaintiffs' Responses to Invalidity Contentions.<br><br>Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions.<br><br>Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the patent specification, other |

| Claim Term | Asserted Claims Reciting Term | Defendants' Proposed Construction | Defendants' Evidence[2] | |
|---|---|---|---|---|
| | | | | intrinsic evidence, and the parties' extrinsic evidence. |
| "first station" | '808 Patent: 1 | "first structure on which the [counter display as construed by Defendants] is located" | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to:<br>• 2:65-67<br>• 3:47-56<br>• 5:35-38<br>• 8:54-67<br>• 13:10-22<br>• 16:28-53 | **Extrinsic Evidence:**<br><br>Plaintiffs' Responses to Invalidity Contentions.<br><br>Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions.<br><br>Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the patent specification, other intrinsic evidence, and the parties' extrinsic evidence. |
| "second station" | '808 Patent: 1 | "second structure, separate from the first structure, to which the [counter display as construed by Defendants] is moved" | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to:<br>• 2:65-67<br>• 3:47-56<br>• 5:35-38<br>• 8:54-67 | **Extrinsic Evidence:**<br><br>Plaintiffs' Responses to Invalidity Contentions. |

| Claim Term | Asserted Claims Reciting Term | Defendants' Proposed Construction | Defendants' Evidence[2] | |
|---|---|---|---|---|
| | | | • 13:10-22<br>• 16:28-53 | Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions.<br><br>Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the patent specification, other intrinsic evidence, and the parties' extrinsic evidence. |
| "regulator" | '808 Patent: 1, 27 | "structure configured to prevent unwanted movement" | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to:<br>• 2:51-53<br>• 3:3-7<br>• 4:39-45<br>• 19:1-20:13 | **Extrinsic Evidence:**<br><br>Plaintiffs' Responses to Invalidity Contentions.<br><br>Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions.<br><br>Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the patent specification, other |

| Claim Term | Asserted Claims Reciting Term | Defendants' Proposed Construction | Defendants' Evidence[2] | |
|---|---|---|---|---|
| | | | | intrinsic evidence, and the parties' extrinsic evidence. |
| "regulate motion of the counter display" | '808 Patent: 1 | "prevent unwanted movement of the counter display" | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to:<br>• 2:51-53<br>• 3:3-7<br>• 4:39-45<br>• 19:1-20:13 | **Extrinsic Evidence:**<br><br>Plaintiffs' Responses to Invalidity Contentions.<br><br>Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions.<br><br>Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the patent specification, other intrinsic evidence, and the parties' extrinsic evidence. |
| "chassis" | '512 Patent: 1 | "supporting frame or structure having a first shaft and second shaft" | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to:<br>• 13:3-9<br>• Fig. 4A<br>• Figs. 6A-6G | **Extrinsic Evidence:**<br><br>Plaintiffs' Responses to Invalidity Contentions.<br><br>Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions. |

| Claim Term | Asserted Claims Reciting Term | Defendants' Proposed Construction | Defendants' Evidence[2] | |
|---|---|---|---|---|
| | | | | Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the patent specification, other intrinsic evidence, and the parties' extrinsic evidence. |
| "pins" | '512 Patent:  1 | "small shafts" | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to:<br>• Figs. 8A-8B | **Extrinsic Evidence:**<br><br>Plaintiffs' Responses to Invalidity Contentions.<br><br>Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions.<br><br>Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the patent specification, other intrinsic evidence, and the parties' extrinsic evidence. |

| Claim Term | Asserted Claims Reciting Term | Defendants' Proposed Construction | Defendants' Evidence[2] | |
|---|---|---|---|---|
| "a pin or aperture heat staked to a respective aperture or pin" | '512 Patent: 1 | "a [pin as construed by Defendants] and [aperture as construed by Defendants] joined together using heat to deform the [pin as construed by Defendants]" | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to:<br>• 7:61-8:4<br>• 8:12-18<br>• 16:54-66<br><br>U.S. Patent No. 9,533,111 File History generally, including but not limited to:<br>• July 12, 2016 Office Action at 2-4<br>• September 28, 2016 Office Action Response at 3-4<br>• October 13, 2016 Notice of Allowance | **Extrinsic Evidence:**<br><br>U.S. Patent Application No. 2012/0006322.<br><br>Plastics Engineering Handbook, 4th Edition, Frados, Joel, Van Nostrand Reihold Co., 1976 at 808-809.<br><br>Decoration and Assembly of Plastic Parts, Edward A. Muccio, ASM International, 1999 at 100-109.<br><br>Plastic Part Technology, Edward A Muccio, ASM International, 1991 at 266.<br><br>Handbook of Plastics Joining, 2nd Edition, Michael J. Troughton, William Andrew Inc., 2008 at 195-200.<br><br>U.S. Patent No. 6,296,470.<br><br>U.S. Patent No. 5,095,606.<br><br>U.S. Patent No. 4,767,298. |

| Claim Term | Asserted Claims Reciting Term | Defendants' Proposed Construction | Defendants' Evidence[2] | |
|---|---|---|---|---|
| | | | | Plaintiffs' Responses to Invalidity Contentions.<br><br>Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions.<br><br>Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the patent specification, other intrinsic evidence, and the parties' extrinsic evidence. |
| "different sides" | '512 Patent: 1 | "distinct surfaces where each the pin/aperture of the chassis connects to a different face of the body" | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to:<br>• Figs. 6A-6B<br>• Figs. 8A-8C<br><br>'512 Patent File History generally, including but not limited to:<br>• February 24, 2020 Notice of Allowance | **Extrinsic Evidence:**<br><br>U.S. Patent Application No. 2012/0006322<br><br>Plaintiffs' Responses to Invalidity Contentions.<br><br>Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions. |

| Claim Term | Asserted Claims Reciting Term | Defendants' Proposed Construction | Defendants' Evidence[2] | |
|---|---|---|---|---|
| | | | U.S. Patent No. 9,533,111 File History generally, including but not limited to:<br>• July 12, 2016 Office Action<br>• September 28, 2016 Office Action Response<br>• October 13, 2016 Notice of Allowance | Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the patent specification, other intrinsic evidence, and the parties' extrinsic evidence. |
| "formed in the body" | '512 Patent: 2 | "a unified part of the body" | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to:<br>• 12:39-53<br>• Figs. 7C, 7D | **Extrinsic Evidence:**<br><br>New Oxford American Dictionary, 3rd Edition, Stevenson and Lindeberg, Oxford University Press, Inc., 2010 ("in") at 875-76<br><br>New Oxford American Dictionary, 3rd Edition, Stevenson and Lindeberg, Oxford University Press, Inc., 2010 ("formed") at 680-81.<br><br>Plaintiffs' Responses to Invalidity Contentions.<br><br>Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions. |

| Claim Term | Asserted Claims Reciting Term | Defendants' Proposed Construction | Defendants' Evidence[2] |
|---|---|---|---|
| | | | Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based on the disclosures in the patent specification, other intrinsic evidence, and the parties' extrinsic evidence. |
| "fixed to the body" | '512 Patent: 3 | "attached to the body and not readily removable" | **Intrinsic Evidence:**<br><br>Patents-in-Suit generally, including but not limited to:<br>• 8:23-27<br>• 16:66-17:3<br>• Figs. 8A-8D<br><br>**Extrinsic Evidence:**<br><br>New Oxford American Dictionary, 3rd Edition, Stevenson and Lindeberg, Oxford University Press, Inc., 2010 ("fixed") at 655.<br><br>Plaintiffs' Responses to Invalidity Contentions.<br><br>Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions.<br><br>Expert opinions and/or testimony regarding how a person of ordinary skill in the art would understand the meaning of this term based |

| Claim Term | Asserted Claims Reciting Term | Defendants' Proposed Construction | Defendants' Evidence[2] |
|---|---|---|---|
| | | | on the disclosures in the patent specification, other intrinsic evidence, and the parties' extrinsic evidence. |

*/s/ Karen M. Cassidy*

William O. Adams (*pro hac vice*)
Karen M. Cassidy (*pro hac vice*)
Brandon G. Smith  (*pro hac vice*)
**KNOBBE, MARTENS, OLSON & BEAR,
LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
Tel: (949) 760-0404
Fax: (949) 760-9502
William.Adams@knobbe.com
Karen.Cassidy@knobbe.com
Brandon.Smith@knobbe.com

William R. Zimmerman (*pro hac vice*)
**KNOBBE, MARTENS, OLSON & BEAR,
LLP**
1717 Pennsylvania Ave. N.W., Ste. 900
Washington D.C. 20006
202-640-6412 - Direct
Tel: (202) 640-6400
Fax: (202) 640-6401
Bill.Zimerman@knobbe.com

Joseph M. Reisman, Ph.D. (*pro hac vice*)
Ashley C. Morales (*pro hac vice*)
Mark Rubinshtein, Ph.D.  (*pro hac vice*)
**KNOBBE, MARTENS, OLSON & BEAR,
LLP**
3579 Valley Centre Dr., Suite 300
San Diego, CA 92130
Tel: (858) 707-4000
Fax: (858) 707-4001
Joseph.Reisman@knobbe.com
Ashley.Morales@knobbe.com
Mark.Rubinshtein@knobbe.com

Gregory D. Miller
Gene Y. Kang
**RIVKIN RADLER, LLP**
25 Main Street, Suite 501
Court Plaza North
Hackensack, NJ 07601-7021
Telephone: (201) 287-2460

|  | Facsimile: (201) 4890495<br>Email: Gregory.miller@rivkin.com<br><br>*Attorneys for Defendant/Counterclaimant Cipla Ltd.* |
|---|---|

| *Co-Counsel*<br><br>William D. Hare<br>McNeely Hare & War, LLP<br>5335 Wisconsin Avenue, NW, Suite 440<br>Washington, DC 20015<br>(202) 640-1801<br>bill@miplaw.com | */s/ Christopher Casieri*<br><hr>Christopher Casieri<br>McNeely, Hare & War, LLP<br>12 Roszel Road, Suite C104<br>Princeton, NJ 08540<br>(609) 731-3668<br>chris@miplaw.com<br><br>*Attorneys for Defendants/Counterclaimants Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., Aurolife Pharma LLC* |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2021, true and correct copies of the within document was

served on the following counsel of record at the addresses in the manner indicated:

**VIA EMAIL:**

| | |
|---|---|
| Liza M. Walsh<br>Katelyn O'Reilly<br>William T. Walsh, Jr.<br>WALSH PIZZI O'REILLY FALANGA LLP<br>100 Mulberry Street, 15th Floor<br>Newark, New Jersey 07102<br>(973) 757-1100<br>koreilly@thewalshfirm.com<br>wwalsh@walsh.law<br>lwalsh@walsh.law | David I. Berl<br>Elise M. Baumgarten<br>Kathryn S. Kayali<br>Ben Picozzi<br>Richard Leyva<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>(202) 434-5000<br>dberl@wc.com<br>eBaumgarten@wc.com<br>kKayali@wc.com<br>BPicozzi@wc.com<br>RLeyva@wc.com |

Dated:  May 21, 2021

_____

Peter Toller

# EXHIBIT 12

# Dictionary of Mechanical Engineering

## Fourth Edition

**G.H.F. Nayler**

MSc, CEng, MIMechE, MRAeS

Society of Automotive Engineers, Inc.

Warrendale, Pa.

Butterworth-Heinemann

Oxford    Boston    Johannesburg

Melbourne    New Delhi    Singapore

Copyright © 1967, 1975, 1985, 1996 G.H.F. Nayler          eISBN: 978-0-7680-6208-3

TEVAQVAR-00766422

First published by George Newnes Ltd, 1967
Second edition 1975
   reprinted 1978, 1981
Third edition 1985

Copyright © 1967, 1975, 1985, 1996 G.H.F. Nayler

Printed and bound in the United States of America.

