# EXHIBIT 19

# Merriam-Webster's Collegiate® Dictionary

## ELEVENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2003 by Merriam-Webster, Incorporated

First Printing 2003

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
p. cm.
Includes index.
ISBN 0-87779-807-9 (Laminated unindexed : alk. paper). — ISBN 0-87779-808-7 (Jacketed hardcover unindexed : alk. paper). — ISBN 0-87779-809-5 (Jacketed hardcover with CD-ROM : alk. paper). — ISBN 0-87779-810-9 (Leatherlook with CD-ROM : alk. paper). — 0-87779-813-3 (Canadian). — 0-87779-814-1 (international).
1. English language—Dictionaries. I. Title: Collegiate dictionary. II. Merriam-Webster, Inc.
PE1628.M36 2003
423—dc21 2003003674
CIP

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

12TT:QWV03

Case 2:20-cv-10172-JXN-MAH Document 110-4 Filed 08/06/21 Page 4 of 22 PageID: 4122

inflated • information theory 641

**inflated** *adj* (1652) **1 :** elaborated or heightened by artificial or empty means ⟨an ~ style of writing⟩ **2 :** distended with air or gas **3 :** expanded to an abnormal or unjustifiable volume or level ⟨~ prices⟩ **4 :** being hollow and enlarged or distended

**in·fla·tion** \in-ˈflā-shən\ *n* (14c) **1 :** an act of inflating **:** a state of being inflated: as **a :** DISTENSION **b :** a hypothetical extremely brief period of very rapid expansion of the universe immediately following the big bang **c :** empty pretentiousness **:** POMPOSITY **2 :** a continuing rise in the general price level usu. attributed to an increase in the volume of money and credit relative to available goods and services

**in·fla·tion·ary** \-shə-ˌner-ē\ *adj* (1920) **:** of, characterized by, or productive of inflation ⟨~ policies⟩

**inflationary spiral** *n* (1931) **:** a continuous rise in prices that is sustained by the tendency of wage increases and cost increases to react on each other

**in·fla·tion·ism** \in-ˈflā-shə-ˌni-zəm\ *n* (1919) **:** the policy of economic inflation — **in·fla·tion·ist** \-sh(ə-)nist\ *n or adj*

**in·flect** \in-ˈflekt\ *vb* [ME, fr. L *inflectere*, fr. *in-* + *flectere* to bend] *vt* (15c) **1 :** to turn from a direct line or course **:** CURVE **2 :** to vary (a word) by inflection **:** DECLINE, CONJUGATE **3 :** to change or vary the pitch of (as the voice) **4 :** to affect or alter noticeably **:** INFLUENCE ⟨an approach ~*ed* by feminism⟩ ~ *vi* **:** to become modified by inflection — **in·flect·able** \-ˈflek-tə-bəl\ *adj* — **in·flec·tive** \-ˈflek-tiv\ *adj*

**in·flec·tion** \in-ˈflek-shən\ *n* (1531) **1 :** the act or result of curving or bending **:** BEND **2 :** change in pitch or loudness of the voice **3 a :** the change of form that words undergo to mark such distinctions as those of case, gender, number, tense, person, mood, or voice **b :** a form, suffix, or element involved in such variation **c :** ACCIDENCE **4 a :** change in curvature of an arc or curve from concave to convex or conversely **b :** INFLECTION POINT

**in·flec·tion·al** \-shnəl, -shə-nᵊl\ *adj* (1832) **:** of, relating to, or characterized by inflection ⟨an ~ suffix⟩ — **in·flec·tion·al·ly** *adv*

**inflection point** *n* (ca. 1721) **:** a point on a curve that separates an arc concave upward from one concave downward and vice versa

**in·flexed** \ˈin-ˌflekst\ *adj* [L *inflexus*, pp. of *inflectere*] (1661) **:** bent or turned abruptly inward or downward or toward the axis ⟨~ petals⟩

**in·flex·i·ble** \(ˌ)in-ˈflek-sə-bəl\ *adj* [ME, fr. L *inflexibilis*, fr. *in-* + *flexibilis* flexible] (14c) **1 :** rigidly firm in will or purpose **:** UNYIELDING **2 :** not readily bent **:** lacking or deficient in suppleness **3 :** incapable of change **:** UNALTERABLE — **in·flex·i·bil·i·ty** \-ˌflek-sə-ˈbi-lə-tē\ *n* — **in·flex·i·ble·ness** \-ˈflek-sə-bəl-nəs\ *n* — **in·flex·i·bly** \-blē\ *adv*

***syn*** INFLEXIBLE, OBDURATE, ADAMANT mean unwilling to alter a predetermined course or purpose. INFLEXIBLE implies rigid adherence or even slavish conformity to principle ⟨*inflexible* in their demands⟩. OBDURATE stresses hardness of heart and insensitivity to appeals for mercy or the influence of divine grace ⟨*obdurate* in his refusal to grant clemency⟩. ADAMANT implies utter immovability in the face of all temptation or entreaty ⟨*adamant* that the work should continue⟩. ***syn*** see in addition STIFF

**in·flex·ion** *chiefly Brit var of* INFLECTION

**in·flict** \in-ˈflikt\ *vt* [L *inflictus*, pp. of *infligere*, fr. *in-* + *fligere* to strike — more at PROFLIGATE] (1566) **1 :** AFFLICT **2 a :** to give by or as if by striking ⟨~ pain⟩ **b :** to cause (something unpleasant) to be endured — **in·flict·er** *or* **in·flic·tor** \-ˈflik-tər\ *n* — **in·flic·tive** \-tiv\ *adj*

**in·flic·tion** \in-ˈflik-shən\ *n* (1534) **1 :** the act of inflicting **2 :** something (as punishment or suffering) that is inflicted

**in–flight** \ˈin-ˈflīt, (ˌ)in-\ *adj* (1944) **:** made, carried out, or provided for use or enjoyment while in flight ⟨~ movies⟩

**in·flo·res·cence** \ˌin-flə-ˈre-sᵊn(t)s\ *n* [NL *inflorescentia*, fr. LL *inflorescent-*, *inflorescens*, prp. of *inflorescere* to begin to bloom, fr. L *in-* + *florescere* to begin to bloom — more at FLORESCENCE] (1760) **1 a :** the mode of development and arrangement of flowers on an axis **b :** a floral axis with its appendages; *also* **:** a flower cluster **2 :** the budding and unfolding of blossoms **:** FLOWERING

1
2
3
4
5
6
7
8
9

inflorescence 1a: *1* raceme, *2* corymb, *3* umbel, *4* compound umbel, *5* capitulum, *6* spike, *7* compound spike, *8* panicle, *9* cyme

**¹in·flow** \ˈin-ˌflō\ *n* (1839) **:** a flowing in ⟨the ~ of air⟩ ⟨an ~ of funds⟩

**¹in·flu·ence** \ˈin-ˌflü-ən(t)s, *esp Southern* in-ˈ\ *n* [ME, fr. OF, fr. ML *influentia*, fr. L *influent-*, *influens*, prp. of *influere* to flow in, fr. *in-* + *fluere* to flow — more at FLUID] (14c) **1 a :** an ethereal fluid held to flow from the stars and to affect the actions of humans **b :** an emanation of occult power held to derive from stars **2 :** an emanation of spiritual or moral force **3 a :** the act or power of producing an effect without apparent exertion of force or direct exercise of command **b :** corrupt interference with authority for personal gain **4 :** the power or capacity of causing an effect in indirect or intangible ways **:** SWAY **5 :** one that exerts influence — **under the influence :** affected by alcohol **:** DRUNK ⟨was arrested for driving *under the influence*⟩

***syn*** INFLUENCE, AUTHORITY, PRESTIGE, WEIGHT, CREDIT mean power exerted over the minds or behavior of others. INFLUENCE may apply to a force exercised and received consciously or unconsciously ⟨used her *influence* to get the bill passed⟩. AUTHORITY implies the power of winning devotion or allegiance or of compelling acceptance and belief ⟨his opinions lacked *authority*⟩. PRESTIGE implies the ascendancy given by conspicuous excellence or reputation for superiority ⟨the *prestige* of the newspaper⟩. WEIGHT implies measurable or decisive influence in determining acts or choices ⟨their wishes obviously carried much *weight*⟩. CREDIT suggests influence that arises from the confidence of others ⟨his *credit* with the press⟩.

**²influence** *vt* **-enced; -enc·ing** (1658) **1 :** to affect or alter by indirect or intangible means **2 :** to have an effect on the condition or development of ***syn*** see AFFECT — **in·flu·ence·able** \-ən(t)-sə-bəl\ *adj*

**¹in·flu·ent** \ˈin-ˌflü-ənt, in-ˈ\ *adj* (15c) **:** flowing in

**²influent** *n* (1859) **1 :** something that flows in: as **a :** a tributary stream **b :** fluid input into a reservoir or process **2 :** a factor modifying the balance and stability of an ecological community

**¹in·flu·en·tial** \ˌin-(ˌ)flü-ˈen(t)-shəl\ *adj* (1570) **:** exerting or possessing influence — **in·flu·en·tial·ly** \-ˈen(t)-sh(ə-)lē\ *adv*

**²influential** *n* (1831) **:** one who has great influence

**in·flu·en·za** \ˌin-(ˌ)flü-ˈen-zə\ *n* [It, lit., influence, fr. ML *influentia*; fr. the belief that epidemics were due to the influence of the stars] (1743) **1 a** (1) **:** an acute typically severe respiratory disease caused by an orthomyxovirus (species *Influenza A virus* of the genus *Influenzavirus A*) and marked by sudden onset, fever, prostration, severe aches and pains, and progressive inflammation of the respiratory mucous membranes — called also *influenza A* (2) **:** either of two usu. milder or even subclinical respiratory diseases caused by two other orthomyxoviruses (species *Influenza B virus* of the genus *Influenzavirus B* and species *Influenza C virus* of the genus *Influenzavirus C*) — often used with the letter *B* or *C* to denote the causative species **b :** any of various human respiratory infections of undetermined cause — not used technically **2 :** any of numerous febrile usu. virus diseases of domestic animals marked by respiratory symptoms, inflammation of mucous membranes, and often systemic involvement — **in·flu·en·zal** \-zəl\ *adj*

