# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., AND NORTON (WATERFORD) LTD., <br><br> PLAINTIFFS, <br><br> V. <br><br> CIPLA LTD, AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA, INC., and AUROLIFE PHARMA LLC, DEFENDANTS | Consolidated Civil Action No. 2:20-CV-10172-JXN-MAH |

## SECOND DECLARATION OF KAREN M. CASSIDY IN SUPPORT OF DEFENDANTS OPENING CLAIM CONSTRUCTION BRIEF

I, Karen M. Cassidy, declare under penalty of perjury that the following is true and correct:

1. I am an attorney with the law firm Knobbe, Martens, Olson & Bear, L.L.P. and represent Cipla Ltd. ("Cipla") in the above-captioned case. I make this second declaration based on my own personal knowledge of the facts stated herein and submit this declaration in support of Defendants Cipla and Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC's Opening Claim Construction Brief.

2. Attached hereto as **Exhibit 16** is a true and correct copy of a November 4, 2015 Office Action Response from the '289 Patent Prosecution History.

3. Attached hereto as **Exhibit 17** is a true and correct copy of a December 7, 2015 Office Action from the '289 Patent Prosecution History.

4. Attached hereto as **Exhibit 18** is a true and correct copy of a February 21, 2017 Office Action Response from the '156 Patent Prosecution History.

5.       Attached hereto as **Exhibit 19** is a true and correct copy of an August 22, 2017 Office Action Response from the '156 Patent Prosecution History.

6.       Attached hereto as **Exhibit 20** is a true and correct copy of the Collins on-line dictionary for "cavity" https://www.collinsdictionary.com/us/dictionary/english/cavity.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on September 24, 2021, in Irvine, California.

_____
Karen M. Cassidy

54254614