# EXHIBIT 20



Definition of 'cavity'

# cavity

Collins COBUILD

(kævɪti)
Word forms: cavities

1. COUNTABLE NOUN
A **cavity** is a space or hole in something such as a solid object or a person's body.
[*formal*]
*...a cavity in the roof.*

2. COUNTABLE NOUN
In dentistry, a **cavity** is a hole in a tooth, caused by decay.
[*technical*]

More Synonyms of **cavity**

*COBUILD Advanced English Dictionary. Copyright © HarperCollins Publishers*

Quick Word Challenge
Question: 1 - Score: 0 / 5
**horse** or **mule**?
Which version is correct?
eat like a **horse**
eat like a **mule**
NEXT

• You may also like •

New collocations added to dictionary

Collocations are words that are often used together and are brilliant at providing natural sounding language for your speech and writing.

FEBRUARY 13, 2020

READ MORE

## cavity

**in American English**

(ˈkævɪti)
NOUN
Word forms: plural ˈcavities

1. a hole or hollow place
2. a natural hollow place within the body
*the abdominal cavity*
3. a hollow place in a tooth, esp. when caused by decay
4. *Electronics*
a space enclosed by metal and with a rodlike projection in the center, used as a resonator, as with a magnetron to produce electromagnetic waves, esp. microwaves
: *also called* cavity resonator

SIMILAR WORDS: hole

*Webster's New World College Dictionary, 4th Edition. Copyright © 2010 by Houghton Mifflin Harcourt. All rights reserved.*

**Word origin**

Fr *cavité* < LL *cavitas* < L *cavus*, hollow: see cave

## cavity

**in American English**

(ˈkævɪti)
NOUN
Word forms: plural -ties

1. any hollow place; hollow
2. *Anatomy*
a hollow space within the body, an organ, a bone, etc
3. a hollow space or a pit in a tooth, most commonly produced by caries. A cavity may be artificially made to support dental restorations

*Most material © 2005, 1997, 1991 by Penguin Random House LLC. Modified entries © 2019 by Penguin Random House LLC and HarperCollins Publishers Ltd*

**Derived forms**

cavitied ADJECTIVE

**Word origin**

[1535–45; ‹ MF *cavite* ‹ LL *cavitās* hollowness, equiv. to L *cav*(*us*) hollow + *-itās* -ITY]

## cavity

**in British English**

(ˈkævɪtɪ 🔊)

NOUN

Word forms: plural **-ties**

1. a hollow space; hole
2. *dentistry*
   a soft decayed area on a tooth
   See caries
3. any empty or hollow space within the body
   *the oral cavity*
4. *electronics* See cavity resonator

*Collins English Dictionary. Copyright © HarperCollins Publishers*

### Word origin

C16: from French *cavité*, from Late Latin *cavitās*, from Latin *cavus* hollow

### Examples of 'cavity' in a sentence

## cavity

⚠ These examples have been automatically selected and may contain sensitive content. Read more...

They creep into the body cavities of chicks and eat them alive.
TIMES, SUNDAY TIMES (2010)

Some bones have a hollow cavity containing bone marrow in which new red blood cells are produced.
MCCAHILL, T. A. *Biology Basic Facts* (1982)

He installed a motor in the chest cavity.
TIMES, SUNDAY TIMES (2015)

Who would have thought that the oral cavities could produce such sounds and sweet airs?
TIMES, SUNDAY TIMES (2014)

Season inside the cavity and fill with the herb sprigs.
TIMES, SUNDAY TIMES (2014)

Place the prepared stuffing in the turkey just before roasting and stuff both neck and body cavities.
TIMES, SUNDAY TIMES (2008)

He made me put my head between my knees to fill the cavity with blood.
JOAN RICE *Sand In My Shoes: Wartime Dia...*

Fill the neck cavity with the stuffing and secure.
TIMES, SUNDAY TIMES (2008)

He found a large amount of blood in the abdominal cavity but concluded that cause of death was heart disease.
TIMES, SUNDAY TIMES (2009)

It's like filling a cavity in a tooth.
THE SUN (2015)

[Show more...]



### Related word partners

## cavity

BETA

chest cavity
deep cavity
dental cavity
ear cavity
fill a cavity
hollow cavity
internal cavity
nasal cavity
oral cavity
prevent cavities

[Show more...]

### Trends of

## cavity

View usage over: [Since Exist ▼]



**In other languages**

# cavity

British English: cavity 🔊 noun /ˈkævɪtɪ/
A *cavity* is a space or hole in something such as a solid object or a person's body.
...a cavity in the roof.

| | |
|---|---|
| American English: cavity 🔊 /ˈkævɪtɪ/ | Italian: cavità 🔊 |
| Brazilian Portuguese: cavidade 🔊 | Japanese: 空洞 |
| Chinese: 洞 | Korean: 구멍 |
| European Spanish: cavidad 🔊 | European Portuguese: cavidade 🔊 |
| French: cavité 🔊 | Spanish: cavidad 🔊 |
| German: Hohlraum 🔊 | Thai: โพรง |

Translate your text for free

**Browse alphabetically**        **Related terms of**

# cavity                          # cavity

cavitation                        body cavity
Cavite                            cavity wall
cavities                          deep cavity
cavity                            ear cavity
cavity block                      oral cavity
cavity resonator
cavity wall                       View more related words

All ENGLISH words that begin with 'C'

**Source**

Definition of **cavity** from the Collins English Dictionary

• New from Collins •








This page in American ▼

Browse all official Collins dictionaries

Contact Us

Do Not Sell My Personal Information        Terms & Conditions        Privacy Policy        © Collins 2021
                                                                     California Privacy Rights
                                                                     Do Not Sell My Personal Information