Liza M. Walsh
Katelyn O'Reilly
William T. Walsh, Jr.
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100

*Attorneys for Plaintiffs*
*Teva Branded Pharmaceutical Products*
*R&D, Inc. and Norton (Waterford) Ltd.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., and NORTON (WATERFORD) LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CIPLA LTD., AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA, INC., and AUROLIFE PHARMA LLC, <br><br> Defendants. | Civil Action No. 20-10172 (JXN)(MAH) (Consolidated) <br><br> **DECLARATION OF LIZA M. WALSH** <br><br> *Filed Electronically* |

I, Liza M. Walsh, hereby declare and state:

1. I am an attorney-at-law admitted to practice before this Court and a partner at Walsh Pizzi O'Reilly Falanga LLP, counsel for Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc. and Norton (Waterford) Ltd. (collectively, "Plaintiffs") in the above-captioned action.

2. I submit this Declaration in support of Plaintiffs' Responsive Claim Construction Brief.

1

3. Attached hereto as Exhibit 24 is a true and correct copy of an excerpt of the prosecution history of U.S. Patent Application No. 14/103,324, which issued as U.S. Patent No. 9,463,289.

4. Attached hereto as Exhibit 25 is a true and correct copy of an excerpt of the prosecution history of U.S. Patent Application No. 14/713,643, which issued as U.S. Patent No. 9,533,111.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

Dated: September 24, 2021                      *s/Liza M. Walsh*
                                               Liza M. Walsh