

**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

July 21, 2022

**VIA ECF**
Honorable Julien Xavier Neals, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:   *Teva Branded Pharmaceutical Products R&D, Inc. et al., v. Cipla Ltd., et al.*
             **Civil Action No. 2:20-cv-10172 (JXN-MAH) (Consolidated)**

Dear Judge Neals:

      This firm, together with Williams & Connolly LLP, represents Plaintiffs and Counter-Defendants Teva Branded Pharmaceutical Products R&D, Inc. and Norton (Waterford) Ltd. (collectively, "Teva") in connection with the above-referenced consolidated matter. On behalf of Teva and Defendants Cipla Ltd. and Aurobindo Pharma LLC, Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC, we write to respectfully request a modification of Your Honor's Judicial Preferences concerning trial briefs and related submissions for purposes of this case. Specifically, given that Your Honor's Judicial Preferences require the parties to submit trial briefs two weeks prior to the commencement of trial, the parties respectfully request that any proposed Findings of Fact and Conclusions of Law that Your Honor may require be due that same day. If the foregoing request is acceptable to Your Honor, the parties respectfully request that Your Honor "So Order" this letter and have it entered on the docket.

      As always, we thank the Court for its attention to this matter and are available should Your Honor or Your Honor's staff have any questions or need anything further.

                                  Respectfully submitted,

                                  *s/Liza M. Walsh*

                                  Liza M. Walsh

Encl.
cc: All Counsel of Record (via ECF and E-mail)

**SO ORDERED on 7/27/2022:**

_____
Hon. Julien Xavier Neals, U.S.D.J.