

**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

November 8, 2022

**VIA ECF**
Honorable Julien Xavier Neals, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:   *Teva Branded Pharmaceutical Products R&D, Inc. et al., v. Cipla Ltd., et al.*
             **Civil Action No. 2:20-cv-10172 (JXN-MAH) (Consolidated)**

Dear Judge Neals:

      This firm, together with Williams & Connolly LLP, represents Plaintiffs and Counter-Defendants Teva Branded Pharmaceutical Products R&D, Inc. and Norton (Waterford) Ltd. (collectively, "Teva") in connection with the above-referenced consolidated matter. As the Court is aware, this case is scheduled for a trial commencing on November 14, 2022.

      On behalf of Teva and Defendants (collectively, "the parties"), we write to respectfully request entry of an order permitting the parties and their service providers access to the Courthouse and Your Honor's courtroom beginning on November 10, 2022, for the purpose of delivering, and setting up, electronic equipment and other materials to be used by the parties during trial. The parties also respectfully request the Court's permission to access the Courthouse and Your Honor's courtroom in order for the parties and their service providers to pick up and remove the aforementioned equipment and materials at the conclusion of trial.

      The parties are still determining their exact technical needs, but anticipate that they will likely bring at least some of the following items for the technical and trial setup:

      1) Computer monitors;
      2) Laptops;
      3) Projector and bulbs;
      4) Large screen;
      5) Document Camera;
      6) Tech tables and skirts;
      7) Switch boards;
      8) Speakers with accessories;
      9) AV stands;
      10) Easel;
      11) Cables, cords, and powerstrips;
      12) Printers for the parties' breakout rooms; and
      13) Boxes of trial documents and supplies.

November 8, 2022
Page 2

    The parties have hired Aquipt to provide the above equipment, and we wish to have their technicians assist with the set-up of Your Honor's courtroom on November 10, 2022.

    If the parties' request herein meets with Your Honor's approval, we respectfully request that Your Honor "So Order" this correspondence and have it entered on the docket. The Order will be provided to the Marshals upon arrival at the courthouse to streamline security measures.

    We thank the Court for its attention to this matter, and remain available should Your Honor or Your Honor's staff have any questions.

    Respectfully submitted,

    /s/ Liza M. Walsh

    Liza M. Walsh

cc: Counsel of Record (via ECF and Email)

SO ORDERED this 9th day of November, 2022

_____
Hon. Julien Xavier Neals, U.S.D.J.