UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge:   JULIEN XAVIER NEALS, USDJ                     Date: 11/16/2022
Court Reporter:  Melissa Mormile                       Civil No: 2:20-cv-10172

<u>Title of the Case:</u>

TEVA BRANDED PHARMAEUTICAL PRODUCTS R&D, INC., et al
v.
CIPLA, LTD, et al

<u>Appearances:</u>

Benjamin M. Greenblum, Benjamin Picozzi, Kathryn S. Kayali, Ricardo Leyva, David I. Berl, William T. Walsh, Jr. and Katelyn O'Reilly, Counsel for Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc.

Gregory Miller, William Adams, Jonathan Bachand, Brandon Smith, and William Zimmerman, Counsel for Defendant Cipla, Ltd.

**Nature of Proceedings**:   **Bench Trial**

Trial commenced before the Honorable Julien Xavier Neals, USDJ

Opening Statements:  Benjamin M. Greenblum on behalf of Plaintiff Teva Branded Pharmaceuticals Products R&D, Inc.
                     William Adams on behalf of Defendant Cipla, Ltd.

Witness Declan Walsh sworn on behalf of Plaintiff (live)

Lunch Recess (12:40 pm to 1:40 pm)

Witness Dr. David Lewis sworn on behalf of Plaintiff (live)

Trial without jury adjourned until 11/17/2022 at 9:30 am

<u>Kimberly Darling, Courtroom Deputy</u><br>
to the Honorable Julien Xavier Neals, USDJ

Time Commenced:    9:30 am
Time Concluded:    7:10 pm
Total Time:        8 hours 40 minutes