UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge:    JULIEN XAVIER NEALS, USDJ          Date: 11/17/2022
Court Reporter:   Melissa Mormile            Civil No: 2:20-cv-10172

<u>Title of the Case:</u>

TEVA BRANDED PHARMAEUTICAL PRODUCTS R&D, INC., et al
v.
CIPLA, LTD, et al

<u>Appearances:</u>

Benjamin M. Greenblum, Benjamin Picozzi, Kathryn S. Kayali, Ricardo Leyva, David I. Berl, William T. Walsh, Jr. and Katelyn O'Reilly, Counsel for Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc.

Gregory Miller, William Adams, Jonathan Bachand, Brandon Smith, and William Zimmerman, Counsel for Defendant Cipla, Ltd.

**<u>Nature of Proceedings</u>:   Bench Trial Continued**

Witness Dr. David Lewis continued on behalf of Plaintiff (live)
Lunch Recess (12:00 pm to 1:00 pm)
Oral Argument on Letters ECF [228] and [229]
Plaintiff Rests Case of Asserted Patents and Case-in-Chief on Infringement
Witness Dr. Gregor Anderson Sworn on behalf of Defendant (live)
Witness Kiran Rote Sworn on behalf of Defendant (live)
Defendant Rests Rebuttal on Infringement and Case-in-Chief on Infringement
Witness Dr. Gregor Anderson on behalf of Defendant (live)
Defendant Rests on Response on Infringement and Case-In-Chief on Invalidity

Trial without jury adjourned until 11/18/2022 at 9:30 am

<u>Kimberly Darling, Courtroom Deputy</u>
to the Honorable Julien Xavier Neals, USDJ

Time Commenced:    9:30 am
Time Concluded:    7:00 pm
Total Time:        8 hours 30 minutes