UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge:   JULIEN XAVIER NEALS, USDJ                Date: 11/17/2022
Court Reporter:   Melissa Mormile                 Civil No: 2:20-cv-10172

Title of the Case:

TEVA BRANDED PHARMAEUTICAL PRODUCTS R&D, INC., et al
v.
CIPLA, LTD, et al

Appearances:

Benjamin M. Greenblum, Benjamin Picozzi, Kathryn S. Kayali, Ricardo Leyva, David I. Berl, William T. Walsh, Jr. and Katelyn O'Reilly, Counsel for Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc.

Gregory Miller, William Adams, Jonathan Bachand, Brandon Smith, and William Zimmerman, Counsel for Defendant Cipla, Ltd.

**Nature of Proceedings**:   **Bench Trial Concluded**

Witness Jeffery Karg Sworn on behalf of Plaintiff (live)
Witness Dr. David Lewis Continued on behalf of Plaintiff (live)

Lunch Recess (1:00 pm to 2:00 pm)

Witness Dr. David Lewis Continued on behalf of Plaintiff (live)
Witness Dr. Reynold Panettieri Sworn on behalf of Plaintiff (live)
Plaintiff Rests Case of Invalidity and Case-in-Chief on Objective Indicia of Non-Obviousness
Witness Gregory Anderson Continued on behalf of Defendant (live)
Defendant Rests Case on Any Objective Indicia of Non-Obviousness

Trial

                                                Kimberly Darling, Courtroom Deputy
                                                to the Honorable Julien Xavier Neals, USDJ

Time Commenced:   9:30 am
Time Concluded:   4:10 pm
Total Time:       5 hours 40 minutes