# Exhibit E

**TEVA'S EXHIBIT LIST**                                    ATTORNEYS' EYES ONLY

| JTX No. | PTX No. | DTX No. | Beg Bates | End Bates | Date | Description | Plaintiffs' Objections | Defendants' Objections |
|---------|---------|---------|-----------|-----------|------|-------------|------------------------|------------------------|
| JTX-001 | PTX-001 | DTX-145 | TEVAQVAR-00031122 | TEVAQVAR-00031154 | 2018.10.02 | | | |
| JTX-002 | PTX-002 | DTX-146 | TEVAQVAR-00031155 | TEVAQVAR-00031186 | 2020.02.18 | | | |
| JTX-003 | PTX-003 | DTX-143 | TEVAQVAR-00031219 | TEVAQVAR-00031249 | 2016.10.11 | | | |
| JTX-004 | PTX-004 | DTX-142 | TEVAQVAR-00031250 | TEVAQVAR-00031282 | 2017.11.07 | | | |
| JTX-005 | PTX-005 | DTX-112 | TEVAQVAR-00022932 | TEVAQVAR-00024953 | 2015.04.29 | | | |
| JTX-006 | PTX-006 | DTX-113 | TEVAQVAR-00024954 | TEVAQVAR-00027244 | 2016.09.12 | | | |
| JTX-007 | PTX-007 | DTX-108 | TEVAQVAR-00027435 | TEVAQVAR-00028752 | 2013.12.11 | | | |
| JTX-008 | PTX-008 | DTX-109 | TEVAQVAR-00028753 | TEVAQVAR-00030980 | 2016.09.19 | | | |
| JTX-009 | PTX-009 | | TEVAQVAR-00030981 | TEVAQVAR-00030985 | 2015.07.08 | | | |
| JTX-010 | PTX-010 | | TEVAQVAR-00030986 | TEVAQVAR-00030992 | 2015.07.08 | | | |
| JTX-011 | PTX-011 | | TEVAQVAR-00030993 | TEVAQVAR-00030997 | 2015.07.08 | | | |
| JTX-012 | PTX-012 | | TEVAQVAR-00030998 | TEVAQVAR-00031002 | 2015.07.08 | | | |
| JTX-013 | PTX-013 | | TEVAQVAR-00031003 | TEVAQVAR-00031008 | 2016.03.31 | | | |
| JTX-014 | PTX-014 | | TEVAQVAR-00031009 | TEVAQVAR-00031022 | 2016.05.05 | | | |
| JTX-015 | PTX-015 | | TEVAQVAR-00031023 | TEVAQVAR-00031028 | 2016.05.05 | | | |
| JTX-016 | PTX-016 | | TEVAQVAR-00031029 | TEVAQVAR-00031035 | 2016.10.21 | | | |
| JTX-017 | PTX-017 | | TEVAQVAR-00031036 | TEVAQVAR-00031050 | 2016.10.21 | | | |
| JTX-018 | PTX-018 | | TEVAQVAR-00031051 | TEVAQVAR-00031056 | 2016.10.21 | | | |
| | PTX-019 | | TEVAQVAR-00031341 | TEVAQVAR-00031342 | 2008.08.13 | | | |
| | PTX-020 | | TEVAQVAR-00031347 | TEVAQVAR-00031348 | 2008.08.13 | | | |
| | PTX-021 | | TEVAQVAR-00031343 | TEVAQVAR-00031346 | 2008.07.04 | | | |
| | PTX-022 | | TEVAQVAR-00031349 | TEVAQVAR-00031352 | 2008.07.04 | | | |
| | PTX-023 | | N/A | N/A | 2021.04.09 | | | |
| | PTX-024 | | N/A | N/A | 2021.04.07 | | | |
| | PTX-025 | | N/A | N/A | 2022.04.29 | | | |
| | PTX-026 | | N/A | N/A | 2022.04.29 | | | H |
| | PTX-027 | | N/A | N/A | 2022.04.29 | | | H |
| | PTX-028 | | N/A | N/A | 2022.04.29 | | | |
| | PTX-029 | | N/A | N/A | 2022.04.29 | | | |
| | PTX-030 | | N/A | N/A | 2022.04.29 | | | H |
| | PTX-031 | | N/A | N/A | 2022.04.29 | | | H |
| | PTX-032 | | N/A | N/A | 2022.04.29 | | | |
| | PTX-033 | | N/A | N/A | 2022.04.29 | | | |

**TEVA'S EXHIBIT LIST**                                              **ATTORNEYS' EYES ONLY**

| JTX No. | PTX No. | DTX No. | Beg Bates | End Bates | Date | Description | Plaintiffs' Objections | Defendants' Objections |
|---------|---------|---------|-----------|-----------|------|-------------|------------------------|------------------------|
| | ▬ | | ▬ | ▬ | ▬ | ▬ | | |
| | ▬ | | ▬ | ▬ | ▬ | ▬ | | |
| | ▬ | | ▬ | | | ▬ | | |
| | ▬ | | ▬ | | | ▬ | | |
| | ▬ | | ▬ | ▬ | | ▬ | | |
| | ▬ | | ▬ | ▬ | | ▬ | | |
| | ▬ | | ▬ | ▬ | | ▬ | | |
| | ▬ | | ▬ | | | ▬ | | |
| | ▬ | | ▬ | | | ▬ | | |
| | ▬ | | ▬ | ▬ | | ▬ | | |
| | | | ▬ | ▬ | | ▬ | | |
| | ▬ | | ▬ | | | ▬ | | |
| | ▬ | | ▬ | ▬ | | ▬ | | |
| | ▬ | | ▬ | | | ▬ | | |
| | ▬ | | | | | ▬ | | |
| | ▬ | | ▬ | ▬ | ▬ | ▬ | | |
| | ▬ | | ▬ | ▬ | | ▬ | | |
| | ▬ | | ▬ | ▬ | | ▬ | | |
| | ▬ | | ▬ | | | ▬ | | |
| | ▬ | | ▬ | | | ▬ | | |
| | ▬ | | ▬ | ▬ | | ▬ | | |
| | ▬ | | ▬ | ▬ | | ▬ | | |
| | | | | | | ▬ | | |
| | ▬ | | ▬ | ▬ | ▬ | ▬ | | |