---

Butterworth-Heinemann
Linacre House, Jordan Hill, Oxford OX2 8DP

A division of Reed Educational and Professional Publishing Ltd.
A member of the Reed Elsevier plc group

**British Library Cataloguing in Publication Data**
A catalogue record for this book is available from the British Library

Butterworth-Heinemann ISBN 0 7506 3009 4

All rights reserved. No part of this publication may be reproduced in any material form (including photo-copying or storing in any medium by electronic means and whether or not transiently or incidentally to some other use of this publication) without the written permission of the copyright holder except in accordance with the provisions of the Copyright Designs and Patents Act 1988 or under the terms of a license issued by the Copyright Licensing Agency Ltd, 90 Tottenham Court Road, London, England WIP 9HE. Applications for the copyright holder's written permission to reproduce any part of this publication should be addressed to the publishers.

---

Society of Automotive Engineers, Inc.
400 Commonwealth Drive, Warrendale, PA 15096-0001
Phone: (412) 776-4841     Fax: (412) 776-5760

**Library of Congress Cataloging-in-Publication Data**

Nayler, G. H. F.
    Dictionary of mechanical engineering / G.H.F. Nayler. -- 4th ed.
       p.   cm.
    ISBN 1-56091-754-7 (hardcover)
    1. Mechanical engineering--Dictionaries.  I. Title.
    TJ9.N28   1996
    621'.03--dc20                                  95-52297
                                                   CIP


SAE ISBN 1-56091-754-7

Permission to photocopy for internal or personal use, or the internal or personal use of specific clients, is granted by SAE for libraries and other users registered with the Copyright Clearance Center (CCC), provided that the base fee of $.50 per page is paid directly to CCC, 222 Rosewood Dr., Danvers, MA 01923.  Special requests should be addressed to the SAE Publications Group. 1-56091-754-7/96 $.50.

SAE Order No. R-156

TEVAQVAR-00766423

# Preface to First Edition

This dictionary has been compiled to cover the very large number of me-
chanical engineering terms in common use in a handy compact volume. The
term "mechanical engineering" has been interpreted as mainly the produc-
tion of, the means for, and the utilization of, mechanical power in engines,
transport and mechanisms. It has also been borne in mind that tools, and the
making of them, are of first importance, but in order to keep within certain
limits those tools that are used by hand have been omitted, except for one or
two rare exceptions.

As regards power, its production involves the design and construction of
many types of device to enable energy to be developed from fundamental
sources and then on to prime movers. As far as possible, terms likely to be
found in other dictionaries of the series have been omitted, except where the
application of a term is clearly common to more than one branch of engineer-
ing. Consequently, many fields allied to the mechanical engineering indus-
try, such as foundry practice, metallurgy, metrology and welding, all of which
are vital to the industry but are not in themselves mechanical, have been
given only minor attention.

In preparing a work of this kind it is necessary to consult many sources, since
the choice of clear and concise definitions is always a difficult task. The
selection of terms has been based mainly on the reading of current literature,
including the foremost engineering journals. Thus many well known but little
used terms may not be found. Terms printed in bold italics in the text indicate
entries that will provide the reader with additional information.

The illustrations are intended to help the less expert and are spread over the
large field of mechanical engineering, while avoiding intricate subjects which
are too complicated for simple line drawings.

TEVAQVAR-00766424

The authors are much indebted to Miss E. E. Metcalfe for her valuable assis-
tance in the preparation of the line drawings, and to the Publishers' staff* for
their helpful cooperation at all times during the passage of the dictionary
through the press.

**J.L. and G.H.F. Nayler**

\*George Newnes Ltd., London

iv

TEVAQVAR-00766425

# Preface to Fourth Edition

The dictionary has been further updated and enlarged while retaining practically all of its original contents. With the recent advances in very small size mechanical engineering, micromachining and nanotechnology have been included. Nomenclature used in the manufacture of composites has also been added. Terms which have their main usage on the North American Continent now receive more prominence than previously. Cross-references have always been given full and careful attention and, where relevant, the reader is guided, as in a thesaurus, to a term of opposite meaning.

Clear understandable terminology is essential to efficient, accurate and comprehensive information distribution and retrieval. It is hoped that this edition will further the above aims worldwide in the field of mechanical engineering.

v

TEVAQVAR-00766426

TEVAQVAR-00766427

# Acknowledgments

I am pleased to record my gratitude to Don Goodsell for his advice and encouragement and for the use of four figures from his companion *Dictionary of Automotive Engineering*. I am also grateful to the staff of the Society of Automotive Engineers for their full support in the production of this edition, and Butterworth-Heinemann for co-publishing this work.

**Gordon H.F. Nayler**

TEVAQVAR-00766428

> *shimmy damper* A damper for the suppression of *shimmy*.

> *torsional vibration damper* A flywheel mounted on a shaft with the relative
motion damped by viscous friction.

> *tuned torsional vibration damper* A flywheel coupled to a shaft by a spring
to form a resonant system effective at frequencies near its natural frequency. See
also *detuner; shock absorber*.

> *vibration dampers Dampers* fitted to an engine crankshaft to suppress or
reduce stresses resulting from torsional vibration at critical running speeds.

**damping** The process by which the energy of a vibrating system is dissipated.

> *coulomb damping* Damping in which the force opposing a motion has a
constant magnitude.

> *critical damping coefficient* The smallest value of the damping coefficient
required to prevent vibration.

> *damping coefficient* The constant coefficient of the velocity term, $\dot{x}$, in a
motion defined by the differential equation $m\ddot{x}+c\dot{x}+kx=0$, where $m$ is the
mass and $k$ is the stiffness of the system.

> *damping factor* See *decay factor*.

> *damping ratio* The ratio of the *damping coefficient* to the *critical damping
coefficient*.

> *internal damping* Damping intrinsic to the materials.

> *magnetic damping* Damping due to eddy currents set up by the movement
of a system in a magnetic field.

> *nonlinear damping* Damping derived from a damping force which is not
proportional to velocity.

> *structural damping* Damping due to the total effect of a built-up structure.

> *viscous damping* Damping in which the opposing force is proportional to
the velocity.

**damping slipper** A device restricting lateral *thrash* of a *belt* or *chain* especially a
*timing chain*.

**dashpot** *(a)* A damping device consisting of a piston and cylinder whose relative
motion is opposed by the fluid friction of a liquid or of air. It provides forces
proportional to the rate of movement of the piston when a spring is added to the
device. A one-way valve may be incorporated to give a differential damping
action. (See *air dashpot* and *Figure A.3*.) *(b)* A cylinder employed in steam
engines fitted with trip gears for closing the admission valves suddenly as soon
as they are released by the trip.

**datum** *(a)* A point from which all measurements are made. *(b)* A line from which all
measurements are made. *(c)* A horizontal plane from which all vertical measure-
ments are made. See *datum line; datum plane; datum point*.

**datum dimension** See *dimension*.

**datum feature** See *feature*.

TEVAQVAR-00766429

**datum level**  A base line of a section from which all heights and depths are measured.

**datum line**  A defined line or base from which dimensions are taken or calculations are made. It establishes an exact geometrical reference.

**datum plane**  *(a)* A plane occupying a defined position from which dimensions are taken or calculations are made. It establishes an exact geometrical reference. *(b)* That plane of a *rack* in which the ratio of tooth thickness to pitch has a specified value, normally 0.5.

**datum point**  *(a)* A point occupying a defined position from which dimensions are taken or calculations are made. It establishes an exact geometrical reference. *(b)* The fixed starting point of a scale.

**D-bit**  See *cylinder bit*.

**davits**  Curved or F-shaped uprights fitted with tackle for raising, lowering or suspending a boat.

**daylight**  *(a)* The mismatch between two adjacent items. *(b)* In a machine press, the distance between *bed* and the lowest position of the face of the *ram*.

**De Dion axle**  A motor vehicle rear suspension, the final differential drive of which is bolted to the frame of the vehicle. The *cardan shaft* stub-axles are driven through *universal joints* adjacent to the final differential drive and to the wheels which are supported by leaf springs from the vehicle frame. See *pot joint* and *Figure D.1*.



*Figure D.1 De Dion axle.*

**De Laval turbine**  An early single-wheel *impulse turbine*.

**de-clutch**  Disengagement of a *clutch*.

**dead angle**  The angle of movement of the crank of a steam engine during which the engine will not start when the *stop valve* is opened due to the ports being closed by the *slide valve*.

102

TEVAQVAR-00766430

# EXHIBIT 13

# New Oxford
# American Dictionary

## THIRD EDITION

*Edited by*

**Angus Stevenson**

**Christine A. Lindberg**

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise,
without the prior permission of Oxford University Press.

**FIRST EDITION**

**Elizabeth J. Jewell**

**Frank Abate**



**OXFORD**
UNIVERSITY PRESS

TEVAQVAR-00766592

# OXFORD
UNIVERSITY PRESS

Oxford University Press, Inc., publishes works that further
Oxford University's objective of excellence
in research, scholarship, and education.

Oxford  New York

Auckland  Cape Town  Dar es Salaam  Hong Kong  Karachi
Kuala Lumpur  Madrid  Melbourne  Mexico City  Nairobi
New Delhi  Shanghai  Taipei  Toronto

With offices in

Argentina  Austria  Brazil  Chile  Czech Republic  France  Greece
Guatemala  Hungary  Italy  Japan  Poland  Portugal  Singapore
South Korea  Switzerland  Thailand  Turkey  Ukraine  Vietnam

Copyright © 2010 by Oxford University Press

First edition 2001
Second edition 2005
Third edition 2010

Published by Oxford University Press, Inc.
198 Madison Avenue, New York, NY 10016
www.oup.com

Oxford is a registered trademark of Oxford University Press

All rights reserved.  No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise,
without the prior permission of Oxford University Press.

The Library of Congress Cataloging-in-Publication Data

Data available

ISBN 978-0-19-539288-3

9 8 7

Printed in the United States of America
on acid-free paper

**1536233313150735**

TEVAQVAR-00766593

**short suit** ▶ n. a holding of only one or two cards in a suit in a hand.

**short-tailed wea·sel** ▶ n. another term for STOAT.

**short tem·per** ▶ n. a tendency to lose one's temper quickly.

**short-tem·pered** ▶ adj. quick to lose one's temper.

**short ten·nis** ▶ n. tennis played on a small court with a small racket and a soft ball, used esp. as an introduction to the game for children.

**short-term** ▶ adj. occurring in or relating to a relatively short period of time: *it might be a wise short-term investment*.

**short·term·ism** /'tərmizəm/ ▶ n. concentration on short-term projects or objectives for immediate profit at the expense of long-term security.

**short-tim·er** ▶ n. military slang a person nearing the end of their period of military service.

**short ti·tle** ▶ n. an abbreviated form of a title of a book or document.

**short ton** ▶ n. see TON¹.

**short waist** ▶ n. 1 a short upper body, with a high waist.
2 archaic a woman's dress with a high waist.

**short·wave** ▶ n. a radio wave of a wavelength between about 10 and 100 m (and a frequency of about 3 to 30 MHz): [as modifier] *a shortwave transmitter*. ■ broadcasting using radio waves of this wavelength: [as modifier] *shortwave radio*.

**short weight** ▶ n. weight that is less than that declared: *unscrupulous retailers give short weight by including an excessive amount of packaging*.

**short-wind·ed** /'windid/ ▶ adj. (of a person) out of breath or quickly becoming so.

**short·y** /'shôrtē/ (also **shortie**) ▶ n. (pl. **shorties**) informal a person who is shorter than average (often used as a nickname). ■ [often as modifier] a short garment, esp. a short dress or nightgown: *she pulled on a shorty nightshirt*.

**Sho·sho·ne** /shō'shōnē/ ▶ n. (pl. **same** or **Shoshones**) 1 a member of an American Indian people living chiefly in Wyoming, Idaho, and Nevada.
2 the Uto-Aztecan language of this people.
▶ adj. of or relating to the Shoshone or their language.
– ORIGIN of unknown origin.

**Sho·sta·ko·vich** /,shôstə'kōvich, ,shôstə'kôvich/, Dmitri (Dmitriyevich) (1906–75), Russian composer. Although he experimented with atonality and 12-note techniques, his music always returned to a basic tonality.