**in·flux** \ˈin-ˌfləks\ *n* [ML *influxus*, fr. L *influere*] (1626) **:** a coming in ⟨an ~ of tourists⟩

**in·fo** \ˈin-(ˌ)fō\ *n* (1907) **:** INFORMATION

**in·fold** \in-ˈfōld\ *vt* (15c) **:** ENFOLD, ENVELOP ~ *vi* **:** to fold inward or toward one another

**in·fo·mer·cial** \ˈin-(ˌ)fō-ˌmər-shəl, -fə-\ *n* [*information* + ²*commercial*] (1981) **:** a television program that is an extended advertisement often including a discussion or demonstration

**in·form** \in-ˈfȯrm\ *vb* [ME, fr. AF *enformer*, fr. L *informare*, fr. *in-* + *forma* form] *vt* (14c) **1** *obs* **:** to give material form to **2 a :** to give character or essence to ⟨the principles which ~ modern teaching⟩ **b :** to be the characteristic quality of **:** ANIMATE ⟨the compassion that ~*s* her work⟩ **3** *obs* **:** GUIDE, DIRECT **4** *obs* **:** to make known **5 :** to communicate knowledge to ⟨~ a prisoner of his rights⟩ ~ *vi* **1 :** to impart information or knowledge **2 :** to give information (as of another's wrongdoing) to an authority ⟨~*ed* on a member of his own gang⟩

***syn*** INFORM, ACQUAINT, APPRISE, NOTIFY mean to make one aware of something. INFORM implies the imparting of knowledge esp. of facts or occurrences ⟨*informed* us of the crisis⟩. ACQUAINT lays stress on introducing to or familiarizing with ⟨*acquaint* yourself with the keyboard⟩. APPRISE implies communicating something of special interest or importance ⟨keep us *apprised* of the situation⟩. NOTIFY implies sending notice of something requiring attention or demanding action ⟨*notified* the witness when to appear⟩.

**in·for·mal** \(ˌ)in-ˈfȯr-məl\ *adj* (1585) **1 :** marked by the absence of formality or ceremony ⟨an ~ meeting⟩ **2 :** characteristic of or appropriate to ordinary, casual, or familiar use ⟨~ clothes⟩ — **in·for·mal·i·ty** \-(ˌ)fȯr-ˈma-lə-tē, -fər-\ *n* — **in·for·mal·ly** \-ˈfȯr-mə-lē\ *adv*

**in·for·mant** \in-ˈfȯr-mənt\ *n* (1657) **:** a person who gives information: as **a :** INFORMER **b :** one who supplies cultural or linguistic data in response to interrogation by an investigator

**in for·ma pau·pe·ris** \ˌin-ˈfȯr-mə-ˈpȯ-pə-rəs, -ˈpau̇-\ *adj or adv* [L, in the form of a pauper] (1592) **:** as a poor person

**in·for·mat·ics** \ˌin-fər-ˈma-tiks\ *n pl but sing in constr* [ISV *information* + *-ics*] (ca. 1967) **:** INFORMATION SCIENCE

**in·for·ma·tion** \ˌin-fər-ˈmā-shən\ *n* (14c) **1 :** the communication or reception of knowledge or intelligence **2 a** (1) **:** knowledge obtained from investigation, study, or instruction (2) **:** INTELLIGENCE, NEWS (3) **:** FACTS, DATA **b :** the attribute inherent in and communicated by one of two or more alternative sequences or arrangements of something (as nucleotides in DNA or binary digits in a computer program) that produce specific effects **c** (1) **:** a signal or character (as in a communication system or computer) representing data (2) **:** something (as a message, experimental data, or a picture) which justifies change in a construct (as a plan or theory) that represents physical or mental experience or another construct **d :** a quantitative measure of the content of information; *specif* **:** a numerical quantity that measures the uncertainty in the outcome of an experiment to be performed **3 :** the act of informing against a person **4 :** a formal accusation of a crime made by a prosecuting officer as distinguished from an indictment presented by a grand jury — **in·for·ma·tion·al** \-shnəl, -shə-nᵊl\ *adj* — **in·for·ma·tion·al·ly** *adv*

**information retrieval** *n* (1950) **:** the techniques of storing and recovering and often disseminating recorded data esp. through the use of a computerized system

**information science** *n* (1960) **:** the collection, classification, storage, retrieval, and dissemination of recorded knowledge treated both as a pure and as an applied science

**information superhighway** *n* (1983) **:** a telecommunications infrastructure or system (as of television, telephony, or computer networks) used for widespread and usu. rapid access to information; *esp* **:** INTERNET — called also *infobahn*, *information highway*

**information technology** *n* (1978) **:** the technology involving the development, maintenance, and use of computer systems, software, and networks for the processing and distribution of data

**information theory** *n* (1950) **:** a theory that deals statistically with information, with the measurement of its content in terms of its distinguishing essential characteristics or by the number of alternatives from

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision, beige \k, ⁿ, œ, ue, ʸ\ see Guide to Pronunciation

TEVAQVAR-00766472

# EXHIBIT 20

# The Merriam-Webster Dictionary

WILLIAMS & CONNOLLY LLP
MAY 22 2014
LIBRARY

Merriam-Webster, Incorporated
Springfield, Massachusetts



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2005 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data

The Merriam-Webster dictionary.
p. cm.
ISBN-13: 978-0-87779-636-7 (pbk. : alk. paper)
ISBN-10: 0-87779-636-X (pbk. : alk. paper)
1. English language—Dictionaries. I. Merriam-Webster, Inc.
PE1628.M353 2005
423—dc22 2005001286

All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

12345RRDC070605

case, gender, number, tense, person, mood, or voice — **in·flec·tion·al** \-shə-nəl\ *adj*

**in·flex·i·ble** \(,)in-ˈflek-sə-bəl\ *adj* **1** : UNYIELDING **2** : RIGID **3** : incapable of change — **in·flex·i·bil·i·ty** \-,flek-sə-ˈbi-lə-tē\ *n* — **in·flex·i·bly** \-ˈflek-sə-blē\ *adv*

**in·flex·ion** \in-ˈflek-shən\ *chiefly Brit var of* INFLECTION

**in·flict** \in-ˈflikt\ *vb* : AFFLICT; *also* : to give by or as if by striking — **in·flic·tion** \-ˈflik-shən\ *n*

**in·flo·res·cence** \,in-flə-ˈres-ᵊns\ *n* : the manner of development and arrangement of flowers on a stem; *also* : a flowering stem with its appendages : a flower cluster

**in·flow** \ˈin-,flō\ *n* : a flowing in

**¹in·flu·ence** \ˈin-,flü-əns\ *n* **1** : the act or power of producing an effect without apparent force or direct authority **2** : the power or capacity of causing an effect in indirect or intangible ways **3** : one that exerts influence — **in·flu·en·tial** \,in-flü-ˈen-chəl\ *adj* — **under the influence** : affected by alcohol

**²influence** *vb* **-enced; -enc·ing** **1** : to affect or alter by influence : SWAY **2** : to have an effect on the condition or development of : MODIFY

**in·flu·en·za** \,in-flü-ˈen-zə\ *n* [It, lit., influence, fr. ML *influentia;* fr. the belief that epidemics were due to the influence of the stars] : an acute and highly contagious virus disease marked by fever, prostration, aches and pains, and respiratory inflammation; *also* : any of various feverish usu. virus diseases typically with respiratory symptoms

**in·flux** \ˈin-,fləks\ *n* : a coming in

**in·fo** \ˈin-(,)fō\ *n* : INFORMATION

**in·fold** \in-ˈfōld\ *vb* **1** : ENFOLD **2** : to fold inward or toward one another

**in·fo·mer·cial** \ˈin-fō-,mər-shəl\ *n* : a television program that is an extended advertisement often including a discussion or demonstration

**in·form** \in-ˈfȯrm\ *vb* **1** : to communicate knowledge to : TELL **2** : to give information or knowledge **3** : to act as an informer ◆ ***Synonyms*** ACQUAINT, APPRISE, ADVISE, NOTIFY

**in·for·mal** \(,)in-ˈfȯr-məl\ *adj* **1** : conducted or carried out without formality or ceremony ⟨an ~ party⟩ **2** : characteristic of or appropriate to ordinary, casual, or familiar use ⟨~ clothes⟩ — **in·for·mal·i·ty** \,in-fȯr-ˈma-lə-tē, -fər-\ *n* — **in·for·mal·ly** \(,)in-ˈfȯr-mə-lē\ *adv*

**in·for·mant** \in-ˈfȯr-mənt\ *n* : a person who gives information : INFORMER

**in·for·ma·tion** \,in-fər-ˈmā-shən\ *n* **1** : the communication or reception of knowledge or intelligence **2** : knowledge obtained from investigation, study, or instruction : FACTS, DATA **3** : the attribute communicated by one of two or more alternative sequences of something (as nucleotides in DNA or binary digits in a computer program) — **in·for·ma·tion·al** \-shə-nəl\ *adj*

**information superhighway** *n* : INTERNET

**in·for·ma·tive** \in-ˈfȯr-mə-tiv\ *adj* : imparting knowledge : INSTRUCTIVE

**in·formed** \in-ˈfȯrmd\ *adj* **1** : having or based on information ⟨an ~ decision⟩ **2** : EDUCATED, KNOWLEDGEABLE

**informed consent** *n* : consent to a medical procedure by someone who understands what is involved

**in·form·er** \-ˈfor-mər\ *n* : one that informs; *esp* : a person who informs against others for illegalities esp. for financial gain

**in·fo·tain·ment** \,in-fō-ˈtān-mənt\ *n* : a television program that presents information (as news) in a manner intended to be entertaining

**in·frac·tion** \in-ˈfrak-shən\ *n* [ME, fr. ML *infractio,* fr. L, subduing, fr. *infringere* to break, crush] : the act of infringing : VIOLATION

**in·fra dig** \,in-frə-ˈdig\ *adj* [short for L *infra dignitatem*] : being beneath one's dignity

**in·fra·red** \,in-frə-ˈred\ *adj* : being, relating to, or using radiation having wavelengths longer than those of red light — **infrared** *n*

**in·fra·struc·ture** \ˈin-frə-,strək-chər\ *n* **1** : the underlying foundation or basic framework (as of a system or organization) **2** : the system of public works of a country, state, or region; *also* : the resources (as buildings or equipment) required for an activity