2

**TEVA'S EXHIBIT LIST**                                                                                      **ATTORNEYS' EYES ONLY**

| JTX No. | PTX No. | DTX No. | Beg Bates | End Bates | Date | Description | Plaintiffs' Objections | Defendants' Objections |
|---|---|---|---|---|---|---|---|---|
| | ▬ | | ▬▬▬▬ | ▬▬▬▬ | ▬▬▬ | ▬▬ | | |
| | ▬ | | ▬▬▬▬ | ▬▬▬▬ | ▬▬▬ | ▬▬▬▬ | | |
| | ▬ | | ▬▬▬▬ | ▬▬▬▬ | ▬▬▬ | ▬▬▬▬▬ | | |
| | ▬ | | ▬▬▬▬ | ▬▬▬▬ | ▬▬▬ | ▬▬▬▬ | | |
| | ▬ | | ▬▬▬▬ | ▬▬▬▬ | ▬▬▬ | ▬▬▬ | | |
| | ▬ | | ▬▬▬▬ | ▬▬▬▬ | ▬▬▬ | ▬▬▬ | | |
| | ▬ | | ▬▬▬▬ | ▬▬▬▬ | ▬▬▬ | ▬▬▬ | | |
| | ▬ | | ▬▬▬▬ | ▬▬▬▬ | ▬▬▬ | ▬▬▬ | | |
| | ▬ | | ▬▬▬▬ | ▬▬▬▬ | ▬▬▬ | ▬▬▬▬ | | |
| | ▬ | | ▬▬▬▬ | ▬▬▬▬ | ▬▬▬ | ▬▬▬ | | |
| | ▬ | | ▬▬▬▬ | ▬▬▬▬ | ▬▬▬ | ▬▬▬ | | |
| | ▬ | | ▬▬▬▬ | ▬▬▬▬ | ▬▬▬ | ▬▬ | | |
| | PTX-080 | | CIPLA-BDI_0000004 | CIPLA-BDI_0000009 | 2020.04.15 | | | |
| | PTX-081 | | CIPLA-BDI_0000635 | CIPLA-BDI_0000646 | 2020.04.15 | | | |
| | PTX-082 | | CIPLA-BDI_0001287 | CIPLA-BDI_0001289 | 2020.04.09 | | | |
| | PTX-083 | | CIPLA-BDI_0001300 | CIPLA-BDI_0001301 | 2019.07.30 | | | |
| | PTX-084 | | CIPLA-BDI_0001302 | CIPLA-BDI_0001303 | 2019.07.30 | | | |
| | PTX-085 | | CIPLA-BDI_0001304 | CIPLA-BDI_0001305 | 2019.07.30 | | | |
| | PTX-086 | | CIPLA-BDI_0001308 | CIPLA-BDI_0001309 | 2018.05.16 | | | |
| | PTX-087 | | CIPLA-BDI_0001310 | CIPLA-BDI_0001311 | 2018.05.16 | | | |
| | PTX-088 | | CIPLA-BDI_0001312 | CIPLA-BDI_0001313 | 2018.05.16 | | | |
| | PTX-089 | | CIPLA-BDI_0001675 | CIPLA-BDI_0002034 | | | | |
| | PTX-090 | | CIPLA-BDI_0002829 | CIPLA-BDI_0002842 | | | | |
| | PTX-091 | | CIPLA-BDI_0003995 | CIPLA-BDI_0004029 | 2019.04.20 | | | |
| | PTX-092 | | CIPLA-BDI_0155685 | CIPLA-BDI_0155697 | | | | |
| | PTX-093 | | CIPLA-BDI_0155972 | CIPLA-BDI_0155999 | 2020.07.00 | | | |
| | PTX-094 | | CIPLA-BDI_0156595 | CIPLA-BDI_0156598 | N/A | | | |
| | PTX-095 | | CIPLA-BDI_0183908 | CIPLA-BDI_0184002 | | | | |
| | PTX-096 | | CIPLA-BDI_0184100 | CIPLA-BDI_0184129 | 2008.06.00 | | | |

3

**TEVA'S EXHIBIT LIST**                                    **ATTORNEYS' EYES ONLY**

| JTX No. | PTX No. | DTX No. | Beg Bates | End Bates | Date | Description | Plaintiffs' Objections | Defendants' Objections |
|---------|---------|---------|-----------|-----------|------|-------------|------------------------|------------------------|
| | PTX-097 | | CIPLA-BDI_0184184 | CIPLA-BDI_0184199 | 2005.09.00 | | | |
| | PTX-098 | | CIPLA-BDI_0184396 | CIPLA-BDI_0184420 | 2008.03.00 | | | |
| | PTX-099 | | CIPLA-BDI_0184747 | CIPLA-BDI_0184758 | 2007.06.00 | | | |
| | PTX-100 | | CIPLA-BDI_0184944 | CIPLA-BDI_0184973 | 2002.04.25 | | | |
| | PTX-101 | | CIPLA-BDI_0996244 | CIPLA-BDI_0996244 | 2021.06.14 | | | |
| | PTX-102 | | CIPLA-BDI_0996245 | CIPLA-BDI_0996245 | 2017.10.01 | | | |
| | PTX-103 | | N/A | N/A | 2021.07.06 | | | R |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | PTX-119 | | TEVADOC-00000001 | TEVADOC-00000007 | 2009.05.19 | | | |
| | PTX-120 | | TEVADOC-00000008 | TEVADOC-00000009 | 2017.00.00 | | | |
| | PTX-121 | | TEVADOC-00000010 | TEVADOC-00000010 | 2012.00.00 | | | |