**shot¹** /SHät/ ▶ n. 1 the firing of a gun or cannon: *he brought down a caribou with a single shot to the neck* | figurative *the opening shots have been fired in a legal battle over repairs*. ■ an attempt to hit a target by shooting: *he asked me if I would like to have a shot at a pheasant*. ■ [with modifier] the range of a gun or cannon: *six more desperadoes came galloping up and halted just out of rifle shot*. ■ a critical or aggressive remark: *Paul tried one last shot—"You realize what a specified level of ability in shooting: *he was an excellent shot at short and long distances*.
2 a hit, stroke, or kick of the ball in sports such as basketball, tennis, or golf: *his partner pulled off a winning backhand shot*. ■ an attempt to drive a ball into a goal; an attempt to score: *he took a shot that the goalie stopped*. ■ informal an attempt to do something: *several of the competitors will have a shot at the title*.
3 (pl. **same**) a ball of stone or metal used as a missile fired from a large gun or cannon. ■ (also **lead shot**) tiny lead pellets used in quantity in a single charge or cartridge in a shotgun. ■ a heavy ball thrown by a shot-putter.
4 a photograph: *she took a shot of me holding a lamp near my face*. ■ a film sequence photographed continuously by one camera: *the movie's opening shot is of a character walking across a featureless landscape*. ■ the range of a camera's view: *a prop man was standing just out of shot*.
5 informal a small drink, esp. of distilled liquor: *he took a shot of whiskey*. ■ an injection of a drug or vaccine: *Jerry gave the monkey a shot of a sedative*.
6 [usu. with modifier] the launch of a space rocket: *a moon shot*.
– PHRASES **give it one's best shot** informal do the best that one can. **like a shot** informal without hesitation; willingly: *"Would you go back?" "Like a shot."* **a shot across the bows** see BOW³. **a shot in the arm** informal an encouraging stimulus: *the movie was a real shot in the arm for our cause*. **a shot in the dark** see DARK.
– ORIGIN Old English sc(e)ot, gesc(e)ot, of Germanic origin; related to German Geschoss, from the base of the verb SHOOT.

**shot²** past and past participle of SHOOT. ▶ adj. 1 (of colored cloth) woven with a warp and weft of different colors, giving a contrasting iridescent effect when looked at from different angles: *a dress of shot silk*. ■ interspersed with a different color: *dark hair shot with silver*.
2 informal ruined or worn out: *a completely shot engine will put you out of the race | my nerves are shot*. ■ [predic.] drunk.
– PHRASES **get** (or **be**) **shot of** Brit. informal get (or be) rid of. **shot through with** suffused with (a particular feature or quality): *the mist was shot through with orange spokes of light*. **shot to pieces** (or **to hell**) informal ruined.

**shot-blast** ▶ v. [with obj.] clean or strip (a metal or other surface) by directing a high-speed stream of steel particles at it.

**shot·crete** /'SHätkrēt/ ▶ n. another term for GUNITE.
– ORIGIN 1950s: from SHOT + CONCRETE.

**shote** /SHōt/ ▶ n. variant spelling of SHOAT.

**shot glass** ▶ n. a small glass used for serving liquor.

**shot·gun** /'SHätgən/ ▶ n. 1 a smoothbore gun for firing small shot at short range.
2 (also **shotgun formation**) Football an offensive formation in which the quarterback receives the snap while standing several yards behind the line of scrimmage.
▶ adj. 1 aimed at a wide range of things; with no specific target: *many companies use the shotgun approach, aiming advertising at the widest possible audience*.
2 (of a house or other structure) with the rooms lined up one behind another, forming a long narrow whole: *his family lived in a shotgun shack in South Memphis*.
▶ v. 1 shoot at or kill with a shotgun.
2 consume (a canned beverage) in one go by punching a hole near the can's base and upturning it over one's mouth: *shotgunning beers*. ■ consume (any beverage) in one go: *I shotgunned two tumblers of Jack D and chased it with a Mickey's*.
– PHRASES **ride shotgun** see RIDE.



shotgun 1

**shot·gun mar·riage** (also **shotgun wedding**) ▶ n. informal an enforced or hurried wedding, esp. because the bride is pregnant.

**shot·gun mi·cro·phone** ▶ n. another term for GUN MICROPHONE.

**shot hole** ▶ n. 1 a hole made by the passage of a shot.
2 a hole bored in rock for the insertion of a blasting charge.
3 a small round hole made in a leaf by a fungus or bacterium, esp. in a fruit tree following an attack of leaf spot. ■ a small hole made in wood by a boring beetle.

**shot·mak·ing** /'SHät,mākiNG/ ▶ n. the playing of aggressive or decisive strokes in tennis, golf, and other games.
– DERIVATIVES **shot·mak·er** /-,mākər/ n.

**Sho·to·kan** /SHō'tōkan/ ▶ n. [usu. as modifier] a style of karate that is popular in many countries.
– ORIGIN Japanese, from shō 'right, true' + to 'way' + kan 'mansion.'

**shot-peen** ▶ v. [with obj.] shape (sheet metal) by bombarding it with a stream of metal shot.

**shot put** ▶ n. an athletic contest in which a very heavy round ball is thrown as far as possible.
– DERIVATIVES **shot-put·ter** n., **shot-put·ting** n.

**shot-ted** /'SHätid/ ▶ adj. filled or weighted with shot.

**shot·ten her·ring** /'SHätin/ ▶ n. a herring that has spawned. ■ archaic a weakened or dispirited person.
– ORIGIN Middle English: shotten, the archaic past participle of SHOOT, in the specialized sense 'discharge (spawn).'

**shot tow·er** ▶ n. historical a tower in which shot was made from molten lead poured through sieves at the top and falling into water at the bottom.

**should** /SHo͝od/ ▶ modal v. (3rd sing. **should**) 1 used to indicate obligation, duty, or correctness, typically when criticizing someone's actions: *he should have been careful* | *I think we should trust our people more* | *you shouldn't have gone*. ■ indicating a desirable or expected state: *by now students should be able to read with a large degree of independence*. ■ used to give or ask advice or suggestions: *you should go back to bed | what should I wear?* ■ (**I should**) used to give advice: *I should hold out if I were you*.
2 used to indicate what is probable: *$348 million should be enough to buy him out | the bus should arrive in a few minutes*.

**shoulder belt**

3 formal expressing the conditional mood. ■ (in the first person) indicating the consequence of an imagined event: *if I were to obey my first impulse, I should spend my days writing letters*. ■ referring to a possible event or situation: *if you should change your mind, I'll be at the hotel | should anyone arrive late, admission is likely to be refused*.
4 used in a clause with "that" after a main clause describing feelings: *it is astonishing that we should find violence here*.
5 used in a clause with "that" expressing purpose: *in order that training should be effective it must be planned systematically*.
6 (in the first person) expressing a polite request or acceptance: *we should be grateful for your advice*.
7 (in the first person) expressing a conjecture or hope: *he'll have a sore head, I should imagine | "It won't happen again." "I should hope not."*
8 used to emphasize to a listener how striking an event is or was: *you should have seen Marge's face*. ■ (**who/what should ——**) emphasizing how surprising an event was: *I was in this store when who should I see across the street but Toby*.
– ORIGIN Old English sceolde: past of SHALL.

<table>
<tr><td>

**USAGE** As with shall and will, there is confusion about when to use should and would. The traditional rule is that should is used with first person pronouns (*I* and *we*), as in *I said I should be late*, and would is used with second and third persons (*you, he, she, it, they*), as in *you didn't say you would be late*. In practice, however, would is normally used instead of should in reported speech and conditional clauses: *I said I would be late; if we had known, we would have invited her*. In spoken and informal contexts, the issue rarely arises, since the distinction is obscured by the use of the contracted forms *I'd, we'd, etc*. In modern English, uses of should are dominated by the senses relating to obligation (for which should cannot be substituted), as in *you should go out more often*; and for related emphatic uses, as in *you should have seen her face!*

</td></tr>
</table>

**shoul·der** /'SHōldər/ ▶ n. 1 the upper joint of the human arm and the part of the body between this and the neck. ■ (in quadrupeds) the joint of the upper forelimb and the adjacent part of the back. ■ the part of a bird or insect at which the wing is attached. ■ a large cut of meat from the upper foreleg and shoulder blade of an animal: *a shoulder of lamb*. ■ a part of a garment covering the shoulder: *a jacket with padded shoulders*. ■ (**shoulders**) the upper part of the back and arms: *a tall youth with broad shoulders*. ■ (**shoulders**) this part of the body regarded as bearing responsibility or hardship or providing strength: *all accounts place the blame squarely on his shoulders*.
2 a part of something resembling a shoulder in shape, position, or function: *the shoulder of a pulley*. ■ a point at which a steep slope descends from a plateau or highland area: *the shoulder of the hill sloped down*.
3 a paved strip alongside a road for stopping on in an emergency.
▶ v. 1 [with obj.] put (something heavy) over one's shoulder or shoulders to carry: *we shouldered our crippling backpacks and set off slowly up the hill*. ■ take on (a burden or responsibility): *she shouldered the blame for the incident*.
2 [with obj.] push (someone or something) out of one's way with one's shoulder: *she shouldered him brusquely aside*. ■ [no obj.] move in this way: *he shouldered past a woman with a baby | he shouldered his way through the seething mass of children*.
– PHRASES **be looking over one's shoulder** be anxious or insecure about a possible danger: *takeovers are the thing that keeps suppliers looking over their shoulders*. **put one's shoulder to the wheel** set to work vigorously. **shoulder arms** hold a rifle against the side of the body, barrel upward. **a shoulder to cry on** someone who listens sympathetically to one's problems. **shoulder to shoulder** side by side: *everyone is bunched together shoulder to shoulder*. ■ acting together toward a common aim; with united effort: *we fought shoulder to shoulder with the rest of the country*.
– DERIVATIVES **shoul·dered** /'SHōldərd/ adj. [in combination] *broad-shouldered*.
– ORIGIN Old English sculdor; related to Dutch schouder and German Schulter.

**shoul·der bag** ▶ n. a bag with a long strap that is hung over the shoulder.

**shoul·der belt** ▶ n. a seat belt that passes over the shoulder and across the chest. ■ a bandolier or

PRONUNCIATION KEY ə *ago, up*; ər *over, fur*; a *hat*; ā *ate*; ä *car, er*; e *let*; ē *see*; i *fit*; ī *by*; NG *sing*; ō *go*; ô *law, for*; oi *toy*; o͝o *good*; o͞o *goo*; ou *our*; TH *thin*; ᴛʜ *then*; ᴢʜ *vision*

**S**

# EXHIBIT 14



NEWER WORDS FASTER

# RANDOM HOUSE WEBSTER'S COLLEGE DICTIONARY

**THE NEWEST!** More New Words Than Any Other Dictionary

**THE BIGGEST!** Over 160,000 Entries and 175,000 Definitions

**THE BEST!** The Most Common, Up-to-Date Meanings Given First

TEVAQVAR-00766595



# RANDOM HOUSE WEBSTER'S COLLEGE DICTIONARY

**Random House**
**New York**

TEVAQVAR-00766596

Copyright © 1998, 1997 by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without permission in writing from the publisher. All inquiries should be addressed to Random House Reference & Information Publishing, Random House, Inc., 201 East 50th Street, New York, NY 10022. Published in the United States by Random House, Inc., New York, and simultaneously in Canada by Random House of Canada Limited.

The first edition of this work was published in 1991. Subsequent revisions were published in 1992, 1995, and 1996. This current edition was completely redesigned, revised, and updated in 1997, and further updated in 1998.

**Trademarks**
A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all words or terms in which proprietary rights might exist. The inclusion, exclusion, or definition of a word or terms is not intended to affect, or to express a judgment on, the validity or legal status of the word or terms as a trademark, service mark, or other proprietary term.

The *Random House Living Dictionary Database*™, the *Random House Living Dictionary Database Dictionary*™, and the *Random House Living Dictionary Project*™ are trademarks of Random House, Inc. *Random House* and the house design are registered trademarks of Random House, Inc.