**in·fre·quent** \(,)in-ˈfrē-kwənt\ *adj* **1** : seldom happening : RARE **2** : placed or occurring at wide intervals in space or time ◆ ***Synonyms*** UNCOMMON, SCARCE, SPORADIC — **in·fre·quent·ly** *adv*

**in·fringe** \in-ˈfrinj\ *vb* **in·fringed; in·fring·ing** **1** : VIOLATE, TRANSGRESS ⟨~ a patent⟩ **2** : ENCROACH, TRESPASS ⟨~ on our rights⟩ — **in·fringe·ment** *n*

**in·fu·ri·ate** \in-ˈfyu̇r-ē-,āt\ *vb* **-at·ed; -at·ing** : to make furious : ENRAGE — **in·fu·ri·at·ing·ly** *adv*

**in·fuse** \in-ˈfyüz\ *vb* **in·fused; in·fus·ing** **1** : to instill a principle or quality in ⟨*infused* the team with confidence⟩ **2** : INSPIRE, ANIMATE **3** : to steep (as tea) without boiling — **in·fu·sion** \-ˈfyü-zhən\ *n*

**¹-ing** \iŋ\ *n suffix* **1** : action or process ⟨sleep*ing*⟩ : instance of an action or process ⟨a meet*ing*⟩ **2** : product or result of an action or process ⟨an engrav*ing*⟩ ⟨earn*ings*⟩ **3** : something used in an action or process ⟨a bed cover*ing*⟩ **4** : something connected with, consisting of, or used in making (a specified thing) ⟨scaffold*ing*⟩ **5** : something related to (a specified concept) ⟨off*ing*⟩

**²-ing** *n suffix* : one of a (specified) kind

**³-ing** *vb suffix or adj suffix* — used to form the present participle ⟨sail*ing*⟩ and sometimes to form an adjective resembling a present participle but not derived from a verb ⟨swashbuckl*ing*⟩

**in·ga·ther** \ˈin-,ga-t͟hər\ *vb* : to gather in : ASSEMBLE

**in·ge·nious** \in-ˈjēn-yəs\ *adj* **1** : marked by special aptitude at discovering, inventing, or contriving **2** : marked by originality, resourcefulness, and cleverness in conception or execution — **in·ge·nious·ly** *adv* — **in·ge·nious·ness** *n*

**in·ge·nue** *or* **in·gé·nue** \ˈan-jə-,nü, ˈän-; ˈaⁿ-zhə-, ˈäⁿ-\ *n* : a naive girl or young woman; *esp* : an actress portraying such a person

**in·ge·nu·i·ty** \,in-jə-ˈnü-ə-tē, -ˈnyü-\ *n, pl* **-ties** : skill or cleverness in planning or inventing : INVENTIVENESS

**in·gen·u·ous** \in-ˈjen-yə-wəs\ *adj* [L *ingenuus* native, freeborn, fr. *gignere* to beget] **1** : innocently straightforward ⟨her ~ curiosity⟩ **2** : lacking craft or subtlety ⟨~ comments⟩ — **in·gen·u·ous·ly** *adv* — **in·gen·u·ous·ness** *n*

**in·gest** \in-ˈjest\ *vb* : to take in for or as if for digestion — **in·ges·tion** \-ˈjes-chən\ *n*

**in·gle·nook** \ˈiŋ-gəl-,nu̇k\ *n* : a nook by a large open fireplace; *also* : a bench occupying this nook

**in·glo·ri·ous** \(,)in-ˈglȯr-ē-əs\ *adj* **1** : SHAMEFUL **2** : not glorious : lacking fame or honor — **in·glo·ri·ous·ly** *adv*

**in·got** \ˈiŋ-gət\ *n* : a mass of metal cast in a form convenient for storage or transportation

**¹in·grain** \(,)in-ˈgrān\ *vb* : to work indelibly into the natural texture or mental or moral constitution — **in·grained** *adj*

**²in·grain** \ˈin-,grān\ *adj* **1** : made of fiber that is dyed before being spun into yarn **2** : made of yarn that is dyed before being woven or knitted **3** : INNATE — **in·grain** *n*

**in·grate** \ˈin-,grāt\ *n* : an ungrateful person

**in·gra·ti·ate** \in-ˈgrā-shē-,āt\ *vb* **-at·ed; -at·ing** : to gain favor by deliberate effort

**in·gra·ti·at·ing** *adj* **1** : capable of winning favor : PLEASING ⟨an ~ smile⟩ **2** : FLATTERING ⟨an ~ manner⟩

**in·grat·i·tude** \(,)in-ˈgra-tə-,tüd, -,tyüd\ *n* : lack of gratitude : UNGRATEFULNESS

**in·gre·di·ent** \in-ˈgrē-dē-ənt\ *n* : one of the substances that make up a mixture or compound : CONSTITUENT

**in·gress** \ˈin-,gres\ *n* : ENTRANCE, ACCESS — **in·gres·sion** \in-ˈgre-shən\ *n*

**in·grow·ing** \ˈin-,grō-iŋ\ *adj* : growing or tending inward

**in·grown** \-,grōn\ *adj* : grown in; *esp* : having the free tip or edge embedded in the flesh ⟨an ~ toenail⟩

**in·gui·nal** \ˈiŋ-gwə-nᵊl\ *adj* : of, relating to, or situated in or near the region of the groin ⟨an ~ hernia⟩

**in·hab·it** \in-ˈha-bət\ *vb* : to live or dwell in ⟨spiders that ~ caves⟩ — **in·hab·it·able** *adj* — **in·hab·i·ta·tion** \in-,ha-bə-ˈtā-shən\ *n*

**in·hab·i·tant** \in-ˈha-bə-tənt\ *n* : a permanent resident in a place

**in·hal·ant** \in-ˈhā-lənt\ *n* : something (as a medicine) that is inhaled

**in·ha·la·tor** \ˈin-hə-,lā-tər\ *n* : a device that provides a mixture of carbon dioxide and oxygen for breathing

**in·hale** \in-ˈhāl\ *vb* **in·haled; in·hal·ing** : to breathe in — **in·ha·la·tion** \,in-hə-ˈlā-shən\ *n*

**in·hal·er** \in-ˈhā-lər\ *n* : a device by means of which medicinal material is inhaled

# EXHIBIT 21

# WEBSTER'S NEW WORLD™

# COLLEGE DICTIONARY

## FOURTH EDITION

*Defining the English Language for the 21st Century*

**CLEAREST DEFINITIONS**
for Instant Understanding

**MOST UP-TO-DATE**
—Over 7,000 New Entries

*The Official Dictionary of the* ASSOCIATED PRESS

**THE NAME YOU TRUST**

# WEBSTER'S NEW WORLD™ COLLEGE DICTIONARY

Fourth Edition

# WEBSTER'S NEW WORLD™ COLLEGE DICTIONARY

Fourth Edition

Michael Agnes
EDITOR IN CHIEF

David B. Guralnik
EDITOR IN CHIEF EMERITUS

Webster's New World™ College Dictionary, Fourth Edition
Copyright © 1999 by Macmillan USA

This edition is a major revision of *Webster's New World™ College Dictionary*, Third Edition, copyright © 1997, 1996, 1994, 1991, 1988 by Macmillan USA

All rights reserved
including the right of reproduction
in whole or in part in any form

Macmillan General Reference
A Pearson Education Macmillan Company
1633 Broadway
New York, NY 10019-6785

A Webster's New World™ Book

MACMILLAN is a registered trademark of Macmillan USA.
WEBSTER'S NEW WORLD DICTIONARY
is a trademark of Macmillan USA.

*Dictionary Editorial Offices:*
*New World Dictionaries*
*850 Euclid Avenue*
*Cleveland, Ohio 44114*

**Library of Congress Cataloging-in-Publication Data**
Webster's New World college dictionary / Michael Agnes, editor in chief. — 4th ed.
p. cm.
"A Webster's New World book"—T.p. verso.
ISBN 0-02-863118-8 (thumb-indexed). — ISBN 0-02-863119-6 (plain-edged). — ISBN 0-02-863120-X (leatherkraft). — ISBN 0-02-863471-3 (deluxe).
1. English language—Dictionaries. I. Agnes, Michael. II. Title: College dictionary.
PE1628.W5629 1999
423—dc21 99-21175
CIP

Manufactured in the United States of America
1 2 3 4 5 6 7 8 9 10 99 00 01 02 03

in·flic·tion 1 the act of inflicting 2 something inflicted, as punishment

in-flight (in'flīt') adj. done, occurring, shown, etc. while an aircraft is in flight [in-flight movies]

in·flo·res·cence (in'flō res'əns, -flô-; -flə-) n. [ModL inflorescentia < L inflorescens, prp. of inflorescere, to begin to blossom: see IN-1 & FLORESCENCE] 1 Bot. 1 the producing of blossoms; flowering 2 the arrangement of flowers on a stem or axis 3 a flower cluster on a common axis 4 flowers collectively 5 a solitary flower, regarded as a flower cluster —in'·flo·res'·cent adj.