**TEVA'S EXHIBIT LIST**                                                      **ATTORNEYS' EYES ONLY**

| JTX No. | PTX No. | DTX No. | Beg Bates | End Bates | Date | Description | Plaintiffs' Objections | Defendants' Objections |
|---|---|---|---|---|---|---|---|---|
| | PTX-122 | | TEVADOC-00000011 | TEVADOC-00000015 | 1995.00.00 | | | |
| | PTX-123 | | TEVADOC-00000016 | TEVADOC-00000041 | 2012.03.00 | | | |
| | PTX-124 | | TEVADOC-00000042 | TEVADOC-00000045 | 2014.05.22 | | | |
| | PTX-125 | | TEVADOC-00000046 | TEVADOC-00000050 | 2006.07.00 | | | |
| | PTX-126 | | TEVADOC-00000051 | TEVADOC-00000085 | 2021.02.25 | | | R, P, I (no translation provided) |
| | PTX-127 | | TEVADOC-00000086 | TEVADOC-00000098 | N/A | | | R, H |
| | PTX-128 | | TEVADOC-00000099 | TEVADOC-00000164 | 2009.01.00 | | | |
| | PTX-129 | | TEVADOC-00000165 | TEVADOC-00000230 | 2007.10.23 | | | |
| | PTX-130 | | TEVADOC-00000231 | TEVADOC-00000237 | 2008.08.05 | | | |
| | PTX-131 | | TEVADOC-00000238 | TEVADOC-00000288 | 2009.10.13 | | | |
| | PTX-132 | | TEVADOC-00000289 | TEVADOC-00000311 | 2018.07.10 | | | |
| | PTX-133 | | TEVADOC-00000312 | TEVADOC-00000317 | 2013.00.00 | | | |
| | PTX-134 | | TEVADOC-00000318 | TEVADOC-00000319 | 2014.06.02 | | | |
| | PTX-135 | | TEVADOC-00000320 | TEVADOC-00000321 | 2014.02.00 | | | H |
| | PTX-136 | | TEVADOC-00000322 | TEVADOC-00000378 | 2009.04.00 | | | |
| | PTX-137 | | TEVADOC-00000379 | TEVADOC-00000405 | 2008.06.00 | | | |
| | PTX-138 | | TEVADOC-00000406 | TEVADOC-00000407 | 2005.00.00 | | | |
| | PTX-139 | | TEVADOC-00000408 | TEVADOC-00000411 | 2015.00.00 | | | |
| | PTX-140 | | TEVADOC-00000412 | TEVADOC-00000420 | 2017.05.17 | | | |
| | PTX-141 | | TEVADOC-00000421 | TEVADOC-00000423 | | | | |
| | PTX-142 | | TEVADOC-00000424 | TEVADOC-00000439 | 2020.09.08 | | | |
| | PTX-143 | | TEVADOC-00000440 | TEVADOC-00000444 | 2014.04.25 | | | |
| | PTX-144 | | TEVADOC-00000445 | TEVADOC-00000449 | 2009.10.09 | | | |
| | PTX-145 | | TEVADOC-00000450 | TEVADOC-00000459 | 2008.09.25 | | | |
| | PTX-146 | | TEVADOC-00000460 | TEVADOC-00000502 | 2003.09.09 | | | |
| | PTX-147 | | TEVADOC-00000503 | TEVADOC-00000530 | 1998.02.17 | | | |
| | PTX-148 | | TEVADOC-00000531 | TEVADOC-00000534 | 2013.00.00 | | | |
| | PTX-149 | | TEVADOC-00000535 | TEVADOC-00000540 | | | | H |
| | PTX-150 | | TEVADOC-00000541 | TEVADOC-00000564 | 2008.00.00 | | | |
| | PTX-151 | | TEVADOC-00000565 | TEVADOC-00000585 | 2014.10.28 | | | |
| | PTX-152 | | TEVADOC-00000586 | TEVADOC-00000614 | 2012.04.17 | | | |
| | PTX-153 | | TEVADOC-00000615 | TEVADOC-00000689 | 2013.11.12 | | | |
| | PTX-154 | | TEVADOC-00000690 | TEVADOC-00000691 | 2008.02.21 | | | R, C, P |
| | PTX-155 | | TEVADOC-00000692 | TEVADOC-00000700 | 2014.02.27 | | | R, C, P |
| | PTX-156 | | TEVADOC-00000701 | TEVADOC-00000713 | 2017.09.28 | | | R, C, P |
| | PTX-157 | | TEVADOC-00000714 | TEVADOC-00000726 | 1999.11.23 | | | |
| | PTX-158 | | TEVADOC-00000727 | TEVADOC-00000736 | 2009.12.29 | | | |
| | PTX-159 | | TEVADOC-00000737 | TEVADOC-00000743 | 2012.09.18 | | | |

**TEVA'S EXHIBIT LIST**                                                                          ATTORNEYS' EYES ONLY

| JTX No. | PTX No. | DTX No. | Beg Bates | End Bates | Date | Description | Plaintiffs' Objections | Defendants' Objections |
|---|---|---|---|---|---|---|---|---|
| | PTX-160 | | TEVADOC-00000744 | TEVADOC-00000744 | 1999.11.00 | | | H |
| | PTX-161 | | TEVADOC-00000745 | TEVADOC-00000748 | | | | H |
| | PTX-162 | | TEVADOC-00000749 | TEVADOC-00000761 | 2014.04.00 | | | |
| | PTX-163 | | TEVADOC-00000762 | TEVADOC-00000773 | 2019 | | | |
| | PTX-164 | | TEVADOC-00000774 | TEVADOC-00000790 | 2004 | | | |
| | PTX-165 | | TEVADOC-00000791 | TEVADOC-00000805 | 2006.01.23 | | | |
| | PTX-166 | | TEVADOC-00000806 | TEVADOC-00000806 | | | | H, A |
| | PTX-167 | | TEVADOC-00000807 | TEVADOC-00000816 | 2004.11 | | | |
| | PTX-168 | | TEVADOC-00000817 | TEVADOC-00000821 | 1999 | | | |
| | PTX-169 | | TEVADOC-00000822 | TEVADOC-00000827 | 2000 | | | |
| | PTX-170 | | TEVADOC-00000828 | TEVADOC-00000830 | 2013.00.00 | | | C, R, P |
| | PTX-171 | | TEVADOC-00000831 | TEVADOC-00000833 | 2004.00.00 | | | C, R, P |
| | PTX-172 | | TEVADOC-00000834 | TEVADOC-00000836 | 1995.00.00 | | | C, R, P |
| | PTX-173 | | TEVADOC-00000837 | TEVADOC-00000838 | 2002.00.00 | | | C, R, P |
| | PTX-174 | | TEVADOC-00000839 | TEVADOC-00000839 | | | | |
| | PTX-175 | | TEVADOC-00000840 | TEVADOC-00000840 | | | | |
| | PTX-176 | | TEVADOC-00000841 | TEVADOC-00000841 | | | | |
| | PTX-177 | | TEVADOC-00000842 | TEVADOC-00000842 | | | | |
| | PTX-178 | | TEVADOC-00000843 | TEVADOC-00000843 | | | | |
| | PTX-179 | | TEVADOC-00000844 | TEVADOC-00000844 | | | | |
| | PTX-180 | | TEVADOC-00000845 | TEVADOC-00000845 | | | | |
| | PTX-181 | | TEVADOC-00000846 | TEVADOC-00000846 | | | | |
| | PTX-182 | | TEVAQVAR-00006885 | TEVAQVAR-00006887 | 2014.01.21 | | | |
| | PTX-183 | | TEVAQVAR-00007008 | TEVAQVAR-00007012 | 2014.01.17 | | | |
| | PTX-184 | | TEVAQVAR-00007013 | TEVAQVAR-00007013 | 2014.01.08 | | | |
| | PTX-185 | | TEVAQVAR-00007034 | TEVAQVAR-00007048 | 2014.01.20 | | | |
| | PTX-186 | | TEVAQVAR-00007129 | TEVAQVAR-00007140 | 2014.01.21 | | | |
| | PTX-187 | | TEVAQVAR-00007168 | TEVAQVAR-00007439 | 2014.01.21 | | | |
| | PTX-189 | | TEVAQVAR-00007440 | TEVAQVAR-00007512 | 2014.01.14 | | | |
| | PTX-190 | | TEVAQVAR-00007930 | TEVAQVAR-00007936 | 2014.01.09 | | | |
| | PTX-191 | | TEVAQVAR-00007937 | TEVAQVAR-00007963 | 2014.01.17 | | | |
| | PTX-192 | | TEVAQVAR-00008010 | TEVAQVAR-00008011 | 2014.01.14 | | | |
| | PTX-193 | | TEVAQVAR-00008012 | TEVAQVAR-00008015 | 2014.01.15 | | | |
| | PTX-194 | | TEVAQVAR-00008077 | TEVAQVAR-00008080 | 2014.01.15 | | | |
| | PTX-195 | | TEVAQVAR-00008081 | TEVAQVAR-00008090 | 2014.01.15 | | | |
| | PTX-196 | | TEVAQVAR-00008091 | TEVAQVAR-00008099 | 2014.01.15 | | | |