**Library of Congress Cataloging-in-Publication Data**

Random House Webster's college dictionary -- 2nd. ed.
            p.    cm.
    ISBN 0-679-45570-1 (hardcover).  --  ISBN 0-679-45858-1 (deluxe leather look edition)
    1. English language--Dictionaries.    I. Random House (Firm)
    II. Title: Webster's college dictionary.
    PE1628.R28   1997
    423--DC21                                                      97-903
                                                                    CIP

ISBN    :  0-679-45570-1 (Hardcover)
           0-679-45858-1 (Deluxe Leather-Look Edition)

This book is available for special purchases in bulk by organizations and institutions, not for resale, at special discounts. Please direct your inquiries to the Random House Special Sales Department, toll-free 888–591–1200 or fax 212–572–4961.

Please address inquiries about electronic licensing of the content, for use on a network or in software or on CD-ROM, to the Subsidiary Rights Department, Random House Reference & Information Publishing, fax 212–940–7370.

Random House Web address http://www.randomhouse.com/

Typeset and Printed in the United States of America

9 8 7 6 5 4 3 2 1

Updated Second Edition

New York    Toronto    London    Sydney    Auckland

TEVAQVAR-00766597

# CONTENTS

| | |
|---|---|
| STAFF | vi |
| PREFACE | vii |
| SAMPLE PAGE | viii |
| USING THIS DICTIONARY | x |
| DEFINING OUR LANGUAGE FOR THE 21st CENTURY | xxi |
| ABBREVIATIONS KEY | xxix |
| FROM SOUNDS TO SPELLINGS | xxx |
| PRONUNCIATION KEY | xxxii |
| DICTIONARY OF THE ENGLISH LANGUAGE | 1–1500 |
| GUIDE FOR WRITERS | 1501 |
| AVOIDING INSENSITIVE AND OFFENSIVE LANGUAGE | 1507 |
| SIGNS & SYMBOLS | 1512 |
| CONTINENTS | 1514 |
| NATIONS OF THE WORLD | 1514 |
| LARGEST ISLANDS OF THE WORLD | 1518 |
| GREAT OCEANS AND SEAS OF THE WORLD | 1518 |
| LARGEST LAKES OF THE WORLD | 1519 |
| NOTABLE MOUNTAIN PEAKS OF THE WORLD | 1520 |
| NOTABLE DESERTS OF THE WORLD | 1521 |
| FORMS OF ADDRESS | 1522 |
| PRESIDENTS OF THE UNITED STATES | 1525 |
| CHIEF AMERICAN HOLIDAYS | 1526 |
| WORLD MAPS | 1527 |
| INDEX TO USEFUL FEATURES | 1535 |

TEVAQVAR-00766598

1197

**shale,** OE *sc(e)olde; see* SHALL] **—Usage.** Rules similar to those governing between *shall* and *will* have long been advanced for *should* and WOULD, but most educated native speakers of American English do not follow the textbooks. In most constructions, WOULD is the auxiliary chosen regardless of the subject: *If our allies supported the move, we would abandon our claim to sovereignty.* Because the main function of SHOULD in modern American English is to express duty, necessity, etc., its use for other purposes, as to form a subjunctive, can produce ambiguity, at least initially: *I should get my flu shot if I were you.* Furthermore, SHOULD seems an affectation to some Americans in certain constructions quite common to British English: *I (American would) really prefer a different arrangement.* See also SHALL.

**shoul·der** (shōl′dər), *n.* **1.** the part on either side of the human body where the arm joins with the trunk, extending from the base of the neck to the upper arm. **2.** Usu., **shoulders.** these two parts together with the part of the back joining them. **3.** a corresponding part in animals. **4.** the upper foreleg and adjoining parts of a sheep, goat, etc. **5.** the part of a garment that fits over the shoulder. **6.** a shoulderlike part or projection. **7.** a cut of meat that includes the upper joint of the foreleg. **8.** Often, **shoulders.** capacity for bearing responsibility or blame: *The duty rests on our shoulders.* **9.** a steplike change in the contour of an object. **10.** the flat surface on a type body extending beyond the base of the letter or character. **11.** a border alongside a roadway. —*v.t.* **12.** to push with or as if with the shoulder. **13.** to support or carry on the shoulder or shoulders: *to shoulder a knapsack.* **14.** to assume as a responsibility: *We shouldered the expense.* —*v.i.* **15.** to push with or as if with the shoulder: *shouldering through a crowd.* —*Idiom.* **16. shoulder to shoulder,** side by side; with united effort. [bef. 900; ME *sholder, s(c)hulder,* OE *sculdor.* c. OFris *skuldere,* OS *scaltr(r)a*]



shoulder
(def. 1)

clavicle
acromion
humerus
scapula

**shoul′der bag′,** *n.* a handbag with a shoulder strap. [1940–45]
**shoul′der blade′,** *n.* SCAPULA. [1250–1300]
**shoul′der board′,** *n.* either of a pair of stiffened epaulets worn on the shoulders of a military officer's uniform. [1940–45]
**shoul′der knot′,** *n.* **1.** a knot of ribbon or lace worn on the shoulder in the 17th and 18th centuries. **2.** a military ornament of braided cord worn on the shoulders on ceremonial occasions. [1670–80]
**shoul′der patch′,** *n.* a cloth identifying emblem worn on the sleeve of a uniform. [1940–45]
**shoul′der strap′,** *n.* a strap passing over the shoulder and supporting a garment or article. [1680–90]
**shoul·dn't** (shōōd′nt), contraction of *should not.*
**shouldst** (shōōdst), *also* **should·est** (shōōd′ist), *v. Archaic.* 2nd pers. sing. past of SHALL.
**shout** (shout), *v.t.* **1.** to call or cry out loudly. —*v.t.* **2.** to utter loudly. —*n.* **3.** a loud call or cry: *a shout for help.* [1300–50; ME *shoute* (n.), *shouten* (v.)] —**shout′er,** *n.*
**shout′ing dis′tance,** *n.* HAILING DISTANCE. [1950–55]
**shove** (shuv), *v.,* **shoved, shov·ing,** *n.* —*v.t.* **1.** to propel along. **2.** to push roughly or rudely; jostle. —*v.i.* **3.** to push. **4. shove off,** *a.* to push a boat from the shore. *b.* to go away; depart. —*n.* **5.** an act or instance of shoving. [bef. 900; (v.) ME *schouven,* OE *scūfan.* c. OFris *skūva,* ON *skūfa*] —**shov′er,** *n.*
**shov·el** (shuv′əl), *n., v.,* **-eled, -el·ing** *or* (*esp. Brit.*) **-elled, -el·ling.** —*n.* **1.** a hand implement consisting of a broad blade or scoop attached to a long handle, used for taking up or throwing loose matter. **2.** any fairly large contrivance or machine with a broad blade having a similar purpose: *a steam shovel.* —*v.t.* **3.** to take up and cast with a shovel: *to shovel coal.* **4.** to gather up in large quantity energetically or clear with or as if with a shovel: *to shovel food into one's mouth.* **5.** to dig with or as if with a shovel. —*v.i.* **6.** to use a shovel. [bef. 900; ME, OE *scofl.* c. MD, D *schoffel;* akin to OHG *scūvala,* SHOVE]
**shov·el·er** (shuv′ə lər, shuv′lər), *n.* **1.** a person or thing that shovels. **2.** a freshwater duck of the Northern Hemisphere, *Anas clypeata,* having a broad, flat bill. [1400–50]
**shov′el hat′,** *n.* a hat with a shallow crown and broad brim turned up at the sides, worn esp. by some clergymen. [1825–35]
**shov′el-nosed′,** *adj.* having the head, snout, or beak broad and flat like the blade of a shovel. [1700–10]
**show** (shō), *v.,* **showed, shown** *or* **showed, show·ing,** *n.* —*v.t.* **1.** to cause or allow to be seen; exhibit; display. **2.** to present or perform as an entertainment or spectacle: *to show a movie.* **3.** to indicate; point out: *to show the way.* **4.** to guide; escort: *Show her in.* **5.** to explain; *He showed what he meant.* **6.** to reveal; demonstrate: *Your work shows promise.* **7.** to register; mark: *The thermometer showed 10 below zero.* **8.** to exhibit or offer for sale: *to show cause.* **10.** to allege, as in a legal document: *to show cause.* **10.** to offer; grant: *to show mercy.* **11.** to prove; establish as facts in an affidavit or at a hearing. **11.** to offer; grant: to offer mercy. —*v.i.* **12.** to be or become visible: *Does my slip show?* **13.** to be manifested in a certain way: *to show to advantage.* **14.** to put on an exhibition or performance: *Several designers are showing now.* **15.** to make an appearance; show up. **16.** to finish third, as in a horse race. **17. show off,** *a.* to display to advantage: *The gold frame shows off the picture beautifully.* *b.* to present for admiration or approval: *young parents showing off their new baby.* *c.* to seek attention by ostentatious or insistent display of one's talent, possessions, achievements, etc. **18. show up,** *a.* to make known; reveal: *It showed up the flaws in the plan.* *b.* to appear as specified; be seen: *White shows up well against the blue.* *c.* to come to or arrive at a place. *d.* to make (another) seem inferior; outdo. —*n.* **19.** a theatrical production, performance, or company. **20.** a radio or television program. **21.** a motion picture. **22.** an exposition of products by various manufacturers in a particular industry: *an exhibition: a show of Renoirs.* **24.** ostentatious display: *all show and no substance.* **25.** a display or demonstration: *a show of courage.* **26.** the position of the competitor who comes in third, as in a horse race. Compare PLACE (def. 24b), WIN (def. 15). **27.** appearance; impression: *to make a sorry show.* **28.** a sight or spectacle. **29.** *a.* the first appearance of blood at the onset of menstruation. *b.* a blood-tinged mucous discharge from the vagina that indicates the onset of labor. [bef. 900; ME *shewen, s(c)hewen* to look, at, show, OE *scēawian* to look at]
**show′ and tell′,** *n.* **1.** a classroom activity for young children in which each child produces an object and talks about it. **2.** any informative presentation or demonstration. [1950–55]
**show′ bill′,** *n.* an advertising poster. [1795–1805]
**show′ biz′,** *n. Informal.* SHOW BUSINESS. [1945–50]
**show·boat** (shō′bōt′), *n.* **1.** a boat, esp. a paddle-wheel steamer, used as a traveling theater. **2.** a show-off. —*v.i.* **3.** to perform or behave flamboyantly. [1865–70, Amer.]
**show′bread′** (shō′bred′), *n.* SHEWBREAD.
**show′ busi′ness,** *n.* the entertainment industry, as theater, motion pictures, television, radio, carnival, and circus. [1925–30]
**show·case** (shō′kās′), *n., v.,* **-cased, -cas·ing.** —*n.* **1.** a glass case for the display and protection of articles. **2.** an exhibit or display, with an ideal or representative model of something. **3.** the setting, place, or vehicle for displaying something on a trial basis: *The club is a showcase for new comics.* —*v.t.* **4.** to exhibit or display. **5.** to present in or as if in an entertainment showcase. **6.** to present as a special event: *The TV network plans to showcase the play.* [1830–40]
**show·down** (shō′doun′), *n.* **1.** (esp. in poker) the laying down of all the players' cards faceup to determine the winner in a hand. **2.** a conclusive confrontation or settlement. [1880–85, Amer.]
**show·er** (shou′ər), *n.* **1.** a brief fall of rain or of hail or snow. **2.** Also called **show′er bath′.** a bath in which water is sprayed on the body from above. **3.** the apparatus or space for providing such a bath. **4.** something resembling a shower: *a shower of sparks.* **5.** a party given to bestow presents of a specific kind upon the honoree. —*v.t.* **6.** to bestow liberally or lavishly. **7.** to give to in abundance: *showered with praise.* **8.** to bathe (oneself) in a shower. —*v.i.* **9.** to rain in a shower. **10.** to bathe in a shower. [bef. 950; ME *shour,* OE *scūr.* c. OS, ON *skūr,* OHG *scūr,* Go *skūra*] —**show′er·y,** *adj.*
**show·ing** (shō′ing), *n.* **1.** display; exhibition. **2.** the act of putting something on display. **3.** a performance or record considered for the impression it makes: *made a good showing at the polls.* **4.** a setting forth or presentation, as of facts or conditions. [bef. 950]
**show·man** (shō′mən), *n., pl.* **-men.** **1.** a person who produces theatrical works. **2.** a person gifted in dramatic presentation. [1725–35] —**show′man·ly,** *adv.* —**show′man·ship′,** *n.*
**shown** (shōn), *v.* a pp. of SHOW.
**show′-off′,** *n.* **1.** a person given to pretentious display. **2.** the act of showing off. [1770–80] —**show′-off′ish,** *adj.*
**show·piece** (shō′pēs′), *n.* something exhibited or worthy of exhibiting as a fine example of its kind. [1880–85]
**show·place** (shō′plās′), *n.* a place, as an estate or mansion, notable for its beauty, historical interest, etc. [1570–80]
**show·room** (shō′rōōm′, -rŏŏm′), *n.* a room used for the display of goods or merchandise. [1610–20]
**show′-stop′per,** *n.* a performer or performance that wins enthusiastic or prolonged applause. [1945–50] —**show′-stop′ping,** *adj.*
**show′ tri′al,** *n.* the public trial of a political offender conducted chiefly for propagandist purposes. [1945–50]
**show′ win′dow,** *n.* a display window in a store. [1830–40, Amer.]
**show·y** (shō′ē), *adj.,* **show·i·er, show·i·est.** **1.** making an imposing display: *showy flowers.* **2.** pompous; ostentatious; gaudy. [1705–15] —**show′i·ly,** *adv.* —**show′i·ness,** *n.*
**sho·yu** (shō′yōō), *n.* SOY SAUCE. [1725–30; < Japn *shōyu*]
**shrank** (shrangk), *v.* a pt. of SHRINK.
**shrap·nel** (shrap′nl), *n.* **1.** fragments scattered by a bursting artillery shell, mine, or bomb. **2.** a hollow projectile of the 19th century containing bullets and a bursting charge, designed to explode in the air and shower the target with missiles. [1800–10; after Henry Shrapnel (1761–1842), English army officer, its inventor]
**shred** (shred), *n., v.,* **shred·ded** *or* **shred, shred·ding.** —*n.* **1.** a piece cut or torn off, esp. in a narrow strip. **2.** a bit; scrap: *not a shred of evidence.* —*v.t.* **3.** to cut or tear into small pieces. —*v.i.* **4.** to fragment into shreds. [bef. 1000; ME *schrede,* OE *scrēade,* c. OFris *skrēd* clipping, OS *scrōt;* OHG *scrōt;* akin to SHROUD]
**shred·der** (shred′ər), *n.* **1.** a person or thing that shreds. **2.** a machine for shredding documents. [1565–75]
**Shreve·port** (shrēv′pōrt′, -pōrt′), *n.* a city in NW Louisiana, on the Red River. 218,010.