SPIKE
CATKIN
RACEME
SPADIX

CORYMB
SIMPLE UMBEL
COMPOUND UMBEL
CYME
PANICLE

TYPES OF INFLORESCENCE

in·flow (in'flō') n. 1 a flowing in or into 2 anything that flows in

in·flu·ence (in'flōō əns, in fluens) n. [OFr < ML influentia, a flowing in < L influens, prp. of influere, to flow in < in-, in + fluere, to flow: see FLUCTUATE] 1 the flowing of an ethereal fluid or power from the stars, thought to affect people's character and destiny 2 a) the power of persons or things to affect others, seen only in its effects b) the action or effect of such power 3 the ability of a person or group to produce effects indirectly by means of power based on wealth, high position, etc. 4 a person or thing that has influence 5 Elec. the effect of an external field —vt. -enced, -enc·ing to exert or have influence on; have an effect on the nature, behavior, development, action, or thought of

SYN.—influence implies the power of persons or things (whether or not exerted consciously or overtly) to affect others [he owed his position to influence]; authority implies the power to command acceptance, belief, obedience, etc., based on strength of character, expertness of knowledge, etc. [a statement made on good authority]; prestige implies the power to command esteem or admiration, based on brilliance of achievement or outstanding superiority; weight implies influence that is more or less preponderant in its effect [he threw his weight to the opposition] See also AFFECT1

in·flu·ent (in'flōō ənt) adj. [L influens: see prec.] flowing in —n. 1 anything flowing in, as a tributary 2 an organism that has important interactions within an ecological community, but is not a dominant

in·flu·en·tial (in'flōō en'shəl) adj. [ML influentialis] having or exerting influence, esp. great influence; powerful; effective —in'·flu·en'·tially adv.

in·flu·en·za (in'flōō en'zə) n. [It, lit., an influence (because attributed by astrologers to the influence of the stars) < ML influentia: see INFLUENCE] 1 an acute, contagious, infectious disease, caused by any of various viruses and characterized by inflammation of the respiratory tract, fever, and muscular pain 2 any of various viral diseases of domestic animals, characterized by inflammation of the respiratory tract —in'·flu·en'·zal adj.

in·flux (in'fluks') n. [Fr < LL influxus < pp. of L influere: see INFLUENCE] 1 a) a flowing in; inflow, as of a liquid, gas, etc. b) a continual coming in of persons or things [an influx of customers] 2 the point where a body of water, as a river, joins another body of water

in·fo (in'fō) n. [Slang] short for INFORMATION (senses 1, 2, & 3)

in·fold (in fōld') vt. var. of ENFOLD

in·fo·mer·cial (in'fō mur'shəl) n. [INFO(RMATION) + (COM)MERCIAL; earlier informercial, formed similarly] a long TV commercial, made to resemble a talk-show, educational demonstration, review, etc.

in·form1 (in fôrm') vt. [ME informen < OFr enformer < L informare: see IN-1 & FORM] 1 a) [Obs.] to give form to b) to give character to; be the formative principle of c) to give or inspire with some specific quality or character 2 [Rare] to form or shape (the mind); teach; instruct 3 to give knowledge of something to; tell; acquaint with a fact, etc. —vi. 1 to give information 2 to give information laying blame or accusation upon another —SYN. see NOTIFY

in·form2 (in fôrm') adj. [Fr informe < L informis] [Archaic] without form; formless

in·for·mal (in fôr'məl) adj. not formal; specif., a) not according to prescribed or fixed customs, rules, ceremonies, etc. b) casual, easy, unceremonious, or relaxed c) designed for use or wear on everyday occasions d) not requiring formal dress e) designating or of the words, phrases, and idioms characteristic of speech or writing that is casual, ordinary, unceremonious, etc.; colloquial: the label [Informal] is used throughout this dictionary in this sense —in·formally adv.

in·for·mal·i·ty (in'fôr mal'ə tē) n. 1 the quality or state of being informal 2 pl. -ties an informal act

in·form·ant (in fôr'mənt) n. [< L informans, prp. of informare, to inform] a person who gives, or serves as a source of, information; specif., a) a native speaker of a language whose pronunciations, usages, etc. are studied and recorded by linguists b) INFORMER

in for·ma pau·pe·ris (in fôr'mə pô'pə ris) [L, in the manner of a pauper] as a poor person; i.e. without paying court costs

in·for·ma·tion (in'fər mā'shən) n. [ME informacioun < OFr information < L informatio, a representation, outline, sketch] 1 an informing or being informed; esp., a telling or being told of something 2 something told; news; intelligence; word 3 knowledge acquired in any manner; facts; data; learning; lore 4 a person or agency answering questions as a service to others 5 in information theory and computer science, a precise measure of the information content of a message, measured in bits and ranging from zero when the entire message is known in advance to some maximum when nothing is known of its content 6 any data that can be stored in and retrieved from a computer 7 Law an accusation, under oath, of a criminal offense, not by indictment of a grand jury, but by a public officer, such as a prosecutor —in'·for·ma'·tional adj.

SYN.—information applies to data that are gathered in any way, as by reading, observation, hearsay, etc. and does not necessarily connote validity [inaccurate information]; knowledge applies to any body of facts gathered by study, observation, etc. and to the ideas inferred from these facts, and connotes an understanding of what is known [man's knowledge of the universe]; learning is knowledge acquired by study, especially in languages, literature, philosophy, etc.; erudition implies profound or abstruse learning beyond the comprehension of most people; wisdom implies superior judgment and understanding based on broad knowledge

information science the science dealing with the efficient collection, storage, and retrieval of information

information superhighway 1 the INTERNET or other extensive computer network 2 a hypothetical electronic communications network encompassing computer networks, television, telephones, etc. Often information highway

information theory the study of processes of communication and the transmission of messages; specif., the study of the information content of messages and of the probabilistic measurement of signal recognition in the presence of interference, noise, etc.

in·for·ma·tive (in fôr'mə tiv) adj. [ML informativus < L informatus, pp. of informare: see INFORM1] giving information; educational; instructive: also in·form'a·to'ry —in·form'a·tively adv.

in·formed (in fôrmd') adj. having or based on much information, knowledge, or education

informed consent consent, usually written, given as by a patient to surgery, experimental treatment, etc. after having been informed of the potential medical risks

in·former (in fôr'mər) n. a person who secretly accuses, or gives evidence against, another, often for a reward

in·fo·tain·ment (in'fō tān'mənt) n. [< INFO(RMATION) + (ENTER)TAINMENT] television programming of news and information, as about celebrities, presented in a dramatic or sensational style

infra- (in'frə) [< L adv. & prep. infra, below: see UNDER] prefix below; beneath [infrared]

in·fract (in frakt') vt. [< L infractus, pp. of infringere: see INFRINGE] [Rare] to break or violate (a law, pledge, etc.) —in·frac'·tor n.

in·frac·tion (in frak'shən) n. [L infractio: see prec.] a breaking of a law, pact, etc.; violation; infringement

in·fra dig (in'frə dig') [< L infra dig(nitatem)] [Informal] beneath one's dignity

infra·hu·man (in'frə hyōō'mən) adj. below man on the evolutionary scale; esp., anthropoid

infra·lap·sar·ian (in'frə lap ser'ē ən) n. [< INFRA- + L lapsus, a fall (see LAPSE) + -ARIAN] any of a group of Calvinists who held that God's plan of salvation for some people followed and was a consequence of the fall of humankind from grace: opposed to SUPRALAPSARIAN —adj. of this doctrine —in'fra·lap·sar'i·an·ism' n.

in·fran·gible (in fran'jə bəl) adj. [MFr: see IN-2 & FRANGIBLE] 1 that cannot be broken or separated 2 that cannot be violated or infringed —in·fran'·gibil'·ity n. or in·fran'·gible·ness —in·fran'·gibly adv.

infra·red (in'frə red', in'frə red') adj. designating or of those invisible rays just beyond the red end of the visible spectrum: their waves are longer than those of the spectrum colors but shorter than radio waves, and have a penetrating heating effect: used in cooking, photography, etc.

infra·sonic (in'frə sän'ik) adj. [INFRA- + SONIC] designating or of a frequency of mechanical vibrations below the range audible to the human ear, i.e., below c. sixteen vibrations per second

infra·spe·cific (in'frə spə sif'ik) adj. of or pertaining to any taxon or category within a species, as a subspecies

infra·struc·ture (in'frə struk'chər) n. [INFRA- + STRUCTURE] a substructure or underlying foundation; esp., the basic installations and facilities on which the continuance and growth of a community

# EXHIBIT 22

# New Oxford American Dictionary

THIRD EDITION

*Edited by*

Angus Stevenson

Christine A. Lindberg

FIRST EDITION

Elizabeth J. Jewell

Frank Abate

Williams & Connolly LLP

OCT 26 2012

Library

OXFORD UNIVERSITY PRESS

OXFORD
UNIVERSITY PRESS

Oxford University Press, Inc., publishes works that further
Oxford University's objective of excellence
in research, scholarship, and education.

Oxford New York

Auckland Cape Town Dar es Salaam Hong Kong Karachi
Kuala Lumpur Madrid Melbourne Mexico City Nairobi
New Delhi Shanghai Taipei Toronto

With offices in

Argentina Austria Brazil Chile Czech Republic France Greece
Guatemala Hungary Italy Japan Poland Portugal Singapore
South Korea Switzerland Thailand Turkey Ukraine Vietnam

Copyright © 2010 by Oxford University Press

First edition 2001
Second edition 2005
Third edition 2010

Published by Oxford University Press, Inc.
198 Madison Avenue, New York, NY 10016
www.oup.com

Oxford is a registered trademark of Oxford University Press

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise,
without the prior permission of Oxford University Press.

The Library of Congress Cataloging-in-Publication Data
Data available

ISBN 978-0-19-539288-3

5 7 9 8 6 4

Printed in the United States of America
on acid-free paper

Williams & Connolly LLP

OCT 26 2012

Library

15362333131507 35

**2** (esp. of speech or writing) arousing or intended to arouse angry or violent feelings: *inflammatory slogans.*

**in·flat·a·ble** /in'flātəbəl/ ▶ **adj.** capable of being filled with air: *an inflatable mattress.*
▶ **n.** a plastic or rubber object that must be filled with air before use: *three sailors manned the inflatable.*

**in·flate** /in'flāt/ ▶ **v.** [with obj.] **1** fill (a balloon, tire, or other expandable structure) with air or gas so that it becomes distended. ■ [no obj.] become distended in this way.
**2** increase (something) by a large or excessive amount: *objectives should be clearly set out so as not to duplicate work and inflate costs.* ■ exaggerate: *numbers have been grossly inflated by the local press.* ■ bring about inflation of (a currency) or in (an economy).
– DERIVATIVES **in·fla·tor** /-'flātər/ (also **inflater**) **n.**
– ORIGIN late Middle English: from Latin *inflat-* 'blown into,' from the verb *inflare*, from *in-* 'into' + *flare* 'to blow.'