**TEVA'S EXHIBIT LIST**          **ATTORNEYS' EYES ONLY**

| JTX No. | PTX No. | DTX No. | Beg Bates | End Bates | Date | Description | Plaintiffs' Objections | Defendants' Objections |
|---|---|---|---|---|---|---|---|---|
| | PTX-197 | | TEVAQVAR-00008110 | TEVAQVAR-00008112 | 2014.01.15 | | | |
| | PTX-198 | | TEVAQVAR-00008418 | TEVAQVAR-00008482 | 2014.01.21 | | | |
| | PTX-199 | | TEVAQVAR-00008623 | TEVAQVAR-00008642 | 2014.01.16 | | | |
| | PTX-200 | | TEVAQVAR-00008648 | TEVAQVAR-00008705 | 2014.01.17 | | | |
| | PTX-201 | | TEVAQVAR-00008706 | TEVAQVAR-00008721 | 2014.01.14 | | | |
| | PTX-202 | | TEVAQVAR-00010071 | TEVAQVAR-00010096 | 2014.05.13 | | | |
| | PTX-203 | | TEVAQVAR-00010727 | TEVAQVAR-00010751 | 2014.05.22 | | | |
| | PTX-204 | | TEVAQVAR-00011181 | TEVAQVAR-00011208 | 2014.11.12 | | | |
| | PTX-205 | | TEVAQVAR-00015375 | TEVAQVAR-00015375 | 2017.08.07 | | | |
| | PTX-206 | | TEVAQVAR-00016907 | TEVAQVAR-00016908 | 2017.11.13 | | | |
| | PTX-207 | | TEVAQVAR-00017514 | TEVAQVAR-00017515 | 2018.01.30 | | | |
| | PTX-208 | | TEVAQVAR-00031848 | TEVAQVAR-00031860 | 2009.12.04 | | | |
| | PTX-209 | | TEVAQVAR-00032306 | TEVAQVAR-00032309 | 2010.03.12 | | | |
| | PTX-210 | | TEVAQVAR-00032308 | TEVAQVAR-00032308 | | | | |
| | PTX-211 | | TEVAQVAR-00032309 | TEVAQVAR-00032309 | | | | |
| | PTX-212 | | TEVAQVAR-00052614 | TEVAQVAR-00052623 | 2011.12.06 | | | |
| | PTX-213 | | TEVAQVAR-00052952 | TEVAQVAR-00052972 | 2011.10.14 | | | |
| | PTX-214 | | TEVAQVAR-00066638 | TEVAQVAR-00066673 | 2012.03.07 | | | |
| | PTX-215 | | TEVAQVAR-00122131 | TEVAQVAR-00122142 | 2009.11.30 | | | |
| | PTX-216 | | TEVAQVAR-00458910 | TEVAQVAR-00458921 | 2009.02.26 | | | |
| | PTX-217 | | TEVAQVAR-00459254 | TEVAQVAR-00459270 | 2009.05.29 | | | |
| | PTX-218 | | TEVAQVAR-00459271 | TEVAQVAR-00459278 | 2009.11.02 | | | |
| | PTX-219 | | TEVAQVAR-00459279 | TEVAQVAR-00459282 | 2009.03.18 | | | |
| | PTX-220 | | TEVAQVAR-00459317 | TEVAQVAR-00459334 | 2009.03.18 | | | |
| | PTX-221 | | TEVAQVAR-00459448 | TEVAQVAR-00459456 | 2009.06.22 | | | |
| | PTX-222 | | TEVAQVAR-00460425 | TEVAQVAR-00460475 | 2009.11.29 | | | |
| | PTX-223 | | TEVAQVAR-00460476 | TEVAQVAR-00460509 | 2009.11.23 | | | |
| | PTX-224 | | TEVAQVAR-00460593 | TEVAQVAR-00460605 | 2010.06.01 | | | |
| | PTX-225 | | TEVAQVAR-00461166 | TEVAQVAR-00461168 | 2010.02.22 | | | |
| | PTX-226 | | TEVAQVAR-00461169 | TEVAQVAR-00461171 | 2010.02.22 | | | |
| | PTX-227 | | TEVAQVAR-00461310 | TEVAQVAR-00461363 | 2009.09.11 | | | |
| | PTX-228 | | TEVAQVAR-00461453 | TEVAQVAR-00461461 | 2010.02.25 | | | |
| | PTX-229 | | TEVAQVAR-00461522 | TEVAQVAR-00461533 | 2009.11.29 | | | |
| | PTX-230 | | TEVAQVAR-00461534 | TEVAQVAR-00461608 | 2009.11.29 | | | |
| | PTX-231 | | TEVAQVAR-00462022 | TEVAQVAR-00462028 | 2009.12.02 | | | |
| | PTX-232 | | TEVAQVAR-00465753 | TEVAQVAR-00465754 | 2010.04.27 | | | Y (end bates wrong, not a design drawing) |
| | PTX-233 | | TEVAQVAR-00465767 | | | | | |
| | PTX-234 | | TEVAQVAR-00465899 | TEVAQVAR-00465958 | 2010.01.21 | | | Y (end bates wrong) |
| | PTX-235 | | TEVAQVAR-00539307 | TEVAQVAR-00539307 | 2009.12.16 | | | |
| | PTX-236 | | TEVAQVAR-00539308 | TEVAQVAR-00539308 | 2011.07.14 | | | |
| | PTX-237 | | TEVAQVAR-00539310 | TEVAQVAR-00539311 | 2009.11.23 | | | |
| | PTX-238 | | TEVAQVAR-00539312 | TEVAQVAR-00539312 | 2009.12.15 | | | |
| | PTX-239 | | TEVAQVAR-00539313 | TEVAQVAR-00539314 | 2010.01.29 | | | |
| | PTX-240 | | TEVAQVAR-00539315 | TEVAQVAR-00539315 | 2009.11.05 | | | |
| | PTX-241 | | TEVAQVAR-00539316 | TEVAQVAR-00539316 | 2009.12.16 | | | |
| | PTX-242 | | TEVAQVAR-00539317 | TEVAQVAR-00539317 | 2011.11.05 | | | |
| | PTX-243 | | TEVAQVAR-00539318 | TEVAQVAR-00539318 | 2011.07.15 | | | |
| | PTX-244 | | TEVAQVAR-00539319 | TEVAQVAR-00539319 | 2011.07.15 | | | |
| | PTX-245 | | TEVAQVAR-00539320 | TEVAQVAR-00539321 | 2009.10.30 | | | |
| | PTX-246 | | TEVAQVAR-00699825 | TEVAQVAR-00699830 | 2009.10.27 | | | |
| | PTX-247 | | TEVAQVAR-00734380 | TEVAQVAR-00734382 | 2010.03.16 | | | Y (date wrong) |
| | PTX-248 | | TEVAQVAR-00734383 | TEVAQVAR-00734387 | | | | |
| | PTX-249 | | TEVAQVAR-00737016 | TEVAQVAR-00737022 | | | | |
| | PTX-250 | | TEVAQVAR-00745295 | TEVAQVAR-00745296 | 2010.04.19 | | | |