# EXHIBIT 15

# Webster's
# Third
# New International
# Dictionary

## OF THE ENGLISH LANGUAGE
## UNABRIDGED

*A Merriam-Webster*

REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than
one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER
EDITORIAL STAFF



MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.

TEVAQVAR-00766625



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 2002 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove
and the Merriam-Webster editorial staff.
    p.   cm.
  ISBN 978-0-87779-201-7 (buckram)
  1. English language—Dictionaries. I. Gove, Philip Babcock,
1902–1972.  II. Merriam-Webster, Inc.
PE1625.W36 1993
423-dc20

*All rights reserved. No part of this book covered by the copyrights hereon
may be reproduced or copied in any form or by any means—graphic,
electronic, or mechanical, including photocopying, taping, or information
storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

55 56 57 QKY 09 08 07

TEVAQVAR-00766626

e 2:20-c-10172-JXN-MAH    Document 110-3    Filed 08/06/2...    Page 60 o...

PageID 4094

2104    shoulder knot



TEVAQVAR-00766627

# EXHIBIT 16

# WEBSTER'S
# NEW WORLD™

# COLLEGE
# DICTIONARY

## FOURTH EDITION

*Defining the English Language*
*for the 21st Century*

**CLEAREST**
**DEFINITIONS**
for Instant Understanding

**MOST**
**UP-TO-DATE**
—Over 7,000 New Entries

*The Official*
*Dictionary*
*of the*
**ASSOCIATED**
**PRESS**

## THE NAME YOU TRUST

TEVAQVAR-00766617

# WEBSTER'S
# NEW WORLD™
# COLLEGE
# DICTIONARY

Fourth Edition

TEVAQVAR-00766618

# WEBSTER'S
# NEW WORLD™
# COLLEGE
# DICTIONARY

## Fourth Edition

### Michael Agnes
EDITOR IN CHIEF

### David B. Guralnik
EDITOR IN CHIEF EMERITUS



TEVAQVAR-00766619

Webster's New World™ College Dictionary, Fourth Edition
Copyright © 1999 by Macmillan USA

This edition is a major revision of *Webster's New World™ College Dictionary,*
Third Edition, copyright © 1997, 1996, 1994, 1991, 1988 by Macmillan USA

All rights reserved
including the right of reproduction
in whole or in part in any form

Macmillan General Reference
A Pearson Education Macmillan Company
1633 Broadway
New York, NY 10019-6785

A Webster's New World™ Book

MACMILLAN is a registered trademark of Macmillan USA.
WEBSTER'S NEW WORLD DICTIONARY
is a trademark of Macmillan USA.

*Dictionary Editorial Offices:*
*New World Dictionaries*
*850 Euclid Avenue*
*Cleveland, Ohio 44114*

**Library of Congress Cataloging-in-Publication Data**
Webster's New World college dictionary / Michael Agnes, editor in
    chief. — 4th ed.
        p.      cm.
    "A Webster's New World book"—T.p. verso.
    ISBN 0-02-863118-8 (thumb-indexed). — ISBN 0-02-863119-6 (plain-edged).
— ISBN 0-02-863120-X (leatherkraft). — ISBN 0-02-863471-3 (deluxe).
    1. English language—Dictionaries.   I. Agnes, Michael.
II. Title: College dictionary.
PE1628.W5629   1999
423—dc21                                                  99-21175
                                                            CIP

Manufactured in the United States of America
1  2  3  4  5  6  7  8  9  10      99  00  01  02  03

TEVAQVAR-00766620

the line of scrimmage: often **shotgun formation** —*vt.*, *vi.* to shoot, force, or threaten with a shotgun —*adj.* **1** done or made under duress **2** with no fixed direction or target **3** designating a long, narrow house, apartment, etc. with rooms arranged one behind the other —**ride shotgun** [Historical] in the W U.S., to go along as an armed guard, esp. with the driver of a stagecoach **2** to accompany for protection, as in the front seat of a motor vehicle

**shotgun wedding** a wedding into which one or both partners are forced, as because of previous sexual intimacy or, esp., pregnancy

**shot hole 1** a drilled hole in which an explosive charge is put for blasting **2** a hole bored in timber by an insect

**shot put** *Track & Field* **1** a contest in which a heavy metal ball is propelled for distance with an overhand thrust from the shoulder **2** a single put of the shot —**shot'-put'ter** *n.* —**shot'-put'ting** *n.*

**shott** (shät) *n.* [Fr *chott* < Ar *shatt*, orig., river bank] in N Africa, a closed basin, often containing a temporary, shallow, brackish lake

**shot-ten** (shät''n) *vt.*, *vi. obs. pp. of* SHOOT —*adj.* **1** in specialized sense (esp. applied to herrings), prob. infl. by Du *schoten*] **1** that has recently spawned and so become of inferior food value: said of fish **2** [Archaic] undesirable

**should** (shood) *v.aux.* [ME *scholde* < OE *sceolde*, pt. of *sceal*, *scal*, I am obliged: see SHALL] **1** *pt. of* SHALL [I had hoped I *should* see you] **2** used to express obligation, duty, propriety, or desirability [you *should* ask first, the plants *should* be watered weekly] **3** used to express expectation or probability [he *should* be here soon, I *should* know by tomorrow] **4** used to express a future condition [if I *should* die tomorrow, if you *should* be late] **5** used in polite or tentative expression of opinion [I *should* think they will be pleased] See usage note at WILL[2]

**shoul-der** (shōl'dər) *n.* [ME *schuldere* < OE *sculdor*, akin to Ger *schulter* < IE *\*skl̩dhā*, shoulder blade used as a spade < base *\*(s)kel-*, to cut > SHELL, SHILLING, SKULL] **1** *a)* the joint connecting the arm or forelimb with the body *b)* the part of the body including this joint and extending to the base of the neck **2** [*pl.*] the two shoulders and the part of the back between them: often used figuratively with reference to this region as a place where burdens are often carried **3** a cut of meat consisting of the upper foreleg and attached parts: see PORK, illus. **4** the part of a garment that covers the shoulder **5** something like a shoulder in shape or position; shoulderlike projection **6** that part of the top of a piece of type which extends beyond the base of the raised character: see TYPE, illus. **7** the strip of land along the edge of a paved road; berm —*vt.* **1** to push or thrust along or through, with or as with the shoulder [to *shoulder* one's way through a crowd] **2** to take or carry upon the shoulder **3** to assume the burden of —*vi.* to push with the shoulder or shoulders —**cry on someone's shoulder** to tell one's troubles to someone in seeking comfort or sympathy —**put one's shoulder to the wheel** to set to work vigorously; put forth vigorous effort —**shoulder arms** *Mil.* **1** to rest a rifle against the (right or left) shoulder, supporting the butt with the hand on the same side **2** *a)* this position *b)* the command to assume it —**shoulder to shoulder 1** side by side and close together **2** working together; with common effort —**straight from the shoulder 1** moving straight forward from the shoulder: said of a blow **2** without reserve or evasion; frankly —**turn** (or **give**) **a cold shoulder to 1** to treat with disdain; snub **2** to avoid or shun

**shoulder bag** a bag of leather, cloth, etc. hung from the shoulder by a long strap, as for carrying personal effects

**shoulder blade** SCAPULA

**shoulder board** (or **mark**) either of a pair of oblong pieces of stiffened cloth worn on the shoulders of certain uniforms and showing insignia of rank

**shoulder girdle** PECTORAL GIRDLE

**shoulder harness** a restraining device consisting of an anchored strap passing diagonally across the chest, used with a seat belt, as in an automobile: also called **shoulder belt**

**shoulder holster** a holster attached to a shoulder strap and usually worn under the arm, allowing a handgun to be concealed beneath a jacket or coat

**shoulder knot 1** a knot of ribbon or lace formerly worn as an ornament on the shoulder **2** a detachable ornament of braided cord worn on the shoulders of full-dress uniforms

**shoulder patch** a cloth insignia identifying the wearer's unit, branch of service, etc., worn on the sleeve of a uniform, just below the shoulder

**shoulder strap 1** a strap, usually one of a pair, worn over the shoulder to support a garment **2** a strap worn over the shoulder for carrying a purse, camera, etc.

**shouldn't** (shood''nt, shoont) *contraction* should not

**shouldst** (shoodst) *v. archaic 2d pers. sing. pt. of* SHALL: used with *thou*: also **should-est** (shood'ist)

**should've** (shood'əv) *contraction* should have

**shout** (shout) *n.* [ME *shoute*, prob. < an OE cognate of ON *skúta*, a taunt, prob. < IE *\*(s)kud-*, to cry out > SCOUT[2]] **1** a loud cry or call **2** any sudden, loud outburst or uproar **3** [orig. uncert.] [Austral. & N.Z. Informal] one's turn to buy a round of drinks, etc. —*vt.* **1** to utter or express in a shout **2** [Austral. & N.Z. Informal] to treat (someone) to (a round of drinks, etc.) —*vi.* **1** to utter a shout; cry out loudly —**shout down** to silence or overwhelm by loud shouting; shout louder than —**shout'er** *n.*

**shove** (shuv) *vt.*, *vi. shoved, shov'ing* [ME *shoven* < OE *scufan*, akin to ON *skufa*, Ger *schieben* < IE base *\*skeubh-*, to throw, shove

See the inside front cover for pronunciation information.
The symbol ☆ is used to mark terms of American origin.