**in·flat·ed** /in'flātid/ ▶ **adj. 1** distended through being filled with air or gas: *a partially inflated balloon.*
**2** excessively or unreasonably high: *inflated salaries.* ■ exaggerated: *you have a very inflated opinion of your worth.*

**in·fla·tion** /in'flāsHən/ ▶ **n. 1** the action of inflating something or the condition of being inflated: *the inflation of a balloon | the gross inflation of salaries.* ■ Astronomy (in some theories of cosmology) a very brief exponential expansion of the universe postulated to have interrupted the standard linear expansion shortly after the Big Bang.
**2** Economics a general increase in prices and fall in the purchasing value of money: *policies aimed at controlling inflation* | [as modifier] *high inflation rates.*
– DERIVATIVES **in·fla·tion·ism** /-,nizəm/ **n.**, **in·fla·tion·ist** /-nist/ **n. & adj.**
– ORIGIN Middle English (in the sense 'the condition of being inflated with a gas'): from Latin *inflatio(n-)*, from *inflare* 'blow in to' (see INFLATE). Sense 2 dates from the mid 19th cent.

**in·fla·tion·ar·y** /in'flāsHə,nerē/ ▶ **adj. 1** of, characterized by, or tending to cause monetary inflation.
**2** Astronomy of, relating to, or involving inflation.

**in·flect** /in'flekt/ ▶ **v.** [with obj.] **1** Grammar change the form of (a word) to express a particular grammatical function or attribute, typically tense, mood, person, number, case, and gender. ■ [no obj.] (of a word or a language containing such words) undergo such change.
**2** vary the intonation or pitch of (the voice), esp. to express mood or feeling. ■ influence or color (music or writing) in tone or style. ■ vary the pitch of (a musical note).
**3** technical bend or deflect (something), esp. inward.
– DERIVATIVES **in·flec·tive** /-tiv/ **adj.**
– ORIGIN late Middle English (sense 3): from Latin *inflectere*, from *in-* 'into' + *flectere* 'to bend.'

**in·flec·tion** /in'fleksHən/ (chiefly Brit. also **inflexion**) ▶ **n. 1** Grammar a change in the form of a word (typically the ending) to express a grammatical function or attribute such as tense, mood, person, number, case, and gender. ■ the process or practice of inflecting words.
**2** the modulation of intonation or pitch in the voice: *she spoke slowly and without inflection | the variety of his vocal inflections.* ■ the variation of the pitch of a musical note.
**3** chiefly Mathematics a change of curvature from convex to concave at a particular point on a curve.
– DERIVATIVES **in·flec·tion·al** /-sHənl/ **adj.**, **in·flec·tion·al·ly** /-sHənl-ē/ **adv.**, **in·flec·tion·less adj.**
– ORIGIN late Middle English (in the sense 'the action of bending inward'): from Latin *inflexio(n-)*, from the verb *inflectere* 'bend in, curve' (see INFLECT).

**in·flec·tion point** ▶ **n. 1** (also **point of inflection**) Mathematics a point of a curve at which a change in the direction of curvature occurs.
**2** (in business) a time of significant change in a situation; a turning point.

**in·flexed** /in'flekst/ ▶ **adj.** technical bent or curved inward.

**in·flex·i·ble** /in'fleksəbəl/ ▶ **adj. 1** unwilling to change or compromise: *once she had made up her mind, she was inflexible.* ■ not able to be changed or adapted to particular circumstances: *inflexible rules.*
**2** not able to be bent; stiff: *the heavy inflexible armor of the beetles.*
– DERIVATIVES **in·flex·i·bil·i·ty** /-,fleksə'bilitē/ **n.**, **in·flex·i·bly** /-blē/ **adv.**
– ORIGIN late Middle English: from Latin *inflexibilis*, from *in-* 'not' + *flexibilis* 'flexible.'

**in·flict** /in'flikt/ ▶ **v.** [with obj.] cause (something unpleasant or painful) to be suffered by someone or something: *they inflicted serious injuries on three other men.* ■ (**inflict something on**) impose something unwelcome on: *she is wrong to inflict her beliefs on everyone else.*
– DERIVATIVES **in·flict·a·ble adj.**, **in·flict·er n.**
– ORIGIN mid 16th cent. (in the sense 'afflict, trouble'): from Latin *inflict-* 'struck against,' from the verb *infligere*, from *in-* 'into' + *fligere* 'to strike.'

**in·flic·tion** /in'fliksHən/ ▶ **n.** the action of inflicting something unpleasant or painful on someone or something: *the repeated infliction of pain.* ■ informal, dated a nuisance: *what an infliction he must be!*

**in·flight** /'in,flīt/ ▶ **adj.** occurring or provided during an aircraft flight: *inflight entertainment.*

**in·flo·res·cence** /,inflô'resəns, -flə-/ ▶ **n.** Botany the complete flower head of a plant including stems, stalks, bracts, and flowers. ■ the arrangement of the flowers on a plant. ■ the process of flowering.
– ORIGIN mid 18th cent. (denoting the arrangement of a plant's flowers): from modern Latin *inflorescentia*, from late Latin *inflorescere* 'come into flower,' from Latin *in-* 'into' + *florescere* 'begin to flower.'

**in·flow** /'in,flō/ ▶ **n.** a large amount of money, people, or water, that moves or is transferred into a place: *some enclosed seas are subject to large inflows of fresh water | the firm experienced two years of cash inflow.*
– DERIVATIVES **in·flow·ing n. & adj.**

**in·flu·ence** /'inflōōəns/ ▶ **n.** the capacity to have an effect on the character, development, or behavior of someone or something, or the effect itself: *the influence of television violence | I was still under the influence of my parents | their friends are having a bad influence on them.* ■ the power to shape policy or ensure favorable treatment from someone, esp. through status, contacts, or wealth: *the institute has considerable influence with teachers.* ■ a person or thing with such a capacity or power: *Frank was a good influence on her.* ■ Physics, archaic electrical or magnetic induction.
▶ **v.** [with obj.] have an influence on: *social forces influencing criminal behavior.*
– PHRASES **under the influence** informal affected by alcoholic drink; drunk: *he was charged with driving under the influence.*
– DERIVATIVES **in·flu·ence·a·ble adj.**, **in·flu·enc·er n.**
– ORIGIN late Middle English: from Old French, or from medieval Latin *influentia* 'inflow,' from Latin *influere*, from *in-* 'into' + *fluere* 'to flow.' The word originally had the general sense 'an influx, flowing matter,' also specifically (in astrology) 'the flowing in of ethereal fluid (affecting human destiny).' The sense 'imperceptible or indirect action exerted to cause changes' was established in Scholastic Latin by the 13th cent., but not recorded in English until the late 16th cent.

**in·flu·ence ped·dling** ▶ **n.** the use of position or political influence on someone's behalf in exchange for money or favors.
– DERIVATIVES **in·flu·ence ped·dler n.**

**in·flu·ent** /'inflōōənt/ ▶ **adj.** flowing in: *the influent lines were relocated while waste water was still flowing.*
▶ **n.** a stream, esp. a tributary, that flows into another stream or lake. ■ Ecology a nondominant organism that has a major effect on the balance of a plant or animal community.
– ORIGIN late Middle English (as an adjective): from Latin *influent-* 'flowing in,' from *influere* (see INFLUENCE). The noun is recorded from the mid 19th cent.

**in·flu·en·tial** /,inflōō'encHəl/ ▶ **adj.** having great influence on someone or something: *her work is influential in feminist psychology.*
▶ **n.** (usu. **influentials**) an influential person.
– DERIVATIVES **in·flu·en·tial·ly adv.**
– ORIGIN late 16th cent. (referring to astral influence): from medieval Latin *influentia* (see INFLUENCE).

**in·flu·en·za** /,inflōō'enzə/ ▶ **n.** a highly contagious viral infection of the respiratory passages causing fever, severe aching, and catarrh, and often occurring in epidemics. Also called FLU.
– DERIVATIVES **in·flu·en·zal adj.**
– ORIGIN mid 18th cent.: from Italian, literally 'influence,' from medieval Latin *influentia* (see INFLUENCE). The Italian word also has the sense 'an outbreak of an epidemic,' hence 'epidemic.' It was applied specifically to an influenza epidemic that began in Italy in 1743, later adopted in English as the name of the disease.

**in·flux** /'in,fləks/ ▶ **n. 1** an arrival or entry of large numbers of people or things: *a massive influx of refugees from front-line areas.*
**2** an inflow of water into a river, lake, or the sea.
– ORIGIN late 16th cent. (denoting an inflow of liquid, gas, or light): from late Latin *influxus*, from *influere* 'flow in' (see INFLUENCE).

**in·fo** /'infō/ ▶ **n.** informal information.
– ORIGIN early 20th cent.: abbreviation.

**in·fold** /in'fōld/ ▶ **v.** [with obj.] **1** turn or fold inward; invaginate: (as adj. **infolded**) *an ovary formed from the infolded carpel.*
**2** dated variant spelling of ENFOLD.
– DERIVATIVES **in·fold·ing n.** *an infolding of mesodermal tissues.*

**in·fo·me·di·ar·y** /,infō'mēdē,erē/ ▶ **n.** an Internet company that gathers and links information on particular subjects on behalf of commercial organizations and their potential customers.
– ORIGIN 1980s: from *info(rmation)* + *-mediary*, on the pattern of *intermediary*.

**in·fo·mer·cial** /'infō,mərsHəl/ ▶ **n.** a television program that promotes a product in an informative and supposedly objective way.
– ORIGIN 1980s: blend of INFORMATION and COMMERCIAL.

**in·form** /in'fôrm/ ▶ **v. 1** [reporting verb] give (someone) facts or information; tell: [with obj.] *he wrote to her, informing her of the situation* | [with obj. and clause] *they were informed that no risk was involved* | [no obj.] *the role of television is to inform and entertain.* ■ [no obj.] give incriminating information about someone to the police or other authority: *people called a confidential hotline to inform on friends, neighbors, and family members.*
**2** [with obj.] give an essential or formative principle or quality to: *the relationship of the citizen to the state is informed by the democratic ideal.*
– ORIGIN Middle English *enforme*, *informe* 'give form or shape to,' also 'form the mind of, teach,' from Old French *enfourmer*, from Latin *informare* 'shape, fashion, describe,' from *in-* 'into' + *forma* 'a form.'