7

**TEVA'S EXHIBIT LIST**                                    **ATTORNEYS' EYES ONLY**

| JTX No. | PTX No. | DTX No. | Beg Bates | End Bates | Date | Description | Plaintiffs' Objections | Defendants' Objections |
|---------|---------|---------|-----------|-----------|------|-------------|------------------------|-------------------------|
| | PTX-251 | | TEVAQVAR-00745297 | TEVAQVAR-00745297 | 2010.04.21 | | | |
| | PTX-252 | | TEVAQVAR-00760544 | TEVAQVAR-00760557 | 2009.08.10 | | | |
| | PTX-253 | | TEVAQVAR-00760568 | TEVAQVAR-00760578 | 2008.08.06 | | | |
| | PTX-254 | | TEVAQVAR-00760590 | TEVAQVAR-00760603 | 2009.12.18 | | | |
| | PTX-255 | | TEVAQVAR-00760606 | TEVAQVAR-00760674 | 2009.07.20 | | | |
| | PTX-256 | | TEVAQVAR-00760793 | TEVAQVAR-00760808 | 2012.08.05 | | | |
| | PTX-257 | | TEVAQVAR-00761426 | TEVAQVAR-00761528 | 2010.06.23 | | | |
| | PTX-259 | | TEVAQVAR-00761993 | TEVAQVAR-00762006 | 2010.06.01 | | | |
| | PTX-260 | | TEVAQVAR-00763343 | TEVAQVAR-00763397 | 2009.09.09 | | | |
| | PTX-261 | | TEVAQVAR-00763398 | TEVAQVAR-00763429 | 2009.09.09 | | | |
| | PTX-262 | | TEVAQVAR-00763430 | TEVAQVAR-007634351 | 2009.09.09 | | | |
| | PTX-263 | | TEVAQVAR-00763452 | TEVAQVAR-00763502 | 2009.11.13 | | | |
| | PTX-264 | | TEVAQVAR-00763503 | TEVAQVAR-00763519 | 2009.09.09 | | | |
| | PTX-265 | | TEVAQVAR-00763520 | TEVAQVAR-00763539 | 2009.10.05 | | | |
| | PTX-266 | | TEVAQVAR-00763540 | TEVAQVAR-00763551 | 2009.11.02 | | | |
| | PTX-267 | | TEVAQVAR-00763552 | TEVAQVAR-00763626 | 2009.10.20 | | | |
| | PTX-268 | | TEVAQVAR-00763677 | TEVAQVAR-00763704 | 2009.11.23 | | | |
| | PTX-269 | | TEVAQVAR-00764074 | TEVAQVAR-00764075 | 2006.02.03 | | | |
| | PTX-270 | | TEVAQVAR-00764076 | TEVAQVAR-00764078 | 2009.11.23 | | | |
| | PTX-271 | | TEVAQVAR-00764079 | TEVAQVAR-00764080 | 2011.11.05 | | | |
| | PTX-272 | | TEVAQVAR-00764081 | TEVAQVAR-00764082 | 2011.07.15 | | | |
| | PTX-273 | | TEVAQVAR-00764083 | TEVAQVAR-00764084 | 2011.07.15 | | | |
| | PTX-274 | | TEVAQVAR-00764085 | TEVAQVAR-00764087 | 2011.09.05 | | | |
| | PTX-275 | | TEVAQVAR-00764088 | TEVAQVAR-00764089 | 2012.12.16 | | | |
| | PTX-276 | | TEVAQVAR-00764090 | TEVAQVAR-00764091 | 2011.08.17 | | | |
| | PTX-277 | | TEVAQVAR-00764092 | TEVAQVAR-00764093 | 2006.01.20 | | | |
| | PTX-278 | | TEVAQVAR-00764096 | TEVAQVAR-00764098 | 2012.01.10 | | | |
| | PTX-279 | | TEVAQVAR-00764099 | TEVAQVAR-00764101 | 2009.11.23 | | | |
| | PTX-280 | | TEVAQVAR-00764323 | TEVAQVAR-00764353 | 2015.06.30 | | | |
| | PTX-282 | | TEVAQVAR-00764907 | TEVAQVAR-00764946 | | | | |
| | PTX-283 | | TEVAQVAR-00765203 | TEVAQVAR-00765213 | 2012.02.29 | | | |
| | PTX-284 | | TEVAQVAR-00765227 | TEVAQVAR-00765235 | 2012.08.05 | | | |
| | PTX-285 | | TEVAQVAR-00765354 | TEVAQVAR-00765367 | 2014.07.09 | | | |
| | PTX-286 | | TEVAQVAR-00765368 | TEVAQVAR-00765382 | 2012.05.04 | | | |
| | PTX-287 | | TEVAQVAR-00765383 | TEVAQVAR-00765383 | 2017.04.25 | | | Y (QVAR HFA MDI with an integrated Dose Counter Design History File Index) |
| | PTX-288 | | TEVAQVAR-00765404 | TEVAQVAR-00765417 | 2012.01.13 | | | |
| | PTX-289 | | TEVAQVAR-00765418 | TEVAQVAR-00765810 | 2012.09.19 | | | |
| | PTX-290 | | TEVAQVAR-00766582 | TEVAQVAR-00766585 | 2002.00.00 | | | R, U, Y (begin bates is wrong) |
| | PTX-291 | | TEVAQVAR-00771686 | TEVAQVAR-00771699 | 2009.12.15 | | | |
| | PTX-292 | | TEVAQVAR-00771688 | TEVAQVAR-00771689 | 2009.11.05 | | | |
| | PTX-293 | | TEVAQVAR-00771690 | TEVAQVAR-00771691 | | | | |
| | PTX-294 | | TEVAQVAR-00771691 | TEVAQVAR-00771691 | 2009.11.05 | | | |
| | PTX-295 | | TEVAQVAR-00771692 | TEVAQVAR-00771694 | | | | |
| | PTX-296 | | TEVAQVAR-00771693 | TEVAQVAR-00771694 | 2009.11.23 | | | |
| | PTX-297 | | TEVAQVAR-00771695 | TEVAQVAR-00771696 | | | | |
| | PTX-298 | | TEVAQVAR-00771696 | TEVAQVAR-00771696 | 2009.11.05 | | | |
| | PTX-299 | | TEVAQVAR-00771697 | | | | | |
| | PTX-300 | | TEVAQVAR-00771698 | TEVAQVAR-00771699 | 2009.12.00 | | | |