TEVAQVAR-00766621

# EXHIBIT 17

(12) **United States Patent**       (10) Patent No.:     **US 6,640,805 B2**
Castro et al.                        (45) Date of Patent:        **Nov. 4, 2003**

(54) **METERING VALVE FOR A METERED DOSE INHALER HAVING IMPROVED FLOW**

(75) Inventors: **Gustavo H. Castro**, Cottage Grove, MN (US); **Thomas Herdtle**, Inver Grove Heights, MN (US); **Cathleen M. Arsenault**, Hugo, MN (US); **Antony J. Davis**, Hugglescote (GB)

(73) Assignee: **3M Innovative Properties Company**, St. Paul, MN (US)

( * ) Notice:   Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/100,641**

(22) Filed:   **Mar. 19, 2002**

(65)       **Prior Publication Data**

US 2002/0134376 A1 Sep. 26, 2002

**Related U.S. Application Data**

(60) Provisional application No. 60/278,890, filed on Mar. 26, 2001.

(51) Int. Cl.$^7$ ............................................. **A61M 11/00**
(52) U.S. Cl. ........................... **128/200.23**; 128/200.14; 222/1; 222/394; 222/402.1
(58) Field of Search ....................... 128/200.23, 200.13, 128/200.14; 222/402.1, 394, 372, 402.19, 402.16, 402.2

(56)       **References Cited**

U.S. PATENT DOCUMENTS

3,169,677 A    2/1965  Focht

| | | | | |
|---|---|---|---|---|
| 4,427,137 A | * | 1/1984 | Dubini | 222/402.2 |
| 4,592,700 A | * | 6/1986 | Toguchi et al. | 415/225 |
| 4,819,834 A | | 4/1989 | Thiel | |
| 5,104,233 A | * | 4/1992 | Kojima | 366/339 |
| 5,169,038 A | * | 12/1992 | Di Giovanni | 222/402.2 |
| 5,400,920 A | | 3/1995 | Barnhart | |
| 5,477,992 A | | 12/1995 | Jinks et al. | |
| 5,632,421 A | * | 5/1997 | Colombo | 222/402.2 |
| 5,772,085 A | | 6/1998 | Bryant et al. | |
| 5,836,299 A | * | 11/1998 | Kwon | 128/200.23 |
| 5,921,447 A | | 7/1999 | Barger et al. | |
| 5,938,085 A | | 8/1999 | Conroy et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 143 577 B1 | 7/1989 |
| FR | 1.461.685 | 2/1966 |
| GB | 798683 | 7/1958 |
| GB | 2 086 845 A | 5/1982 |
| GB | 2 004 526 B | 7/1982 |
| GB | 2 206 099 A | 12/1988 |
| GB | 2 312 418 A | 10/1997 |

* cited by examiner

*Primary Examiner*—Weilun Lo
*Assistant Examiner*—Michael G. Mendoza
(74) *Attorney, Agent, or Firm*—Christopher D. Gram; Ted K. Ringsred; Robert W. Sprague

(57)       **ABSTRACT**

A novel metering valve having improved flow for delivery of an aerosol formulation is disclosed. Methods of delivering an aerosol formulation using a device comprising the novel metering valve are also disclosed.

**30 Claims, 10 Drawing Sheets**





**Fig. 1**



Fig. 2



**Fig. 3**



Fig. 4



**Fig. 5**



**Fig. 6a**



**Fig. 6b**



**Fig. 7**



**Fig. 8**



**Fig. 9**

US 6,640,805 B2

1

## METERING VALVE FOR A METERED DOSE INHALER HAVING IMPROVED FLOW

This application claims the benefit of U.S. provisional patent application Ser. No. 60/278,890, filed Mar. 26, 2001.

### BACKGROUND

Metering valves are a common means by which aerosols are dispensed from aerosol containers. Metering valves are particularly useful for administering medicinal formulations that include a liquefied gas propellant and are delivered to a patient in an aerosol.

When administering medicinal formulations, a dose of formulation sufficient to produce the desired physiological response is delivered to the patient. The proper, predetermined amount of the formulation must be dispensed to the patient in each successive dose. Thus, any dispensing system must be able to dispense doses of the medicinal formulation accurately and reliably to help assure the safety and efficacy of the treatment.

Metering valves have been developed to provide control over the dispensing of medicinal aerosol formulations. A metering valve may be used to regulate the volume of a medicinal formulation passing from a container to a metering chamber, which defines the maximum amount of the formulation that will be dispensed as the next dose. The precise dosage metered by the metering chamber may be dependent, in part, upon the physical conditions under which the medicinal formulation is permitted to fill the metering chamber. Reliable and controllable flow of the medicinal formulation into the metering chamber may contribute to the accuracy and/or precision of the metering of successive doses of the formulation. Thus, reliable and controllable flow of the medicinal formulation into the metering chamber may improve performance of the metering valve and, therefore, may be highly desirable.

In some metering valves, the metering chamber fills with the medicinal formulation prior to the patient actuating the valve stem and thereby releasing the dose. The metering chamber is refilled with formulation after dispensing one dose so that the metering valve is ready to discharge the next dose. Consequently, the metering chamber contains formulation at all times except for the brief time during which the valve stem is depressed by the user to discharge a dose. Also, the passageways through which the formulation must flow to reach the metering chamber are often narrow and tortuous. As a result, metering valves configured in this way have a number of disadvantages resulting in, for example, erratic dosing due to loss of prime, i.e., the occurrence of vapor or air voids in the metered volume, which may leading to a shortfall in the volume of dose being metered by the valve.

In other metering valves, the metering chamber does not materialize unless and until the valve stem is actuated. Actuation of these valve stems can be divided into a filling stage and a discharge stage. The filling stage begins as the valve stem is depressed during actuation. The action of depressing the valve stem causes the formation of a transient metering chamber. As the valve stem is depressed, the transient metering chamber expands and formulation enters the metering chamber. As displacement of the valve stem continues, a stage is reached at which filling of the transient metering chamber stops. Eventually, displacement of the valve stem continues to the discharge stage, in which the metered formulation is discharged. In these valves, a single actuation thus causes rapid filling of the transient metering chamber followed by discharge of the formulation to the

2

patient. Thus, the metered formulation does not reside for any appreciable amount of time in the metering chamber.

While a metering valve having a transient metering chamber provides advantages over other types of metering valves for the delivery of aerosol formulations, the flow of formulation from the container to the metering chamber may be disrupted. When this happens, formulation may be delivered in inconsistent or inaccurate doses.

What is needed is a valve stem for a metered dose inhaler that improves flow of formulation into the metering chamber, thereby providing consistent, accurate, dosages of formulation, even when actuated rapidly.

### SUMMARY

It has been determined that one cause of disrupted flow of formulation may be due to the design of the valve stem in the metering valve. A seal typically isolates the metering chamber from the aerosol container once the correct volume of formulation has been metered. To accomplish this, the seal must occlude the flow path, through which formulation must pass in order to fill the metering chamber, as the valve stem is depressed beyond the filling stage. As used herein, occlude refers to at least a partial closing off of an opening by a seal, gasket, or diaphragm. In certain metering valves, the passageways leading from the container to the metering chamber can begin to become occluded well before the formulation has completed filling the metering chamber. This effectively begins to cut off flow of formulation into the metering chamber while the valve stem is still in the filling stage of actuation.

Also, the design of the valve stem may cause regions of recirculation or localized low pressure to develop in the flow of formulation into the metering chamber. Such low pressure regions can lead to incomplete metering of the formulation by allowing bubbles to form in the metered volume, particularly when the patient actuates the valve rapidly or rapid actuation occurs due to the mechanism of a breath actuated device.

The present invention provides a valve stem for a metered dose inhaler that improves the flow of formulation into the metering chamber. The novel stem design has a short, but circumferentially widened channel opening that, in many embodiments, enhances the flow of formulation into the metering chamber. Accordingly, the present invention provides an aerosol valve stem including a body that includes a body wall defining an internal chamber; at least one inlet port through the body wall in fluid communication with the internal chamber; a channel opening in the body wall having a height and a width wherein the width is greater than the height; and at least one channel providing fluid communication between the internal chamber and the channel opening.

In some embodiments, the valve stem may include a plurality of channel openings in the body wall. In these embodiments, the plurality of channel openings may define a cumulative width that is greater than the height of the channel openings.

In another aspect, the present invention provides a method of delivering an aerosol dose of medicine including providing an inhaler that includes an aerosol valve stem including: a body that includes a body wall defining an internal chamber, at least one inlet port through the body wall in fluid communication with the internal chamber, a channel opening in the body wall having a height and a width wherein the width is greater than the height, at least one channel providing fluid communication between the internal chamber

US 6,640,805 B2

3

and the channel opening; providing a formulation of aerosol medicine contained within the inhaler; and actuating the inhaler.

In yet another aspect the present invention provides a metering valve that includes a housing that includes an internal chamber defined by one or more chamber walls, the internal chamber comprising an outlet aperture; a diaphragm positioned at the outlet aperture and in sealing engagement with at least a portion of the housing; a metering gasket in sealing engagement with one or more chamber walls; a valve stem including: i) a body that comprises a body wall defining an internal chamber, ii) at least one inlet port through the body wall in fluid communication with the internal chamber, iii) a channel opening in the body wall having a height and a width wherein the width is greater than the height, and iv) at least one channel providing fluid communication between the internal chamber and the channel opening, wherein the valve stem passes through the aperture in slidable sealing engagement with both of the diaphragm and the metering gasket; and an annular space having a width defined by a distance between the chamber wall and the valve stem.

In some embodiments, the valve stem may include a plurality of channel openings in the body wall. In these embodiments, the plurality of channel openings may define a cumulative width that is greater than the height of the channel openings. In certain embodiments, the height of at least one channel opening may be from about 1 to about 5 times the width of the annular space.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a cross-sectional view of a metered dose inhaler including the aerosol valve of the present invention.

FIG. 2 is an enlarged cross-sectional view of the aerosol valve of the present invention in the resting position.

FIG. 3 is an enlarged cross-sectional view of the aerosol valve of the present invention during the filling stage of valve stem actuation.

FIG. 4 is an enlarged cross-sectional view of the aerosol valve of the present invention in the filled stage of valve stem actuation.

FIG. 5 is an enlarged cross-sectional view of the aerosol valve of the present invention during the discharge stage of valve stem actuation.

FIG. 6a is a side view of an alternative embodiment of the aerosol valve stem of the present invention.

FIG. 6b is a view of a half section of an alternative embodiment of the aerosol valve stem of the present invention.

FIG. 7 is an enlarged cross-section of an alternative embodiment of the aerosol valve stem of the present invention.

FIG. 8 is an enlarged cross-section of another alternative embodiment of the aerosol valve stem of the present invention.

FIG. 9 is an enlarged cross-section of another alternative embodiment of the aerosol valve stem of the present invention.

## DETAILED DESCRIPTION OF THE INVENTION

The following description is set forth in terms of aerosol metering valves used to dispense an aerosol formulation from an aerosol container. However, the metering valves and

4

methods of the present invention have application to the delivery of virtually any pressurized fluid in an accurate, metered dose. In particular, the metering valves described herein are useful for dispensing medicinal aerosol formulations.

When used to dispense medicinal aerosol formulations, the metering valves of the present invention may be used to administer virtually any aerosol formulation of drug into a body cavity of a patient, such as the mouth, nose, anus, vagina, ears, or onto the eyes or any skin area of the patient. However, the present invention is not limited to medicinal applications and may be used wherever a precise amount of material from a pressurized fluid is to be delivered to a given region.