**in·for·mal** /in'fôrməl/ ▶ **adj.** having a relaxed, friendly, or unofficial style, manner, or nature: *an informal atmosphere | an informal agreement between the two companies.* ■ of or denoting a style of writing or conversational speech characterized by simple grammatical structures, familiar vocabulary, and use of idioms, e.g., *tu* in French. ■ (of dress) casual; suitable for everyday wear.
– DERIVATIVES **in·for·mal·ly adv.**

**in·for·mal·i·ty** /,infôr'malitē/ ▶ **n.** relaxed, friendly, or unofficial style or nature; absence of formality: *he enjoyed the informality of the occasion.*

**in·form·ant** /in'fôrmənt/ ▶ **n.** a person who gives information to another. ■ another term for INFORMER. ■ a person from whom a linguist or anthropologist obtains information about language, dialect, or culture.

**in·for·mat·ics** /,infər'matiks/ ▶ **plural n.** [treated as sing.] Computing the science of processing data for storage and retrieval; information science.
– ORIGIN 1960s: from INFORMATION + -ICS, translating Russian *informatika*.

**in·for·ma·tion** /,infər'māsHən/ ▶ **n. 1** facts provided or learned about something or someone: *a vital piece of information.* ■ Law a formal criminal charge lodged with a court or magistrate by a prosecutor without the aid of a grand jury: *the tenant may lay an information against his landlord.*
**2** what is conveyed or represented by a particular arrangement or sequence of things: *genetically transmitted information.* ■ Computing data as processed, stored, or transmitted by a computer. ■ (in information theory) a mathematical quantity expressing the probability of occurrence of a particular sequence of symbols, impulses, etc., as contrasted with that of alternative sequences.
– DERIVATIVES **in·for·ma·tion·al** /-sHənl/ **adj.**, **in·for·ma·tion·al·ly** /-sHənl-ē/ **adv.**
– ORIGIN late Middle English (also in the sense 'formation of the mind, teaching'), via Old French from Latin *informatio(n-)*, from the verb *informare* (see INFORM).

**in·for·ma·tion re·triev·al** ▶ **n.** Computing the tracing and recovery of specific information from stored data.

**in·for·ma·tion rev·o·lu·tion** ▶ **n.** the proliferation of the availability of information and the accompanying changes in its storage and dissemination owing to the use of computers.

**in·for·ma·tion scent** ▶ **n.** visual or textual cues provided on a website to suggest what information it or its links may contain. ■ the perceived usefulness of a page based on such information.

**in·for·ma·tion sci·ence** ▶ **n.** Computing the study of processes for storing and retrieving information, esp. scientific or technical information.

**in·for·ma·tion su·per·high·way** ▶ **n.** see SUPERHIGHWAY (sense 2).

PRONUNCIATION KEY ə ago, up; ər over, fur; a hat; ā ate; ä car; e let; ē see; i fit; ī by; NG sing; ō go; ô law, for; oi toy; ōō good; ōō goo; ou out; TH thin; T͟H then; ZH vision

i

# EXHIBIT 23

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

## UNABRIDGED

A Merriam-Webster

REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER

EDITORIAL STAFF

MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 2002 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 2002 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language, unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove and the Merriam-Webster editorial staff.
p. cm.
ISBN 0-87779-201-1 (blue sturdite).—ISBN 0-87779-202-X (carrying case).—ISBN 0-87779-206-2 (imperial buckram).
1. English language—Dictionaries. I. Gove, Philip Babcock, 1902–1972. II. Merriam-Webster, Inc.
PE1625.W36
423-dc20

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

535455QKY0504

**inflected** *adj* **1** : subjected to or characterized by inflection ⟨~ words⟩ ⟨an ~ language⟩ **2** : INFLEXED 2 — **in·flect·ed·ness** *n* -ES

**in·flect·ible** \-təbəl\ *adj* : capable of being inflected

**in·flec·tion** \ən'flekshən\ *n* -S [LL *inflection-, inflectio,* L *inflexion-, inflexio,* fr. *inflectus, inflexus* (past part. of *inflectere* to inflect) + *-ion-, -io* -ion — more at INFLECT] **1** : the act or result of curving or bending ⟨excel in movements and ~s of the hands —Sacheverell Sitwell⟩ : BEND, CURVE ⟨enclosed by ~s of the river —Anthony Powell⟩ **2** : change or variation of pitch or loudness : modulation of the voice in speaking or singing ⟨questions end on a rising ~⟩ ⟨~s of humor, irony, and sentiment which are obvious to a native speaker —Geoffrey Bullough⟩ **3 a** : a modification in pitch or dynamics in a musical line **b** : a change from the monotone in liturgical chanting **4 a** : the variation or change of form that words undergo to mark distinctions of case, gender, number, tense, person, mood, voice, comparison **b** : a form, suffix, or element involved in such variation **c** : ACCIDENCE **5 a** : change of curvature from concave to convex or conversely **b** *or* **inflection point** : the point where such a change takes place

**in·flec·tion·al** \-shən°l, -shnəl\ *adj* **1** : of, relating to, or characterized by inflection ⟨*-ed* in *played* is an ~ suffix⟩ — distinguished from *derivational* **2** *of a language* : characterized by the expression of grammatical relations by means of formal modification through internal change (as in *sing, sang, sung*) or fusional affixation of modifying elements (as in *walk, walked, walking, walks*) — distinguished from *agglutinative* and *isolating* — **in·flec·tion·al·ly** \-°lē, -əlē, lī\ *adv*

**in·flec·tion·less** \-shənləs\ *adj* : having no inflections

**in·flec·tive** \ən'flektiv, -tēv\ *adj* **1** : capable of, relating to, or tending to inflection : DEFLECTING **2** : INFLECTIONAL ⟨~ language⟩

**in·flexed** \(')in¦flekst, ən'f-\ *adj* [L *inflexus* (past part. of *inflectere* to inflect) + E *-ed* — more at INFLECT] **1** : TURNED, BENT **2** : bent or turned abruptly inward or downward or toward the axis ⟨~ petals of a flower⟩ ⟨~ tentacles⟩

**in·flexibility** \(¦)in, ən+\ *n* : the quality or state of being inflexible : UNYIELDINGNESS

**in·flexible** \(')in, ən+\ *adj* [ME, fr. L *inflexibilis,* fr. *in-* ¹in- + *flexibilis* flexible — more at FLEXIBLE] **1** : not capable of being bent : RIGID **2** : firm in will or purpose : UNYIELDING, INEXORABLE ⟨a man of upright and ~ temper —Joseph Addison⟩ ⟨~ purpose⟩ **3** : incapable of change : UNALTERABLE, IMMUTABLE ⟨arbitrary and ~ rulings of bureaucracy —Edward Shils⟩ **syn** see STIFF

**in·flex·i·ble·ness** *n* : INFLEXIBILITY

**in·flexibly** \(')in, ən+\ *adv* : RIGIDLY, UNALTERABLY, STUBBORNLY, INEXORABLY

**in·flex·ion** \ən'flekshən\ *chiefly Brit var of* INFLECTION

**in·flex·ive** \ən'fleksiv\ *adj* [L *inflexus* (past part. of *inflectere* to inflect) + E *-ive*] *chiefly Brit* : INFLECTIVE

**in·flict** \ən'flikt\ *vt* -ED/-ING/-S [L *inflictus,* past part. of *infligere,* fr. *in-* ²in- + *fligere* to strike — more at PROFLIGATE] **1** : to lay (a blow) on : cause (something damaging or painful) to be endured : IMPOSE ⟨threaten punishments you do not mean to ~ —Bertrand Russell⟩ ⟨nor cruel and unusual punishments ~ed —*U. S. Constitution*⟩ ⟨~ defeat⟩ ⟨~ a beating⟩ **2** : AFFLICT ⟨miners are still out, and industry . . . is ~ed with a kind of creeping paralysis —H.J.Laski⟩

**in·flict·able** \-təbəl\ *adj* : capable of being inflicted ⟨the largest ~ fine for this offense⟩

**in·flict·er** *or* **in·flic·tor** \-tə(r)\ *n* -S : one that inflicts ⟨death with his comrade, the ~ of wounds, roamed the darkened streets —Sean O'Casey⟩

**in·flic·tion** \ən'flikshən\ *n* -S [MF or LL; MF, fr. LL *infliction-, inflictio,* fr. L *inflictus* + *-ion-, -io* -ion] **1** : the act of inflicting ⟨if the reader will bear one further ~ of statistics and formal description —Ernest Barker⟩ ⟨~ of damage by an economic association —C.A.Cooke⟩ **2** : something inflicted ⟨I do not call these people visitors at all . . . they are ~s —F.A. Swinnerton⟩

**in·flic·tive** \-ktiv\ *adj*: causing infliction : acting as an infliction ⟨*The Raven* . . . delighted the ~ instincts of thousands of reciters for so long —*Times Lit. Supp.*⟩

**in·flood** \ən+\ *vb* [²*in-* + *flood*] *vi* : to flow in ~ *vt* : to overwhelm by flowing in upon ⟨unexpectedly in a gust of wind the scent of a plowed field . . . we are caught up, ~ed and informed —Alan Devoe⟩

**in·florescence** \,in+\ *n* [NL *inflorescentia,* fr. LL *inflores-*

types of inflorescence diagrammatically illustrated: *1* raceme, *2* corymb, *3* umbel, *4* compound umbel, *5* capitulum, *6* spike, *7* compound spike, *8* panicle, *9* cyme, *10* thyrse, *11* verticillaster

*cent-, inflorescens* (pres. part. of *inflorescere* to begin to bloom, fr. *in-* ²in- + *florescere* to begin to bloom) + *-ia* -y — more at FLORESCENT] **1 a** (1) : the mode of development and arrangement of flowers on an axis (2) : a floral axis with its appendages : a flower cluster or sometimes a solitary flower **b** : a cluster of reproductive organs on a moss usu. subtended by a bract ⟨many mosses have separate male ~s⟩ **2** : the budding and unfolding of blossoms : FLOWERING

**in·florescent** \,in+\ *adj* [LL *inflorescent-, inflorescens,* pres. part.] : BLOSSOMING, FLOWERING

¹**in·flow** \(')•¦•\ *vi* [²*in-* + *flow*] **1** : to flow in **2** *obs, of a celestial body* : INFLUENCE

²**inflow** \'•,•\ *n* **1** : the act of inflowing **2** : something that flows in : INFLUX ⟨~ of air⟩ ⟨~ of water⟩ ⟨~ of bank deposits⟩ ⟨~ of imports⟩