## TEVA'S EXHIBIT LIST                                    ATTORNEYS' EYES ONLY

| JTX No. | PTX No. | DTX No. | Beg Bates | End Bates | Date | Description | Plaintiffs' Objections | Defendants' Objections |
|---------|---------|---------|-----------|-----------|------|-------------|------------------------|------------------------|
| | PTX-301 | | CIPLA-BDI_0622671 | CIPLA-BDI_0622720 | 2014.01.21 | | | |
| | PTX-302 | | CIPLA-BDI_0792046 | CIPLA-BDI_0792116 | 2014.02.19 | | | |
| | PTX-303 | | CIPLA-BDI_0648180 | CIPLA-BDI_0648190 | 2015.04.15 | | | H |
| | PTX-304 | | CIPLA-BDI_0639823 | CIPLA-BDI_0640158 | | | | |
| | PTX-305 | | CIPLA-BDI_0864878 | CIPLA-BDI_0864879_00027 | 2018.04.02 | | | H |
| | PTX-306 | | CIPLA-BDI_0156579 | CIPLA-BDI_0156579 | 2017.10.01 | | | |
| | PTX-307 | | CIPLA-BDI_0012025 | CIPLA-BDI_0012037 | | | | Y (design file history summary) |
| | PTX-308 | | CIPLA-BDI_0004411 | CIPLA-BDI_0004705 | 2020.04.9/10 | | | |
| | ▇ | | ▇ | ▇ | | | | |
| | ▇ | | ▇ | ▇ | ▇ | | | ▇ |
| | ▇ | | ▇ | ▇ | ▇ | | | A, R |
| | ▇ | | ▇ | ▇ | | | | A, R |
| | ▇ | | ▇ | ▇ | | | | ▇ |
| | ▇ | | ▇ | ▇ | | | | ▇ |
| | ▇ | | ▇ | ▇ | | | | |
| | ▇ | | ▇ | ▇ | ▇ | | | |
| | ▇ | | | | | | | |
| | ▇ | | ▇ | ▇ | ▇ | | | |
| | PTX-319 | | ▇ | ▇ | | | | ▇ |
| | PTX-320 | | ▇ | ▇ | | | | |
| | PTX-321 | | ▇ | ▇ | ▇ | | | ▇ |
| | PTX-322 | | ▇ | ▇ | | | | ▇ |
| | PTX-323 | | ▇ | ▇ | | | | |

**TEVA'S EXHIBIT LIST**                                    **ATTORNEYS' EYES ONLY**

| JTX No. | PTX No. | DTX No. | Beg Bates | End Bates | Date | Description | Plaintiffs' Objections | Defendants' Objections |
|---------|---------|---------|-----------|-----------|------|-------------|------------------------|------------------------|
| | █████ | | ████████ | ████████ | | | | |
| | █████ | | ████████ | ████████ | | | | |
| | █████ | | ████████ | ████████ | | | | |
| | PTX-328 | | N/A | N/A | | | | |
| | PTX-329 | | N/A | N/A | 2022.01.10 | | | |
| | █████ | | ████████ | ████████ | | | | |
| | █████ | | ████████ | ████████ | | | | |
| | █████ | | ████████ | ████████ | | | | ██ |
| | █████ | | ████████ | ████████ | | | | ██ |
| | █████ | | ████████ | ████████ | | | | ██ |
| | █████ | | ████████ | ████████ | | | | |
| | █████ | | ████████ | ████████ | | | | |
| | █████ | | ████████ | ████████ | | | | █ |
| | █████ | | ████████ | ████████ | | | | ██ |
| | █████ | | ████████ | ████████ | | | | |
| | █████ | | ████████ | ████████ | | | | |
| | █████ | | ████████ | ████████ | | | | |
| | █████ | | ████████ | ████████ | | | | ██ |
| | █████ | | ████████ | ████████ | | | | |
| | █████ | | ████████ | ████████ | | | | ██ |
| | █████ | | ████████ | ████████ | | | | |