Referring to FIG. 1, an aerosol dispensing apparatus, generally designated as 10, is illustrated that incorporates one embodiment of a metering valve 14 in accordance with the present invention. The top end of the metering valve 14 is crimped around the end of a conventional aerosol container 12, while a conventional discharge piece 16 is mounted around the bottom of the metering valve 14. Thus, aerosol formulation is dispensed downwardly from the aerosol container 12, through the metering valve 14, then through the discharge piece 16 where it is delivered to a patient. The discharge piece 16 directs the aerosol formulation toward the body cavity or skin area to which the formulation is to be delivered. The configuration of the discharge piece 16 depends upon the application for the aerosol. For example, discharge piece 16 may be a mouthpiece that can be inserted into the patient's mouth, thereby providing oral administration of the aerosol formulation. The aerosol-dispensing device shown in FIG. 1 is merely one example of how a metering valve according to the present invention can be incorporated into a dispensing apparatus.

In each of FIGS. 2–5, a metering valve is shown in isolation for ease of illustration. However, the metering valves shown in these figures may be combined with an aerosol container 12, discharge piece 16, or both, as shown in FIG. 1.

Referring to FIG. 2, the metering valve 14 is shown in the resting position. The metering valve 14 includes a housing 20 that serves to house the various components of the metering valve 14. The top portion of the housing 20 attaches to the aerosol container 12 (as shown in FIG. 1). A valve body 22 is seated within the valve housing 20 and in turn provides a housing for a valve stem 24.

The metering valve 14 may include a spring cage 58 defining an interior chamber 38, a portion of which is occupied by the valve stem 24. One or more inlets 44 provide open and unrestricted fluid communication between the interior chamber 38 and the aerosol container 12.

The valve stem 24 includes two portions, identified as 24a and 24b. The external portion of the valve stem 24a is that portion of the valve stem 24 that is positioned outside the valve housing 20 while the valve stem 24 is in the resting position shown in FIG. 2. During actuation of the valve stem 24, however, at least some of the external valve stem 24a is displaced inwardly with respect to the metering valve 14, as described more fully below, so that a portion of the external valve stem 24a is transiently positioned inside the valve housing 20. The internal valve stem 24b is that portion of the valve stem 24 that is positioned within the valve housing 20 throughout actuation of the valve stem 24.

The external valve stem 24a includes a passageway through which a metered dose of formulation is discharged,

US 6,640,805 B2

5

6

as will be described more fully below. The passageway may include one or more side holes **28**, a discharge passageway **26** and a discharge opening **30**.

The internal valve stem **24b** may be configured to have substantially the same shape as, but to be slightly smaller than, the surrounding wall of the valve body **22a**. Thus, a narrow annular space **32** may be formed between the valve body wall **22a** and the internal valve stem **24b**. In certain embodiments in which the valve stem **24** and the valve body wall **22a** are both circular in cross-section, the narrow annular space **32** may form a ring. However, the valve stem **24** and valve body wall **22a**, and therefore the narrow annular space **32**, may be any suitable shape. The internal valve stem **24b** includes an interior space **36** defined by the walls of the valve stem **24**. One or more channels **34** are formed in the walls of the internal valve stem **24b** and provide fluid communication between the interior space **36** and the narrow annular space **32** through one or more channel openings **50**.

In the resting position shown in FIG. 2, the internal valve stem **24b** fits concentrically inside the valve body **22** and provides sufficient clearance for the narrow annular space **32**. Accordingly, only a small percentage of the metering chamber volume is present in the metering valve **14** while it is in the resting position shown in FIG. 2. As will be described in greater detail below, when the valve stem **24** is actuated, the valve stem **24** is displaced into the interior chamber **38** of the metering valve **14** and a space is created between the internal valve stem **24b** and the floor of the valve body **22b**. The space thus created is the metering chamber **60**, as shown in FIG. 3.

In the embodiment shown in FIG. 2, a spring **48** is provided within the interior chamber **38** of the metering valve. The spring **48** serves to bias the valve stem **24** toward the resting position shown in FIG. 2. However, any suitable means for biasing the valve stem **24** into the resting position shown in FIG. 2 may be used in connection with the present invention.

The metering valve **14** also includes at least two annular gaskets, the housing gasket **54** and the metering gasket **56**. The housing gasket **54** is positioned between the valve housing **20**, the valve body **22** and the valve stem **24**, as shown in FIG. 2. The housing gasket **54** isolates the formulation in the aerosol container **12** from the exterior of the valve by forming two fluid tight seals: 1) an annular seal between the housing gasket **54** and the valve stem **24** where the valve stem extends out of the valve housing, and 2) a compressive planar or face seal between the housing gasket **54** and the housing **20**. The latter seal may be effected either with or without a sealing bead **62** on either the valve body **22** or the housing **20**.

The valve body **22** may include an angled shoulder **22c**, which is best seen in FIG. 3 and is designed to support the housing gasket **54** near the valve stem **24** while functioning to direct the flow of formulation out of the metering chamber **60** during the discharge stage shown in FIG. 5. The valve stem **24** may include an angled shoulder **24c** designed to match the profile of the valve body **22**, thereby minimizing the amount of formulation present in the metering chamber **60** in the resting position shown in FIG. 2.

The metering gasket **56** may be positioned between the valve body **22**, the spring cage **58**, and the internal part of the valve stem **24b**. The metering gasket **56** transiently isolates the formulation in the metering chamber **60** from the aerosol container **12**, as shown in FIGS. 4 and 5, by forming two fluid tight seals: 1) an annular seal between the metering

gasket **56** and the internal part of the valve stem **24b**, and 2) a compressive planar or face seal between the metering gasket **56** and the valve body **22**. The latter seal may be effected either with or without a sealing bead **64** on either the valve body **22** or the spring cage **58**. The metering gasket **56** provides a means for terminating the flow of formulation from the aerosol container **12** to the metering chamber **60** during actuation of the valve stem **24**, as will be described in more detail below.

The operation of the metering valve **14** shown in FIG. 2 is illustrated in FIGS. 3, 4 and 5. The figures illustrate the stages of operation of the metering valve **14** and the corresponding relative positions of the valve components as a patient actuates the valve stem **24**, thereby releasing a dose of aerosol formulation. FIG. 3 shows the metering valve **14** in the filling stage, FIG. 4 shows the metering valve **14** in the filled stage, and FIG. 5 shows the metering valve **14** in the discharge stage.

FIG. 3 illustrates the filling stage of the metering valve **14**. The valve stem **24** has been displaced inwardly into the interior chamber **38** against the compressive force of the spring **48**. As the valve stem **24** is displaced inwardly, the proximal end of the external stem **24a** enters the valve housing **20** such that an annular space, the metering chamber **60**, is formed between the valve body **22** and the valve stem **24**. The volume of the metering chamber **60** increases as the valve stem is displaced. Displacement of the valve stem **24** typically continues until the valve stem **24** reaches a "filled" position, depicted in FIG. 4.

The aerosol formulation enters the metering chamber **60** in the following manner. Formulation from the aerosol container **12** passes through the one or more metering valve inlets **44** and into the interior chamber **38** of the metering valve. From the interior chamber **38**, the formulation passes through the valve stem inlet port **40** and enters the valve stem interior space **36**. Formulation then passes through one or more channels **34**, one or more channel openings **50** and the narrow annular space **32**, into the metering chamber **60**. Consequently, as the valve stem **24** is moved from the resting position shown in FIG. 2 to the filling stage shown in FIG. 3, aerosol formulation passes from the aerosol container **12** to the metering chamber **60** immediately upon actuation of the valve stem **24**. Formulation continues to fill the metering chamber **60** until the metering valve **14** reaches the filled stage depicted in FIG. 4.

FIG. 4 illustrates the metering valve **14** in the filled stage. The flow path of formulation from the aerosol container **12** to the metering chamber **60** becomes occluded as the metering gasket **56** moves past the channel opening **50**. Ultimately, the channel opening **50** is fully occluded by the metering gasket **56**, as shown in FIG. 4, and the flow of formulation into the metering chamber **60** is cut off, thereby concluding filling of the metering chamber **60**.

Upon further actuation, the metering gasket **56** forms a fluid seal around the valve stem **24** that prevents any additional flow of formulation to the metering chamber **60**. At this stage, the metered dose of formulation is isolated and ready for discharge from the metering chamber **60** and delivery to the patient. The dimensions of the valve body **22**, valve stem **24** and other valve components determine the volume of the metering chamber **60** in the filled position depicted in FIG. 4. The valve body **22**, valve stem **24** and other valve components may be designed to permit largely unimpeded flow of formulation during the filling stage while preventing unintended continuous discharge of formulation subject to the dimension tolerances of the valve components.

US 6,640,805 B2

7

8

FIG. 5 depicts the metering valve 14 in the discharge stage of actuation. In order to discharge the metered dose of aerosol formulation from the metering chamber 60, the valve stem 24 may be further actuated to the position illustrated in FIG. 5. The distance traveled by the valve stem 24 between FIG. 4 and FIG. 5 may result in an expansion of the metering chamber volume without adding to the metered dose of formulation because of the seal formed between the metering gasket 56 and the valve stem 24, described above. The extra travel ensures that the metering gasket 56 is sealed against the valve stem 24 before the one or more side holes 28 enter the metering chamber 60. This extra travel thus serves to allow for dimensional variations in the valve components.

As the valve stem 24 is fully actuated, the one or more side holes 28 of the discharge passageway 26 pass through the housing gasket 54 and come into fluid communication with the metering chamber 60. That fluid communication allows the aerosol formulation within the metering chamber 60 to be released into the one or more side holes 28 and the formulation thus passes through the discharge passageway 26 and out of the discharge opening 30, thereby delivering the metered dose of aerosol formulation to the patient or other desired area.

During the discharge of the aerosol formulation from the metering chamber 60 as shown in FIG. 5, the metering gasket 56 continues to prevent the passage of additional bulk formulation from the aerosol container 12 to the metering chamber 60. After the dose of aerosol formulation is discharged, the patient releases the valve stem 24, which returns to its original resting position depicted in FIG. 2 by the biasing action of the spring 48.

The successive stages of valve stem actuation depicted in FIGS. 2, 3, 4 and 5 are all accomplished during the brief duration of actuation of the valve stem 24. Accordingly, formation, filling and emptying of the metering chamber 60 occurs rapidly. Only a small percentage of a dose of formulation resides in the metering chamber 60 between discharges, and the metering chamber 60 contains a fully metered dose of formulation only for a brief moment immediately prior to discharge of the dose from the metering chamber 60. Subsequent release of the valve stem by the patient allows the valve to return from the position depicted in FIG. 5 to that depicted in FIG. 2.

Because the valve body 22, valve stem 24 and other valve components together define the volume of the metering chamber 60, the metering valve components may be designed to form a metering chamber 60 having an appropriate metering volume for any desired application. Furthermore, metering valves having different capacities may be manufactured by, for example, altering the relative position of the channels 34 and channel opening 50 along the wall of the internal valve stem 24b. The volume of the metering chamber 60 at any moment is defined, in part, by the extent to which the valve stem 24 is displaced inwardly with respect to the metering valve 14.

The volume of the metering chamber 60 at the moment that the metering gasket 56 fully occludes the channel opening 50 defines the filling capacity of the metering chamber 60. Therefore, a metering valve in which the metering gasket 56 fully occludes the channel opening 50 relatively early in the displacement of the valve stem 24 will have a smaller filling capacity than a metering valve in which the metering gasket 56 fully occludes the channel opening 50 relatively late in displacement of the valve stem 24.

The channel opening 50 is defined by an axial dimension and a circumferential dimension as shown in FIG. 6a. As used herein, the axial dimension, or height, is the dimension parallel to the direction of displacement of the valve stem 24 during actuation. As used herein, the circumferential dimension, or width, is the dimension parallel to the circumference of the valve stem 24.

In one embodiment, at least one channel opening 50 has a cross-sectional width that is greater than its height, thereby constituting a wide, short channel opening 50. Certain embodiments of the present invention have a channel opening having a height of about 0.25 mm, some have a channel opening with a height of about 0.5 mm, and other embodiments may have a channel opening having any height ranging from about 0.01 mm to about 1.0 mm. Embodiments having a channel opening having a height from about 0.1 mm to about 0.8 mm have been identified as being particularly useful.