¹**in·flu·ence** \'in,flüən(t)s *sometimes* ən'f-\ *n* -S [ME, fr. MF, fr. ML *influentia,* fr. L *influent-, influens,* pres. part. of *influere* to flow in, fr. *in-* ²in- + *fluere* to flow + *-ia* -y — more at FLUID] **1 a** : an ethereal fluid thought to flow from the stars and to affect the actions of men **b** : a supposed emanation of occult power from stars **c** *obs* : character or temperament due to such power **2** : the exercise of a power like the supposed power of the stars : an emanation of spiritual or moral force **3** *obs* : INFLOW, INFLUX **4 a** : the act, process, or power of producing an effect without apparent exertion of tangible force or direct exercise of command and often without deliberate effort or intent ⟨primitive men thinking that almost everything is significant and can exert ~ of some sort —William James⟩ **b** : corrupt interference with or manipulation of authority for personal gain ⟨~ may have had something to do with getting government money for the hotels —Marcus Duffield⟩ ⟨charges of corruption and ~ peddling —*Christian Science Monitor*⟩ **c** : the exertion of force at a distance ⟨tides are caused by the ~ of the moon and sun⟩ **5** : the power or capacity of causing an effect in indirect or intangible ways : DOMINANCE, SWAY, ASCENDANCY ⟨under the ~ of liquor⟩ ⟨you don't necessarily measure the ~ of a religion by the number of churches it puts up —Green Peyton⟩ ⟨the intoxicating ~ of the mountain air —W.S.Gilbert⟩ **6** : a person or thing that exerts influence ⟨open water affected by continental ~s —R.E.Coker⟩ ⟨Scotch-Irish, who still constitute the dominant ~, began to flow into the settlement —*Amer. Guide Series: Pa.*⟩ **7** : INDUCTION 4c

**syn** AUTHORITY, PRESTIGE, WEIGHT, CREDIT: INFLUENCE refers to power exerted over others, often through high position, strength of intellect, force of character, or degree of accomplishment, sometimes exercised unconsciously and felt insensibly, sometimes consciously or calculatedly brought to bear ⟨as provost of the Swedish clergymen he exercised a quickening *influence* over all the Swedish congregations —G. H.Genzmer⟩ ⟨swept aside by the *influence* of the special interests bent on maintaining price levels against deflation —T. W.Arnold⟩ AUTHORITY signifies power resident in a person to command belief, acceptance, or allegiance, often through learning or wisdom ⟨Aristotle's *authority* was so great, and the homocentric system which he had espoused became so enmeshed in literature, that his system had its followers throughout the Middle Ages —G.C.Sellery⟩ ⟨the personal *authority* [of Augustus] which, far more than any legal or constitutional device, was the true secret of his later power —John Buchan⟩ ⟨to face a good orchestra with inward and outward *authority* and assurance —J.N.Burk⟩ PRESTIGE refers to the force of conspicuous excellence or of continued repute as superior, with resultant ability to command deference ⟨the almost magical *prestige* that had belonged to the original humanists —Aldous Huxley⟩ ⟨Napoleon insisted on a strict etiquette. He was right. It was only by keeping up the fiction of grandeur that he could maintain his *prestige* —André Maurois⟩ WEIGHT applies to power over or influence over others, often measurable and undeniable, and sometimes decisive ⟨Mrs. Hawthorne's authoritative air was beginning to have some *weight* with him —Archibald Marshall⟩ ⟨men who take the lead, and whose opinions and wishes have great *weight* with the others —J.G.Frazer⟩ CREDIT applies to ability to influence arising from merit or favorable reputation ⟨his position was distinctly stronger and once more he had shown his ability to handle a delicate situation to the *credit* of his government and himself —W.C.Ford⟩ ⟨the film was a success, with much of the *credit* going to the newcomer —*Current Biog.*⟩ — **under the influence** : in an intoxicated condition ⟨charged with driving *under the influence*⟩

²**influence** \"\ *vb* -ED/-ING/-S *vt* **1** : to affect or alter the conduct, thought, or character of by indirect or intangible means : SWAY ⟨pilots . . . by listening to passengers who have *influenced* better judgment —*Skyways*⟩ ⟨economic and political factors that ~ decisions by managers of European zones —R.S.Thoman⟩ **2** : to have an effect on the condition or development of : determine partially : MODIFY ⟨output was strongly *influenced* by the feelings of the worker about the job —Stuart Chase⟩ ⟨outdoor living has *influenced* the design . . . of furniture —N.C.Brown⟩ **3** *obs* : INDUCE, INFUSE ~ *vi, archaic* : to exert influence **syn** see AFFECT

**in·flu·ence·abil·i·ty** \,in,flüənsə'bilədē *sometimes* ən,f-\ *n* -ES : liability to influence

**in·flu·ence·able** \'•,••səbəl *sometimes* •'••-\ *adj* [¹*influence* + *-able*] : liable to be influenced : readily subject to influence

**influence fuse** *n* : PROXIMITY FUSE

**influence line** *n, often cap I* **1** : LINE OF INFLUENCE **2** : a graph showing the variation of the longitudinal stress, shear, bending moment, or other effect upon a structural member due to a moving load as a function of the position of that load

**influence machine** *n* : INDUCTION MACHINE

**in·flu·enc·er** \-sə(r)\ *n* -S : one that influences

**in·flu·en·cive** \'in,flüənsiv\ *adj, archaic* : INFLUENTIAL

¹**in·flu·ent** \'in,flüənt\ *adj* [ME, fr. L *influent-, influens,* pres. part. of *influere* to flow in — more at INFLUENCE] **1** : flowing in; *esp* : contributing water to the zone of saturation and thereby sustaining or raising the water table ⟨~ seepage⟩ **2** *archaic* : exercising influence ⟨beneath the ~ heavens —Elizabeth B. Browning⟩

²**influent** \"\ *n* -S **1** : a tributary stream : AFFLUENT; *also* : a stream or part of a stream that contributes water to the zone of saturation underground **2 a** : an animal or rarely a plant that has an important effect on the balance and stability of an ecological community ⟨rabbits and prairie dogs are important ~s in some rangelands⟩ **b** : a determining factor in the ecological balance of a human community ⟨location of home in relation to job is an ~ in city growth⟩

**in·flu·en·tial** \¦in,flü¦enchəl\ *adj* [ML *influentia* influence + E *-al* — more at INFLUENCE] **1** : exerting or possessing influence : POTENT, EFFECTIVE ⟨as ~ as any newspaper in the country —Morley Callaghan⟩ **2** : having authority or ascendancy : IMPORTANT ⟨exert ~ leadership for peace —D.D. Eisenhower⟩ **3** *obs* : of the nature of or relating to occult influence — **in·flu·en·tial·ly** \-ch(ə)lē, -li\ *adv*

**in·flu·en·za** \,in,flü'enzə\ *n* -S [It, influence, epidemic, influenza, fr. ML *influentia* influence; fr. the fact that epidemics were formerly attributed to the influence of the stars — more at INFLUENCE] **1** : an acute highly contagious infectious virus disease that occurs in endemic, epidemic, or pandemic forms, is characterized by sudden onset, fever, prostration, severe aches and pains, and progressive inflammation of the respiratory mucous membrane, and is frequently complicated by secondary infections (as pneumonia); *broadly* : a human respiratory infection of undetermined cause **2** : any of numerous febrile usu. virus diseases (as shipping fever of horses, swine influenza, infectious laryngotracheitis of poultry) marked by respiratory symptoms, inflammation of mucous membranes, and varying degrees of systemic involvement **3** : a respiratory disease of dogs and cats that is perhaps identical with human influenza

**influenza vaccine** *n* : a vaccine against influenza; *specif* : a mixture of strains of formaldehyde-inactivated influenza virus from chick embryo culture

**in·flux** \'in,fləks\ *n* [LL *influxus,* fr. L *influxus,* past part. of *influere* to flow in — more at INFLUENCE] **1** *obs* : INFLUENCE **2** : a flowing in : INFLOW ⟨~ of light⟩ ⟨~ of air⟩ **3** : a continuous coming esp. of individuals in large numbers ⟨the city expected an ~ of holiday visitors⟩ **4** : the mouth or debouchment of a river

**in·flux·ion** \ən'flәkshən, 'in,f-\ *n* [LL *influxion-, influxio,* fr. L *influxus* (past part.) + *-ion-, -io* -ion] : INFLUX ⟨continual ~s of new blood —John Galsworthy⟩

**in·fo** \'in(,)fō\ *abbr or n* -S information

**in·fold** \ən'fōld\ *vb* [ME *ynfoldeyn,* fr. *yn-, in-* ²in- + *foldeyn, folden* to fold — more at FOLD] *vt* : ENFOLD ~ *vi* : to fold inward or toward one another ⟨the neural crests ~ and fuse⟩ ⟨an ~ed leaf margin⟩ ⟨~ing of the hindgut walls⟩

¹**in·form** \ən'fȯ(ə)rm, -ō(ə)m\ *vb* [ME *enfourmen, informen,* fr. MF *enformer, enfourmer,* fr. L *informare,* fr. *in-* ²in- + *formare* to form — more at FORM] *vt* **1** *obs* **a** : to give material form to : mold or shape physically **b** : to set in order : ARRANGE **2 a** : to give character or essence to ⟨to what extent can the practice of science ~, render more significant the objects of common sense —Gail Kennedy⟩ ⟨a piety . . . quietly ~*ing* the outlook of men in politics as elsewhere —W.L. Miller⟩ **b** : to be the formative principle of ⟨eternal objects ~ actual occasions with hierarchic patterns —A.N.Whitehead⟩ ⟨everything that is made from without and by dead rules, and does not spring from within through some spirit ~*ing* it —Oscar Wilde⟩ **c** : to permeate or impregnate so as to become the characteristic quality of : ANIMATE, INSPIRE, INFUSE ⟨these poems are ~*ed* with sincerity —Richard Eberhart⟩ ⟨sentimental, Protestant ethos that has always ~*ed* his writing —L.A.Fiedler⟩ **3** *obs* : to form (the mind) in respect to character, disposition, or ability : TRAIN, DISCIPLINE, INSTRUCT **4** *obs* : GUIDE, DIRECT ⟨if old respect hither hath ~*ed* your younger feet —John Milton⟩ **5** *obs* : to make known : give instruction in (as a doctrine) **6** : to communicate knowledge to : make acquainted : TELL, ADVISE, ENLIGHTEN ⟨accused shall enjoy the right . . . to be ~*ed* of the nature and cause of the accusation —*U.S.Constitution*⟩ ⟨obligation as a citizen is to ~ himself . . . regarding the controversial issues —Clifford Houston⟩ ⟨program of ~*ing* the rest of the world about our way of life —H.H.Davis⟩ ~ *vi* **1** : to give information : impart knowledge ⟨in theory news ~*s* while advertising sells —*Banking*⟩ **2** : to give information or intelligence to a civil authority : lay information : act as a common informer ⟨I shall not ~ upon you —Oscar Wilde⟩