**TEVA'S EXHIBIT LIST**                                                                   **ATTORNEYS' EYES ONLY**

| JTX No. | PTX No. | DTX No. | Beg Bates | End Bates | Date | Description | Plaintiffs' Objections | Defendants' Objections |
|---------|---------|---------|-----------|-----------|------|-------------|------------------------|------------------------|
| | | | | | | ▇▇▇▇▇ | | |
| | ▇▇ | | | | | | | ▇▇ |
| | ▇▇ | | N/A | N/A | 2007.11.01 | ▇▇▇ | | |
| | ▇▇ | | | | | ▇▇▇ | | ▇ |
| | ▇ | | | | | ▇▇▇ | | ▇ |
| | ▇ | | | | | ▇▇ | | |
| | ▇ | | | | | ▇ | | ▇ |
| | ▇ | | | | | ▇▇ | | |
| | ▇ | | | | | ▇▇ | | ▇▇▇ |
| | ▇ | | | | | ▇▇ | | ▇▇ |
| | ▇ | | | | | ▇▇ | | |
| | ▇ | | | | | ▇▇ | | ▇▇ |
| | ▇ | | | | | ▇▇ | | ▇▇ |
| | ▇ | | | | | ▇▇ | | ▇▇ |
| | ▇ | | | | | ▇ | | ▇▇ |
| | PTX-370 | | N/A | N/A | | | | |
| | PTX-371 | | CIPLA-BDI_0010839 | CIPLA-BDI_0010852 | | | | |
| | PTX-372 | | CIPLA-BDI_0156579 | CIPLA-BDI_0156579 | 2017.01.10 | | | |
| | PTX-373 | | CIPLA-BDI_0803837 | CIPLA-BDI_0803837 | 2019.05.20 | | | |
| | PTX-374 | | CIPLA-BDI_0803838 | CIPLA-BDI_0803838 | 2019.05.20 | | | |
| | PTX-375 | | CIPLA-BDI_0000805 | CIPLA-BDI_0001117 | | | | |
| | PTX-376 | | CIPLA-BDI_0063192 | CIPLA-BDI_0063248 | 2020.08.04 | | | |
| | PTX-377 | | CIPLA-BDI_0649202 | CIPLA-BDI_0649202 | 2013.02.28 | | | |

11

**TEVA'S EXHIBIT LIST**                                    **ATTORNEYS' EYES ONLY**

| JTX No. | PTX No. | DTX No. | Beg Bates | End Bates | Date | Description | Plaintiffs' Objections | Defendants' Objections |
|---------|---------|---------|-----------|-----------|------|-------------|------------------------|------------------------|
| | PTX-378 | | CIPLA-BDI_0874639 | CIPLA-BDI_0874640 | 2011.01.03 | | | |
| | PTX-379 | | CIPLA-BDI_0788345 | CIPLA-BDI_0788348 | 2014.05.28 | | | |
| | PTX-380 | | CIPLA-BDI_0876040 | CIPLA-BDI_0876090 | 2014.05.29 | | | |
| | PTX-381 | | CIPLA-BDI_0783819 | CIPLA-BDI_0783858 | | | | |
| | PTX-382 | | N/A | N/A | 2017.07.25 | | | |
| | PTX-383 | | CIPLA-BDI_0788356 | CIPLA-BDI_0788356 | 2014.06.06 | | | |
| | PTX-384 | | CIPLA-BDI_0788357 | CIPLA-BDI_0788376 | 2013.08.05 | | | |
| | PTX-385 | | CIPLA-BDI_0793493 | CIPLA-BDI_0793506 | 2016.05.10 | | | |
| | PTX-386 | | CIPLA-BDI_0878621 | CIPLA-BDI_0878625 | 2015.10.26 | | | |
| | PTX-387 | | CIPLA-BDI_0798008 | CIPLA-BDI_0798008 | 2018.10.17 | | | LF, H |
| | PTX-388 | | CIPLA-BDI_0791425 | CIPLA-BDI_0791431 | 2015.03.05 | | | H |
| | PTX-389 | | CIPLA-BDI_0793930 | CIPLA-BDI_0793937 | 2016.08.01 | | | H |
| | PTX-390 | | CIPLA-BDI_0796691 | CIPLA-BDI_0796728 | 2017.11.02 | | | H |
| | PTX-391 | | CIPLA-BDI_0783800 | CIPLA-BDI_0783817 | 2012.04.16 | | | |
| | PTX-392 | | CIPLA-BDI_0790405 | CIPLA-BDI_0790406 | 2018.05.09 | | | |
| | PTX-393 | | N/A | N/A | | | | |
| | PTX-394 | | CIPLA-BDI_0996243 | CIPLA-BDI_0996243 | 2021.06.14 | | | |
| | PTX-395 | | N/A | N/A | N/A | | | |
| | PTX-396 | | N/A | N/A | N/A | | | |
| | PTX-397 | | N/A | N/A | N/A | | | |
| | PTX-398 | | N/A | N/A | N/A | | | |
| | PTX-399 | | N/A | N/A | N/A | | | |
| | PTX-400 | | N/A | N/A | N/A | | | |
| | PTX-401 | | N/A | N/A | N/A | | | |
| | PTX-402 | | TEVAQVAR-00032573 | TEVAQVAR-00032579 | 2003.03.00 | | | |