Certain embodiments of the present invention may have multiple channel openings 50. In such embodiments, the multiple channel openings may form a discontinuous functional equivalent of the channel opening 50 of the present invention even though no individual channel opening has a width greater than its height. In such an arrangement, the sum of the channel opening widths may define a cumulative width. Such embodiments having multiple channel openings 50 that define a cumulative circumferential width that is greater than the height of the openings are included in the scope of the present invention.

Certain other embodiments may have a single channel opening 50 that completely encircles the valve stem 24. In these embodiments, the width of the channel opening 50 essentially equals the circumference of the valve stem 24. An example of such an embodiment is depicted in FIG. 6b, which shows a view of a half section of a valve stem 24. While the channel opening 50 completely encircles the valve stem 24, one or more internal supports 76 join two halves of the valve stem. Sophisticated internal geometries may be manufactured by forming the valve stem 24 as two separate components that can be joined together. The components may be joined by any suitable means such as press-fitting or crimping, for example. In the embodiment shown in FIG. 6b, a lug 74 on the upper part of the valve stem 24 fits into a corresponding hole in the lower part of the valve stem 24.

A short channel opening height maximizes the proportion of the displacement of the valve stem 24 during actuation before the metering gasket 56 begins to occlude the channel opening 50. Thus, nearly all of the formulation enters the metering chamber 60 via steady flow before the channel opening 50 begins to be fully occluded by the metering gasket 56. This may reduce the potential effects of actuation speed with respect to filling performance. A channel opening 50 covering a large portion of the circumference of the valve stem 24 allows a large cross-sectional area for filling the annular space 32, thereby increasing the reliability and precision of the metering of the formulation. A channel opening having the combination of a wide circumference and short height may provide a desirable balance between maximizing the cross-sectional surface area of the channel opening and also maximizing the proportion of the distance the valve stem 24 travels before the channel opening 50 begins to become occluded by the metering gasket 56.

The relationship between height of the channel opening 50 and the width of the narrow annular space 32 also may influence the filling characteristics of the metering valve 14. Generally, a channel opening height of about one to about

US 6,640,805 B2

9

five times the width of the narrow annular space **32** permits steady flow of the formulation into the metering chamber **60** until approximately one half of the channel opening **50** is occluded by the metering gasket **56**. Certain embodiments of the present invention include a channel opening height that is about three times the width of the annular space **32**.

A channel opening height of greater than about five times the width of the annular space **32** may cause recirculation of flow as the metering chamber **60** fills. As used herein, recirculation refers to flow circulating or flowing back against the general direction of the flow path in a localized region within a moving fluid. Recirculating formulation may interrupt the steady flow of formulation, at least in the vicinity of the recirculating flow. This may result in at least a temporary decrease in the effective cross-sectional area of the channel opening **50** available to conduct flow of formulation, thereby reducing the rate at which formulation is allowed to flow into the metering chamber **60**.

The channel **34** may intersect the channel opening **50** (the channel angle) at about a 0° angle with respect to the horizontal plane of the valve stem, as shown in FIG. **7**, or at an inclined angle, as shown in FIG. **8**. In one embodiment, similar to that shown in FIG. **7**, the channel **34** may intersect with the channel opening **50** at about a 0° angle relative to the horizontal plane of the valve stem **24** and have a channel opening **50** measuring about 0.25 mm in height and about 280° of the valve stem circumference. An alternative embodiment may have a channel opening height of about 0.5 mm.

The channel angle may range from about +90° to about −90° with respect to the horizontal plane of the valve stem. An angled channel **34** may help direct the flow formulation into the narrow annular space **32** (see FIG. **3**). This, in turn, may minimize the region of low pressure that may develop as the formulation passes through the channel opening **50** and into the narrow annular space **32**. Such regions of low pressure can increase the likelihood of bubble formation within the formulation. In one embodiment, similar to that shown in FIG. **8**, the channel angle may be about +45° relative to the horizontal plane of the valve stem **24** and the channel opening **50** may measure about 0.25 mm in height and about 160° of the valve stem circumference. An alternative embodiment may have a channel opening height of about 0.5 mm. Any channel angle from about 0° to and including about +90°, relative to the horizontal plane of the valve stem, may be suitable for a particular application, however.

In an alternative embodiment, a channel may intersect with the channel opening **50** at an angle from about 0° to about −90° with respect to the horizontal plane may be desired in certain embodiments. Such an embodiment, similar to that shown in FIG. **9**, may have a channel angle of about −45° with respect to the horizontal plane of the valve stem, for example. Drug from a suspension formulation may form a sediment between dosings. In the embodiment shown in FIG. **9**, such sedimented drug may preferentially collect on the floor of interior space **36**, thereby reducing sedimentation of drug in the channels **34**, the narrow annular space **32**, or both. The sedimented drug may be more readily resuspended into the formulation from the floor of the interior space **36** than from either the channels **34** or the narrow annular space **32** when the patient shakes the inhaler. Thus, such a valve stem may promote more consistent, accurate dosing and more complete use of drugs in suspension formulations. Any channel angle from about 0° to and including about −90° may be suitable for a particular application.

10

In certain embodiments, one or more edges **72** of the channel opening **50** may be beveled or rounded, as shown in FIG. **7**. Edges **72** modified in this way may provide a smooth transition of the flow path from the channel **34** into the narrow annular space **32**. This feature also may contribute to reducing the likelihood and extent to which localized regions of low pressure will develop in the flow of formulation. Consequently, beveled or rounded edges of the channel opening **50** may help reduce the likelihood of bubble formation within the formulation.

Various modifications and alterations to this invention will become apparent to those skilled in the art without departing from the scope and spirit of this invention. It should be understood that this invention is not intended to be unduly limited by the a illustrative embodiments and examples set forth herein and that such examples and embodiments are presented by way of example only with the scope of the invention intended to be limited only by the claims set forth herein as follows.

What is claimed is:

**1**. An aerosol valve stem comprising:

a body comprising a body wall defining an internal chamber;

at least one inlet port through the body wall in fluid communication with the internal chamber;

a channel opening in the body wall having a height and a width wherein the width is greater than the height; and

at least one channel providing fluid communication between the internal chamber and the channel opening.

**2**. The aerosol valve stem of claim **1** wherein the height of the channel opening is from about 0.01 mm to about 1.0 mm.

**3**. The aerosol valve stem of claim **2** wherein the height of the channel opening is from about 0.1 mm to about 0.8 mm.

**4**. The aerosol valve stem of claim **2** wherein the height of the channel opening is about 0.25 mm.

**5**. The aerosol valve stem of claim **1** wherein the channel opening completely encircles the valve stem.

**6**. The aerosol valve stem of claim **1** wherein the channel opening comprises at least one rounded edge or at least one beveled edge.

**7**. The aerosol valve stem of claim **1** wherein at least one channel intersects with at least one channel opening at an angle of from about +90° to about −90° relative to a horizontal axis of the valve stem.

**8**. The aerosol valve stem of claim **7** wherein at least one channel intersects with at least one channel opening at an angle of from about +45° to about −45° relative to a horizontal axis of the valve stem.

**9**. The aerosol valve stem of claim **7** wherein at least one channel intersects with at least one channel opening at an angle of about 0° relative to a horizontal axis of the valve stem.

**10**. An aerosol valve stem comprising:

a body comprising a body wall defining an internal chamber;

at least one inlet port through the body wall in fluid communication with the internal chamber;

a plurality of channel openings in the body wall, each channel opening having a height and a width wherein at least two channel openings define a cumulative width, and wherein the cumulative width is greater than the height; and

at least one channel providing fluid communication between the internal chamber and each channel opening.

US 6,640,805 B2

11

**11**. The aerosol valve stem of claim **10** wherein the height of at least one channel opening is from about 0.01 mm to about 1.0 mm.

**12**. A method of delivering an aerosol dose of medicine comprising:

a) providing an inhaler that comprises a valve stem comprising:

i) a body comprising a body wall defining an internal chamber,

ii) at least one inlet port through the body wall in fluid communication with the internal chamber,

iii) a channel opening in the body wall having a height and a width wherein the width is greater than the height, and

iv) at least one channel providing fluid communication between the internal chamber and the channel opening;

b) providing a formulation of aerosol medicine contained within the inhaler; and

c) actuating the inhaler.

**13**. A method of delivering an aerosol dose of medicine comprising:

a) providing an inhaler that comprises a valve stem comprising:

i) a body comprising a body wall defining an internal chamber,

ii) at least one inlet port through the body wall in fluid communication with the internal chamber,

iii) a plurality of channel openings in the body wall, each channel opening having a height and a width wherein at least two channel openings define an cumulative width, and wherein the cumulative width is greater than the height, and

iv) at least one channel providing fluid communication between the internal chamber and each channel opening;

b) providing a formulation of aerosol medicine contained within the inhaler; and

c) actuating the inhaler.

**14**. A metering valve comprising:

a housing comprising an internal chamber defined by one or more chamber walls, the internal chamber comprising an outlet aperture;

a diaphragm positioned at the outlet aperture and in sealing engagement with at least a portion of the housing;

a metering gasket in sealing engagement with one or more chamber walls;

a valve stem comprising:

i) a body comprising a body wall defining an internal chamber,

ii) at least one inlet port through the body wall in fluid communication with the internal chamber,

iii) a channel opening in the body wall having a height and a width wherein the width is greater than the height, and

iv) at least one channel providing fluid communication between the internal chamber and the channel opening,

wherein the valve stem passes through the aperture in slidable sealing engagement with both of the diaphragm and the metering gasket; and

an annular space having a width defined by a distance between the chamber wall and the valve stem.

**15**. The metering valve of claim **14** wherein the height of the channel opening is from about 1 to about 5 times the width of the annular space.

12

**16**. The metering valve of claim **14** wherein the height of the channel opening is about 3 times the width of the annular space.

**17**. The metering valve of claim **14** wherein the height of the channel opening is from about 0.01 mm to about 1.0 mm.

**18**. The metering valve of claim **17** wherein the height of the channel opening is from about 0.1 mm to about 0.8 mm.

**19**. The metering valve of claim **17** wherein the height of the channel opening is about 0.25 mm.

**20**. The metering valve of claim **14** wherein the channel opening completely encircles the valve stem.

**21**. The metering valve of claim **14** wherein the channel opening comprises at least one rounded edge or at least one beveled edge.

**22**. The metering valve of claim **14** wherein at least one channel intersects with at least one channel opening at an angle of from about +90° to about −90° relative to a horizontal axis of the valve stem.

**23**. The metering valve of claim **22** wherein at least one channel intersects with at least one channel opening at an angle of from about +45° to about −45° relative to a horizontal axis of the valve stem.

**24**. The metering valve of claim **22** wherein at least one channel intersects with at least one channel opening at an angle of about 0° relative to a horizontal axis of the valve stem.

**25**. A metering valve comprising:

a housing comprising an internal chamber defined by one or more chamber walls, the internal chamber comprising an outlet aperture;

a diaphragm positioned at the outlet aperture and in sealing engagement with at least a portion of the housing;

a metering gasket in sealing engagement with one or more chamber walls;

a valve stem comprising:

i) a body comprising a body wall defining an internal chamber,

ii) at least one inlet port through the body wall in fluid communication with the internal chamber,

iii) a plurality channel openings in the body wall, each channel opening having a height and a width wherein at least two channel openings define a cumulative width, and wherein the cumulative width is greater than the height; and

iv) at least one channel providing fluid communication between the internal chamber and each channel opening,

wherein the valve stem passes through the aperture in slidable sealing engagement with both of the diaphragm and the metering gasket; and

an annular space having a width defined by a distance between the chamber wall and the valve stem.

**26**. The metering valve of claim **25** wherein the height of at least one channel opening is from about 1 to about 5 times the width of the annular space.

**27**. The metering valve of claim **25** wherein the height of at least one channel opening is about 3 times the width of the annular space.

**28**. The metering valve of claim **25** wherein the height of at least one channel opening is from about 0.01 mm to about 1.0 mm.

**29**. The metering valve of claim **28** wherein the height of at least one channel opening is from about 0.1 mm to about 0.8 mm.

**30**. The metering valve of claim **28** wherein the height of at least one channel opening is about 0.25 mm.

* * * * *