**syn** ACQUAINT, APPRISE, ADVISE, NOTIFY, ADVERTISE: These verbs signify to make aware or cognizant (of something). INFORM implies the imparting of knowledge, esp. of facts or events necessary to the understanding of a pertinent matter ⟨to *inform* the students there would be no classes on Saturday⟩ ⟨kept the staff *informed* of Chinese public opinion concerning the American military action there —*Current Biog.*⟩ ACQUAINT usu. lays stress upon less centrally significant matter than INFORM does or suggests a process of introducing to or familiarizing with rather than informing of ⟨these writings were of the nature of travel books, and served . . . to *acquaint* the world with a new country —*Amer. Guide Series: Minn.*⟩ ⟨*acquainting* students with political practices —F.A.Ogg & Harold Zink⟩ To APPRISE someone of something is to communicate something usu. of interest or importance to him ⟨this church, so I was then *apprised,* was founded by St. James the Less —T.G.Henderson⟩ ⟨Tristram's cutting the hazel and writing upon it with his knife in order to *apprise* the queen of his presence —Grace Frank⟩ ⟨to touch him on the sleeve and *apprise* him that I was there —Mary Austin⟩ To ADVISE someone of something is to inform him of something that may make a significant difference to him in an action, policy, or plan; it often suggests a forewarning or counseling ⟨consulted the wine card and *advised* me that the wine I had chosen had no special merit —R.M.Lovett⟩ ⟨I *advised* him strongly of the danger of switching professions without acquiring new professional qualifications —R.G.G.Price⟩ To NOTIFY is to send a notice or make a usu. formal communication generally about something requiring or worthy of attention ⟨the court clerk *notified* the witnesses when to appear⟩ ⟨*notify* a man of his acceptance in a club⟩ To ADVERTISE, rare in current use in this sense, is to inform or notify by way of warning ⟨the translators, good Protestants, were careful to *advertise* the reader that what they offered was Le Clerc's Moreri —*Times Lit. Supp.*⟩

²**inform** *adj* [MF *informe,* fr. L *informis,* fr. *in-* ¹in- + *forma* form — more at FORM] **1** *obs* : lacking regular form : SHAPELESS, DEFORMED **2** *obs* : lacking created form : UNFORMED

**in·formal** \(')in, ən+\ *adj* [¹*in-* + *formal*] **1** : not formal : conducted or carried out without formal, regularly prescribed, or ceremonious procedure : UNOFFICIAL ⟨~ hearing⟩ ⟨~ discussion⟩ ⟨~ contract⟩ ⟨~ inquiries⟩ ⟨~ gathering of friends⟩ **2** : characteristic of or appropriate to ordinary, casual, or familiar use ⟨~ English⟩ ⟨genial, ~ manner⟩ ⟨~ essay⟩ **3** *obs* : DERANGED, MAD ⟨poor ~ women are no more but instruments —Shak.⟩ **4** *of a design* : having an asymmetrical composition or arrangement made from unequal shapes and distances ⟨~ balance in a stage set⟩

**in·formality** \¦in+\ *n* [¹*in-* + *formality*] **1** : the quality or state of being informal : lack of regular, prescribed, or customary form ⟨wayside camps, where the ~ of hardships loosened tongues —Mabel R. Gillis⟩ ⟨everyday speech in all its ~ and ease —R.A.Hall b. 1911⟩ **2** : an informal act or proceeding ⟨the wedding ceremony was enlivened by several unexpected *informalities*⟩

**in·for·ma·lize** \ən'fȯ(r)mə,līz\ *vt* [*informal* + *-ize*] : to make informal or less formal ⟨college education of the future must . . . be greatly simplified and *informalized* —*Nation*⟩

**in·formally** \(')in, ən+\ *adv* : in an informal manner : without ceremony or formality ⟨addressed the gathering ~⟩ ⟨~ dressed in flannels and jacket⟩ : UNOFFICIALLY ⟨fast train . . . began to be called, more or less ~, the Cannonball —A.F. Harlow⟩

**informal planning** *n* : architectural planning in which dominant axes and strong visual climaxes are avoided in favor of freer circulation patterns and more subtle dramatic effects

**in·for·mant** \ən'fȯrmənt, -ō(ə)m-\ *n* -S [L *informant-, informans,* pres. part. of *informare* to inform — more at INFORM] : one that informs : one who gives information: as **a** : INFORMER **b** : one who supplies cultural or linguistic data in response to interrogation by an investigator ⟨findings . . . based on . . . statements of ~*s* from among both the educated and the uneducated —B.B.Ashcom⟩ ⟨analysis of great civilizations by the use of living ~*s* —Gregory Bateson⟩

**in for·ma pau·pe·ris** \-¦fȯrmə'pȯpərəs, -'paůp-\ *adj (or adv)* [L, in the form of a pauper] : as a poor man : relieved of fees and costs in a legal action because of inability to pay ⟨permission was granted to file an appeal *in forma pauperis*⟩

**in·for·ma·tion** \,infə(r)'māshən\ *n* -S *often attrib* [ME *informacioun,* fr. *enfourmen, informen* to inform + *-acioun* -ation — more at INFORM] **1 a** *obs* : an endowing with form **b** *obs* : the act of animating or inspiring **c** *obs* : TRAINING, DISCIPLINE, INSTRUCTION **d** : the communication or reception of knowledge or intelligence ⟨the function of a public library is ~⟩ ⟨we enclose a price list for your ~⟩ **2** : something received or obtained through informing: as **a** : knowledge communicated by others or obtained from investigation, study, or instruction **b** : knowledge of a particular event or situation : INTELLIGENCE, NEWS, ADVICES ⟨latest ~ from the battle front⟩ ⟨securing ~ about conditions in the upper atmosphere⟩ ⟨~ bureau⟩ **c** : facts or figures ready for communication or use as distinguished from those incorporated in a formally organized branch of knowledge : DATA ⟨reliable source of ~⟩ **d** : a signal (as one of the digits in dialing a telephone number) purposely impressed upon the input of a communication system or a calculating machine **3** : the act of informing against a person or party **4 a** : a formal accusation of a crime made by a prosecuting officer on information brought to his attention as distinguished from an indictment presented by a grand jury : COMPLAINT **b** : a pleading by an attorney general or other public officer setting forth a civil case or relief in which some public right of the state is asserted **c** : the document containing the depositions of the witnesses against one accused of crime **5** : the process by which the form of an object of knowledge is impressed upon the apprehending mind so as to bring about the state of knowing **6** : a logical quantity belonging to propositions and arguments as well as terms and comprising the sum of the synthetical propositions in which the term, proposition, or argument taken enters as subject or predicate, antecedent or consequent — see QUANTITY 8 **7** : a numerical quantity that measures the uncertainty in the outcome of an experiment to be performed ⟨when an event occurs whose probability was *p*, the event is said to communicate an amount of ~ log (1/*p*) —W.F.Brown b. 1904⟩ ⟨the amount of ~ is defined, in the simplest cases, to be measured by the logarithm of the number of available choices —C.E. Shannon & Warren Weaver⟩ **syn** see KNOWLEDGE

**in·for·ma·tion·al** \¦••¦māshən°l, -shnəl\ *adj* : relating to or giving information : INFORMING ⟨~ service of a library⟩

**information girl** *n* **1** : a telephone operator who gives information from the central office switchboard **2** : a clerk at an information desk

**information theory** *n* : a theory that utilizes statistical techniques in dealing with the effect of encoding on the efficiency of processes of signal transmission and of communication between men (as in telecommunication or the printed word) or between men and machines or between machines and machines (as in computing machines)

**in·form·a·tive** \ən'fȯ(r)mədiv, -ətiv\ *adj* [¹*inform* + *-ative*] **1** *obs* : having power to inform, animate, or vivify **2** : imparting knowledge : INSTRUCTIVE ⟨~ lecture⟩ ⟨~ brochure⟩ **3** : INFORMATORY — **in·form·a·tive·ly** \-əvlē, -li\ *adv* — **in·form·a·tive·ness** \-ivnəs\ *n*

**in·form·ato·ry** \-mə,tōrē, -tȯr-, -ri\ *adj* [*information* + *-ory*] : INFORMING, INSTRUCTIVE ⟨a witty and ~ book⟩; *specif* : devised or intended to convey information ⟨~ bid in contract bridge⟩

**informatory double** *n* : a double made in bridge to convey information to one's partner and to invite a bid from him — called also *takeout double*

**informed** *adj* [fr. past part. of ¹*inform*] **1** : having information ⟨an ~ citizenry⟩ ⟨a well-*informed* man⟩ : based on possession of information ⟨~ estimate of next year's tax receipts⟩ **2** : EDUCATED, INTELLIGENT, CULTIVATED ⟨~ taste⟩ ⟨~ opinion⟩ ⟨transition . . . from blind habit to ~ works of art —Ernest Nagel⟩

**in·form·er** \ən'fȯrmər, -ō(ə)mə(r)\ *n* [ME *enfourmer,* fr. *enfourmen* to inform + *-er* — more at INFORM] **1** *obs* : one that informs, animates, or inspires ⟨nature, ~ of the poet's art —Alexander Pope⟩ **2** : one that informs or imparts knowledge or news **3** : one that informs against another: **a** : one that informs a magistrate of a violation of law : one that lays an information; *esp* : one that makes a practice of informing against others for violations of penal laws particularly when the informer may receive as a reward a share of the money penalty imposed — called also *common informer;* compare QUI TAM **b** : one secretly in the service of the police or of a diplomatic agency (as an embassy) that supplies information ⟨a nest of spies and ~*s*⟩