12

## TEVA'S EXHIBIT LIST                                      ATTORNEYS' EYES ONLY

| JTX No. | PTX No. | DTX No. | Beg Bates | End Bates | Date | Description | Plaintiffs' Objections | Defendants' Objections |
|---|---|---|---|---|---|---|---|---|
| | PTX-403 | | TEVAQVAR-00729706 | TEVAQVAR-00729713 | 2006.12.18 | | | |
| | PTX-404 | | TEVAQVAR-00729485 | TEVAQVAR-00729495 | | | | |
| | PTX-405 | | TEVAQVAR-00034974 | TEVAQVAR-00034975 | | | | |
| | PTX-406 | | TEVAQVAR-00475209 | TEVAQVAR-00475223 | 2009.10.21 | | | |
| | PTX-407 | | TEVAQVAR-00495552 | TEVAQVAR-00495580 | 2010.09.13 | | | |
| | PTX-408 | | TEVAQVAR-00458922 | TEVAQVAR-00458935 | | | | |
| | PTX-409 | | N/A | N/A | N/A | | | |
| | PTX-410 | | N/A | N/A | N/A | | | |
| | PTX-411 | | CIPLA_P_000045 | CIPLA_P_000045 | N/A | | | |
| | PTX-412 | | CIPLA_P_000046 | CIPLA_P_000046 | N/A | | | |
| | PTX-413 | | N/A | N/A | N/A | | | |
| | PTX-414 | | N/A | N/A | N/A | | | |
| | PTX-415 | | N/A | N/A | 2020.06.04 | | | |
| | PTX-416 | | N/A | N/A | 2002.00.00 | | | |
| | PTX-417 | | N/A | N/A | 2008.07.15 | | | |
| | PTX-418 | | N/A | N/A | N/A | | | |
| | PTX-419 | | N/A | N/A | N/A | | | |
| | PTX-420 | | N/A | N/A | N/A | | | |
| | PTX-421 | | N/A | N/A | N/A | | | |
| | PTX-422 | | N/A | N/A | N/A | | | |
| | PTX-423 | | N/A | N/A | N/A | | | |
| | PTX-424 | | N/A | N/A | N/A | | | |
| | PTX-425 | | N/A | N/A | N/A | | | |
| | PTX-426 | | N/A | N/A | N/A | | | |
| | PTX-427 | | N/A | N/A | N/A | | | |
| | PTX-428 | | N/A | N/A | N/A | | | |
| | PTX-429 | | N/A | N/A | N/A | | | |
| | PTX-430 | | N/A | N/A | N/A | | | |
| | PTX-431 | | N/A | N/A | 2012.01.31 | | | |
| | PTX-432 | | N/A | N/A | 2008.02.28 | | | |
| | PTX-433 | | N/A | N/A | 2022.06.14 | | | |

**TEVA'S EXHIBIT LIST**                                    **ATTORNEYS' EYES ONLY**

| JTX No. | PTX No. | DTX No. | Beg Bates | End Bates | Date | Description | Plaintiffs' Objections | Defendants' Objections |
|---------|---------|---------|-----------|-----------|------|-------------|------------------------|------------------------|
| | PTX-434 | | N/A | N/A | 2007.11.01 | | | |
| | PTX-435 | | N/A | N/A | 2022.01.19 | | | |
| | PTX-436 | | N/A | N/A | 2022.01.28 | | | |
| | PTX-437 | | N/A | N/A | 2022.01.21 | | | |
| | PTX-438 | | N/A | N/A | 2022.01.26 | | | |
| | PTX-439 | | N/A | N/A | 2022.03.04 | | | |
| | PTX-440 | | N/A | N/A | 2022.03.07 | | | |
| | PTX-441 | | N/A | N/A | 2022.03.08 | | | |
| | PTX-442 | | N/A | N/A | 2022.03.08 | | | |
| | PTX-443 | | TEVAQVAR-00121994 | TEVAQVAR-00121997 | 2009.07.28 | | | LF, H, ND, R, C |
| | PTX-444 | | TEVAQVAR-00124433 | TEVAQVAR-00124434 | 2009.07.06 | | | LF, H, ND, R, C |
| | PTX-445 | | TEVAQVAR-00491233 | TEVAQVAR-00491233 | 2009.07.07 | | | LF, H, ND, R, C |
| | PTX-446 | | TEVAQVAR-00491277 | TEVAQVAR-00491277 | 2009.07.17 | | | LF, H, ND, R, C |
| | PTX-447 | | TEVAQVAR-00491278 | TEVAQVAR-00491280 | 2009.07.15 | | | LF, H, ND, R, C |

* Teva reserves the right to right to amend and/or supplement this exhibit list, including in response to Defendants' disclosures.  Teva further reserves the right to rely on an exhibit listed on Defendants' proposed exhibit list.

Defendants utilize the following abbreviations for objections to Plaintiffs' trial exhibit list and deposition designations.

| Code | Objection |
|---|---|
| A | Authenticity (FRE 901) |
| Arg | Argumentative |
| AT | Attorney Objections Not Removed |
| B | Not Best Evidence Rule Prohibits Introduction (FRE 1002, 1003 and/or 1004) |
| BS | Beyond the Scope of Direct / Cross / Redirect Examination; answer beyond scope of question |
| 30(b)(6) | Beyond the Scope of the Rule 30(b)(6) Deposition Topic |
| C | Cumulative, Duplicative, Wasteful or Undue Delay (FRE 403) |
| Char | Improper Character Evidence (FRE 404) |
| Cmpd | Compound |
| D | Demonstrative/Should Not Be Admitted Into Evidence |
| Db | Subject to Daubert Motion |
| F | Form (including hypothetical, calling for opinion testimony, document speaks for itself, asked and answered, narrative, confusing, misleading, ambiguous, vague, unintelligible, argumentative, misstates evidence, cumulative, assumes facts not in evidence) |
| H | Hearsay/Improper Use of Deposition (FRE 802 and/or FRCP 32) |
| I | Reserved Because Exhibit Has Not Been Provided, the Copy Provided Is Illegible and/or the Entry Includes Multiple Documents |
| IC | Improper Designation / Counter Designation (FRE 106; FRCP 32(a)(6) |
| In | Incomplete Testimony (FRE 106; FRCP 32(a)(6)) |
| L | Lack of Personal Knowledge or Competency (FRE 602) |
| LA | Limited Admissibility (Admissible for Some Purposes but Not Others) (FRE 105) |
| LC | Legal Conclusion |
| LD | Leading (FRE 611) |
| LF | Lack of Foundation (FRE 103, 104 and/or 105) |
| M | Misleading/Mischaracterizes Prior Testimony (FRE 401-403, 611) |

| Code | Objection |
|------|-----------|
| MD | Mischaracterizes Underlying Document (FRE 401-403, 611) |
| ML | Subject to Motion In Limine |
| NE | Assumes Facts Not In Evidence |
| ND | Not disclosed or identified by Plaintiffs in response to one or more Defendants' discovery requests (including in response to interrogatories propounded under FRCP 33) or as required by FRCP 26; not disclosed or identified in Plaintiffs' contentions. |
| NR | Nonresponsive |
| NT | Not Testimony |
| O | Improper Lay or Expert Opinion (FRE 701-703) |
| OC | Offer to Compromise, Settlement (FRE 408) |
| P | Unfair, Prejudicial, Confusing, Misleading and/or waste of time (FRE 403) |
| R | Irrelevant and/or Immaterial (Relevance) (FRE 401/402) |
| S | Calls for Speculation (FRE 602) |
| U | Untimely/Never Produced (FRCP 26, 37) |
| V | Vague/Ambiguous/Overbroad (FRE 611) |
| W | Privileged/Work Product (FRE 501/502) |
| X | Incomplete Document (FRE 106) |
| Y | Wrong Document Identified or Incorrectly Described |