*Privileged & Confidential*
*Attorney Work Product*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., and NORTON (WATERFORD) LTD., | : : : | Consolidated Civil Action No. 20-10172 (JXN)(MAH) |
|  | : |  |
| Plaintiffs, | : | CONFIDENTIAL – |
|  | : | SUBJECT TO DISCOVERY |
| v. | : | CONFIDENTIALITY ORDER |
|  | : |  |
| CIPLA LTD., AUROBINDO PHARMA LLC, AUROBINDO PHARMA USA, INC., and AUROLIFE PHARMA LLC, | : : : | |
|  | : |  |
| Defendants. | : |  |
|  | : |  |

## OPENING EXPERT REPORT OF DR. REYNOLD A. PANETTIERI, JR., M.D.

*Privileged & Confidential*
*Attorney Work Product*

## Table of Contents

I.      BACKGROUND AND QUALIFICATIONS ....................................................3

II.     ASSERTED PATENTS............................................................................6

III.    LEGAL STANDARDS ...........................................................................7

        A.      Person of Ordinary Skill in the Art ..............................................7

        B.      Obviousness .............................................................................9

IV.     CLAIM CONSTRUCTION.....................................................................10

V.      SUMMARY OF OPINIONS ...................................................................16

VI.     OBJECTIVE INDICIA OF NON-OBVIOUSNESS ......................................18

        A.      Multiple Long-Felt, Unmet Needs.............................................18

                1.      As of the Priority Date, There Were Multiple, Long-Felt, Unmet
                        Needs for Devices with the Properties of the Claimed Inventions. ..........19

                2.      Prior-Art Solutions Failed to Satisfy the Need for Devices with the
                        Properties of the Claimed Inventions.........................................29

                3.      Qvar® HFA and ProAir® HFA Satisfied Long-Felt Needs.....................46

        B.      Failure of Others ....................................................................50

        C.      Industry Acceptance................................................................53

        D.      Praise.....................................................................................55

        E.      Copying..................................................................................56

*Privileged & Confidential*
*Attorney Work Product*

## I.  BACKGROUND AND QUALIFICATIONS

1.      My name is Reynold A. Panettieri, Jr., M.D., and I am the Director of the Institute for Translational Medicine and Science and Vice Chancellor for Translational Medicine and Science at Rutgers University.  I have been a Professor of Medicine at Rutgers's Robert Wood Johnson Medical School ("Rutgers Medical School") since 2015.

2.      In addition to my teaching responsibilities, I am an attending physician at Rutgers Medical School in the areas of pulmonary and critical care medicine.  I have more than 30 years of experience in the management of asthma patients.  Over the past 30 years, I have treated over a thousand patients with asthma or chronic obstructive pulmonary disease ("COPD").

3.      I also have extensive research experience as a respiratory pharmacologist and toxicologist.  My research experience provides a unique perspective and expertise in the use of corticosteroids (e.g., beclomethasone dipropionate) and bronchodilators (e.g., albuterol sulfate) as therapies for treating patients with asthma and COPD.

4.      I received a B.S. in Biology from St. Joseph's University in 1979, and I received an M.D. from the University of Pennsylvania in 1983.

5.      I completed my internship in Internal Medicine at the Hospital of the University of Pennsylvania in 1989.  I then completed my residency in Internal Medicine at the Hospital of the University of Pennsylvania later that year.  I further completed a research fellowship in Pulmonary Diseases at the Hospital of the University of Pennsylvania in 1986.

6.      I began teaching at the University of Pennsylvania Department of Medicine as an Assistant Professor in 1990, and I was named the Robert L. Mayock & David A. Cooper Professor in 2001.  I continued in that role until 2015, when I became an Emeritus Professor. While at the University of Pennsylvania, I served as the Director of the Airways Biology Initiative from 2003 to 2015 and Director of the pulmonary function laboratory.  These

*Privileged & Confidential*
*Attorney Work Product*

laboratories conducted studies that measured the pulmonary function of patients with asthma and COPD. I also served as the Deputy Director for the Center for Excellence in Environmental Toxicology (CEET) from 2009 to 2015, and as Director for the Integrated Health Science Facility Core (the "Core") from 2007 to 2015. The Core conducted human toxicology and pharmacological studies in environmental health that included asthma and COPD. Over the last 30 years, I have conducted translational research in how short acting bronchodilators such as ProAir® and beclomethasone (Qvar®) additively to alter airway smooth muscle function to improve bronchodilation in asthma and COPD.

7.      I have received multiple awards for my work, including: the American Thoracic Society's Joseph R. Rodarte Award for Distinguished Achievement and Contributions in Respiratory Physiology and Medicine, Respiratory Structure and Function Assembly (2013); the American Thoracic Society Recognition Award for Scientific Accomplishments (2015); and the American Lung Association and American Thoracic Society's Career Investigator Award (1996).

8.      I have served as the editor of several journals in the field of pulmonary medicine and respiratory science, including: Co-Editor-in-Chief: *Respiratory Research*; Associate Editor: American Journal of Respiratory Cell & Molecular Biology; and Associate Editor: *Frontiers in Pharmacotherapy of Respiratory Diseases*. Currently, I am a Senior Editor of the *British Journal of Pharmacology*, the leading global pharmacology journal. In addition, I have served on other editorial boards for journals related to pulmonary medicine and respiratory science, including: the *American Journal of Physiology: Lung Cellular and Molecular Physiology*; the *Journal of Pulmonary and Respiratory Medicine*; and *Therapeutic Advances in Respiratory Disease*. I have also served as a reviewer on multiple journals related to pulmonary medicine

*Privileged & Confidential*
*Attorney Work Product*

and respiratory science, including: the *New England Journal of Medicine*; *Pulmonary Pharmacology & Therapeutic*; and the *American Journal of Respiratory & Critical Care Medicine*.

9.      My work has focused on all aspects of pulmonary medicine.  I have published almost 475 peer-reviewed original articles on respiratory diseases, in addition to publishing multiple book chapters, and other articles.  I have given numerous presentations on asthma and COPD.  I frequently am asked to opine on respiratory diseases on local and national television and prominent lay press.  I have also consulted multiple biotech and pharmaceutical companies seeking to develop aerosols.

10.      My curriculum vitae describing my professional experience, educational credentials, and publications are attached as Exhibit A to this report.

11.      In forming my opinions, I have considered the materials cited in this report.  I have also drawn upon my education, training, and experience.

12.      I am being compensated at my standard hourly rate of ████████ for work I perform in this matter.  My compensation is not contingent on the outcome of the case.  I have been retained by counsel for Teva Branded Pharmaceutical Products R&D, Inc. and Norton (Waterford) Ltd. (collectively, "Teva" or "Plaintiffs") in this litigation.

13.      In the past four years, I have testified at a hearing, at a trial, or by deposition in the following cases: *AstraZeneca v. Mylan*, C.A. Nos. 18-193-IMK, 19-203-IMK (N.D. W. Va.); *Black v. Allegheny*, C.A. No. 13-179-CRE (W.D. Pa.); *Schuster v. Villas of Lamplighter Condominium*, C.A. No. 2013-08241 (Ct. Common Pleas, Bucks County, Pa.); and *Gelety v. Weinrich et al.*, C.A. No. 15-5573 (E.D. Pa.).

*Privileged & Confidential*
*Attorney Work Product*

14.    In addition to the specific opinions set forth in this report, I may respond to additional testimony and information that becomes available during deposition, at trial, or otherwise, including any opinions put forth by Defendants' experts.  I may also present a basic tutorial to explain the terms and concepts related to the opinions set forth in my expert report, and I may provide tables or exhibits to illustrate various aspects of my testimony.  That tutorial may include demonstrative exhibits and models.

15.    In addition to the opinions and bases set forth in this report, my testimony may include responses to facts, arguments, allegations, or references raised by Defendants or their experts relating to this litigation.  I reserve the right to supplement my conclusions if additional information is provided to me, or if additional research leads me to conclude that supplementation is necessary.

## II.    ASSERTED PATENTS

16.    I have been informed that Teva has asserted the following patents and claims against Defendants Cipla Ltd. ("Cipla") and Aurobindo Pharma, LLC, Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC (collectively, "Aurobindo"):

    a.    U.S. Patent No. 9,463,289 (the "'289 Patent"), Claims 1-8

    b.    U.S. Patent No. 9,808,587 (the "'587 Patent"), Claims 1-8, 11-22

    c.    U.S. Patent No. 10,086,156 (the "'156 Patent"), Claims 1-2, 9, 11-13

    d.    U.S. Patent No. 10,561,808 (the "'808 Patent"), Claims 1, 27-28

(collectively, the "Asserted Claims").

17.    Each of the '289 Patent, '587 Patent, '156 Patent, and '808 Patent (collectively, the "Asserted Patents") claims priority to U.S. Provisional Patent Application Nos. 61/345,763 (the "'763 Provisional Application"), filed May 18, 2010, and 61/417,659 (the "'659 Provisional Application"), filed November 29, 2010.  The Asserted Patents also name the following

*Privileged & Confidential*
*Attorney Work Product*

individuals as inventors: Declan Walsh, Derek Fenlon, Simon Kaar, Jan Geert Hazenberg, Daniel

Buck, Paul Clancy, Robert Charles Uschold, and Jeffrey A. Karg.

18.      I have been informed that Defendants contend that the inventions claimed by the

Asserted Claims would have been obvious to the person of ordinary skill in the art (the "POSA")

as of the priority dates of the Asserted Patents.

19.      I have been asked to provide opinions in this matter concerning the Asserted

Claims.  In particular, I have been asked to address whether certain objective indicia of non-

obviousness are associated with the inventions claimed by the Asserted Claims, including

whether the claimed inventions satisfied any long-felt, but unmet needs in the field of pulmonary

medicine; whether others tried and failed to develop such solutions to those needs; whether the

industry has accepted the claimed inventions; whether there has been any praise for the claimed

inventions; and whether there has been any copying of the claimed inventions.  I explain these

concepts more fully below.

## III.    LEGAL STANDARDS

### A.    Person of Ordinary Skill in the Art

20.      I have been asked to assume that the POSA for the Asserted Claims, as of the

Asserted Patents' priority dates, would have had the skills, education, and expertise of a team of

individuals working together to research, develop, and manufacture an inhalation aerosol product

with a dose counter.  Such a team would have included individuals with master's degrees in

mechanical engineering, design engineering, or related fields, with at least two years of post-

graduate experience in developing inhalation aerosol products, or bachelor's degrees in similar

fields of study, with a commensurate increase in their years of postgraduate experience.  Such a

team also would have been familiar with a variety of issues relevant to researching, developing,

and manufacturing inhalation aerosol products with dose counters.  The team also would have

*Privileged & Confidential*
*Attorney Work Product*

had access to an individual with a medical degree and experience in treating patients with

inhalation aerosol devices.

21.     For purposes of my opinion in this report, I have formed my opinions from the

perspective of an individual with a medical degree and experience in treating patients with

inhalation aerosol devices.

22.     I have been informed that Cipla contends the POSA for the Asserted Claims

would be a person with a bachelor's degree in pharmaceutical science or a related discipline, and

having at least 2-3 years of product development experience with design and manufacture of

metered dose inhalers.  Alternatively, Cipla contends that the POSA would have a master's

degree or Ph.D. in pharmaceutical science, mechanical or medical device engineering, or a

related discipline, and at least 1-2 years of product development experience with metered dose

inhalers.  Cipla also contends that a POSA may have also worked as part of a multi-disciplinary

team of scientists in pursuit of developing a pharmaceutical product and drawn upon not only his

or her own skills, but also consulted with others of the team having specialized skills.

23.     It is unclear to me how Cipla derived that definition of the POSA, and I disagree

with it if and to the extent that it excludes physicians such as myself.  Nevertheless, I note that in

my experience, the kinds of multi-disciplinary teams mentioned in Cipla's definition generally

include physicians experienced using those products—which, in this case, would include the use

of inhalers with dose counters to treat asthma and other pulmonary diseases.  Thus, my opinions

would not change if I were to assume that Cipla's definition is correct.

24.     I have been informed that Teva contends that the Asserted Claims of the '289,

'587, '156, and '808 Patents are entitled to a priority date of no later than May 18, 2009;

alternatively November 5, 2009; alternatively, no later than December 2, 2009; alternatively, no

*Privileged & Confidential*
*Attorney Work Product*

later than March 16, 2010 (in the case of the '808 Patent only); alternatively, no later than May

18, 2010, the date on which U.S. Provisional Patent Application Nos. 61/345,763 was filed;

alternatively, no later than November 29, 2010, the date on which U.S. Provisional Patent

Application 61/417,659 was filed; and alternatively, no later than May 18, 2011, the date on

which U.S. Patent Application No. 13/110,532 was filed.

25.    I have applied these dates in my analysis.  For purposes of my opinions, it does

not matter which date between May 18, 2009, and May 18, 2011, is the ultimate priority date.

My opinions would remain the same based on any priority date within that range.

26.    Furthermore, I have been informed that Cipla contends that the Asserted Claims

have a priority date of May 18, 2010.  Assuming that priority date would not alter my opinions.

**B.    Obviousness**

27.    I have been informed that Defendants contend that the inventions of the Asserted

Claims would have been obvious to the skilled person as of their respective priority dates.  I have

been informed that analysis of whether a claim would have been obvious depends on (a) the

scope and content of the prior art, (b) the differences between the claimed invention and the prior

art, (c) the level of ordinary skill in the art, and (d) any secondary considerations of non-

obviousness.  I have been informed that the use of hindsight must be avoided because the

obviousness of an invention is evaluated from the perspective of the POSA at the time the

invention was made.  Thus, in conducting an obviousness inquiry, one must be aware of the

distortion caused by hindsight bias and must be cautious to avoid reading into the prior art the

teachings of the claimed invention at issue.

28.    I have been informed that a proper obviousness analysis involves an evaluation of

any secondary considerations of non-obviousness, also referred to as "objective indicia of non-

obviousness."  I have been informed that commonly recognized objective indicia include, among

*Privileged & Confidential*
*Attorney Work Product*

other things, evidence of long felt but unsolved needs, failure of others, industry acceptance, and praise.  I have been informed that the consideration of such objective indicia guards against hindsight bias and that, in appropriate circumstances, evidence of objective indicia may be determinative of the ultimate question of obviousness.  I have been informed that, in order to affect the obviousness analysis, any objective indicia must have a sufficient nexus to the claimed invention(s).

## IV.    CLAIM CONSTRUCTION

29.    I have been informed that claim construction refers to the process in which the Court determines the legal meaning of a patent's claims.  I have been informed that a patent's claims should be construed according to their ordinary and customary meaning in view of the patent's specification and prosecution history, unless the patent defines a claim term, in which case that definition should be applied.

30.    I have been informed that the parties have agreed to the following claim constructions.

| No. | Term | Agreed-Upon Construction |
|-----|------|--------------------------|
| 1 | "canister housing"<br><br>'289 patent, claim 1<br>'587 patent, claims 1, 12, and 13 | "the portion of the inhaler body that is arranged to retain a medicament canister" |
| 2 | "inside surface"<br><br>'289 patent, claim 4<br>'587 patent, claims 4 and 17 | "an interior surface" |
| 3 | "body"<br><br>'156 patent, claim 1 | "the body of the inhaler" |
| 4 | "associated with"<br><br>'156 patent, claim 1 | "related to" |
| 5 | "canister support formation"<br><br>'289 Patent, claims 1, 4 | "a formation arranged to reduce canister rocking" |

*Privileged & Confidential*
*Attorney Work Product*

| | '587 Patent, claims 1, 4, 11-13, 15 | |
|---|---|---|
| 6 | "actuator"<br><br>'156 Patent, claims 1, 2, 12 | "A structure within the dose counter that can be moved by the canister, is moveable relative to other components of the dose counter, and effectuates movement of at least one additional dose counter component." |
| 7 | "actuator pawl arranged to engage with a first tooth of the ratchet wheel"<br><br>'156 Patent, claim 1 | "a pawl that is a part of the actuator of the dose counter that is arranged to engage with a tooth of the ratchet wheel." |
| 8 | "wall surfaces separating the canister receiving portion and the counter chamber"<br><br>'156 Patent, claim 1 | "wall surfaces of the inhaler body which are substantially perpendicular to the direction of canister movement and which divide the canister-receiving portion and counter chamber" |
| 9 | "regulator"<br><br>'808 Patent, claims 1, 27 | "a structure of the dose counter that modulates motion of the counter display" |
| 10 | "regulate motion of the counter display"<br><br>'808 Patent, claim 1 | "modulate motion of the counter display" |
| 11 | "ratchet wheel"<br><br>'156 Patent, claims 1, 9, 12 | "a wheel having a plurality of circumferentially spaced teeth arranged to engage with a pawl" |
| 12 | "first direction"<br><br>'808 Patent, claim 1 | "single direction at a time" |
| 13 | "main surface of the inner wall"<br><br>'289 Patent, claim 1<br>'587 Patent, claim 1, 12, 13 | "inside surface of the vertical cylindrical portion of the inhaler body, where vertical means substantially parallel to the primary direction of the movement of the medicament canister when it is pressed downward by the user to expel medicament" |
| 14 | "inner wall through which a portion of the actuation member extends"<br><br>'289 Patent, claim 3<br>'587 Patent, claims 3, 13 | "an internal wall of the inhaler body that is horizontal, through which a portion of the actuation member extends, where horizontal means substantially perpendicular to the primary direction of the movement of the medicament canister when it is pressed downward by the user to expel medicament" |
| 15 | "inner wall"<br><br>289 Patent, claims 1, 4 | "an internal wall of the inhaler body, which includes a main surface of the inner wall and the inner wall through which a portion of the |

*Privileged & Confidential*
*Attorney Work Product*

| | | |
|---|---|---|
| | '587 Patent, claims 1, 4, 12, 13, 15, 21, 22 | actuation member extends, but excludes the bottom surface, or floor, of the inhaler body" |
| 16 | "protects against unwanted actuation of the dose counter by reducing rocking of the medicament canister relative to the main body of the inhaler"<br><br>'587 patent, claim 1 | "guards against unwanted actuation by reducing rocking of the medicament canister relative to the main body of the inhaler that would otherwise be of a magnitude sufficient to move the dose counter's actuator enough to cause unwanted incrementing (or decrementing) of the dose counter" |

Joint Claim Construction Chart 3-5. I have applied these constructions in the course of rendering my opinions set forth below.

31.     I have been informed that the parties dispute the meaning of the following claim terms and have proposed competing constructions. I have been informed that the Court has yet to rule on these disputes.

| No. | Term | Plaintiffs' Construction | Defendants' Construction |
|---|---|---|---|
| 1 | "actuation member"<br><br>'289 Patent, claims 1, 3<br>'587 Patent, claims 1, 3, 11, 12, 13<br><br>'156 patent, claims 12 | Plain and ordinary meaning in view of the claims, specification, and prosecution history.<br><br>"a component of the dose counter's actuator that transmits motion from the canister to the actuator" | "pin arranged to engage with a medicament canister and effect movement causing the dose counter to record a count" |
| 2 | "[lying or lie] in a common plane coincident with the longitudinal axis X"<br><br>'289 Patent, claim 1<br>'587 Patent, claims 1, 12, 21, 22 | Plain and ordinary meaning in view of the claims, specification, and prosecution history.<br><br>Features lie on a common plane coincident with the longitudinal axis X if it is possible to draw a straight line connecting those features that passes through the center of the stem block. | "aligned in a single plane such that a straight line can be drawn though the center of the central outlet port, a canister support formation located directly adjacent to the actuation member, and the actuation member" |

*Privileged & Confidential*
*Attorney Work Product*

| 3 | "positioned at opposite ends of the inside surface of the main body to face each other"<br><br>'289 Patent, claim 7<br>'587 Patent, claims 7, 18 | Plain and ordinary meaning in view of the claims, specification, and prosecution history.<br><br>"located on opposite sides from one another on the inside surface of the main body, and extending outwardly from the inner wall towards each other" | "positioned directly across from one another such that a straight line can be drawn from one support rail through the center of the longitudinal axis X to the facing support rail" |
|---|---|---|---|
| 4 | "step[(s)] formed thereon"<br><br>'289 Patent, claims 5, 8<br>'587 Patent, claims 5, 8, 16, 19 | Plain and ordinary meaning in view of the claims, specification, and prosecution history.<br><br>"a location of changing width dimension thereon" | "A stepwise increase in the extent to which the support rail extends inwardly" |
| 5 | "first reset position"<br><br>'156 Patent, claim 1 | Plain and ordinary meaning in view of the claims, specification, and prosecution history.<br><br>"a position of the actuator in which the actuator pawl is brought into engagement with the first tooth of the ratchet wheel and which is before the canister fire configuration" | "configuration in which the actuator pawl is above the datum plane, but closer to the datum plane than in the start configuration, and is just engaged with one of a tooth of the ratchet wheel" |
| 6 | "canister fire sequence"<br><br>'156 Patent, claim 1 | Plain and ordinary meaning in view of the claims, specification, and prosecution history.<br><br>"a sequence of configurations and positions that occur before, while, and after the medicament canister fires medicament" | "process of ejecting medicament from an inhaler where the actuator pawl follows a particular sequence of movement from the start configuration to the reset configuration, to the [fire configuration as, to the count configuration, before returning to the start configuration upon release of pressure on the canister, where in the start configuration, prior to depression of the canister, the count pawl is engaged with a tooth of the ratchet wheel and |

*Privileged & Confidential*
*Attorney Work Product*

| | | | the actuator pawl is spaced from the ratchet wheel." |
|---|---|---|---|
| 7 | "canister fire configuration"<br><br>'156 Patent, claims 1, 2 | Plain and ordinary meaning in view of the claims, specification, and prosecution history.<br><br>"a configuration of the dose counter in which the medicament canister fires medicament" | "configuration in which the actuator pawl is lower than in the first reset position and below the datum plane and the medicament is ejected" |
| 8 | "count configuration"<br><br>'156 Patent, claims 1, 2 | Plain and ordinary meaning in view of the claims, specification, and prosecution history.<br><br>"a configuration of the dose counter whereby the dosage indicator has indicated a count" | "configuration in which the actuator pawl is further below the datum plane than when in the canister fire position and the dose counter has counted one dose" |
| 9 | "datum plane which passes through a shoulder of a valve stem block configured to receive the medicament canister"<br><br>'156 Patent, claim 1 | Plain and ordinary meaning in view of the claims, specification, and prosecution history.<br><br>"a plane that passes through a shoulder of the portion of the inhaler body that engages the valve stem and is perpendicular to the direction of movement of the medicament canister" | "plane or line passing through the bottom surface of a structure into which the valve stem of a medicament canister is inserted, wherein the bottom surface is where the valve stem block meets a passageway to a nozzle for directing the canister contents towards an air outlet" |
| 10 | "the body"<br><br>'156 Patent, claim 12 | Plain and ordinary meaning in view of the claims, specification, and prosecution history.<br><br>"inhaler body" - '156 Patent, 22:64, 67<br><br>"dose counter body" - '156 Patent, 22:66 | This term is indefinite. |
| 11 | "counter display arranged to indicate dosage information" | Plain and ordinary meaning in view of the claims, specification, and prosecution history. | "structure displaying the number of doses remaining" |

*Privileged & Confidential*
*Attorney Work Product*

|  |  |  |  |
|---|---|---|---|
|  | '808 Patent, claim 1 | "a component of the dose counter that displays information regarding the number of doses remaining" |  |
| 12 | "first station"<br><br>'808 Patent, claim 1 | Plain and ordinary meaning in view of the claims, specification, and prosecution history.<br><br>"a first region" | "first structure on which the counter is located" |
| 13 | "second station"<br><br>'808 Patent, claim 1 | Plain and ordinary meaning in view of the claims, specification, and prosecution history.<br><br>"a second region" | "second structure, separate from the first structure, to which the counter display is moved" |
| 15 | "aperture"<br>'289 Patent, claim 3<br>'587 Patent, claims 3, 13, 20-22 | Plain and ordinary meaning in view of the claims, specification, and prosecution history.<br><br>"an opening or open space: hole" | "hole" |
| 16 | "separate counter chamber"<br><br>'156 Patent, claim 12 | Plain and ordinary meaning in view of the claims, specification, and prosecution history.<br><br>"a separate chamber of the inhaler in which the dose counter is located" | "discrete space or cavity defined by the main surface of the inner walls and the inner wall through which a portion of the actuation member extends in which the dose counter is located" |
| 17 | "count pawl"<br><br>'156 Patent, claims 1, 9 | Plain and ordinary meaning in view of the claims, specification, and prosecution history.<br><br>"a pawl that is a component of the dose counter that is capable of engaging with a second tooth of the rachet wheel" | "a pawl that is part of the dose counter, separate from an actuator pawl, that is arranged to engage with a second tooth different from the first tooth of the ratchet wheel" |

Joint Claim Construction Chart 6-10.

*Privileged & Confidential*
*Attorney Work Product*

32.     My opinions as set forth below would not change if either side's proposed constructions were adopted by the court. That is, my opinions do not depend on the court's adoption or rejection of any of the constructions set forth above, and would not change if the Court adopted, for example, any or all of Defendants' proposed constructions.  I have no opinion on the correctness of either side's proposed constructions.

## V.    SUMMARY OF OPINIONS

33.     The following paragraphs summarize my opinions in this matter.  This summary is not meant to limit the opinions expressed in detail below, but instead to provide a general overview of the subject matter of my testimony.

34.     The inventions claimed by the Asserted Claims satisfied multiple, long-felt, unmet needs in the field of pulmonary medicine, including the need for inhalers with dose counters with sufficient functionality, accuracy (including, with respect to under- and over-counting), reliability, maintainability (and ability to be cleaned), robustness, manufacturability, minimal impact on device performance, and human factors (including aesthetics, ergonomics, and other human factors).

35.     Other scientists and companies had tried, but failed to research and develop inhalers with dose counters with the properties of the claimed inventions, including inhalers having does counters with sufficient functionality, accuracy (including, with respect to under- and over-counting), reliability, maintainability (and ability to be cleaned), robustness, manufacturability, minimal impact on device performance, and human factors (including aesthetics, ergonomics, and other human factors).

36.     The inventions claimed by the Asserted Claims have received industry recognition.

*Privileged & Confidential*
*Attorney Work Product*

37.    The inventions claimed by the Asserted Claims have received praise from patients and doctors in the industry.  In my experience, both patients and doctors have told me that Qvar® HFA with dose counter and ProAir® HFA with dose counter are sleek, user-friendly devices, which fit easily in a patient's hands, and reliably provide information on the number of doses remaining in their medicament canisters.  By contrast, prior art devices did not provide reliable and objective measures by which a patient could tell how many doses were remaining in the canister.  Indeed, many of my patients who did not use Qvar® HFA with dose counter or ProAir® HFA with dose counter would regularly lose track of how many doses remained in their devices.  As a result, the patients would use their inhalers even though they contained little or no medication (sometimes for several weeks at a time) and would have to resort to using their rescue inhalers more often.  In my experience, devices such as Qvar® HFA with dose counter and ProAir® HFA with dose counter enabled patients to have more control in treating their medical conditions that led to fewer medical emergencies.  In addition, devices such as Qvar® HFA with dose counter and ProAir® HFA with dose counter allow treating physicians like myself to more accurately determine whether a patient is adhering to his or her medical regimen.

38.    The inventions claimed by the Asserted Claims have been copied by others in the field of pulmonary medicine.  In particular, Aurobindo and Cipla chose to copy the Asserted Claims by seeking from the U.S. Food & Drug Administration ("FDA") approval to market generic versions of Qvar®, which is an embodiment of the claimed inventions.

39.    Each of the above objective indicia, alone and/or in combination, support the nonobviousness of the Asserted Claims.

*Privileged & Confidential*
*Attorney Work Product*

## VI.    OBJECTIVE INDICIA OF NON-OBVIOUSNESS

### A.    Multiple Long-Felt, Unmet Needs

40.    The claimed inventions satisfied multiple, long-felt needs in the field of pulmonary medicine.  These needs include needs for inhalers with dose counters that had sufficient functionality, accuracy (including, with respect to under- and over-counting), reliability, maintainability (and ability to be cleaned), robustness, manufacturability, minimal impact on device performance, and human factors (including aesthetics, ergonomics, and other human factors).  Each of these needs was satisfied alone and/or in combination by the claimed inventions.

41.    Inhalation medications, such as Qvar® HFA and ProAir HFA®, treat conditions like asthma and other respiratory diseases by helping prevent chronic symptoms, maintain lung function, and reduce acute episodes in patients.  *See* Qvar® HFA Label (May 22, 2014), TEVAQVAR-00010727; ProAir® HFA Label (Mar. 7, 2012), TEVAQVAR-00066638.

42.    As of the priority date, pressurized metered dose inhalers ("pMDIs") were used to treat various pulmonary indications.  However, very few pMDIs had adequate dose counters—in particular, few had dose counters that had sufficient functionality, accuracy (including, with respect to under- and over-counting), reliability, maintainability (and ability to be cleaned), robustness, manufacturability, minimal impact on device performance, and human factors (including aesthetics, ergonomics, and other human factors).

43.    As described in more detail below, the absence of pMDIs with satisfactory dose counters prevented patients from tracking the number of remaining doses, leading them to either throw away inhalers that still contained doses or use inhalers that had been used more times than the recommended number of doses, resulting in waste or potentially life-threatening situations. *See, e.g.*, FDA Guidance 2003, TEVAQVAR-00032573, at -577-78; '289 Patent, 1:27-2:37;

*Privileged & Confidential*
*Attorney Work Product*

Ogren 1995, TEVADOC-00000011, at -11-15; Broeders 2009, TEVADOC-00000001, at -03; Fink 2005, CIPLA-BDI_0784184; Sander 2006, TEVADOC-00000046; Hess 2008, at 710; Carr Dep. Tr. 16:12-21.

44.    The dose counters and dose indicators disclosed by the prior art suffered from several flaws.  Dose indicators failed to precisely track the number of doses remaining in the inhaler.  However, as described below in greater detail, they lacked adequate functionality, accuracy (including, with respect to under- and over-counting), reliability, robustness, manufacturability, acceptable aesthetics and/or ergonomics, were difficult to clean, altered device performance, and/or were overly expensive and/or susceptible to human factors. *See, e.g.*, '289 Patent, 1:27-2:37; '021 Publication, ¶ [0006].  The industry thus had a long-felt, unmet need for inhalers with dose counters that solved each of these problems individually, as well as a long-felt, unmet need for superior inhalers and dose counters that solved two or more of these problems collectively.  Moreover, many prior art dose counters were only available in conjunction with specific drug products.

**1.    As of the Priority Date, There Were Multiple, Long-Felt, Unmet Needs for Devices with the Properties of the Claimed Inventions.**

45.    The prior art emphasized several problems with the available devices and methods.  First, the prior art recognized that there was a long-felt, unmet need for inhalers with dose counters that provided the functionality of the claimed inventions.

46.    Many prior art inhalers did not include any mechanisms to track the number of doses expended or remaining, and patients thus faced "difficulty" in "determining the number of doses remaining in the device."  Hess 2008, at 710.  Patients using inhalers without dose counters thus resorted to various methods in an effort to monitor the amount of medication remaining in their canisters.  *see, e.g.*, Holt 2005, at 105-06.  For example, patients would

*Privileged & Confidential*
*Attorney Work Product*

(1) float the canister in a bowl of water (i.e., the float test), (2) shake the canister, (3) test fire the

inhalers, (4) evaluate the taste or feel of the spray, *see id.* at 105, and/or (5) count the number of

doses on a piece of paper, *see* Fink 2005, CIPLA-BDI_0784184, at -189; Sander 2006,

TEVADOC-00000046, at -49-50.

47.    Expectantly, these methods were unreliable.  FDA Guidance and experts in the

field, for example, questioned the accuracy of the float test and noted that placing the canister in

water reduced its effectiveness.  *See, e.g.*, Sander 2006, TEVADOC-00000046, at -49-50; Ogren

1995, TEVADOC-00000011, at -13 ("The universal accuracy of this flotation technique has been

questioned by others and the results of our sample concur with this concern.  In the metered-dose

inhalers tested, the commonly used flotation technique did not identify a universal flotation

status that accurately indicated when all metered dose inhalers should be replaced."); Fink 2005,

CIPLA-BDI_0784184, at -189 ("Not only does [the float test] not work reliably, but water

entering the nozzle can radically reduce the subsequent dose, so floating the canister is no longer

a recommended technique by most in the industry."); FDA Guidance 2003, TEVAQVAR-

00032573, at -577 (similar); Hess 2008, at 710 (reporting that float-test "is unreliable and should

not be used").

48.    Likewise, several studies revealed that shaking the canister or test-firing the

inhaler were also unreliable.  *See, e.g.*, Holt 2005, at 105-06 (concluding that patients who used

shaking method overestimated amount of medicament remaining by about 40 doses); Sander

2006, TEVADOC-00000046, at -49-50; FDA Guidance 2003, TEVAQVAR-00032573, at -577

("Various means of *testing* the inhalers (e.g., shaking the canister) are unreliable . . . ."); *accord*

Hess 2008, at 710 (similar).  Moreover, studies concluded that there was "little auditory or taste

*Privileged & Confidential*
*Attorney Work Product*

evidence to alert patients when they have used the number of doses that the [pMDIs are]

designed to reliably deliver."  Fink 2005, CIPLA-BDI_0784184, at -189.

49.      Further, at the time, the only FDA-approved approach to keep track of the number

of remaining doses in a canister was for patients to maintain a running, written tally of the doses

used.  *See, e.g.*, Sander 2006, TEVADOC-00000046, at -49-50.  However, this method "is

inconvenient, impractical, [and] unrealistic," as "[m]ost patients do not keep a running tally of

the doses used."  Fink 2005, CIPLA-BDI_0784184, at -189; *see also* Sander 2006, TEVADOC-

00000046, at -50 (describing this method as a "demanding" practice that was "cumbersome" and

"impractical"); Fink 2005, CIPLA-BDI_0784184, at -188 ("[D]etermining the doses remaining

in a pMDI canister is beyond the technical means of most patients, unless they are *extremely*

*disciplined* in recording device-use . . . .") (emphasis added); '289 Patent at 1:49-54 ("A

drawback of self-administration from an inhaler is that it is difficult to determine how much

active drug and/or propellant are left in the inhaler, if any . . . ."); Carr Dep. Tr. 16:12-21 ("Q.

And if you didn't have a dose counter, I think it would be easy to lose track of how many doses

are remaining in the canister.  Would you agree with that?  A.  If I didn't have a dose counter, I'd

have to put it in calendar in my phone because, otherwise, I would not remember, or I'd have to

start at the beginning of the month, or something like that to guide me.  Off the top of your head,

it would be easy to lose track.").

50.      Without a reliable dose counting method, patients had to "guess how many doses

[we]re left in their [p]MDIs."  FDA Guidance 2003, TEVAQVAR-00032573, at -577.  In the

absence of a dose counter, patients sometimes "throw away a[ p]MDI that may still contain

acceptable metered-doses" leading to "waste[]."  *Id.*; Holt 2005, at 106 ("These findings confirm

that patients are unable to determine when a[ p]MDI should be discarded, resulting in . . .

*Privileged & Confidential*
*Attorney Work Product*

wastage of the drug . . . ."); Sander 2006, TEVADOC-00000046, at -50 (noting that "refill rates

are much higher than they should be" for some patients). More troubling still, in the absence of a

dose counter, patients sometimes "use a product when it may be beyond the recommended

number of doses and risk not receiving the correct drug dose" resulting in potentially life-

threatening situations and increased hospitalizations. *See* FDA Guidance 2003, TEVAQVAR-

00032573, at -577; Holt 2005, at 106 ("These findings confirm that patients are unable to

determine when a[ p]MDI should be discarded, resulting in insufficient drug delivery at the end

of the life of a[ p]MDI for the majority of patients . . . ."); Sander 2006, TEVADOC-00000046,

at -50 ("It is wholly unacceptable that so many patients, believing they are equipped with the

means to manage their asthma and life-threatening episodes, are actually using an empty inhaler

and putting their lives at risk simply because they do not know whether their inhaler contains

medication and have no way of making that determination."); Ogren 1995, TEVADOC-

00000011, at -14-15 ("We believe the combination of using an inaccurate technique for

determining when to replace a metered-dose inhaler and the large number of actuations that may

remain beyond the number of listed by a manufacturer clearly means that many asthmatic

patients are utilizing actuations that may not contain accurate doses of medications.  . . . The

implications . . . are worrisome [and] potentially serious . . . ."); Fink 2005, CIPLA-

BDI_0784184, at -189 (deeming "absence of a dose-counting mechanism" a "serious limitation

that commonly places patients at risk" as patients may "receive[] less than the required threshold

dose"); Hess 2008, at 710 (noting that, in one study, "25% [of patients] reported having found

their pMDI empty during an asthma exacerbation (several of those patients had to call 911), and

82% of them considered their pMDI empty when absolutely nothing came out"); '289 Patent at

1:49-54 (stating that difficulty in "determin[ing] how much active drug and/or propellant are left

*Privileged & Confidential*
*Attorney Work Product*

in an inhaler, if any" is "potentially hazardous for the user since dosing becomes unreliable and

backup devices not always available"); Carr Dep. Tr. 17:2-14 ("Q. . . . And if you lose track of

how many dose counters are left, that's bad because, perhaps, you might throw the canister away

when you really – when there's still medicament in the canister, right?  A.  Yes, or you could use

it past the point of where it kept working, so – and then you would notice because you weren't

feeling as well.  Q.  Right.  So I believe if you use too much – or if you have the canister and you

think you still have doses, but you actually don't, that could be dangerous for a patient, right?  A.

It can be.").

51.     In my experience treating patients with asthma and COPD, I frequently observed

the problems that resulted from the lack of a reliable and/or accurate dose counter.  By way of

background, a medicament canister will still continue spraying beyond the point where it runs

out of the active drug.  As a result, a patient may think that he or she has remaining doses in a

canister simply because the inhaler sprays after an actuation.  I treated several patients who,

lacking a reliable and accurate dose counter, would often continue using their inhalers simply

because the inhaler released a spray even if there was no longer any medication in the spray.

The additional number of sprays without medication is one reason why several of the techniques

outlined above are ineffective at determining the number of doses remaining in a canister.  For

example, floating a canister *might* reveal how many sprays are remaining in a canister, but

floating a canister will not reveal how many sprays *with active drug* are remaining in a canister.

The taste test likewise does not accurately reveal to a patient how much medication is remaining

in a canister.  Moreover, requiring a patient to keep track of (in writing) of how many doses

remain in a canister is a formidable task.  In fact, in over 30 years of treating patients, I have not

*Privileged & Confidential*
*Attorney Work Product*

treated a patient who was able to reliably keep track of how many doses were remained in a canister over an extended period of time.

52.    In my experience, the inability to accurately measure how much active drug remains in a canister could lead to a medical emergency or lead to waste.  Several patients, for example, would replace their medicament canisters before it was necessary to do so and discarded medicament canisters that still contained medication.  Other patients would continue using their inhalers even though the medicament canisters did not contain any medication.  If these patients were prescribed a maintenance medicine (i.e., beta antagonists) to treat asthma, they would have to resort to rescue therapies more often because they were not receiving sufficient maintenance medicine.  Accurate and reliable dose counters, such as those in Qvar® HFA with dose counter and ProAir® HFA with dose counters, were critical in addressing these issues.

53.    Given these concerns, several commentators "recommended that all pMDIs be equipped with dose counters or indicators," and stated that integrating dose counters in the actuator would achieve two goals: (1) "improv[ing] the cost-effectiveness of asthma management by regulating refill rates and reducing hospital visits"; and (2) ensur[ing] that patients hav[e] medication on hand when they need it, thereby granting them the security inherent in reliable disease management."  Sander 2006, TEVADOC-00000046, at -49-50; *see also* Holt 2005, at 106 (reporting that studies supported integrated dose-counting devices in pMDI products); Broeders 2009, TEVADOC-00000001, at -03 (stating that it is disadvantageous for pMDI to lack dose counter "to assess remaining doses").

54.    Indeed, in my experience, one of the important reasons to include a dose counter in an inhaler is so that physicians like myself can ensure that patients are complying with their

*Privileged & Confidential*
*Attorney Work Product*

recommended dosing regimen.  For example, if a patient returns for a follow-up visit with me and brings his or her inhaler, I would review the dose counter.  Maintenance inhaler use such as Qvar® should be used two actuations twice daily.  If the counter revealed less than the expected use then I would be alerted that the patient has been non-adherent to their prescribed therapy. Additionally, if their rescue inhaler use (ProAir®) was higher than expected (2 puffs weekly) then these data would suggest the patient's asthma or COPD is under poor control.  In both hypothetical situations, I, the prescriber, would alter therapy.

55.     The FDA published guidance recommending integration of dose-counting mechanisms into pMDI drug products in 2003.  *See* FDA Guidance, TEVAQVAR-00032573. Among other things, the FDA made the following recommendations:

- Dose counters should provide . . . a clear indication of when a[ p]MDI is approaching the end of its recommended number of actuations as well as when it has reached or exceeded that number.

- An indication that a[ p]MDI is approaching the end of its recommended number of actuations should occur when a sufficient number of actuations are left to give patients enough time to obtain a new [p]MDI.

- If a numeric count is chosen, [the FDA] recommend[s] that the counter be designed so that it counts downward from the recommended number of actuations to zero, rather than counting upwards, enabling patients to know when a device is approaching the end of its life (i.e., the number of actuations is approaching zero).

- Dose counters should be engineered to reliably track actuations and should be designed to be as close to 100 percent reliable as possible.

- [I]f some low frequency of error is unavoidable, the device should be designed to specifically avoid undercounting (i.e., the [p]MDI sprays, but the counter does not advance).  Undercounting could result in patients assuming they have medication left in their [p]MDI when they do not, a circumstance that is potentially dangerous.

- The reliability of dose counters should be established during development under in-vitro testing (simulating use and potential abuse), as well as in clinical use.

*Privileged & Confidential*
*Attorney Work Product*

- [These studies] should address issues related to ergonomics, ruggedness, and accuracy of the counters in clinical settings.

FDA Guidance 2003, TEVAQVAR-00032573, at -578-79.

56.    Defendants' documents acknowledge that the FDA Guidance addressed several problems with devices that were on the market as of the priority dates. *See, e.g.*, CIPLA-BDI_0783819 ("Cipla Dose Counters" Deck) at CIPLA-BDI_0783823-27 (setting out recommendations in FDA Guidance) and at CIPLA-BDI_0783843, CIPLA-BDI_0783845 (recognizing problems with prior art, including lack of "reliable method by which a patient could determine whether any drug remained in their [p]MDI").

57.    In response to the FDA guidance, many companies worked on developing counting mechanisms. However, many early dose counting mechanisms had shortcomings. In particular, the prior art recognized problems with achieving accurate counting over the life of the inhaler. *See, e.g.*, '021 Publication, ¶ [0006] (stating that indicating devices with "complex moving parts" may be "susceptible to counting inaccuracies due to the configuration of the indexing or mating parts"); Hess 2008, at 711 (noting that some devices "occasionally recorded additional actuations," and that, "[o]ver time," showed a "trend toward decreasing accuracy"); *id.* (noting that some devices did not "record[] actuations after the preset counter reaches zero, which leads to premature arrival of the counter at zero and subsequent inability to record further doses"); *id.* (noting that some devices showed a trend in decreasing accuracy as a result of "battery decay").

58.    In my experience, prior art devices were not precise in conveying dosage information to a patient. Many did not provide the exact number of doses remaining, but merely provided a patient with a general idea of how many doses were remaining in a medicament

*Privileged & Confidential*
*Attorney Work Product*

canister.  Several patients who relied on imprecise dose indicators had to guess how many doses remained in a medicament canister.  In addition, prior art devices in my experience were not sleek in their design.  Instead, they were clunky or bulky because the counting mechanism would sit on the flat bottom of the canister and/or extend outside the inhaler body.  From an ergonomic perspective, this made it more difficult for patients to actuate the device.  As a result, many of these patients would be less likely to use the inhaler on a consistent basis.  Moreover, when the counting mechanism was an add-on device, patients would often remove the add-on device in order to fit the inhaler in their pockets.  This, in turn, created a number of other issues.  For example, patients would lose the add-on devices and thereby would lose track of the number of doses remaining in a canister.  By way of further example, a patient would also tamper and damage the add-on device, rendering them unreliable.

59.    Because prior art dose counters suffered from shortcomings, there remained a long-felt, unmet need for inhalers with improved dose counters.  The Asserted Patents note the problems associated with then-existing dose counters, the need for improvement, and the difficulty of solving the problem given variability in patient use.  *See, e.g.*, '289 Patent, 2:6-8 ("[S]ome dose counters do not keep a particularly reliable count, such as if they are dropped onto a hard surface."); *id.*, 2:9-12 ("More recently, it has become desirable to improve dose counters further and, in particular, it is felt that it would be useful to provide extremely accurate dose counters for manually-operated canister-type metered dose inhalers."); *id.*, 2:13-31 ("[I]t has been found . . . that the stroke length of the canister is to a very large extent controlled on each dose operation by the user, and by hand.  Therefore, the stroke length is highly variable and it is found to be extremely difficult to provide a highly reliable dose counter [that could lead to over- and/or under-counting].").

*Privileged & Confidential*
*Attorney Work Product*

60.     Moreover, the prior art recognized that there was a long-felt, unmet need for inhalers with dose counters that had the functionality and minimal impact on device performance of the claimed inventions.  *See, e.g.*, '021 Publication, ¶ [0006] (noting that some indicating devices "may impede or interfere with the airflow and medicament being dispensed from the inhalation device"); *id.* (noting that some indicating devices may "require a power source" in order to function).

61.     Moreover, the prior art recognized that there was a long-felt, unmet need for inhalers with dose counters that had the manufacturability of the claimed inventions.  *See, e.g.*, *id.* (stating that indicating devices "may include complex moving parts which can be difficult to assemble and expensive to manufacture").  This long-felt, unmet need for inhalers with dose counters that had manufacturability was part of the motivation for the Asserted Patents.  *See, e.g.*, '289 Patent, 2:31-33 ("It has also been found to be fairly difficult to assembl[e] some known inhaler devices and the dose counters therefor.").

62.     Moreover, the prior art recognized that there was a long-felt, unmet need for inhalers with dose counters that had the aesthetics and/or ergonomics, and/or met other human factors of the claimed inventions.  In other words, there was a long-felt, unmet need for inhalers with dose counters that did not add bulk to or otherwise change the appearance of the inhalers with which patients were already familiar, and that did not change the manner in which patients used their inhalers.  *See, e.g.*, '021 Publication, ¶ [0006] (noting that indicating devices with "complex moving parts" may "require excessive amounts of space within the housing to accommodate the relatively large or numerous moving parts"); Williams 1999, at 1499 (noting that when patients hold some devices, the distance "between the thumb and forefinger" "may be too far for some patients to actuate comfortably," and that this "may be difficult, especially for

28

*Privileged & Confidential*
*Attorney Work Product*

arthritic patients, children, or other persons with small hands"); Hess 2008, at 711 (explaining

that add-on electronic counting mechanisms "add to the cost" and "complexity of therapy

because they add a device to the treatment regimen"); Fink 2005, CIPLA-BDI_0784184, at -189

(explaining that "[t]hird-party counting devices are available, but add additional expense").

63.    Moreover, the prior art recognized that there was a long-felt, unmet need for

inhalers with dose counters that were easily maintainable and could be cleaned, as is true of the

claimed inventions.  *See, e.g.*, '298 Patent, 2:33-35 ("Additionally, it is felt desirable to improve

upon inhalers by making them easily usable after they have been washed with water"); '021

Publication, ¶ [0006] (noting that some indicating devices "may be susceptible to damage in

various environments, such as moist conditions").

### 2.    Prior-Art Solutions Failed to Satisfy the Need for Devices with the Properties of the Claimed Inventions.

64.    Although various solutions had been proposed to satisfy these needs, as of the

priority dates, none of them succeeded in doing so.  I summarize examples of those solutions

below.

### a.    Prior Art Devices and Disclosures Related to Imprecise Dose Indicators.

65.    By way of example, many prior art devices or disclosures related not to dose

counters, but rather to imprecise dose indicators, including devices disclosed or in development

by Valois Pharma/Aptar, AstraZeneca, Trudell Medical International ("Trudell"), Senetics, Inc.

("Senetics"), Sapphire Designs, Inc. ("Sapphire"), Bespak, plc ("Bespak"), among others.

*Privileged & Confidential*
*Attorney Work Product*



Figure 1



*See* Symbicort® Prior Approval Supplement 2007, Medication Guide 8, 12.



Fig. 4          Fig. 5

*Privileged & Confidential*
*Attorney Work Product*



Valois S.A.S. – U.S. Patent No. 7,637,227, Figs. 4-7, 3:67-4:1 (depicting dose indicator marked in intervals of five, and dose indicator that "can be of different colors").



*See* Trudell – Alvesco® Labeling 2008, at 22; https://www.trudellmed.com/aerocount-dose-counter ("Trudell AeroCount Dose Counter").

*Privileged & Confidential*
*Attorney Work Product*



See Senetics – U.S. Patent No. 5,718,355, Figs. 14, 15, 26:47-27:34 (disclosing dose indicator "system to remind the user to dispense medication at set intervals").



See Sapphire – U.S. Patent No. 6,615,827, Fig. 1, 16:18-20 (disclosing pointer 136 that slides in a slot and is "indicative of the amount of medicament remaining in the medicament dispenser").

*Privileged & Confidential*
*Attorney Work Product*



*See* Bespak – U.S. Patent No. 7,407,066, Fig. 2, 2:49-62 (indicator wheel marked in ten-dose intervals).



**FIG. 11A**

*See* Cipla – U.S. Patent No. 7,600,512, Fig. 11A (disclosing indicator with range of remaining doses in actuator); *see also* Assignment Records for U.S. Patent No. 7,600,512.

66.     It is my opinion that these and other, similar prior art devices and disclosures did

not meet the need in the art for an accurate, precise dose counter, because they did not report to

patients the precise number of doses remaining in their inhalers.  Instead, these and other dose

indicators provided an indication of whether the canister was near full, near empty, or

somewhere in-between, or else provided more general information about the number of uses that

33

*Privileged & Confidential*
*Attorney Work Product*

had occurred.  *See*, e.g., Stuart 2013, at 40 ("[Dose indicators] often do not index every count

and require some patient interpretation of the display.  . . . . [Dose indicators] are not considered

by patients to be as accurate as dose counters."); Conner 2013, at 661 ("Dose indicators that rely

solely on a color coded display or indicator symbol . . .  are less precise than dose counters that

use a numeric display . . . .").  The Asserted Patents reflect a desire to improve upon such dose

indicating devices in prior art by providing "extremely accurate dose counters."  '289 Patent,

2:9-12.

      67.     Dose indicators do not satisfy the need for accurate, precise dose counters and are

inferior because they do not allow as much planning for patients to replace their medicament

canisters as precise, accurate dose counters do.  Consequently, patients using inhalers with dose

indicators had to estimate the number of uses remaining, risking under- or over-estimation.  *See,*

*e.g.*, Stuart 2013, at 40-41.  Estimating the number of uses remaining could lead to patients doing

two things: (1) "throw[ing] away a[ p]MDI that may still contain acceptable metered-doses,"

thereby leading to waste; or (2) "us[ing] a product when it may be beyond recommend number of

doses and risk not receiving the correct drug use."  FDA Guidance 2003, TEVAQVAR-

00032573, at -577; *see also, e.g.*, Holt 2005, at 106; Sander 2006, TEVADOC-00000046, at -49-

50; Ogren 1995, TEVADOC-00000011, at -14-15; Fink 2005, CIPLA-BDI_0784184, at -189;

Hess 2008, at 710.

      68.     As I discuss above, in my experience, dose indicators did not precisely convey the

number of remaining doses to a patient.  In the absence of such information, a patient would

need to guess the number of remaining doses in a canister.  Moreover, the devices that relied on

dose indicators that had various colors were not effective for patients who were color blind.  In

my experience treating patients, a significant number of males are color blind.  And color-blind

*Privileged & Confidential*
*Attorney Work Product*

patients stated that it was difficult for them to discern the colors on the dose indicators and to read the font sizes of those prior art devices.  Conversely, Qvar® HFA with dose counter and ProAir® HFA with dose counter were much more effective for these color-blind patients.  The dose counters in these devices did not rely on dose counters and the font size was much easier for patients to discern.

### b.    Prior Art Devices and Disclosures Attached to the Canister or Extending Beyond the Inhaler Body.

69.    By way of further example, in many prior art devices or disclosures, the dose counter or dose indicator was not internal to the device, but instead extended outside the inhaler body.  *See*, e.g., CIPLA-BDI_0783819 ("Cipla Dose Counters" Deck) at CIPLA-BDI_0783828-30 (acknowledging that dose counters or dose indicators could be "fixed on the valve" or "fixed on the can bottom").  This included devices disclosed or in development by AstraZeneca, Trudell Medical, Valois Pharma/Aptar, and Senetics, among others.



Figure 1

*See* Symbicort® Prior Approval Supplement 2007, Medication Guide 8 (depicting dose counter situated on flat bottom of canister and outside and on top of device).

*Privileged & Confidential*
*Attorney Work Product*

 

*See* Alvesco® Labeling 2008, 22 (depicting dose counter situated on bottom of canister and outside and on top of device); Trudell AeroCount Dose Counter (same).



*See* Trudell – U.S. Patent No. 8,578,934, Figs. 1-2, 3:30-31 ("indicating device" mounted to bottom of canister and on top and outside of device).

*Privileged & Confidential*
*Attorney Work Product*



*See* Trudell – U.S. Patent No. 8,869,735, Figs. 1-4, 5:58-65 (indicating device is mounted to flat bottom of canister and sits on top and outside of device).



Fig. 8

*See* Valois – '227 Patent, Fig. 8 (disclosing embodiment in which dose indicator is mounted on bottom of canister).

37

*Privileged & Confidential*
*Attorney Work Product*



*See* Valois – U.S. Patent No. 5,988,496, Figs. 6, 7 (appears to disclose dose indicator mounted on flat bottom of canister).



*See* Senetics – '355 Patent, Fig. 1, 7:35-62 (appearing to disclose embodiment in which dose indicator is mounted on flat bottom of canister).

*Privileged & Confidential*
*Attorney Work Product*

70.     When counting mechanisms are attached to the flat bottom of the canister and are therefore situated near or on top of the actuator, the counting mechanism is exposed to the patient.  As such, it is susceptible to tampering and abuse, and could become less reliable if the inhalation device is dropped.  *See, e.g.*, Stuart 2013, at 41 (identifying as disadvantage "the fact that the counter itself is exposed to the patient, which therefore means it must be designed to withstand a higher level of tampering and abuse"); *see also* '289 Patent, 2:6-8 ("[S]ome dose counters do not keep a particularly reliable count, such as if they are dropped onto a hard surface.").

71.     As these diagrams show, the addition of the dose counter or dose indicator also increases the overall size of those devices, reducing their aesthetic and ergonomic value.  In my experience as a prescribing physician, and consistent with the observation of some commentators, top-mounted dose counters may create a longer distance "between the thumb and the forefinger" that "may be too far for some patients to actuate comfortably."  Williams 1999, at 1499; *see also* '021 Publication, ¶ [0006] (noting drawback of indicating device that may require "excessive amounts of space").  This could be especially "difficult" for "arthritic patients, children, or other persons with small hands."  Williams 1999, at 1499; Stuart 2013, at 41 (describing as disadvantage top-mounted dose counters or indicators because "overall height" of device "is extended and has the potential to create difficulty for patients with a limited hand span"); Kennedy 2015, at 4 ("The introduction of externally mounted dose counters or indicators can require significant changes to the actuator's external dimensions, resulting in a bulky profile. A top mounted dose counter or indicator extends the hand span required for operation.").  In my experience as a prescribing physician, patients are less likely to adhere to their medication

*Privileged & Confidential*
*Attorney Work Product*

regimen if a counting mechanism reduces the aesthetic and/or ergonomic value and comfort of their device.

72.    Even when internal dose counters were contemplated, attachment to the medication canister near the valve was a common approach to avoiding the problems solved by the claimed invention.



**Figure 1**

*See* GlaxoSmithKline – ADVAIR® HFA Prescribing Information at 41 (Sept. 15, 2009) ("Each canister is fitted with a counter . . . .").



*See* Ari 2009, at 31 ("The Ventolin® HFA ([GSK], Research Triangle Park, NC) and Flovent® HFA ([GSK]) have built-in dose counters . . . .").

*Privileged & Confidential*
*Attorney Work Product*



Fig. 9

*See* Valois – '227 Patent, Fig. 9, 3:46-47 (disclosing embodiment in which dose indicator is fixed to "the side" of "reservoir").



*See* Trudell – U.S. Patent No. 8,157,128, Fig. 32 (disclosing "indicating device" fixed to canister).

73.    In my experience as a prescribing physician, counting mechanisms that are fixed near the valve of the canister increase the bulkiness of the device near the boot of the actuator and may affect airflow. *See, e.g.*, '021 Publication, ¶ [0006] (noting that some indicating devices "may impede or interfere with the airflow and medicament being dispensed from the inhalation device"). In addition, the added bulkiness increases the difficulty for a patient to actuate the device, especially for arthritic patients, children, or other persons with small hands. *See, e.g.*,

41

*Privileged & Confidential*
*Attorney Work Product*

Stuart 2013, at 41 (noting that side-mounted dose counters have "bulky appearance and size, which patients may find ungainly to use" and that "addition of a side-mounted dose counter to an existing product can drastically change its appearance, which can have a negative impact on a product where maintaining patient familiarity is essential").

74.     Ultimately, patients may not receive adequate inhalation medication if they are using a device with a counting mechanism that affects airflow.  Moreover, patients are less likely to adhere to the medication regimen if the dose counter in their inhaler reduces the aesthetic and/or ergonomic value of the device or otherwise makes it less convenient to carry and use.

### c.     Prior Art Devices and Disclosures Related to Electronic Components That Had Limited Functionality, Reliability, Manufacturability, and Ergonomic Value.

75.     By way of further example, many dose counters contained complicated electronic components and consequently, were useful only for very limited purposes and/or had limited reliability, manufacturability, and/or ergonomic value.  Several of the dose counters containing complicated electronic components were disclosed or in development by Valois Pharma/Aptar, Nexus6, MediTrack Products, and Respirics, Inc. ("Respirics"), among others.



Fig. 3

*See* Valois – U.S. Patent No. 8,267,086, Fig. 3, Abstract (disclosing device "including a dose indicator having an electronic display").

42

*Privileged & Confidential*
*Attorney Work Product*



**FIGURE 1**

*See* Nexus6 Limited – U.S. Patent App. No. 2008/0230057, ¶ [0067] (disclosing device that can activate "audio output device caus[ing] an audible signal to be issued by the system to remind the user to take a dose of their medicament").



*See* MediTrack Products – The Doser; Hess 2008, at 710-11 (describing Doser as electronic add-on device that can count down number of remaining doses in canister).

43

*Privileged & Confidential*
*Attorney Work Product*



*See* Respirics – MD Turbo™; Hess 2008, at 711 (device is electronic dose counter); Lewis 2007, CIPLA-BDI_0184747, at -750; Ari 2009, at 26.

76.     These electronic devices and disclosures present several drawbacks.  For example, the Doser and MD Turbo™ devices are not "integrated" and are simply an add-on, *see* Hess 2008, at 710-11 (Turbo); Lewis 2007, CIPLA-BDI_0184747, at -750 (MD Turbo™), which presents problems for patients.  "[T]he use of an add-on device undermines the portability advantages of the [p]MDI" and makes the device "bulk[y]" which "may result in non-compliance in patient use."  Lewis 2007, CIPLA-BDI_0184747, at -749-50.

77.     The device disclosed by Nexus6 also does not even count the number of doses remaining in a canister.  *See generally* '057 Publication.  Instead, the Nexus6 disclosure relates to an alarm clock that reminds patients when it is time for them to take their medication.  *See id.* Nexus6's disclosure does not include a dose counter that provides "a clear indication of when a[p]MDI is approaching the end of its recommended number of actuations as well as when it has reached or exceeded that number."  FDA Guidance 2003, TEVAQVAR-00032573, at -578.

*Privileged & Confidential*
*Attorney Work Product*

78.     The prior art also cast doubt on the reliability of electronic mechanisms. *See, e.g.*,
'021 Publication ¶ [0006] (stating that devices with "electrical circuity" "may be susceptible to
damage in various environments, such as moist conditions"). Further, one study showed that the
Doser "occasionally recorded additional actuations. Over time, there was a trend toward
decreasing accuracy with the Doser, which may be explained by battery decay." Hess 2008, at
711. That study also found that "the Doser no longer records actuations after the preset counter
reaches zero, which leads to premature arrival of the counter at zero and subsequent inability to
record further doses." *Id.*

79.     Multiple commentators have noted that electronic add-on devices "add to the cost
of therapy" and that "they increase the complexity of therapy because they add a device to the
treatment regimen." *Id.*; Fink 2005, CIPLA-BDI_0784184, at -189 ("Third party dose counting
devices are available, but add additional expense . . . ."). In my practice, I did not regularly
prescribe electronic devices or add-on devices because they were and continue to be too
expensive for patients. Insurance companies generally do not cover the cost of these devices,
making them cost prohibitive for most patients. In addition, some add-on devices suffered from
the problems that I outlined above. For example, the add-on device would make an inhaler too
bulky for a patient to carry in his or her pocket and/or purse. So patients would regularly remove
the add-on device. That, in turn, lead to instances in which the patient would lose the device and
therefore lose track of the number of doses remaining in a canister.

80.     Additionally, add-on devices like the Doser may reduce a device's ergonomic
value. One commentator stated that "[w]hen holding th[e] Doser-MDI combination between the
thumb and forefinger, the distance may be too far for some patients to actuate comfortably. This
may be difficult, especially for arthritic patients, children, or other persons with small hands."

*Privileged & Confidential*
*Attorney Work Product*

Williams 1999, at 1499.  In my experience, several patients complained about the bulkiness of an inhaler body with an add-on device.  Among other things, they indicated that the combination of the inhaler with an add-on device made it more difficult to actuate the device.

81.     Moreover, devices with electrical circuitry "can be relativity expensive to manufacture."  '021 Publication ¶ [0006].  In my experience, insurance companies would typically not cover the cost of these kinds of electronic devices.  Most of my patients did not want or could not to pay for expensive inhalers.  In my experience, these kinds of devices were cost prohibitive.

82.     In my experience as a prescribing physician, patients are less likely to adhere to a medication regimen when there are features on their inhalation devices that reduce ergonomic and/or aesthetic value, increase the cost of therapy, and/or render the devices less reliable with time.

### 3.     Qvar® HFA and ProAir® HFA Satisfied Long-Felt Needs

83.     The non-obviousness of the claimed inventions as embodied in Qvar® HFA with dose counter and ProAir® with dose counter is evidenced by the fact that they satisfied multiple, long-felt, unmet needs for dose counters in metered dose inhalers.

84.     Unlike prior art devices, including the devices discussed above, Qvar® HFA with dose counter and ProAir® with dose counter include dose counters with sufficient functionality, accuracy (including, with respect to under- and over-counting), reliability and/or robustness. *See, e.g.*, Carr Dep. Tr. 15:21-16:4 ("Q. Okay.  And that Qvar device has a dose counter, right? A.  Yes.  Q.  And would you say that it was easy to see how many doses were remaining in your device? A. Yes.  Q.  Did you think the dose counter in the Qvar device is reliable?  A.  Yes, as a patient."); Given 2012, TEVADOC-00000010, at -10 ("ProAir HFA [p]MDI with the new integrated dose counter functioned reliably and accurately in the clinical setting."); Chipps 2017,

*Privileged & Confidential*
*Attorney Work Product*

TEVADOC-00000008, at -08 ("In patients with asthma and/or COPD, albuterol inhalation

aerosol (ProAir HFA) with dose counter, compared with the same product without dose counter,

had significantly lower healthcare resource use including all-cause and respiratory-related

inpatient [emergency department] visits, higher refill rates, and fewer exacerbations."); Kerwin

2017, at 1 ("In a real-world setting, asthma patients using ProAir HFA with [dose counter]

experienced significantly fewer hospitalizations and [emergency department] visits compared

with patients using ProAir HFA without [dose counter.]").

85.    For example, Qvar® HFA with dose counter and ProAir® HFA with dose counter

included precise dose counters as opposed to imprecise dose indicators that merely provided an

indication of whether the canister was near full, near empty, or somewhere in-between, or else

provided more general information about the number of uses that had occurred.  As a result, the

dose counters included in Qvar® HFA with dose counter and ProAir® HFA with dose counter

provided patients with more time to plan to replace their medicament canisters.  Consequently,

patients who used Qvar® HFA with dose counter and ProAir® HFA with dose counter did not

have to estimate the number of uses remaining, risking under- or over-estimation.

86.    By way of further example, unlike devices in the prior art, Qvar® HFA with dose

counter and ProAir® HFA with dose counter included dose counters that did not rely on color

coding.  As a result, color-blind patients did not have difficulty relying on the dose counters

included in Qvar® HFA with dose counter and ProAir® HFA with dose counter.

87.    By way of further example, unlike devices in the prior art, Qvar® HFA with dose

counter and ProAir® HFA with dose counter did not include counting mechanisms that were

attached to the flat bottom of the canister and/or extended outside the body.  As a result, the dose

counters included in Qvar® HFA with dose counter and ProAir® HFA with dose counter are not

*Privileged & Confidential*
*Attorney Work Product*

exposed to the patient and are less susceptible to tampering and abuse. Moreover, unlike devices in the prior art, the dose counters included with Qvar® HFA with dose counter and ProAir® HFA with dose counter do not become less reliable if the inhalation device is dropped.

88.    Further, unlike prior art devices, including the devices discussed above, Qvar® HFA with dose counter and ProAir® with dose counter include dose counters with sufficient functionality. *See, e.g.*, Carr Dep. Tr. 14:16-23 ("Q. And what did you like about the original Qvar[® with dose counter] device? A. It worked. It didn't clog. You could store it any way and it always worked when you needed it. Q. And so would you say that the Qvar[® with dose counter] device was easy to operate? A. Yes."); Given 2012, TEVADOC-00000010, at -10 ("ProAir HFA [p]MDI with the new integrated dose counter functioned reliably and accurately in the clinical setting.").

89.    For example, unlike devices in the prior art in which the counting mechanism was fixed near the valve of the canister, the dose counters included in Qvar® HFA with dose counter and ProAir® HFA with dose counter did not affect the airflow of the device. As such, patients who used Qvar® HFA with dose counter and ProAir® HFA with dose counter received an adequate amount of inhalation medication.

90.    Further, unlike prior art devices, including the devices discussed above, Qvar® HFA with dose counter and ProAir® with dose counter include dose counters with sufficient maintainability (and ability to be cleaned). *See, e.g.*, Carr Dep. Tr. 15:16-20 ("Q. . . . And would you say that it was easy to wipe it down and to generally just maintain the Qvar device? A. I never did. I just used it, and *it didn't clog, even without cleaning*" (emphasis added)).

91.    Unlike prior art devices, including the devices discussed above, Qvar® HFA with dose counter and ProAir® with dose counter included dose counters that had minimal impact on

*Privileged & Confidential*
*Attorney Work Product*

the performance of the inhalation device. *See, e.g.*, Carr Dep. Tr. 14:12-14 (patient stating that she "liked" Qvar® HFA with dose counter), 14:16-15:3 ("Q. And what did you like about the original Qvar[® with dose counter] device? A. It worked. It didn't clog. You could store it any way and it always worked when you needed it. Q. And would you say that the Qvar[® with dose counter] device was easy to operate? A. Yes. Q. Do you also think that the Qvar[® with dose counter] device fit comfortably in your hand when you were using it? A. It took a bit to adjust to firing it as a patient versus in the lab. But yes, it became comfortable.").

92.    For example, unlike devices in the prior art, Qvar® HFA with dose counter and ProAir® with dose counter did not include electrical circuity that made the devices more susceptible to damage in various environments, such as moist conditions.

93.    Further, unlike prior art devices, including the devices discussed above, Qvar® HFA with dose counter and ProAir® with dose counter include dose counters that satisfied a variety of human factors (including aesthetics, ergonomics, and other human factors). *See, e.g.*, Carr Dep. Tr. 14:12-14 (patient stating that she "liked" Qvar® HFA with dose counter), 14:16-15:3 ("Q. And what did you like about the original Qvar[® with dose counter] device? A. It worked. It didn't clog. You could store it any way and it always worked when you needed it. Q. And would you say that the Qvar[® with dose counter] device was easy to operate? A. Yes. Q. Do you also think that the Qvar[® with dose counter] device fit comfortably in your hand when you were using it? A. It took a bit to adjust to firing it as a patient versus in the lab. But yes, it became comfortable.").

94.    For example, unlike devices in the prior art, the dose counters included in Qvar® HFA with dose counter and ProAir® HFA with dose counter did not increase the overall size of the inhaler device because the dose counters were not attached to the flat bottom of the canister.

Moreover, unlike devices in the prior art, the dose counters included in Qvar® HFA with dose counter and ProAir® HFA with dose counter are not attached to the medicament canister rendering the devices bulky. Moreover, unlike devices in the prior art, the dose counter included in Qvar® HFA with dose counter and ProAir® HFA with dose counter were not add-on devices that increased the overall size of the inhaler device. As a result, the dose counters included in Qvar® HFA with dose counter and ProAir® HFA with dose counter did not reduce the aesthetic and ergonomic value of the device.

95.    Moreover, unlike devices in the prior art, Qvar® HFA with dose counter and ProAir® HFA with dose counter were not comprised of electronic components that rendered the product cost prohibitive for most patients.

96.    Thus, Qvar® HFA with dose counter and ProAir® HFA with dose counter satisfied a long-felt need in the art for inhalers with dose counters possessing the above characteristics, including combinations of two or more above the above characteristics.

### B.    Failure of Others

97.    The nonobviousness of the Asserted Claims is further evidenced by the fact that others tried, but failed, to achieve dose counters with the desirable features explained above. Before and after the priority date, numerous companies, including Senetics, Bespak, Trudell Medical, GSK, Valois, AstraZeneca, MediTrack Products, Sapphire, Nexus 6, Cipla, *see, e.g.*, Section VI.A.2, *supra*, Newtec, Aptar, Cohero Health, Inc. ("Cohero"), and others tried, *see, e.g.*, *infra*, but failed to achieve counting mechanisms having the claimed qualities. Among other things, such counting mechanisms were less accurate, less reliable, less robust, less compact, less ergonomic, less maintainable and/or cleanable, more difficult to manufacture and/or assemble, more expensive, more susceptible to human factors, and/or more disruptive to device performance, including by extending into the housing. *See, e.g.*, Section VI.A.2, *supra*.

*Privileged & Confidential*
*Attorney Work Product*

98.     By way of further example, Newtec markets a "front-facing end of life indication mechanism."  Newtec, Dose Counting Actuator, http://newtecpro.com/newtec-dose-counter/; *see generally* U.S. Patent No. 10,765,819 (assignee: Newtec Pro Manufacturing Pvt Ltd).



99.     Similar to devices in the prior art, *see* Section VI.A.2, *supra*, Newtec's inhalation device includes an imprecise counting mechanism.  Unlike the claimed inventions, Newtec's device provides patients with only a rough estimate of doses expended or remaining, rather than the precise count provided by the claimed inventions.

100.     By way of further example, Aptar and Cohero market and/or disclose inhalers with electronic components that have limited functionality, reliability, manufacturability, and aesthetic and/or ergonomic values.  *See* Section VI.A.2, *supra*.

*Privileged & Confidential*
*Attorney Work Product*





*See* Aptar, e-dose Counter, https://www.aptar.com/products/pharmaceutical/e-dose-counter-mdis/; *see generally* WO 2021/032471 A1 (Aptar Daolfzell GMBH).



*See* U.S. Patent No. 10,091,555 (assignee: Cohero) (disclosing electronic tracking module mounted on inhaler in Figures 4A-4C).

*Privileged & Confidential*
*Attorney Work Product*

101.    That multiple, sophisticated companies tried, but failed, to achieve the claimed

inventions supports the nonobviousness of the Asserted Claims.

### C.    Industry Acceptance

102.    The nonobviousness of the Asserted Claims is further evidenced by industry

acceptance of the claimed inventions in the form of FDA approval.  Since the priority dates, dose

counters comprising the claimed combinations of components, configurations, and attachments

have achieved acceptance by physicians, patients, and regulators.  Such acceptance is evidenced,

for example, by FDA's approval of Qvar® HFA with dose counter and ProAir® HFA with dose

counter.  *See, e.g.*, QVAR® Label (May 22, 2014), TEVAQVAR-00010727; ProAir® HFA

Label (Mar. 7, 2012), TEVAQVAR-00066638; TEVAQVAR-00007128-TEVAQVAR-

00007745.

103.    In addition, I discuss and monitor the practices and preferences of other

physicians in my practice and across the nation.  Based on my personal experience, Qvar® HFA

with dose counter and ProAir HFA® with dose counter have received praise and have been

embraced by physicians (including myself) that treat patients with asthma and/or COPD,

including with respect to their superior functionality, accuracy (including, with respect to over-

and under-counting), reliability, maintainability (and ability to be cleaned), robustness,

manufacturability, minimal impact on device performance, and human factors (including

aesthetics, ergonomics, and other human factors).

104.    I also discuss and monitor the practices and preferences of nurses, hospitals, and

clinics in my practice and across the nation.  Based on my personal experience, nurses, hospitals,

and clinics that administer Qvar® HFA with  dose counter and ProAir HFA® with dose counter

also praise these medications and inhalation devices, including with respect to their superior

functionality, accuracy (including, with respect to over- and under-counting), reliability,

*Privileged & Confidential*
*Attorney Work Product*

maintainability (and ability to be cleaned), robustness, manufacturability, minimal impact on

device performance, and human factors (including aesthetics, ergonomics, and other human

factors).

105.    I also discuss and monitor the preferences of patients who use Qvar® HFA with

dose counter and ProAir HFA® with dose counter.  Based on my personal experience, patients

who use Qvar® HFA with dose counter and ProAir HFA® with dose counter also praise these

medications and inhalation devices, including with respect to their superior functionality,

accuracy (including, with respect to over- and under-counting), reliability, maintainability (and

ability to be cleaned), robustness, manufacturability, minimal impact on device performance, and

human factors (including aesthetics, ergonomics, and other human factors).  *See, e.g.*, Given

2012 ("ProAir HFA [p]MDI with the new integrated dose counter functioned reliably and

accurately in the clinical setting."); Chipps 2017, TEVADOC-00000008, at -08 ("In patients

with asthma and/or COPD, albuterol inhalation aerosol (ProAir HFA) with dose counter,

compared with the same product without dose counter, had significantly lower healthcare

resource use including all-cause and respiratory-related inpatient [emergency department] visits,

higher refill rates, and fewer exacerbations."); Kerwin 2017, at 1 ("In a real-world setting,

asthma patients using ProAir HFA with [dose counter] experienced significantly fewer

hospitalizations and [emergency department] visits compared with patients using ProAir HFA

without [dose counter.]"); Carr Dep. Tr. 15:21-16:4 ("Q. Okay.  And that Qvar device has a dose

counter, right?  A. Yes.  Q.  And would you say that it was easy to see how many doses were

remaining in your device?  A. Yes.  Q.  Did you think the dose counter in the Qvar device is

reliable?  A.  Yes, as a patient."), 14:16-15:3 ("Q.  And what did you like about the original

Qvar[® with dose counter] device?  A.  It worked.  It didn't clog.  You could store it any way

*Privileged & Confidential*
*Attorney Work Product*

and it always worked when you needed it.  Q.  And would you say that the Qvar[® with dose counter] device was easy to operate?  A. Yes.  Q.  Do you also think that the Qvar[® with dose counter] device fit comfortably in your hand when you were using it?  A.  It took a bit to adjust to firing it as a patient versus in the lab.  But yes, it became comfortable.").

### D.    Praise

106.    The nonobviousness of the Asserted Claims is further evidenced by the praise the claimed inventions have received.

107.    Since their approval, Qvar® HFA with dose counter and ProAir® HFA with dose counter have received praise from physicians (including myself), patients, and regulators, including with respect to their superior functionality, accuracy (including, with respect to over- and under-counting), reliability, maintainability (and ability to be cleaned), robustness, manufacturability, minimal impact on device performance, and human factors (including aesthetics, ergonomics, and other human factors).  *See, e.g.*, Section VI.C, *supra*; Given 2012, TEVADOC-00000010, at -10 ("ProAir HFA [p]MDI with the new integrated dose counter functioned reliably and accurately in the clinical setting."); Chipps 2017, TEVADOC-00000008, at -08 ("In patients with asthma and/or COPD, albuterol inhalation aerosol (ProAir HFA) with dose counter, compared with the same product without dose counter, had significantly lower healthcare resource use including all-cause and respiratory-related inpatient [emergency department] visits, higher refill rates, and fewer exacerbations."); Kerwin 2017, at 1 ("In a real-world setting, asthma patients using ProAir HFA with [dose counter] experienced significantly fewer hospitalizations and [emergency department] visits compared with patients using ProAir HFA without [dose counter.]"); Carr Dep. Tr. 14:12-14 (patient stating that she "liked" Qvar® HFA with dose counter), 14:16-15:3 ("Q.  And what did you like about the original Qvar[® with dose counter] device?  A.  It worked.  It didn't clog.  You could store it any way and it always

*Privileged & Confidential*
*Attorney Work Product*

worked when you needed it.  Q.  And would you say that the Qvar[® with dose counter] device

was easy to operate?  A. Yes.  Q.  Do you also think that the Qvar[® with dose counter] device

fit comfortably in your hand when you were using it?  A.  It took a bit to adjust to firing it as a

patient versus in the lab.  But yes, it became comfortable."), 15:16-20 ("Q. . . . And would you

say that it was easy to wipe it down and to generally just maintain the Qvar device?  A.  I never

did.  I just used it, and *it didn't clog, even without cleaning*" (emphasis added)).

### E.    Copying

108.    The nonobviousness of the Asserted Claims is further evidenced by the fact of

Aurobindo's and Cipla's copying.  Aurobindo and Cipla chose to copy the Asserted Claims by

seeking approval from FDA to market generic versions of Qvar®, which is an embodiment of

the claimed inventions.  As set forth in Dr. Lewis's Opening Reports, Aurobindo and Cipla

infringe the Asserted Claims.  Notably, there are other marketed beclomethasone dipropionate

products, but Aurobindo and Cipla chose specifically to copy Qvar®.

I declare that the foregoing is, to the best of my knowledge and belief, true and correct.

Dated:  April 29, 2022                    By: */s/*
                                         Reynold A. Panettieri, Jr.

# Exhibit A

# CURRICULUM VITAE

**DATE:  January 2022**

**NAME:  Reynold A. Panettieri, Jr., MD**

**PRESENT TITLE:**  Professor of Medicine, Robert Wood Johnson Medical School
Vice Chancellor for Translational Medicine and Science
Director, Rutgers Institute for Translational Medicine and Science
Emeritus Professor of Medicine, University of Pennsylvania

**HOME ADDRESS:**   423 Brister Road   Bensalem, PA  19020

**OFFICE ADDRESS:**  Rutgers Institute for Translational Medicine and Science
89 French Street, Suite 4211
New Brunswick, NJ  08901

**TELEPHONE NUMBER / E-MAIL ADDRESS:**
Phone: 732-235-6404
E-Mail:  rp856@rbhs.rutgers.edu

**CITIZENSHIP:**   USA

**EDUCATION**:
  A.   Undergraduate
       St. Joseph's University
       Philadelphia, PA
       B.S. (Biology) Summa cum laude           1979

  B.   Graduate and Professional
       University of Pennsylvania
       Philadelphia, PA
       M.D.                                     1983

**POSTGRADUATE TRAINING:**
  A.  Internship and Residencies
      Hospital of the University of Pennsylvania
      Philadelphia, PA
      Internal Medicine
      1983-1986

  B.  Research Fellowships
      Hospital of the University of Pennsylvania
      Philadelphia, PA
      Pulmonary Diseases
      1986-1989

**MILITARY: N/A**

**ACADEMIC APPOINTMENTS:**
      University of Pennsylvania
      Department of Medicine
            Research Associate
            1989-1990
            Assistant Professor
            1990 – 1996

Associate Professor with tenure
1996-2001
Robert L. Mayock & David A. Cooper Professor with tenure
2001-2015
Emeritus Professor
2015- present

Wistar Institute – Philadelphia, PA
Adjunct Assistant Professor
1995-1996
Adjunct Associate Professor
1996-2001
Adjunct Professor
2001-15

Rutgers University
Professor of Medicine, Robert Wood Johnson Medical School
2015- present
Joint Faculty Appointment
Graduate Program in Toxicology
Graduate School of Biomedical Sciences
Rutgers School of Health Professions, Department of Health Informatics

**ADMINISTRATIVE APPOINTMENTS:**
University of Pennsylvania
Director, Airways Biology Initiative
2003-2015
Director, Integrative Health Sciences Facility Core, Center of Excellence in Environmental Toxicology
2007-2015
Deputy Director, Center of Excellence in Environmental Toxicology
2009-2015

Rutgers University
Vice Chancellor, Translational Medicine and Science
Rutgers Biomedical and Health Sciences
2015- present
Director, Rutgers Institute for Translational Medicine & Science
2015- present
Chancellor Scholar
2015 - present
Section Chief, Allergy and Asthma
Division of Pulmonary and Critical Care Medicine
Department of Medicine, Robert Wood Johnson Medical School
2016 - present

**HOSPITAL APPOINTMENTS:**
University of Pennsylvania Health System,
Philadelphia, PA
Associate Director, Pulmonary Diagnostic Services
1990-1991
Director, Pulmonary Diagnostic Services
1991-1994
Co-Director, Cardiopulmonary Exercise Program
1991-1994
Pulmonary Director, Asthma Program
1994-1995

Director, Comprehensive Asthma Program
1995-2015
Chief, Asthma Section, Pulmonary, Allergy & Critical Care Division
1999-2015
Associate Program Director, General Clinical Research Center
2005-2015

Robert Wood Johnson University Hospital
Attending Physician
2015 – present

**OTHER EMPLOYMENT OR MAJOR VISITNG APPOINTMENTS: N/A**

**PRIVATE PRACTICE:** Robert Wood Johnson Physician Enterprise
2015 - present

**LICENSURE:** Pennsylvania - MD032459E, exp 12/31/2022
New Jersey - 25MA09773100, exp 6/30/2021

**DRUG LICENSURE:** New Jersey CDS: D1070150, exp 10/31/2021
DEA:  AP2928630, exp. 3/31/2022

**CERTIFICATION**: ABIM – 1986
Pulmonary Medicine – 1988

**MEMBERSHIPS, OFFICES AND COMMITTEE ASSIGNMENTS IN PROFESSIONAL SOCIETIES:**
American College of Physicians
American Thoracic Society
Sigma Xi Scientific Research Society
American College of Chest Physicians, Fellow
Member, Nominating Committee, American Lung Association
Member, Research Review Committee, American Lung Association
Member, Program Committee, American Lung Association/American Thoracic Society, Respiratory Structure and Function Assembly
Member, National Long Range Planning Committee, American Lung Association/American Thoracic Society, Respiratory Structure and Function Assembly
Chairman, National Long Range Planning Committee, American Lung Association/American Thoracic Society, Respiratory Structure and Function Assembly
Chairman, Program Committee, American Lung Association/American Thoracic Society, Respiratory Structure and Function Assembly
Member, World Allergy Organization Scientific and Clinical Issues Council
Chair, Nominating Committee, Respiratory Structure and Function Assembly, American Thoracic Society, 2012-13
Chair, Respiratory Structure and Function Assembly, American Thoracic Society, 2014-16
Member, Finance Committee, Respiratory Structure and Function Assembly, American Thoracic Society
Member, Awards Committee, Respiratory Structure and Function Assembly, American Thoracic Society
Member, Basic Science Core Working Group, Respiratory Structure and Function Assembly, American Thoracic Society

**HONORS AND AWARDS:**
1975-79     Presidential Scholarship Award
1975-79     Dean's List
1978-79     Alpha Sigma Nu (National Jesuit University Honor Society)
1980        Alpha Epsilon Delta Northeastern United States Scholar Award for Medical School

| | |
|---|---|
| 1983 | American Heart Association Undergraduate Research Award |
| 1987 | Outstanding Case Presentation Award, Eastern Regional American College of Physicians Meeting, Pittsburgh, PA |
| 1988 | Alpha Omega Alpha, National Medical School Honor Society |
| 1991 | Faculty, National Asthma Education Program, NHLBI/AAAI |
| 1996 | Career Investigator Award, American Lung Association/American Thoracic Society |
| 1999 | 39th Recipient of the Robert E. Cooke Memorial Lectureship, American Academy of Allergy, Asthma & Immunology (AAAAI) Meeting, Orlando, FL |
| 1999 | Member, John Morgan Society, Univ. of Pennsylvania |
| 2000 | Member, American Society for Clinical Investigation |
| 2003 | LAM Foundation Excellence in Research Award |
| 2005 | The John E. Salvaggio Memorial Lectureship, "Airway Remodeling," AAAAI 61st Annual Meeting, San Antonio, TX (March) |
| 2005 | American Thoracic Society Parker B. Francis Speaker (May) |
| 2007 | Member, Association of American Physicians |
| 2013 | Joseph R. Rodarte Award for Distinguished Achievement and Contributions in Respiratory Physiology and Medicine, Respiratory Structure and Function Assembly, American Thoracic Society |
| 2015 | American Thoracic Society Recognition Award for Scientific Accomplishments |

**BOARDS OF DIRECTORS/TRUSTEES POSITIONS:**

| | |
|---|---|
| 2014-16 | American Thoracic Society Board of Directors |
| 2020-2023 | BioNJ Board of Trustees |
| 2021- | National Association for Disabled Athletes |

**SERVICE ON NATIONAL GRANT REVIEW PANELS:**

The Wellcome Trust, London, England, 1995

National Health and Medical Research Council, Canberra, Australia, 1996

Invited Ad Hoc Reviewer, National Institutes of Health, Lung Biology and Pathology Study Section, 1997

Invited Ad Hoc Reviewer, National Institutes of Health-National Institute of Allergy and Infectious Disease, 1997

Invited Ad Hoc Reviewer, National Institute of Environmental Health Science, 1997

Member, National Institutes of Health, Lung Biology and Pathology A Study Section, 2001-2004

Reviewer, LAM Foundation Research Grants, 2002- 2015

Chairman, National Institutes of Health, Lung Cellular, Molecular, and Immunobiology Study Section, 2004-2006

Ad Hoc Reviewer, National Institutes of Health, Lung Cellular, Molecular, and Immunobiology Study Section, Special Emphasis Panel, 2006-present

Reviewer, National Heart, Lung, and Blood Institute Loan Repayment Program, 2007-2010

Reviewer, National Heart, Lung, and Blood Institute Program Project Special Emphasis Panel (Wagner), 2007-08

Reviewer, American Medical Association Foundation Seed Grant Research Program, Secondhand Smoke Committee, 2008-09

Reviewer, National Institute of Environmental Health Sciences, ONES RFAs, March 2008

Reviewer, National Heart, Lung, and Blood Institute, Special Emphasis Panel, Small Grants for Lung Tissue Research (R03) RFA, July 2008

Reviewer, Raine Medical Research Foundation, University of Western Australia, Nedlands, Western Australia, 2008

Reviewer, Innovative Medicines Initiative Joint Undertaking, European Commission, Brussels, Belgium, 2008-09

Reviewer, National Heart, Lung, and Blood Institute LCMI Member Conflicts Panel, October 2008

Reviewer, National Heart, Lung, and Blood Institute, Special Emphasis Panel for LCMI Member Conflicts, June 2009

Reviewer, Cardiovascular and Respiratory Sciences Distinguished Editorial Panel, RFA-OD-09-003: Challenge Grants Panel 19, National Institutes of Health, July 2009

Chair and Reviewer, Shared Instrumentation Scientific Review Group, National Institutes of Health, November 2009

Reviewer, National Institutes of Health, Center for Scientific Review College of Reviewers, 2010-2012

Reviewer, Small Business Respiratory Sciences Special Emphasis Panel, National Institutes of Health, March 2010

Reviewer, College of CSR Reviewers, National Centers for Biomedical Computing (U54), NIH, April 2010

Reviewer, Hematology and Cardiovascular-Respiratory Sciences Distinguished Editorial Panel, ZRG1 VH-D55R-R-OD-10-005: RC4 Challenge Grants, National Institutes of Health, June 2010

Reviewer, NIH Childhood Asthma Management Program (CAMP) CS/3 CT Scan Recommendation, October 2010

Reviewer, Centers for Advanced Diagnostics and Experimental Therapeutics in Lung Diseases Stage I (CADET I) (P50) Special Emphasis Panel, November 2010

Reviewer, Parker B. Francis Fellowship Program Council of Scientific Advisors, January 2011-2014

Reviewer, National Heart, Lung, and Blood Institute, Special Review Committee, Program Project: Microbiome, Immunoregulation and Vitamin D Status in Allergy, February 2011

Reviewer, National Heart, Lung, and Blood Institute, Cross Organ Mechanism-Associated Phenotypes for Genetic Analyses of Heart, Lung, Blood, and Sleep Diseases, March 2011

Reviewer, Agency for Healthcare Research and Quality Evidence-Based Practice Center Program, January 2012

Reviewer, National Institutes of Health, PAR Developmental Pharmacology Special Emphasis Panel, March 2012

Reviewer, National Institute of Environmental Health Sciences, Environmental Health Sciences P30 Review Committee, September 2013

Reviewer, National Heart, Lung, and Blood Institute Loan Repayment Program, April-May 2014

Reviewer, Creighton University/State of Nebraska LB595 Cancer and Smoking Disease Research Program Development Grants, June 2015

Reviewer, Outstanding New Environmental Scientist R01 Award, National Institute of Environmental Health Sciences, July 2015

Reviewer, Member Special Emphasis Panel, National Institutes of Health, October-November 2015

Reviewer, Penn Orphan Disease Center LAM Pilot Grant Application, November 2015

Reviewer, Member Special Emphasis Panel, National Institutes of Health/National Center for Advancing Translational Sciences, May 2016

Reviewer, National Heart, Lung, and Blood Institute Loan Repayment Program, March-April 2017

Reviewer, National Institutes of Health Lung Cellular, Molecular and Immunobiology Study Section, July 2017 – June 2021

**SERVICE ON MAJOR COMMITTEES: (see above also)**

Advisory Boards:

LAM Foundation Scientific Advisory Board
2001-present

Chair, Data Safety and Monitoring Board for the Severe Asthma Research Program, NIH/NHLBI
2002-present

Member, Protocol Review Committee for the Asthma Clinical Research Network II, NIH/NHLBI
2004-present

Member, NIAID Allergy/Asthma H1N1 Ad Hoc Data Safety and Monitoring Board
2009

Member, NHLBI Asthma Outcomes Workshop
2009-10

Member, NIEHS Workshop for Human Exposure Studies
2010

Member, NIH CounterACT Steering Committee
2011

Member, Asthma and Allergy Foundation of America, Medical-Scientific Council Rapid Response Team
2015- present

Member, American College of Allergy, Asthma and Immunology Asthma Yardstick Committee
2016

Member, American Thoracic Society, Finance Committee
2017

Member, American Thoracic Scoiety RSF Basic Science Core Working Group
2017
Member, Registry of Patient Registries (ROPR) Outcome Measures Framework
2017
Member, NHLBI Protocol Review Committee for the Precision Interventions for Severe and/or
    Exacerbation Prone Asthma
2018-present
Member, External Advisory Board, Clinical and Translational Science Institute, University of Pittsburgh,
2020-2023
Member, External Advisory Board, Center for Clinical and Translational Sciences, University of Texas
    Health Science Center
2021-2024

**ORGANIZING/PARTICIPANT ROLES IN SCIENTIFIC MEETINGS:**

1993    Mini-Symposium Chairman, "Airway Smooth Muscle Cell Hyperplasia," American Lung Association
        (ALA)/American Thoracic Society (ATS) International Conference, San Francisco, CA
1994    Poster Discussion Symposium Chairman, "Airway Smooth Muscle Cell Proliferation," ALA/ATS
        International Conference, Boston, MA
1995    Chairman, Symposium on Asthma Management in Managed Care Organizations, Chicago, IL
1995    Poster Discussion Symposium Chairman, "Airway Smooth Muscle Cell Proliferation," ALA/ATS
        International Conference, Seattle, WA
1995    Co-Chairman, Symposium on Airway Smooth Muscle Cell Proliferation, Joint ALA/ATS and AAAI
        Conference, Chicago, IL
1996    Chairman, Grand Symposium, "Case for Case Management in Asthma," New Orleans, LA
1996    Co-Chairman, "Airway Smooth Muscle Cell Activation," ALA/ATS International Conference, New
        Orleans, LA
1997    Chairman, Symposium on Airway Remodeling, ALA/ATS International Conference, San Francisco, CA
1997    Chairman, Symposium on Asthma Disease State Management, ALA/ATS International Conference, San
        Francisco, CA
1997    Workshop Moderator, "Reactive Airways Disease: Etiology, Diagnosis and Management," Cottle
        International Rhinology Centennial, Philadelphia, PA
1998    Chairman, Symposium on Airway Smooth Muscle Function in Asthma, ALA/ATS International
        Conference, Chicago, IL
1998    Chairman, Workshop on Airway and Pulmonary Vascular Smooth Muscle Function in Health and
        Disease," Sundance, Utah
1999    Chairperson and Plenary Speaker, Respiratory Pharmacology and Airways Disease, Southeast Asia-
        Western Pacific International Pharmacology Meeting, Taipei, Taiwan
1999    Chairperson, Research Directions in Asthma, Mid-Atlantic Regional Asthma Consortium, Johns Hopkins
        University, Baltimore, MD
2000    Chairman, Nominating Committee, Respiratory Structure and Function Assembly, American Thoracic
        Society
2000    Chairman and Presenter, Session on Airway Smooth Muscle Function, World Congress on Lung Health
        and 10th European Respiratory Society Annual Congress, Florence, Italy
2001    Co-Chairman, Minisymposium, "New Understandings in the Basic Mechanisms of Asthma," AAAAI
        57th Annual Meeting, New Orleans, LA
2002    Chair, Basic/Clinical Science LAM Conference, "Smooth Muscle," The LAM Foundation/NHLBI
        Research Conference, Cincinnati, OH
2003    Chair, Basic Science, The LAM Foundation/NHLBI Research Conference, Cincinnati, OH
2003    Work Group Leader, Future Research Directions in Asthma Workshop, National Institutes of Health,
        Rockville, MD
2003    Chairman, International Congress on Airway Smooth Muscle Function in Asthma & COPD, Miami, FL
2004    Chairman, Pathophysiology Special Issues Board, New York, NY
2005    Co-Director, Clinical Skills Workshop on Office-Based Procedures: Spirometry, American College of
        Physicians Annual Session, San Francisco, CA
2005    Chairman, Poster Discussion Session on "Modulation of Allergic Inflammation," American Thoracic
        Society International Conference, San Diego, CA
2005    Participant, National Center for Complementary and Alternative Medicine Symposium on Integrating
        Mind, Brain and Periphery:  Mechanisms in Asthma and Atherosclerosis, Airlie Conference Center,
        Warrenton, VA

| | |
|---|---|
| 2005 | Participant, Cystic Fibrosis Foundation/National Heart, Lung, and Blood Institute Workshop on Adult Stem Cells, Lung Biology, and Lung Disease, University of Vermont, Burlington, VT |
| 2006 | Discussion Leader, "Airway Remodeling in Asthma," American Academy of Allergy, Asthma & Immunology 62nd Annual Meeting, Miami, FL |
| 2006 | Co-Director, Clinical Skills Workshop on Office-Based Procedures: Spirometry, American College of Physicians Annual Session, Philadelphia, PA |
| 2006 | Speaker, Educational Symposium for AIR2 Trial:  Investigating Bronchial Thermoplasty for Severe Asthma, "The Role of Airway Smooth Muscle in Asthma," San Diego, CA |
| 2006 | Panel Discussion Leader, Workshop on Advances in Small Animal Imaging:  Application to Lung Pathophysiology, American Thoracic Society International Conference, San Diego, CA |
| 2006 | Chair, Scientific Symposium on Intracellular or Extracellular Strategies for Controlling Asthma/COPD Remodeling:  Which is Best? and Speaker, "Pros and Cons of Targeting Extracellular vs. Intracellular Mechanisms:  What Can We Learn?" American Thoracic Society International Conference, San Diego, CA |
| 2006 | Chair, National Heart, Lung, and Blood Institute Workshop, "Role of Airway Smooth Muscle in Bronchomotor Tone, Inflammation and Remodeling:  Advancing from Basic Knowledge to Clinical Relevance," Rockville, MD |
| 2006 | Chairperson and Invited Speaker, "Airway Remodeling:  Fact or Fiction?" International Symposium on Recent Research Advances in Asthma Pathogenesis, St. John's, Antigua |
| 2007 | Co-Chair, Mini Symposium, "Mechanisms Regulating Airway Smooth Muscle Phenotype and Function," American Thoracic Society International Conference, San Francisco, CA |
| 2007 | Co-Chair, Scientific Symposium, "Controversies in Pulmonary and Critical Care Medicine," American Thoracic Society International Conference, San Francisco, CA |
| 2007 | Chairperson, Workshop on the Impact of Environmental Nano Particles on Allergy and Asthma, XXVI Congress of the European Academy of Allergology and Clinical Immunology (EAACI), Göteborg, Sweden |
| 2008 | Symposium Co-Chair, "New Drugs:  Targeting Inflammation in Disease," 15th International Inflammation Research Association Conference, Chantilly, VA |
| 2009 | Co-Chair, Symposium on MicroRNA: Regulation of Lung Cell Function, and Speaker, "MicroRNAs Modulate Beta 2 Tolerance in Human Airway Smooth Muscle," American Thoracic Society International Conference, San Diego, CA |
| 2009 | Lead Facilitator, Thematic Poster Session on The Cytoskeleton and Cell Contractility, American Thoracic Society International Conference, San Diego, CA |
| 2009 | Thematic Poster Session Presenter, "Comparison of Efficacy and Safety of Arformoterol 15 µg Twice Daily with Arformoterol 30 µg Once Daily in Patients with COPD," American Thoracic Society International Conference, San Diego, CA |
| 2009 | Mini Symposium Presenter, "miR-132 Modulates $\beta_2$-Adrenergic Receptor Desensitization in Human Airway Smooth Muscle Cells," American Thoracic Society International Conference, San Diego, CA |
| 2010 | Symposium Speaker, "Vitamin D and Human Airway Smooth Muscle Function in Asthma," Scientific Symposium on Vitamin D and the Lung: Emerging Concepts, American Thoracic Society International Conference, New Orleans, LA |
| 2011 | Symposium Speaker, "Environment-Driven Epithelial Effects on Smooth Muscle Function," Scientific Symposium on Epithelial-Mesenchymal Crosstalk: A Matrix for Lung Remodeling, American Thoracic Society International Conference, Denver, CO |
| 2011 | Poster Discussion Session Co-Chair, Mechanisms of Airway Hyperresponsiveness in Asthma, American Thoracic Society International Conference, Denver, CO |
| 2011 | Mini Symposium Presenter, "RGS4 Modulates PDGF-Induced MMP-9 Expression in Human Airway Myocytes," American Thoracic Society International Conference, Denver, CO |
| 2011 | Discussant, Sixth Annual Nemacolin Asthma Conference, Farmington, PA |
| 2011 | Symposium Speaker, "Response Element," Smooth Muscle and Asthma Symposium, World Allergy Congress, Cancun, Mexico |
| 2011 | Session Co-Chair, Long-Acting Beta Agonists vs. Tiotropium for Asthma, World Allergy Congress, Cancun, Mexico |
| 2011 | Symposium Discussant, Overview of Asthma and Mind Brain Body Research, Mind Brain Body Health Initiative Final Symposium, Palm Beach, FL |
| 2011 | Symposium Speaker, "Animal Models in Asthma," Mind Brain Body Health Initiative Final Symposium, Palm Beach, FL |
| 2012 | Discussant, Seventh Annual Nemacolin Asthma Conference, Farmington, PA |

| | |
|---|---|
| 2013 | Primary Speaker, "New Therapeutic Strategies Targeting Airway Smooth Muscle," Q&A Workshop on Airway Smooth Muscle Signaling: New Insights in Asthma, AAAAI Annual Meeting, San Antonio, TX |
| 2013 | Faculty, Ninth Annual Respiratory Disease Young Investigators Forum, Austin, TX |
| 2013 | Fellows Program Co-Director and Conference Discussant, Eighth Annual Nemacolin Asthma Conference, Farmington, PA |
| 2014 | Co-Chair, Plenary Session: COPD: Effects Beyond the Lungs, COPD Istanbul 2014, Istanbul, Turkey |
| 2014 | Symposium Speaker, "Developing Biological Options for Patients with Severe Asthma and Eosinophilic Inflammation," International Pipeline Symposium, American Thoracic Society International Conference, San Diego, CA |
| 2014 | Chair and Primary Reviewer, Grant 1, Career Development Workshop: Understanding the Grant Review Process, American Thoracic Society International Conference, San Diego, CA |
| 2014 | Symposium Speaker, "Molecular and Cellular Mechanisms of Airway Obstruction in Asthma," World Allergy Forum Symposium, "Origins of Severe Airway Diseases," European Academy of Allergy and Clinical Immunology Congress, Copenhagen, Denmark |
| 2014 | Faculty, Tenth Annual Respiratory Disease Young Investigators Forum, Washington, DC |
| 2014 | Symposium Speaker, "Asthma: Novel Approaches and New Targets," Veterinary Comparative Respiratory Society, New Bolton Center Hospital, Kennett Square, PA |
| 2014 | Symposium Speaker, "Immunologic and Physiologic Assessment of Chronic Airway Obstruction," American College of Allergy, Asthma & Immunology Annual Scientific Meeting, Atlanta, GA |
| 2014 | Plenary Session Speaker, "Systemic Manifestations and Co-Morbidities of COPD," American College of Allergy, Asthma & Immunology Annual Scientific Meeting, Atlanta, GA |
| 2014 | Meet the Professor Session Speaker, "Severe Asthma," American College of Allergy, Asthma & Immunology Annual Scientific Meeting, Atlanta, GA |
| 2015 | Symposium Speaker, "Genotype-Specific Rhinovirus Induced Changes in Airway Smooth Muscle Hyperresponsiveness," American Thoracic Society International Conference, Denver, CO |
| 2015 | Workshop Speaker, "Writing for Success," Workshop on Making an Impact with Your Science, American Thoracic Society International Conference, Denver, CO |
| 2015 | Co-Chair, Poster Discussion Session: Airway Inflammation and Hyperresponsiveness: Novel Mechanisms and Therapy, American Thoracic Society International Conference, Denver, CO |
| 2015 | Co-Chair, Poster Discussion Session: Fresh Perspectives on Airway Remodeling: From the Rocky Mountain High to Country Roads, American Thoracic Society International Conference, Denver, CO |
| 2015 | Oral Presentation: What Is the Role of Lung Inflammation in Mediating Particulate Matter and Ozone Exposure Effects on Health and Disease? Session on Health Impacts of Atmospheric Particles, Goldschmidt Conference, Prague, CZ |
| 2016 | Chairman, twelfth Annual Respiratory Disease Young Investigators' Forum, Chicago, IL |
| 2016 | Fellows Program Director, Eleventh Annual Nemacolin International Asthma Conference, Farmington, PA |
| 2017 | Chair, Thirteenth Annual Respiratory Disease Young Investigators' Forum, Chicago, IL |
| 2017 | Fellows Program Director, Twelfth Annual Nemacolin International Asthma Conference, Farmington, PA |
| 2018 | Chair, Fourteenth Annual Respiratory Disease Young Investigators' Forum, Washington, DC |
| 2018 | Fellows Program Director, Thirteenth Annual Nemacolin International Asthma Conference, Farmington, PA |
| 2019 | Chair, Fifteenth Annual Respiratory Disease Young Investigators' Forum, Chicago, IL |
| 2019 | Fellows Program Director, Fourteenth Annual Nemacolin International Asthma Conference, Farmington, PA |

**Other Participant Roles**

| | |
|---|---|
| 1991 | Director, Adult Asthma Patient Education Program, city-wide program sponsored by the American Lung Association |
| 1995 | Spokesperson Concerning Asthma, American Lung Association of Southeastern Pennsylvania |
| 1995-05 | Advisory Council, American Lung Association of Southeastern Pennsylvania Metropolitan Area |
| 1995-05 | Research Council, American Lung Association of Southeastern Pennsylvania |
| 1995-05 | Philadelphia Asthma Task Force |
| 1996-07 | Asthma Task Force, American Lung Association of Southeastern Pennsylvania |
| 1996-05 | National Research Grant Review Committee, American Thoracic Society |
| 1996-04 | Program Committee, Respiratory Structure and Function Assembly, American Thoracic Society |
| 1997-04 | Long Range Planning Committee, Respiratory Structure and Function Assembly, American Thoracic Society |
| 1997-07 | Member, Board of Directors, American Lung Association of Southeastern Pennsylvania |
| 2000 | Co-Chairperson, Attack Asthma Program, American Lung Association of Southeastern Pennsylvania |

2001-08    Co-Chairperson, Allies Against Asthma, Robert Wood Johnson Foundation Award
2006       Chairman, Pri-Med Updates, SCIOS Continuing Education
2006       Chairman, Pri-Med Online Asthma Condition Center, SCIOS Continuing Education

**EDITORSHIPS**
Co-Editor-in-Chief: Respiratory Research
Senior Editor: British Journal of Pharmacology
Editor: Scientia, Medical Education Network, New York
Associate Editor: American Journal of Respiratory Cell & Molecular Biology
Associate Editor: Frontiers in Pharmacotherapy of Respiratory Diseases
Managing Editor, Frontiers in Bioscience

**EDITORIAL BOARD:**
American Journal of Respiratory Cell & Molecular Biology
American Journal of Physiology: Lung Cellular and Molecular Physiology
British Journal of Pharmacology
Current Respiratory Medicine Reviews
European Medical Journal, Allergy and Immunology
Journal of Pulmonary and Respiratory Medicine
Journal of Clinical & Experimental Toxicology
Pharmacologia
Respiratory Research
Therapeutic Advances in Respiratory Disease
Thorax
Translational Research

**REVIEWER:**
American Journal of Physiology: Cell Physiology
American Journal of Physiology: Lung Cellular and Molecular Physiology
American Journal of Respiratory & Critical Care Medicine
American Journal of Respiratory Cell & Molecular Biology
Annals of Internal Medicine
Canadian Journal of Physiology & Pharmacology
Cleveland Clinic Journal of Medicine
Current Respiratory Medicine Reviews
European Journal of Pharmacology
European Respiratory Journal
Journal of Allergy and Clinical Immunology
Journal of Applied Physiology
Journal of Clinical Investigation
Journal of Immunology
Nature Medicine
New England Journal of Medicine
Proceedings of the National Academy of Sciences, USA
Proceedings of the American Thoracic Society
Pulmonary Pharmacology & Therapeutics
Respiratory Research
Thorax

**SERVICE ON SCHOOL COMMITTEES:**
**University of Pennsylvania**
1989-90    Student-Faculty Interaction Committee
1990-92    Student-Faculty Advisor
1992-02    Internship Selection Committee
2004-06    Member, Committee for Academic Review of Department of Physiology
2010-15    Reviewer, University Research Foundation Biomedical Review Panel
2011-15    Member, Department of Medicine Committee on Appointments and Promotions
2013-      Member, Pharmacology Graduate Group

**Rutgers Biomedical and Health Sciences**

| | |
|---|---|
| 2017 | Member, RBHS Commencement Committee |
| 2018- | Member, Department of Medicine Mentoring Committee |
| 2018 | Member, Search Committee for RBHS Provost for Newark Campus |
| 2018-19 | Chair, Ernest Mario School of Pharmacy School Review Committee |
| 2018- | Chair, Rutgers Health Group Clinical Trials Committee |
| 2018 | Member, Cost Pool Advisory Committee for Research Administration |
| 2018- | Core Faculty Member, Rutgers Global Health Institute |
| 2018- | Robert Wood Johnson Medical School Clinical Research Center Advisory Committee |
| 2018- | Rutgers Health Group IT Informatics and Analytics Committee |
| 2018-20 | Member, RWJBH EHR Selection Committee |
| 2018- | Member, Clinical Research Data Warehouse Committee |
| 2018- | Member, Clinical Investigations and Precision Therapeutics Program, Rutgers Cancer Institute of NJ |
| 2020- | Chair, Rutgers Brain Health Institute Review Committee |
| 2020-21 | Co-Chair, RBHS Chancellor Review Committee |
| 2020- | Member, RBHS Strategic Plan Steering Committee |
| 2020- | Co-Chair, RBHS Strategic Plan Research Subcommittee |
| 2021- | Member, Search Committee for RBHS Vice Chancellor for Population Health |
| 2021- | Member, Executive Committee, NJ Practice-Based Research Network |

**SERVICE ON UNIVERSITY COMMITTEES**

| | |
|---|---|
| 2016 | Member, Rutgers Cancer Institute of New Jersey Director Search Committee |
| 2017- | Member, Rutgers Cancer Institute of New Jersey Internal Advisory Board |
| 2018- | Member, Rutgers University President's Administrative Council |
| 2018- | Co-Chair, RWJ Barnabas Health/Rutgers Master Affiliation Research Committee |
| 2018- | Member, Committee to Develop The Hub |

**SERVICE ON HOSPITAL COMMITTEES:** None

**SERVICE TO THE COMMUNITY:**

| | |
|---|---|
| 1991 | Director, Adult Asthma Patient Education Program, City-Wide Program Sponsored by the American Lung Association |
| 1995-05 | Research Council, American Lung Association of Southeastern Pennsylvania |
| 1996-07 | Asthma Task Force, American Lung Association of Southeastern Pennsylvania |
| 2000 | Co-Chairperson, Attack Asthma Program, American Lung Association of Southeastern Pennsylvania |
| 2001-08 | Co-Chairperson, Allies Against Asthma, Robert Wood Johnson Foundation Award |

**SPONSORSHIP (Primary Mentorship) OF PRE-/POSTDOCTORAL FELLOWS:**

| | |
|---|---|
| 1991-93 | Gulsevil Bilgen, M.D., Postdoctoral Fellow |
| 1991-93 | Nathalie Frey, M.D., Postdoctoral Fellow |
| 1993-98 | Aili L. Lazaar, M.D., Postdoctoral Fellow (K08 Awardee, R01 Recipient, ALA Career Investigator Awardee) |
| 1994-96 | Melissa Cohen, M.D., Postdoctoral Fellow |
| 1995-01 | Vera Krymskaya, Ph.D., Visiting Scientist, Institute of Experimental Cardiology, Moscow, Russia (American Heart Association Research Grant Recipient, LAM Foundation Research Grant Recipient, R01 Recipient, currently Professor of Medicine with Tenure, University of Pennsylvania) |
| 1996-01 | Dr. Yassine Amrani, Postdoctoral Fellow (Parker B. Francis Fellow, R01 Recipient, currently Associate Professor, University of Leicester, UK) |
| 1996-01 | Dr. Hang Chen, Postdoctoral Fellow |
| 1995-96 | Indira Gurubhagavatula, M.D., Postdoctoral Fellow (currently Associate Professor of Medicine, University of Pennsylvania) |
| 1996-01 | Rebecca Hoffman, Ph.D., Research Associate (currently Assistant Professor, Rowan University) |
| 1996-01 | Alaina J. Ammit, Ph.D., CJ Martin Fellowship Awardee, NHMRC, Australia |
| 1997-98 | Evgenia Gerasimovskaya, Ph.D., Postdoctoral Fellow |
| 1998 | Daniela Levi, M.D., Postdoctoral Fellow |
| 1999-00 | Liza C. O'Dowd, M.D., Research Associate (K23 NIH Grant Awardee) |
| 2000-01 | Angela Haczku, M.D., Ph.D., Research Associate Professor (Parker B. Francis Awardee, R01 Recipient, currently Professor of Medicine, University of California, Davis) |

| | |
|---|---|
| 2001-05 | Elena Goncharova, Ph.D., Postdoctoral Fellow (currently Associate Professor, Vascular Medicine Institute, University of Pittsburgh) |
| 2001-03 | Chien-Da Huang, M.D., Visiting Professor |
| 2002-05 | Jenny Kim, M.D., Postdoctoral Fellow |
| 2002-05 | Omar Tliba, D.V.M., Ph.D., Postdoctoral Fellow |
| 2005-07 | Omar Tliba, D.V.M., Ph.D., Research Associate (Recipient of ALA Grant, Parker B. Francis Fellowship, NIH K99, currently Associate Professor, Thomas Jefferson University School of Pharmacy) |
| 2006-11 | Gautam Damera, Ph.D., Postdoctoral Fellow (Scientist, Respiratory & Translational Sciences Division, MedImmune) |
| 2006-10 | Audreesh Banerjee, M.D., K08 Awardee, Adjunct Assistant Professor of Medicine, University of Pennsylvania; Pulmonary Fellowship Director, Christiana Hospital |
| 2007-10 | Philip R. Cooper, Ph.D., Postdoctoral Fellow (Research Scientist, J&J Biologics Center of Excellence) |
| 2007-12 | Michael W. Sims, M.D., K23 Awardee, Assistant Professor of Medicine, University of Pennsylvania |
| 2009-14 | Cynthia Koziol-White, Ph.D., Postdoctoral Fellow, Research Associate, University of Pennsylvania |
| 2010 | Yuki Muroyama, Exchange Student, University of Tokyo Graduate School of Medicine |
| 2011 | Ikuo Takazawa, Exchange Student, University of Tokyo Graduate School of Medicine |
| 2012-15 | Joseph Jude, B.V.Sc., Ph.D., CEET Postdoctoral Fellow, University of Pennsylvania |
| 2012-18 | Edwin Yoo, B.S., M.S., Pharmacology Graduate Student, University of Pennsylvania |
| 2014-18 | Christie Ojiaku, B.S., Pharmacology Graduate Student, University of Pennsylvania |
| 2014- | Sarah Orfanos, M.D. |
| 2014-15 | Bilal Haq, M.S. |
| 2015 | Zhiyun Guo, Ph.D., Visiting Scholar, Associate Professor, Southwest Jiaotong University, Chengdu City, China |
| 2015 | Jia Hou, M.D., Ph.D., Visiting Scholar, Associate Chief Physician, Respiratory and Critical Care Medicine, General Hospital of Ningxia Medical University, Ningxia, China |
| 2016 | Jasvinder Singh, M.D. Pulmonary Fellow, Robert Wood Johnson Medical School |
| 2018 | Ibrahim El Hussein, M.D. Pulmonary Fellow, Robert Wood Johnson Medical School |
| 2018- | Shengjie Xu, Translational Medicine and Science Graduate Student, Rutgers University |
| 2018-20 | Elena Chung, M.S., Toxicology and Pharmacology, Rutgers University (pursuing Ph.D, Rutgers Camden) |
| 2019 | Natalia Levytska, M.D. Pulmonary Fellow, Robert Wood Johnson Medical School |
| 2019 | Jeffrey Yung, M.D. Pulmonary Fellow, Robert Wood Johnson Medical School |
| 2020 | Kevin Dazen, M.D. Pulmonary Fellow, Robert Wood Johnson Medical School |
| 2020-21 | Joanna Woo, Doctoral Candidate Toxicology Program, Rutgers University New Brunswick |
| 2021 | Jared M. Radbel, M.D. Pulmonary Fellow, Robert Wood Johnson Medical School |
| 2021 | Joshua L. Kennedy, M.D. Associate Professor of Pediatrics Allergy and Immunology, University of Arkansas for Medical Sciences |

**Thesis Committee:**

| | |
|---|---|
| 1999 | Darren Fernandes |
| 2017 | Edwin Yoo |
| 2018 | Christie Ojiaku |
| 2018 | Barbara Tafuto |
| 2020 | Shengjie Xu |

**Undergraduate Student Research Trainees:**

| | |
|---|---|
| 2010 | Colleen McNulty |
| 2010 | Evan Huzinec |
| 2011-14 | Jackie Scala |
| 2011-14 | Michael Phan |
| 2011-14 | Martin Johnson |
| 2012 | Christina Nikolos |
| 2012 | Caroline Zhong |
| 2012 | Edwin Yoo (medical student) |
| 2012-13 | Stephane Guillou |
| 2012-13 | Mi Thant Mon Soe |
| 2012-14 | Kevin MacDonald |

| | |
|---|---|
| 2013 | Kevin Truskowski |
| 2013 | Aakanksh Jaikumar |
| 2013 | Andrew Parambath |
| 2013-14 | Alexa Carboni |
| 2013-14 | Yuxin Ouyang |
| 2013-14 | Eleni Papanikolaou |
| 2014 | Megan Levis |
| 2014 | Michael Klichinsky |
| 2014 | Isabelle Lee |
| 2014 | Kim Nguyen (medical student) |
| 2014 | Stephen Zachariah |
| 2014-15 | Ngan Nguyen |
| 2014-15 | Sayaka Ogawa |
| 2014-15 | Sofia Gomez |
| 2014-15 | Ricki Levitus |
| 2015 | Hollie Brown |
| 2015 | Damie Juat |
| 2015 | Jennifer Viveiros |
| 2015 | Ankit Shah |
| 2015 | Akber Sheikh |
| 2015 | Krishna Sunder |
| 2016 | Corinne Corbi |
| 2016 | Nikhil Karmacharya |
| 2016 | Yoon Mi Kim |
| 2016 | Jaehee Yang |
| 2016 | Riva Patel |
| 2016 | Ana Lucia Fuentes |
| 2016 | Fady Karem Soliman |
| 2016 | Kim Nguyen |
| 2016 | Ritesh Akkisetty |
| 2016 | John Gow |
| 2017 | Sanjiv Sunderam |
| 2017 | Varun Gongireddy |
| 2017 | Sahana Kannan |
| 2017 | Alina Lou |
| 2017 | Caroline Ben Nathan |
| 2017 | Jennifer Ben Nathan |
| 2017 | Corrine Corbi |
| 2017 | Erik Gage |
| 2017 | Kirthina Ali |
| 2018 | Noah Hartwick |
| 2018 | Shreyas Hebbal |
| 2018 | Virginia Tanner |
| 2018 | Jazmean Williams |
| 2018 | Julian Rana |
| 2018 | Nila Kirupharan |
| 2019 | Leah Dobossy |
| 2019 | Joshua Jose |
| 2019 | Neenakshi Kotcherlakota |
| 2019 | Ankita Prasad |
| 2019 | Lily Kwak |
| 2019 | Amanda Smalfus |
| 2019 | Elizabeth Titova |
| 2019 | Sierra Triolo |
| 2019 | Alina Lou |
| 2019 | Anthony Saad |
| 2019 | Frank Pelligrino |
| 2019 | Seung Ah Choi |
| 2019 | Grant Shim |

| 2019 | Olivia Mayfryer |
| 2019 | Serena Wang |
| 2019 | Rohan Sanghani |
| 2020 | Alina Lou |
| 2020 | Ankita Prasad |
| 2020 | Anthony Saad |
| 2020 | Joanna Woo |
| 2020 | Alexandra Heck |
| 2020 | Steven DeLuca |
| 2020 | David Flynn |
| 2020 | Eric Gebski |
| 2020 | Kelly Herman |
| 2020 | Brian Miyata |
| 2020 | Soham Patel |
| 2020 | Zach Hart Rosenthal |
| 2020 | Sam Schonwald |

**MAJOR TEACHING RESPONSIBILITIES:**

| 1989-15 | Attending Physician, Hospital of the University of Pennsylvania |
| 1989-15 | Ambulatory Care Lecturer, Section of General Medicine, Hospital of the University of Pennsylvania |
| 1990-15 | ID-205, Pathophysiology of Emphysema |
| 1991-92 | ME100, Patient-Doctor Relations |
| 1992-93 | ID-302, Interdisciplinary Emergency Management, "Approach to the Dyspneic Patient" |
| 1993-15 | Pharmacology 100, "Asthma" |
| 1990 | "Management of Life-Threatening Asthma," Grand Rounds, Crozer-Chester Medical Center, Chester, PA |
| 1990 | "Management of the Asthmatic Patient," Annual Meeting of Philadelphia Health PASS Physicians, Philadelphia, PA |
| 1991 | "Life-Threatening Asthma," Grand Rounds, Sacred Heart Hospital, Allentown, PA |
| 1991 | "Alternative Therapies for Severe Asthmatic Patients," Grand Rounds, Chester County Hospital |
| 1991 | "Increasing Asthma Mortality:  Possible Etiologies," Grand Rounds, Riddle Memorial Hospital |
| 1991 | "Who Is at Risk for Death From Asthma?" Warminster General Hospital |
| 1991 | "Insights Into Asthma Management," Doylestown Hospital |
| 1991 | "Cellular Mechanisms Regulating Airway Smooth Muscle Cell Growth," American Institute of Biological Sciences, St. Joseph's University |
| 1991 | "New Therapy for Severe Asthma," Medical Grand Rounds, Veterans Administration Hospital |
| 1991 | "Pulmonary Function and Exercise Testing," Research Seminar, Bio-Pharm Clinical Services |
| 1991 | "Therapy for the COPD Patient," Visiting Professor,        Fairmount Medical Center |
| 1992 | "Asthma Therapy in the '90s," Medical Grand Rounds, Taylor Hospital |
| 1992 | "Update – Treatment of COPD," Medical Grand Rounds, Riddle Memorial Hospital |
| 1992 | "Asthma:  Morbidity and Mortality Increases," Medical Grand Rounds, North Penn Hospital |
| 1992 | "Asthma Therapy:  New Perspectives," Hahnemann          University Hospital |
| 1992 | "Asthma:  A Need for Better Therapy," Medical College of Pennsylvania |
| 1992-94 | "Asthma:  New Approaches for Therapy," Medical Grand Rounds, Christiana Hospital |
| 1993 | "Asthma Management:  The Changing Approach," Grand Rounds, Episcopal Hospital |
| 1993 | "Fatal Asthma," Grand Rounds, Abington Hospital |
| 1993 | "Asthma:  New Insights into Pathogenesis and Management," Grand Rounds, Holy Redeemer Hospital |
| 1993 | "Asthma in the '90s," Grand Rounds, Lower Bucks Hospital |
| 1993 | "Asthma," Grand Rounds, St. Francis Hospital, Delaware |
| 1993 | "Cellular and Molecular Mechanisms Regulating Airway Smooth Muscle Proliferation:  In Vivo Correlates," Research Seminar, Pulmonary Division, Temple University School of Medicine |
| 1993 | "Asthma in the '90s," Grand Rounds, Frankford Hospital |
| 1993 | "Fatal Asthma," Grand Rounds, Riverview Medical Center |
| 1994 | "The Use of Pulmonary Function Tests," Medical Grand Rounds, St. Agnes Medical Center |
| 1994 | "Airway Smooth Muscle:  More Than a Contractile Cell," SmithKline Beecham Pharmaceuticals, King of Prussia, PA |
| 1994 | "Asthma," Grand Rounds, Albert Einstein Medical Center |

| 1994 | "Asthma Therapy Today," Grand Rounds, Fitzgerald Mercy Hospital, Darby, PA |
| 1994 | "New Therapies in Asthma," Surgical Grand Rounds, University of Pennsylvania Medical Center |
| 1994 | "Asthma in the '90s," Medicine Grand Rounds, AllentownHospital |
| 1994 | "Asthma:  An Irreversible Disease," Medical Grand Rounds, University of Pennsylvania Medical Center |
| 1995 | "Asthma Today," Deborah Heart & Lung Center, Browns Mills, NJ |
| 1995 | "Update on Asthma," North Penn Hospital, Lansdale, PA |
| 1995 | "Therapy for the Asthmatic Patient," Fairmount Medical Center |
| 1996-97 | "Update on Asthma Therapy," Grand Rounds, VA Medical Center, Philadelphia, PA |
| 1996 | "Update on Asthma Therapy," Grand Rounds, Presbyterian Medical Center, Philadelphia, PA |
| 1996 | "Asthma in the '90s," Grand Rounds, Pottsville Hospital |
| 1996-97 | ME100, Patient-Doctor Relations |
| 1997 | "Asthma in the '90s," Grand Rounds, Albert Einstein Medical Center, Philadelphia |
| 1998 | "Management of COPD/Asthma," Temple University School of Pharmacy, Philadelphia, PA |
| 1999-14 | Curriculum 2000, Respiratory Medicine: Obstructive Diseases: Asthma, Pharmacology |
| 2000-02 | "Update on Asthma," University of Pennsylvania |
| 2002-06 | Participating Faculty, Pre-Medical Summer Enrichment Program, Center of Excellence on Minority Health |
| 2004-15 | Curriculum 2000, Module 4, Clinical Therapeutics Course, Asthma Presentation |
| 2007-present | Lecturer, ENVS 408:  Urban Asthma Epidemic Course, Earth & Environmental Science Department |
| 2008 | Judge, 7th Annual Biomedical Postdoctoral Research Symposium |
| 2009-10 | Moderator, Internal Medicine Core Clerkship: From Bedside to Bench (and Back) |
| 2010-14 | Participant, Careers in Medicine Core Clerkship Mentoring Lunch |
| 2010-present | Lecturer, Frontiers in Environmental Health Science Course |
| 2011-14 | Pulmonary Module 2 Workshop Leader |
| 2012-present | Lecturer, ENVS 406:  Community-Based Environmental Health Course |
| 2015 | Lecturer, BIOM 502:  Molecular Basis of Disease:  Asthma |
| 2015-16 | Lecturer, PHRM 590:  Inhalation Toxicology:  Respiratory Physiology and Mechanisms of Lung Injury |
| 2015 | "Occupational Asthma," Lecture for Occupational Medicine Residency Program, Hospital of the University of Pennsylvania |
| 2016 | "Airway Smooth Muscle:  A Therapeutic Target in Severe Persistent Asthma".  The Joseph and Suzanne Seidemann Lecture in Pulmonary and Critical Care, Robert Wood Johnson Medical School, Rutgers University |
| 2017-18 | "Inhalation Toxicology:  Respiratory Physiology" for GGPS-PHRM 590, University of Pennsylvania Perelman School of Medicine |
| 2017-18 | "Inhalation Toxicology:  Mechanisms of Lung Injury for GGPS-PHRM 590, University of Pennsylvania Perelman School of Medicine |
| 2019 | "Inhalation Toxicology:  Respiratory Physiology" for GGPS-PHRM 590, University of Pennsylvania Perelman School of Medicine |
| 2019 | "Inhalation Toxicology:  Mechanisms of Lung Injury for GGPS-PHRM 590, University of Pennsylvania Perelman School of Medicine |

## CLINICAL RESPONSIBILITIES:

| 1990-2015 | Attending Physician, Pulmonary Consult and Intensive Care Unit Services, Hospital of the University of Pennsylvania |
| 2015-present | Attending Physician, Pulmonary and Critical Care Medicine, Robert Wood Johnson University Hospital |

## GRANT SUPPORT:

## CURRENT - PRINCIPAL INVESTIGATOR

National Institutes of Health/NCATS, UL1TR003017, "New Jersey Alliance for Clinical and Translational Science" (NJ ACTS), Program Director/PI, 2019-2024, Total Funding $4,776,211

National Institutes of Health/NCATS, UL1TR003017-02S1 "New Jersey Alliance for Clinical and Translational Science" (NJ ACTS), Program Director/PI, 2019-2024, Total Funding $1,482,000

National Institutes of Health/NCATS, UL1TR003017-02S2, "New Jersey Alliance for Clinical and Translational Science (RADxUP Supplement – NJ HEROES TOO)", Program Director/PI, 2019-2024, Total Funding $3,792,941

National Institutes of Health/NHLBI, 1P01-HL114471-01A1, "Novel Molecular Mechanisms Promote GPCR-Induced Bronchodilation in Asthma," Project Leader/PI, 2013-2024, Total Funding $2,290,948

National Institutes of Health/NHLBI, 1P01-HL114471-01A1, Leader Project 1: TGF-beta1 directly modulates excitation-contraction signaling in airway smooth muscle to evoke airway hyperresponsiveness in asthma, 2013-2024

National Institutes of Health/NHLBI, 1P01-HL114471-01A1, Leader of Core B "Human Cell and Tissue Acquisition Core", 2013-2024

National Institutes of Health/NHLBI, 1P01-HL114471-01A1, Leader of Core C "Administrative Core", 2013-2024

**CURRENT - CO-INVESTIGATOR**

National Institutes of Health/NHLBI, U01HL150852, "Rutgers Optimizes Innovation" (ROI), Contact PI, 2019-2023, Total Funding $999,999 Direct Year 1

National Institutes of Health, 5R01-HL058506, "G Protein-Coupled Receptor Signaling in Airway Smooth Muscle," PI of Subcontract (PI: Dr. Raymond Penn, Thomas Jefferson University), 2013-2022, $39,750

National Institutes of Health/NHLBI, R01-HL133433-01A1 "CEBPD-Medicated Mechanisms of Glucocorticoid Insensitivity in Severe Asthma", PI of Subcontract (PI:Himes, University of Pennsylvania), 2017-2022, $596,250

National Institutes of Health, R01-HL109557-06A1, "Mechanisms and Consequences of Gene Induction by Glucocorticois in Airway Smooth Muscle", PI of Subcontract (PI: Gerber, National Jewish Health), 2017-2021, $25,000

National Institutes of Health, R01HL111541-07A1, "Airway Inflammatory Pathways Regulating Glucocorticoid Receptor Phosphorylation", Co-PI (PI: Tliba, Long Island University), 2018-2022, $437,663

National Institutes of Health/National Institute on Aging, 1R01AG061092, "Strengthening the Evidence Base for Drug Disease Interactions in Older Adults", Co-PI (PI: Gerhard), 2019-2024, $499,952

National Institutes of Health/NHLBI, R56HL139564, "Nitric oxide induced solube guanylate cyclase dysfunction or activation: implications as disease biomarkers or in therapy", PI of Subcontract (PI: Ghosh, Cleveland clinic Lerner College of Medicine), 2019-2024, $13,999 Direct Year 1

National Institutes of Health, R01AI143985, "Regulation of FceRI Function by the MS4A Gene Cluster", PI of Subcontract (PI: Cruse, NC State University), 2019-2024, $10,000 Direct Year 1

**PAST – PRINCIPAL INVESTIGATOR**

National Institutes of Health Trainee Grant, University of Pennsylvania Medical School, 50T35-HD-0721701A1, 1987-89

Parker B. Francis Foundation Award, 1989-91, $31,000 per year

Schering Research Grant, 1989-90, $6,000

Clinical Investigator Award, 1-K08-HL02647-01, 1991-96, total costs $402,000

American Lung Association Research Grant, 1990-92, $17,500 per year

Merck Pharmaceuticals Research Grant, 1991, $12,500

University of Pennsylvania Research Foundation, 1992, $4,000

American Lung Association Research Grant, 1993-94, $17,500

SmithKline Beecham Research Grant, 1994-95, $48,500

Abbott Laboratories Research Grant, "Asthma Disease State Management Within an Integrated Health System," 1995-98, $75,000 (TDC)

SmithKline Beecham Pharmaceuticals, "The Effects of $LTD_4$ on Expression of Glycosaminoglycans in Human Airway Smooth Muscle," 1996-98, $32,000 per year
National Aeronautics & Space Administration, NRA-94-OLMSA-02, Principal Investigator, Project 3, "Airway Smooth Muscle and Bone Signal Transduction," 1995-99, $185,937 per year

American Lung Association Career Investigator Award, "Molecular Mechanisms Regulating Human Airway Smooth Muscle Cell Growth," 1996-99, $35,000 per year

National Institutes of Health (NHLBI), R01-HL55301, "Cellular and Molecular Mechanisms Regulating Airway Muscle Growth," Principal Investigator, 1996-2000, $531,216 (TDC)

Merck & Co., "$LTD_4$ Receptor Expression in Human Airway Smooth Muscle," Principal Investigator, 2001-2002, 2% Effort, $45,000 Annual Direct Costs

National Institutes of Health, 1R01-HL64063, "Molecular Mechanisms Regulating Synthetic Functions of Human Airway Smooth Muscle," Principal Investigator, 1999-2004, $225,000 per year

Mind Brain Body & Health Initiative, "Effect of Expectancy on Salmeterol Reversal of Methacholine-Induced Airway Obstruction in Asthma," Principal Investigator, 5/23/2003-12/31/2004, $62,893

National Institutes of Health (NHLBI), 2R01-HL55301, "Cellular and Molecular Mechanisms Regulating Airway Muscle Growth," Principal Investigator, 2000-2005, $875,000 (TDC)

National Institutes of Health, P50-HL067663, "Airway Smooth Muscle Modulates Inflammatory Responses in Asthma," Program Director, 2001-2010, 0.12 Calendar Effort, $1,690,905 Annual Direct Costs
Project 1, "Cellular and Molecular Mechanisms Regulating Synthetic Responses of Human Airway Smooth Muscle," Principal Investigator, $268,446 Annual Direct Costs
Core A, "Murine Studies," Core Director, $84,326 Annual Direct Costs
Core C, "Administration," Core Director, $86,852 Annual Direct Costs

National Institutes of Health, 2R01-HL064063, "Mechanisms Regulating Functions of Airway Smooth Muscle," Principal Investigator, 2004-2010, 0.06 Calendar Effort, $225,000 Annual Direct Costs

National Institutes of Health, R01-HL080676-01 (RFA HL-04-029), "Ozone Alters Airway Smooth Muscle Function in Asthma," Principal Investigator, 2005-2011, 0.94 Calendar Effort, $300,000 Annual Direct Costs

National Institutes of Health, R01-HL081824, "Interferons Modulate Airway Smooth Muscle Growth," Principal Investigator, 2005-2011, 1.34 Calendar Effort, $325,000 Annual Direct Costs

National Institutes of Health, R01-HL077735, "Mechanisms of VEGF Modulation of Smooth Muscle Function," Principal Investigator, 2006-2011, 0.48 Calendar Effort, $225,000 Annual Direct Costs

National Institutes of Health/NHLBI, 1R01-HL097796-01, RFA-HL-09-007, "RGS:  A Molecular Switch Regulating Irreversible ASM Growth/Contraction in Asthma," PI/Program Director, 2009-2014, 1.70 Calendar Effort, $380,000 Annual Direct Costs

**PAST CO-INVESTIGATOR:**

National Institutes of Health, U01AI122285-S1, "NIAID Extension of Investigator-Initiated Clinical Trials-COVID-19 Supplement", MPI (PI: Blaser, Rutgers University), 2020-2021, $871,444 Direct Year 1

Subcontract to Project #5, "Resistance of the Cell to Shape Distortion:  Microstructural Basis of Cytoskeletal Mechanics," Program Project P01-HL33009, "Physical Determinants of Lung Parenchymal Function," Harvard University School of Public Health, Physiology Program, Dr. Jeffrey Fredberg, PI, 1995-99, 5% Effort, $15,000

Agency for Health Care Policy and Research, R01-HS10044, "Costs and Effects of Disease Management for Adult Asthma," Co-Investigator with Dr. Alan Hillman, PI, 1999-2000, $538,725 (TDC)
National Institutes of Health, R01-AI-HL40203, "The IGF Axis in Asthma," Collaborator with Dr. Pinchas Cohen, PI, 1998-2003, $223,611 (TC for five years)

National Institutes of Health, R01-HL64042, "Adhesion Molecules in Smooth Muscle Activation and Growth," Co-Investigator (Dr. Aili Lazaar, PI), 2000-2005, 10% Effort, $200,000 Annual Direct Costs

Subcontract to Project #2, "Cytokines Modulate Airway Smooth Muscle Contraction," Program Project P50-HL56383, Harvard University School of Public Health, 2001-2006, 6% Effort, $32,431 per year (TDC)

National Institutes of Health, P50 67664, "Cytokines, Asthma and Airway Smooth Muscle," Co-Investigator, Subcontract to Project 3 (Dr. J.P. Kinet, PI, Harvard University), 2001-2006, 6% Effort, $59,403 Annual Direct Costs

National Institutes of Health, U54-RR023567, Clinical and Translational Science Award, Associate Program Director, General Clinical Research Center (PI: Dr. Garret FitzGerald, University of Pennsylvania), 2006-2011, 0.6 Calendar Effort, $9,541,367 Direct Costs

National Institutes of Health, 2R01-HL071106, "Role of p70 S6 Kinase in Regulating LAM Cell Growth," Co-Investigator (PI: Dr. Vera Krymskaya, University of Pennsylvania), 2007-2012, 0.54 Calendar Effort, $175,000 Annual Direct Costs

National Institutes of Health, R01-AI06887, "Leukotrienes and Lung Inflammation," PI of Subcontract (PI: Dr. Roy Soberman, Harvard University), 2007-2012, 0.37 Calendar Effort, $250,000 Annual Direct Costs

National Institutes of Health Challenge Grant, 1RC1 ES018505, "Effects of Ozone Exposure on Expression and Function of Surfactant Protein D," Co-Investigator (PI: Dr. Angela Haczku, University of Pennsylvania), 2009-2012, 0.29 Calendar Effort, $350,000 Annual Direct Costs

National Institutes of Health, R01-HL085774, "G Protein-Coupled Receptor Signaling in Mast Cells," Co-Investigator (PI: Dr. Hydar Ali, University of Pennsylvania), 2009-2012, 0.11 Calendar Effort, $250,000 Annual Direct Costs

National Institutes of Health, 1R21-AI094896, "Human Mast Cell MrgX1 and MrgX2 G-Protein Coupled Receptors in Asthma," Co-Investigator (PI: Dr. Hydar Ali, University of Pennsylvania), 2011-2013, 0.60 Calendar Effort, $42,113

National Institutes of Health, 1R01 AI072197, "Mechanisms of Social Stress-Enhanced Allergic Airway Response in a Mouse Model," Co-Investigator (PI: Dr. Angela Haczku, University of California, Davis), 2010-2015, 0.37 Calendar Effort, $253,916 Annual Direct Costs

National Institutes of Health/National Institute of Environmental Health Sciences (NIEHS), 1P30 ES013508, Center of Excellence in Environmental Toxicology, Core Director, Research Core III:  Lung Disease and the Environment (Program Director: Dr. Trevor Penning, University of Pennsylvania), 2006-2020, 2.25 Calendar Effort, $354,752 Annual Direct Costs

National Institutes of Health/NIEHS, U19 ES020676, "The Community Health Assessment of Risks Associated with the Macondo Spill," Project 1 Co-Leader (PI: Dr. Cornelis Elferink, University of Texas Medical Branch), 2013-2016, 0.63 Calendar Effort, $42,251 Annual Direct Costs

National Institutes of Health/NIEHS, U19 ES020676, "Gulf Coast Health Alliance: Health Risks Related to the Macondo Spill (GC HARMS)," CODC Co-Director (PI: Dr. Cornelis Elferink, University of Texas Medical Branch), 2013-2016, 0.18 Calendar Effort, $39,851 Annual Direct Costs

National Institutes of Health, 1R21-AI108585-01A1, "Human Mast Cell-Specific Mas-Related Gene-X2 (MrgX2) in Anaphylaxis and Asthma," Co-Investigator (PI: Dr. Hydar Ali, University of Pennsylvania Dental School), 2014-2016, 0.45 Calendar Effort, $180,000 Annual Direct Costs

National Institutes of Health, 1U01-HL110942, "Epigenetic Regulation of Lung Progenitor Repair and Regeneration," Co-Investigator (PI: Dr. Edward Morrisey, University of Pennsylvania), 2012-2016, 0.45 Calendar Effort, $114,000

National Institutes of Health/NHLBI, 1R01-HL110551-01A1, "Role of Folliculin (FLCN) in Lung Cell Survival," Co-Investigator (PI: Dr. Vera Krymskaya, University of Pennsylvania), 2012-2016, 0.45 Calendar Effort, $344,254

National Institutes of Health, 1R01-HL116916, "Prevention and Management of Pulmonary Embolism," Co-Investigator (PI: Dr. Douglas Cines, University of Pennsylvania), 2013-2017, 0.45 Calendar Effort, $254,065 Annual Direct Costs

National Institute of Biomedical Imaging and Bioengineering, R21-EB024081-01, subcontract (UCLA) "Force Phenotyping of Airway Smooth Muscle Cells to Develop Novel Asthma Therapies", Co-PI, 2017-2019, $218,624

National Institutes of Health/NHLBI, 2R44HL 104902-02A1 "Novel ROCK Inhibitors for COPD", Co-Investigator (PI: Theratropix), 2015-2017, $288,000

National Institutes of Health/National Institute of Environmental Health Sciences (NIEHS), 1P30 ES013508, Center of Excellence in Environmental Toxicology, Core Director, Research Core III:  Lung Disease and the Environment (Program Director: Dr. Trevor Penning, University of Pennsylvania), 2006-2020, $354,752

National Institutes of Health/NHLBI, 2P01-HL081064-06A1, "Pathobiology of Asthma," PI of Subcontract (PI: Erzurum, Cleveland Clinic Lerner College of Medicine-CWRU), 2015-2020, $73,080

National Institutes of Health/NHLBI, 1R44-HL132721-02, "Development of an Oral Acidic Mammalian Chitinase Inhibitor to Treat Asthma", Co-Investigator (PI-Oncoarendi), 2018-2020, $320,000

**PENDING**

National Institutes of Health, "Nitric oxide induced soluble guanylate cyclase dysfunction or activation: Implications as disease biomarkers or in therapy", PI of subcontract, 2019-2024, $13,999 year 1 direct costs.

**PUBLICATIONS:**

**A.  Refereed Original Article in Journal**

1. Mozersky, S., **Panettieri, R.A., Jr.**:  Is pH drop a valid measure of extent of protein hydrolysis?  Journal of Agriculture and Food Chemistry, Nov.-Dec., 1313-1316, 1983. https://doi.org/10.1021/jf00120a041
2. Kelley, M.A., **Panettieri, R.A., Jr.**, Krupinski, A.V.:  Resting single-breath diffusing capacity as a screening test for exercise-induced hypoxemia.  Am. J. Med. 80(5):807-812, 1986 (PMID: 3706368).
3. **Panettieri, R.A., Jr.**, Murray, R.K., DePalo, L.R., Yadvish, P.A., Kotlikoff, M.I.:  A human airway smooth muscle cell line that retains physiological responsiveness.  Am. J. Physiol. Cell Physiol. 256:C329-C335, 1989 (PMID: 2645779).
4. **Panettieri, R.A., Jr.**, Yadvish, P.A., Kelly, A.M., Rubinstein, N.A., Kotlikoff, M.I.:  Histamine stimulates proliferation of airway smooth muscle and induces c-fos expression.  Am. J. Physiol. Lung Cell. Mol. Physiol. 259: L365-L371, 1990 (PMID: 2124421).
5. Kelly, A.M., Rosser, B.W.C., Hoffman, R., **Panettieri, R.A., Jr.**, Schiaffino, S., Rubinstein, N.A., Nemeth, P.M.:  Metabolic and contractile protein expression in developing rat diaphragm muscle.  J. Neuroscience 11(5):1231-1242, 1991 (PMID: 2027044).
6. Stedman, H.H., Sweeney, H.L., Shrager, J.B., Maguire, H.C., **Panettieri, R.A., Jr.**, Petrof, B., Narusawa, M., Leferovich, J.M., Sladky, J.T., Kelly, A.M.:  The mdx mouse diaphragm reproduces the degenerative changes of Duchene muscular dystrophy.  Nature 352:536-539, 1991 (PMID: 1865908).

7.   Munoz, N.M., Zak, R., **Panettieri, R.A., Jr.**, Wiesner, R., Leff, A.R.:  Changes in levels of mRNA encoding myosin heavy chain in porcine trachealis during ontogenesis.  Am. J. Respir. Cell Mol. Biol. 8:252-257, 1993 (PMID: 8448016).

8.   Hershenson, M.B., Kelleher, M.D., Naureckas, E.T., Abe, M.K., Rubinstein, V.J., Zimmermann, A., Bendele, A.M., McNulty, J.A., **Panettieri, R.A., Jr.**, Solway, J.:  Hyperoxia increases airway cell S-phase traversal in immature rats in vivo.  Am. J. Respir. Cell Mol. Biol. 11:296-303, 1994 (PMID: 8086167).

9.   Pilewski, J.M., **Panettieri, R.A., Jr.**, Kaiser, L.R., Albelda, S.M:  Expression of endothelial cell adhesion molecules in human bronchial xenografts.  Am. J. Respir. Crit. Care Med. 150:795-801, 1994 (PMID: 7522102).

10.  Lazaar, A.L., Albelda, S.M., Pilewski, J.M., Brennan, B., Puré, E., **Panettieri, R.A., Jr.**:  T lymphocytes adhere to airway smooth muscle cells via integrins and CD44 and induce smooth muscle cell DNA synthesis.  J. Exp. Med. 180:807-816, 1994 (PMID: 7520473).

11.  Puré, E., Camp, R.L., Peritt, D., **Panettieri, R.A., Jr.**, Lazaar, A.L., Nayak, S.:  Defective phosphorylation and hyaluronate binding of CD44 with point mutations in the cytoplasmic domain.  J. Exp. Med. 181:55-62, 1995 (PMID: 7528778).

12.  **Panettieri, R.A., Jr.**, Murray, R.K., Bilgen, G., Eszterhas, A.J., Martin, J.G.:  Repeated allergen inhalations induce DNA synthesis in airway smooth muscle and epithelial cells in vivo.  Chest 107(3) Supplement:  94S-95S, 1995 (PMID: 7875013)

13.  Einarsson, O., Geba, G.P., Zhou, Z., Landry, M.L., **Panettieri, R.A., Jr.**, Tristram, D., Welliver, R., Metinko, A., Elias, J.A.:  Interleukin-11 in respiratory inflammation, in Mackiewicz, A., Koj, A., Sehgal, P.B. (Eds.) Interleukin-6-Type Cytokines.  Ann. N.Y. Acad. Sci. 762:89-101, 1995 (PMID: 7668577).

14.  **Panettieri, R.A., Jr.**, Hall, I.P., Maki, C.S., Murray, R.K.:  $\alpha$-Thrombin increases cytosolic calcium and induces human airway smooth muscle cell proliferation.  Am. J. Respir. Cell Mol. Biol. 13:205-216, 1995 (PMID: 7626288).

15.  **Panettieri, R.A., Jr.**, Lazaar, A.L., Puré, E., Albelda, S.M.:  Activation of cAMP-dependent pathways in human airway smooth muscle cells inhibits TNF-$\alpha$-induced ICAM-1 and VCAM-1 expression and T lymphocyte adhesion.  J. Immunol. 154:2358-2365, 1995 (PMID: 7532667).

16.  Amrani, Y., **Panettieri, R.A., Jr.**, Frossard, N., Bronner, C.:  Activation of the TNF$\alpha$-p55 receptor induces myocyte proliferation and modulates agonist-evoked calcium transients in cultured human tracheal smooth muscle cells.  Am. J. Respir. Cell Mol. Biol. 15:55-63, 1996 (PMID: 8679222).

17.  **Panettieri, R.A., Jr.**, Goldie, R.G., Rigby, P., Eszterhas, A.J., Hay, D.W.P.:  Endothelin-1-induced potentiation of human airway smooth muscle proliferation:  an $ET_A$ receptor-mediated phenomenon.  Br. J. Pharmacol. 118:191-197, 1996 (PMID: 8733595).

18.  Hubmayr, R.D., Shore, S.A., Fredberg, J.J., Planus, E., **Panettieri, R.A., Jr.**, Moller, W., Heyder, J., Wang, N.:  Pharmacological activation changes stiffness of cultured human airway smooth muscle cells.  Am. J. Physiol. Cell Physiol. 271:C1660-C1668, 1996 (PMID: 8944650).

19.  Lazaar, A.L., Reitz, H.E., **Panettieri, R.A., Jr.**, Peters, S.P., Puré, E.:  Antigen receptor-stimulated peripheral blood and bronchoalveolar lavage-derived T cells induce MHC class II and ICAM-1 expression on human airway smooth muscle.  Am. J. Respir. Cell Mol. Biol. 16:38-45, 1997 (PMID: 8998077).

20.  Cohen, M.D., Ciocca, V., **Panettieri, R.A., Jr.**:  TGF-$\beta$1 modulates human airway smooth muscle cell proliferation induced by mitogens.  Am. J. Respir. Cell Mol. Biol. 16:85-90, 1997 (PMID: 8998083).

21.  Shore, S.A., Laporte, J., Hall, I.P., Hardy, E., **Panettieri, R.A., Jr.**:  Effect of IL-1$\beta$ on responses of cultured human airway smooth muscle cells to bronchodilator agonists.  Am. J. Respir. Cell Mol. Biol. 16:702-712, 1997 (PMID: 9191472).

22.  Elias, J.A., Wu, Y., Zheng, T., **Panettieri, R.A., Jr.**:  Cytokine- and virus-stimulated airway smooth muscle cells produce IL-11 and other IL-6-type cytokines.  Am. J. Physiol. Lung Cell. Mol. Physiol. 273: L648-L655, 1997 (PMID: 9316501).

23.  Amrani, Y., Krymskaya, V., Maki, C., **Panettieri, R.A., Jr.**:  Mechanisms underlying TNF$\alpha$ effects on agonist-mediated calcium homeostasis in human airway smooth muscle cells.  Am. J. Physiol. Lung Cell. Mol. Physiol. 273: L1020-L1028, 1997 (PMID: 9374730).

24.  Krymskaya, V.P., Hoffman, R., Eszterhas, A., Ciocca, V., **Panettieri, R.A., Jr.**:  TGF$\beta$1 modulates EGF-stimulated phosphatidylinositol 3-kinase activity in human airway smooth muscle cells.  Am. J. Physiol. Lung Cell. Mol. Physiol. 273: L1220-L1227, 1997 (PMID: 9435577).

25.  Gurubhagavatula, I., Amrani, Y., Pratico, D., Ruberg, F.L., Albelda, S.M., **Panettieri, R.A., Jr.**:  Engagement of human PECAM-1 (CD31) on human endothelial cells increases intracellular calcium

ion concentration and stimulates prostacyclin release.  J. Clin. Invest. 101:212-222, 1998 (PMID: 9421484).

26. **Panettieri, R.A., Jr.,** Murray, R.K., Eszterhas, A.J., Bilgen, G., Martin, J.G.:  Repeated allergen inhalations induce DNA synthesis in airway smooth muscle and epithelial cells in vivo.  Am. J. Physiol. Lung Cell. Mol. Physiol. 274: L417-L424, 1998 (PMID: 9530178).

27. Penn, R.B., **Panettieri, R.A., Jr.,** Benovic, J.L.:  Mechanisms of acute desensitization of the $\beta_2$AR-adenylyl cyclase pathway in human airway smooth muscle.  Am. J. Respir. Cell Mol. Biol. 19:338-348, 1998 (PMID: 9698608).

28. **Panettieri, R.A., Jr.,** Tan, E.M.L., Ciocca, V., Luttmann, M.A., Leonard, T.B., Hay, D.W.P.:  Effects of $LTD_4$ on human airway smooth muscle cell proliferation, matrix expression, and contraction in vitro: Differential sensitivity to cysteinyl leukotriene receptor antagonists.  Am. J. Respir. Cell Mol. Biol. 19:453-461, 1998 (PMID: 9730873).

29. Amrani, Y., **Panettieri, R.A., Jr.:**  Cytokines induce airway smooth muscle cell hyper-responsiveness to contractile agonists.  Thorax 53:713-716, 1998 (PMID: 9828861).

30. Laporte, J.D., Moore, P.E., **Panettieri, R.A., Jr.,** Moeller, W., Heyder, J., Shore, S.A.:  Prostanoids mediate IL-1$\beta$-induced $\beta$-adrenergic hyporesponsiveness in human airway smooth muscle cells.  Am. J. Physiol. Lung Cell. Mol. Physiol. 275:L491-L501, 1998 (PMID: 9728043).

31. Lazaar, A.L., Amrani, Y., Hsu, J., **Panettieri, R.A., Jr.,** Fanslow, W.C., Albelda, S.M., Puré, E.:  CD40-mediated signal transduction in human airway smooth muscle.  J. Immunol. 161:3120-3127, 1998 (PMID: 9743379).

32. Krymskaya, V.P., **Panettieri, R.A., Jr.:**  Endothelins in pulmonary development.  Basic and Applied Myology 8:429-440, 1998.

33. Walker, T.R., Moore, S.M., Lawson, M.F., **Panettieri, R.A., Jr.,** Chilvers, E.R.:  Platelet-derived growth factor-BB and thrombin activate phosphoinositide 3-kinase and protein kinase B:  Role in mediating airway smooth muscle proliferation.  Mol. Pharmacol. 54:1007-1015, 1998 (PMID: 9855629).

34. Foda, H.D., George, S., Rollo, E., Drews, M., Conner, C., Cao, J., **Panettieri, R.A., Jr.,** Zucker, S.:  Regulation of gelatinases in human airway smooth muscle cells:  mechanism of progelatinase A activation.  Am. J. Physiol. Lung Cell. Mol. Physiol. 277:L174-L182, 1999 (PMID: 10409245).

35. Krymskaya, V.P., Penn, R.B., Orsini, M.J., Scott, P.H., Plevin, R.J., Walker, T.R., Eszterhas, A.J., Amrani, Y., Chilvers, E.R., **Panettieri, R.A., Jr.:**  Phosphatidylinositol 3-kinase mediates mitogen-induced human airway smooth muscle cell proliferation.  Am. J. Physiol. Lung Cell. Mol. Physiol. 277:L65-L78, 1999 (PMID: 10409232).

36. Moore, P.E., Laporte, J.D., Gonzalez, S., Moller, W., Heyder, J., **Panettieri, R.A., Jr.,** Shore, S.A.:  Glucocorticoids ablate IL-1$\beta$ induced $\beta$-adrenergic hyporesponsiveness in human airway smooth muscle cells.  Am. J. Physiol. Lung Cell. Mol. Physiol. 277:L932-L942, 1999 (PMID: 10564178).

37. Penn, R.B., Parent, J.-L., Pronin, A.N., **Panettieri, R.A., Jr.,** Benovic, J.L.:  Pharmacological inhibition of protein kinases in intact cells:  Antagonism of $\beta_2$AR ligand binding by H-89 reveals limitations of usefulness.  J. Pharmacol. Exp. Ther. 288:428-437, 1999 (PMID: 9918542).

38. Hauck, R.W., Schulz, C., Schömig, A., Hoffman, R.K., **Panettieri, R.A., Jr.:**  $\alpha$-Thrombin stimulates contraction of human bronchial rings by activation of protease-activated receptors.  Am. J. Physiol. Lung Cell. Mol. Physiol. 277:L22-L29, 1999 (PMID: 10409227).

39. Krymskaya, V.P., Hoffman, R., Eszterhas, A., Kane, S., Ciocca, V., **Panettieri, R.A., Jr.:**  EGF activates ErbB2 and stimulates phosphatidylinositol 3-kinase in human airway smooth muscle cells.  Am. J. Physiol. Lung Cell. Mol. Physiol. 276:L246-L255, 1999. (PMID: 9950886)

40. Orsini, M.J., Krymskaya, V.P., Eszterhas, A.J., Benovic, J.L., **Panettieri, R.A., Jr.,** Penn, R.B.:  MAPK superfamily activation in human airway smooth muscle: mitogenesis requires prolonged p42/p44 activation.  Am. J. Physiol. Lung Cell. Mol. Physiol. 277:L479-L488, 1999 (PMID: 10484455).

41. Laporte, J.D., Moore, P.E., Abraham, J.H., Maskym, G.N., Fabry, B., **Panettieri, R.A., Jr.,** Shore, S.A.:  Role of ERK MAP kinases in responses of cultured human airway smooth muscle cells to IL-1$\beta$.  Am. J. Physiol. Lung Cell. Mol. Physiol. 277:L943-L951, 1999 (PMID: 10564179).

42. Ammit, A.J., Kane, S.A., **Panettieri, R.A., Jr.:**  Activation of K-p21ras and N-p21ras, but not H-p21ras, is necessary for mitogen-induced human airway smooth muscle proliferation.  Am. J. Respir. Cell Mol. Biol. 21:719-727, 1999 (PMID: 10572069).

43. Billington, C.K., Hall, I.P., Mundell, S.J., Parent, J.-L., **Panettieri, R.A., Jr.,** Benovic, J.L., Penn, R.B.:  Inflammatory and contractile agents sensitize specific adenylyl cyclase isoforms in human airway smooth muscle.  Am. J. Respir. Cell Mol. Biol. 21:597-606, 1999 (PMID: 10536119).

44. Amrani, Y., Lazaar, A.L., **Panettieri, R.A., Jr.:**  Up-regulation of ICAM-1 by cytokines in human tracheal smooth muscle cells involves an NF-$\kappa$B-dependent signaling pathway that is only partially sensitive to dexamethasone.  J. Immunol. 163:2128-2134, 1999 (PMID: 10438953).

45. Krymskaya, V.P., Orsini, M.J., Eszterhas, A.J., Brodbeck, K.C., Benovic, J.L., **Panettieri, R.A., Jr.,** Penn, R.B.: Mechanisms of proliferation synergy by receptor tyrosine kinase and G protein-coupled receptor activation in human airway smooth muscle. Am. J. Respir. Cell Mol. Biol. 23:546-554, 2000 (PMID: 11017921).

46. Moore, P.E., Laporte, J.D., Abraham, J.H., Schwartzman, I.N., Yandava, C.N., Silverman, E.S., Drazen, J.M., Wand, M.P., **Panettieri, R.A., Jr.,** Shore, S.A.: Polymorphism of the $\beta_2$-adrenergic receptor gene and desensitization in human airway smooth muscle. Am. J. Respir. Crit. Care Med. 162:2117-2124, 2000 (PMID: 11112125).

47. Laporte, J.D., Moore, P.E., Lahiri, T., Schwartzman, I.N., **Panettieri, R.A., Jr.,** Shore, S.A.: p38 MAP kinase regulates IL-1$\beta$ responses in cultured airway smooth muscle cells. Am. J. Physiol. Lung Cell. Mol. Physiol. 279:L932-L941, 2000 (PMID: 11053030).

48. Amrani, Y., Lazaar, A.L., Hoffman, R., Amin, K., Ousmer, S., **Panettieri, R.A., Jr.**: Activation of the p55 TNFR1 coupled to TRAF2 stimulates ICAM-1 expression by modulating a thapsigargin-sensitive pathway in human tracheal smooth muscle cells. Mol. Pharmacol. 58:237-245, 2000 (PMID: 10860946).

49. Ammit, A.J., Hoffman, R.K., Amrani, Y., Lazaar, A.L., Hay, D.W.P., Torphy, T.J., Penn, R.B., **Panettieri, R.A., Jr.**: Tumor necrosis factor-$\alpha$-induced secretion of RANTES and interleukin-6 from human airway smooth muscle cells: Modulation by cyclic adenosine monophosphate. Am. J. Respir. Cell Mol. Biol. 23:794-802, 2000 (PMID: 11104733).

50. Pascual, R.M., Billington, C.K., Hall, I.P., **Panettieri, R.A., Jr.,** Fish, J.E., Peters, S.P., Penn, R.B.: Mechanisms of cytokine effects on G protein-coupled receptor-mediated signaling in airway smooth muscle. Am. J. Physiol. Lung Cell. Mol. Physiol. 281: L1425-L1435, 2001 (PMID: 11704539).

51. Mundell, S.J., Olah, M.E., **Panettieri, R.A., Jr.,** Benovic, J.L., Penn, R.B.: Regulation of G protein-coupled receptor-adenylyl cyclase responsiveness in human airway smooth muscle by exogenous and autocrine adenosine. Am. J. Respir. Cell Mol. Biol. 24:155-163, 2001 (PMID: 11159049).

52. Ammit, A.J., Hastie, A.T., Edsall, L.C., Hoffman, R.K., Amrani, Y., Krymskaya, V.P., Kane, S.A., Peters, S.P., Penn, R.B., Spiegel, S, **Panettieri, R.A., Jr.**: Sphingosine 1-phosphate modulates human airway smooth muscle cell functions that promote inflammation and airway remodeling in asthma. FASEB J. 15:1212-1214, 2001 (PMID: 11344091).

53. Krymskaya, V.P., Ammit, A.J., Hoffman, R.K., Eszterhas, A.J., **Panettieri, R.A., Jr.**: Activation of class IA PI3K stimulates DNA synthesis in human airway smooth muscle cells. Am. J. Physiol. Lung Cell. Mol. Physiol. 280: L1009-L1018, 2001 (PMID: 11290526).

54. Laporte, J.D., Moore, P.E., Baraldo, S., Jouvin, M.-H., Church, T.L., Schwartzman, I.N., **Panettieri, R.A., Jr.,** Kinet, J.-P., Shore, S.A.: Direct effects of IL-13 on signaling pathways for physiological responses in cultured human airway smooth muscle cells. Am. J. Respir. Crit. Care Med 164:141-148, 2001 (PMID: 11435252).

55. Lahiri, T., Laporte, J.D., Moore, P.E., **Panettieri, R.A., Jr.,** Shore, S.A.: Interleukin-6 family cytokines: Signaling and effects in human airway smooth muscle cells. Am. J. Physiol. Lung Cell. Mol. Physiol. 280: L1225-L1232, 2001 (PMID: 11350802).

56. Haczku, A., Atochina, E.N., Tomer, Y., Chen, H., Scanlon, S.T., Russo, S.J., Xu, J., **Panettieri, R.A., Jr.,** Beers, M.F.: *Aspergillus fumigatus*-induced allergic airway inflammation alters surfactant homeostasis and lung function in BALB/c mice. Am. J. Respir. Cell Mol. Biol. 25:45-50, 2001 (PMID: 11472974).

57. Lesh, R.E., Emala, C.W., Lee, H.T., Zhu, D., **Panettieri, R.A., Jr.,** Hirshman, C.A.: Inhibition of geranylgeranylation blocks agonist-induced actin reorganization in human airway smooth muscle cells. Am. J. Physiol. Lung Cell. Mol. Physiol. 281: L824-L831, 2001 (PMID: 11557586).

58. Fabry, B., Maksym, G.N., Shore, S.A., Moore, P.E., **Panettieri, R.A., Jr.,** Butler, J.P., Fredberg, J.J.: Selected contribution: Time course and heterogeneity of contractile responses in cultured human airway smooth muscle cells. J. Appl. Physiol. 91:986-994, 2001 (PMID: 11457818).

59. Hirshman, C.A., Zhu, D., **Panettieri, R.A., Jr.,** Emala, C.W.: Actin depolymerization via the $\beta$-adrenoceptor in airway smooth muscle cells: a novel PKA-independent pathway. Am. J. Physiol. Cell Physiol. 281:C1468-C1476, 2001 (PMID: 11600409).

60. Amrani, Y., Ammit, A.J., **Panettieri, R.A., Jr.**: TNFR1, but not TNFR2, mediates TNF$\alpha$-induced IL-6 and RANTES in human airway smooth muscle cells: role of p38 and p42/44 mitogen-activated protein kinases. Mol. Pharmacol. 60:646-655, 2001 (PMID: 11562425).

61. Moore, P.E., Lahiri, T., Laporte, J.D., Church, T., **Panettieri, R.A., Jr.,** Shore, S.A.: Selected contribution: Synergism between TNF$\alpha$ and IL-1$\beta$ in airway smooth muscle cells: implications for $\beta$-adrenergic responsiveness. J. Appl. Physiol. 91:1467-1474, 2001 (PMID: 11509550).

62. Penn, R.B., Pascual, R.M., Kim, Y.M., Mundell, S.J., Krymskaya, V.P., **Panettieri, R.A., Jr.**, Benovic, J.L.: Arrestin specificity for G protein-coupled receptors in human airway smooth muscle. J. Biol. Chem. 276:32648-32656, 2001 (PMID: 11418617).

63. Amrani, Y., Moore, P.E., Hoffman, R., Shore, S.A., **Panettieri, R.A., Jr.**: IFNγ modulates cysteinyl leukotriene receptor-1 expression and function in human airway myocytes. Am. J. Respir. Crit. Care Med. 164:2098-2101, 2001 (PMID: 11739141).

64. Moore, P.E., Church, T.L., Chism, D.D., **Panettieri, R.A., Jr.**, Shore, S.A.: IL-13 and IL-4 cause eotaxin release in human airway smooth muscle cells: a role for ERK. Am. J. Physiol. Lung Cell. Mol. Physiol. 282: L847-L853, 2002 (PMID: 11880312).

65. Ammit, A.J., Lazaar, A.L., Irani, C., O'Neill, G.M., Gordon, N.D., Amrani, Y., Penn, R.B., **Panettieri, R.A., Jr.**: TNFα-induced secretion of RANTES and IL-6 from human airway smooth muscle cells: Modulation by glucocorticoids and β-agonists. Am. J. Respir. Cell Mol. Biol. 26:465-474, 2002 (PMID: 11919083).

66. Irani, C., Goncharova, E.A., Hunter, D.S., Walker, C.L., **Panettieri, R.A., Jr.**, Krymskaya, V.P.: Phosphatidylinositol 3-kinase but not tuberin is required for PDGF-induced cell migration. Am. J. Physiol. Lung Cell. Mol. Physiol. 282: L854-L862, 2002 (PMID: 11880313).

67. Goncharova, E.A., Vorotnikov, A.V., Gracheva, E.O., Wang, C.-L.A., **Panettieri, R.A., Jr.**, Stepanova, V.V., Tkachuk, V.A.: Activation of p38 MAP-kinase and caldesmon phosphorylation are essential for urokinase-induced human smooth muscle cell migration. Biol. Chem. (Berlin) 383:115-126, 2002 (PMID: 11930938).

68. Goncharova, E.A., Ammit, A.J., Irani, C., Carroll, R.G., Eszterhas, A.J., **Panettieri, R.A., Jr.**, Krymskaya, V.P.: Phosphatidylinositol 3-kinase is required for proliferation and migration of human pulmonary vascular smooth muscle cells. Am. J. Physiol. Lung Cell. Mol. Physiol. 283:L354-L363, 2002 (PMID: 12114197).

69. Lazaar, A.L., Plotnick, M.I., Kucich, U., Crichton, I., Lotfi, S., Das, S.K.P., Kane, S., Rosenbloom, J., **Panettieri, R.A., Jr.**, Schechter, N.M., Puré, E.: Mast cell chymase modifies cell-matrix interactions and inhibits mitogen-induced proliferation of human airway smooth muscle cells. J. Immunol. 169:1014-1020, 2002 (PMID: 12097409).

70. Goncharova, E.A., Goncharov, D.A., Eszterhas, A., Hunter, D.S., Glassberg, M.K., Yeung, R.S., Walker, C.L., Noonan, D., Kwiatkowski, D.J., Chou, M.M., **Panettieri, R.A., Jr.**, Krymskaya, V.P.: Tuberin regulates p70 S6 kinase activation and ribosomal protein S6 phosphorylation: A role for the TSC2 tumor suppressor gene in pulmonary lymphangioleiomyomatosis (LAM). J. Biol. Chem. 277:30958-30967, 2002 (PMID: 12045200).

71. Deshpande, D.A., Walseth, T.F., **Panettieri, R.A., Jr.**, Kannan, M.S.: CD38-cyclic ADP-ribose-mediated Ca²⁺ signaling contributes to airway smooth muscle hyperresponsiveness. FASEB J. 17:452-454, 2003 (PMID: 12514117).

72. Pascual, R.M., Awsare, B.K., Farber, S.A., **Panettieri, R.A., Jr.**, Peters, S.P., Penn, R.B.: Regulation of phospholipase A2 by interleukin-1 in human airway smooth muscle. Chest 123 Suppl.:433S-434S, 2003 (PMID: 12629024).

73. Moore, P.E., Calder, M.M., Silverman, E.S., **Panettieri, R.A., Jr.**, Shore, S.A.: Effect of dexamethasone on β₂-adrenergic desensitization in airway smooth muscle: role of the ARG19 polymorphism. Chest 123 Suppl.:368S-369S, 2003 (PMID: 12628978).

74. Lahiri, T., Moore, P.E., Baraldo, S., Whitehead, T.R., McKenna, M.D., **Panettieri, R.A., Jr.**, Shore, S.A.: Effect of IL-1β on CRE-dependent gene expression in human airway smooth muscle cells. Am. J. Physiol. Lung Cell. Mol. Physiol. 283:L1239-L1246, 2002 (PMID: 12388341).

75. Baraldo, S., Faffe, D.S., Moore, P.E., Whitehead, T. McKenna, M., Silverman, E.S., **Panettieri, R.A., Jr.**, Shore, S.A.: Interleukin-9 influences chemokine release in airway smooth muscle: Role of ERK. Am. J. Physiol. Lung Cell. Mol. Physiol. 284:L1093-L1102, 2003 (PMID: 12588703).

76. Huang, C.D., Tliba, O., **Panettieri, R.A., Jr.**, Amrani, Y.: Bradykinin induces IL-6 production in human airway smooth muscle cells: Modulation by Th2 cytokines and dexamethasone. Am. J. Respir. Cell Mol. Biol. 28:330-338, 2003 (PMID: 12594059).

77. Amrani, Y., Tliba, O., Choubey, D., Huang, C.D., Krymskaya, V.P., Eszterhas, A., Lazaar, A.L., **Panettieri, R.A., Jr.**: IFNγ inhibits human airway smooth muscle cell proliferation by modulating the E2F-1/Rb pathway. Am. J. Physiol. Lung Cell. Mol. Physiol. 284:L1063-L1071, 2003 (PMID: 12588705).

78. Goncharova, E.A., Billington, C.K., Irani, C., Vorotnikov, A.V., Tkachuk, V.A., Penn, R.B., Krymskaya, V.P., **Panettieri, R.A., Jr.**: Cyclic AMP-mobilizing agents and glucocorticoids modulate human smooth muscle cell migration. Am. J. Respir. Cell Mol. Biol. 29:19-27, 2003 (PMID: 12600820).

79. Tliba, O., Tliba, S., Huang, C.D., Hoffman, R.K., DeLong, P., **Panettieri, R.A., Jr.**, Amrani, Y.: TNFα modulates airway smooth muscle function via the autocrine action of IFNβ. J. Biol. Chem. 278:50615-50623, 2003 (PMID: 14519761).

80. Rosenfeldt, H.M., Amrani, Y., Watterson, K.R., Murthy, K.S., **Panettieri, R.A., Jr.**, Spiegel, S.: Sphingosine-1-phosphate stimulates contraction of human airway smooth muscle cells. FASEB J. 17:1789-1799, 2003 (PMID: 14519658).

81. Tilley, S.L., Hartney, J.M., Erikson, C.J., Jania, C., Nguyen, M., Stock, J., McNeisch, J., Valancius, C., **Panettieri, R.A., Jr.**, Penn, R.B., Koller, B.H.: Receptors and pathways mediating the effects of prostaglandin E$_2$ on airway tone. Am. J. Physiol. Lung Cell. Mol. Physiol. 284:L599-L606, 2003 (PMID: 12618422).

82. Faffe, D.S., Whitehead, T., Moore, P.E., Baraldo, S., Flynt, L., Bourgeois, K., **Panettieri, R.A., Jr.**, Shore, S.A.: IL-13 and IL-4 promote TARC release in human airway smooth muscle cells: Role of IL-4 receptor genotype. Am. J. Physiol. Lung Cell. Mol. Physiol. 285:L907-L914, 2003 (PMID: 12871855).

83. Chen, H., Tliba, O., Van Besien, C.R., **Panettieri, R.A., Jr.**, Amrani, Y.: TNFα modulates murine tracheal rings responsiveness to G-protein coupled receptor agonists and KCl. J. Appl. Physiol. 95:864-872, 2003 (PMID: 12730147).

84. Yang, G., Haczku, A., Chen, H., Martin, V., Galczenski, H., Tomer, Y., Van Besien, C.R., Evans, J.F., **Panettieri, R.A., Jr.**, Funk, C.D.: Transgenic smooth muscle expression of the human CysLT$_1$ receptor induces enhanced responsiveness of murine airways to leukotriene D$_4$. Am. J. Physiol. Lung Cell. Mol. Physiol. 286:L992-L1001, 2004 (PMID: 15064240).

85. Deshpande, D.A., Dogan, S., Walseth, T.F., Miller, S.M., Amrani, Y., **Panettieri, R.A., Jr.**, Kannan, M.S.: Modulation of calcium signaling by IL-13 in human airway smooth muscle: role of the CD38/cADPR pathway. Am. J. Respir. Cell Mol. Biol. 31:36-42, 2004 (PMID: 14764428).

86. Hardaker, E.L., Bacon, A.M., Carlson, K., Roshak, A.K., Foley, J.J., Schmidt, D.B., Buckley, P.T., Comegys, M., **Panettieri, R.A., Jr.**, Sarau, H.M., Belmonte, K.E.: Regulation of TNF-α and IFN-γ induced CXCL10 expression: participation of the airway smooth muscle in the pulmonary inflammatory response in chronic obstructive pulmonary disease. FASEB J. 18:191-193, 2004 (PMID: 14597565).

87. Tliba, O., Deshpande D., Chen, H., Van Besien, C., Kannan, M., **Panettieri, R.A., Jr.**, Amrani, Y.: IL-13 enhances agonist-evoked calcium signals and contractile responses in airway smooth muscle. Br. J. Pharmacol. 140:1159-1162, 2003 (PMID: 14597600).

88. Atochina, E.N., Beers, M.F., Tomer, Y., Scanlon, S.T., Russo, S.J., **Panettieri, R.A., Jr.**, Haczku, A.: Attenuated allergic airway hyperresponsiveness in C57BL/6 mice is associated with enhanced surfactant protein (SP)-D production following allergic sensitization. Respiratory Research 4:15, 2003 (PMID: 14748931).

89. Tliba, O., **Panettieri, R.A., Jr.**, Tliba, S., Walseth, T.F., Amrani, Y.: Tumor necrosis factor-α differentially regulates the expression of proinflammatory genes in human airway smooth muscle cells by activation of interferon-β-dependent CD38 pathway. Mol. Pharmacol. 66:322-329, 2004 (PMID: 15266023).

90. Hasaneen, N.A., Zucker, S., Cao, J., Chiarelli, C., **Panettieri, R.A., Jr.**, Foda, H.D.: Cyclic mechanical strain-induced proliferation and migration of human airway smooth muscle cells: Role of EMMPRIN and matrix metalloproteinases. FASEB J. 19:1507-1509, 2005 (PMID: 16014803).

91. Thangam, B.E., Venkatesha, R.T., Zaidi, A.K., Jordan-Sciutto, K.L., Goncharov, D.A., Krymskaya, V.P., Amrani, Y., **Panettieri, R.A., Jr.**, Ali, H.: Airway smooth muscle cells enhance C3a-induced mast cell degranulation following cell-cell contact. FASEB J. 19:798-800, 2005 (PMID: 15758041).

92. Spector, Z.Z., Emami, K., Fischer, M.C., Zhu, J., Ishii, M., Yu, J., Kadlecek, S., Driehuys, B., **Panettieri, R.A., Jr.**, Lipson, D.A., Gefter, W., Shrager, J., Rizi, R.R.: A small animal model of regional alveolar ventilation using HP $^3$He MRI. Acad. Radiol. 11:1171-1179, 2004 (PMID: 15530811).

93. Faffe, D.S., Flynt, L., Mellema, M., Moore, P.E., Silverman, E.S., Subramaniam, V., Jones, M.R., Mizgerd, J.P., Whitehead, T., Imrich, A., **Panettieri, R.A., Jr.**, Shore, S.A.: Oncostatin M causes eotaxin-1 release from airway smooth muscle: synergy with IL4 and IL-13. J. Allergy Clin. Immunol. 115:514-520, 2005 (PMID: 15753898).

94. York, B., Lou, D., **Panettieri, R.A., Jr.**, Krymskaya, V.P., Vanaman, T.C., Noonan, D.J.: Cross-talk between tuberin, calmodulin and estrogen signaling pathways. FASEB J. 19:1202-1204, 2005 (PMID: 15851513).

95. Krymskaya, V.P., Goncharova, E.A., Ammit, A.J., Lim, P.N., Goncharov, D.A., Eszterhas, A., **Panettieri, R.A., Jr.**: Src is necessary and sufficient for human airway smooth muscle cell proliferation and migration. FASEB J. 19:428-430, 2005 (PMID: 15746183).

96. Faffe, D.S., Flynt, L., Mellema, M., Whitehead, T.R., Bourgeois, K., **Panettieri, R.A., Jr.**, Silverman, E.S., Shore, S.A.: Oncostatin M causes VEGF release from human airway smooth muscle: synergy with IL-1β. Am. J. Physiol. Lung Cell. Mol. Physiol. 288:L1040-L1048, 2005 (PMID: 15665043).

97. Hirshman, C.A., Zhu, D., Pertel, T., **Panettieri, R.A., Jr.**, Emala, C.W.: Isoproterenol induces actin depolymerization in human airway smooth muscle cells via activation of an SRC kinase and G$_S$. Am. J. Physiol. Lung Cell. Mol. Physiol. 288:L924-L931, 2005 (PMID: 15821021).

98. Syed, F., **Panettieri, R.A., Jr.**, Tliba, O., Huang, C., Li, K., Bracht, M., Amegadzie, B., Griswold, D., Li, L., Amrani, Y.: The effect of IL-13 and IL-13R130Q, a naturally occurring IL-13 polymorphism, on the gene expression of human airway smooth muscle cells. Respir. Res. 6:9, 2005 (PMID: 15661077).

99. Kim, J.H., Jain, D., Tliba, O., Yang, B., Jester, Jr., W.F., **Panettieri, R.A., Jr.**, Amrani, Y., Puré, E.: TGF-β potentiates airway smooth muscle responsiveness to bradykinin. Am. J. Physiol. Lung Cell. Mol. Physiol. 289:L511-L520, 2005 (PMID: 15923209).

100. Haczku, A., Emami, K., Fischer, M.C., Kadlecek, S., Ishii, M., **Panettieri, R.A., Jr.**, Rizi, R.R.: Hyperpolarized $^3$He MRI in asthma: measurements of regional ventilation following allergic sensitization and challenge in mice – preliminary results. Acad. Radiol. 12:1362-1370, 2005 (PMID: 16253848).

101. Guo, M., Pascual, R.M., Wang, S., Fontana, M.F., Valancius, C.A., **Panettieri, R.A., Jr.**, Tilley, S.L., Penn, R.B.: Cytokines regulate β-2-adrenergic receptor responsiveness in airway smooth muscle via multiple PKA- and EP2 receptor-dependent mechanisms. Biochemistry 44:13771-13782, 2005 (PMID: 16229467).

102. Billington, C.K., Kong, K.C., Bhattacharyya, R., Wedegaertner, P.B., **Panettieri, R.A., Jr.**, Chan, T.O., Penn, R.B.: Cooperative regulation of p70S6 kinase by receptor tyrosine kinases and G protein-coupled receptors augments airway smooth muscle growth. Biochemistry 44:14595-14605, 2005 (PMID: 16262259).

103. Huang, C.D., Amrani, A.J., Tliba, O., Kuo, H.P., Penn, R.B., **Panettieri, R.A., Jr.**: G-protein-coupled receptor agonists differentially regulate basal or tumor necrosis factor-alpha-stimulated activation of interleukin-6 and RANTES in human airway smooth muscle cells. J. Biomed. Sci. 12:763-776, 2005 (PMID: 16228299).

104. Faffe, D.S., Flynt, L., Bourgeois, K., **Panettieri, R.A., Jr.**, Shore, S.A.: IL-13 and IL-4 induce vascular endothelial growth factor (VEGF) release from airway smooth muscle cells: role of VEGF genotype. Am. J. Respir. Cell Mol. Biol. 34:213-218, 2006 (PMID: 16210693).

105. Kang, B.N., Deshpande, D.A., Tirumurugaan, K.G., **Panettieri, R.A., Jr.**, Walseth, T.F., Kannan, M.S.: Adenoviral mediated anti-sense CD38 attenuates TNF-α-induced changes in calcium homeostasis of human airway smooth muscle cells. Can. J. Physiol. Pharmacol. 83:799-804, 2005 (PMID: 16333382).

106. Pertel, T., Zhu, D., **Panettieri, R.A., Jr.**, Yamaguchi, N., Emala, C.W., Hirshman, C.A.: Expression and muscarinic receptor coupling of Lyn kinase in cultured human airway smooth muscle cells. Am. J. Physiol. Lung Cell. Mol. Physiol. 290:L492-L500, 2006 (PMID: 16227319).

107. Pascual, R.M., Carr, E.M., Seeds, M.C., Guo, M., **Panettieri, R.A., Jr.**, Peters, S.P., Penn, R.B.: Regulatory features of interleukin-1β-mediated prostaglandin E2 synthesis in airway smooth muscle. Am. J. Physiol. Lung Cell. Mol. Physiol. 290:L501-L508, 2006 (PMID: 16299051).

108. Zaidi, A.K., Amrani, Y., **Panettieri, R.A., Jr.**, Ali, H.: Response to C3a, mast cells, and asthma (Letter to Editor). FASEB J. 20:199, 2006 (PMID: 16449789).

109. Kang, B.N., Tirumurugaan, K.G., Deshpande, D.A., Amrani, Y., **Panettieri, R.A., Jr.**, Walseth, T.F., Kannan, M.S.: Transcriptional regulation of CD38 expression by tumor necrosis factor-α in human airway smooth muscle cells: role of NF-κB and sensitivity to glucocorticoids. FASEB J. 20:1000-1002, 2006 (PMID: 16571778).

110. Ameredes, B.T., **Panettieri, R.A., Jr.**: Reply to Jalba, M.S.: The effect of genotype on responses to enantiomers and the significance of eudismic analysis in asthma research. J. Allergy Clin. Immunol. 117:712-713, 2006. https://doi.org/10.1016/j.jaci.2005.11.0222.

111. Kong, K.C., Billington, C.K., Gandhi, U., **Panettieri, R.A., Jr.**, Penn, R.B.: Cooperative mitogenic signaling by G protein-coupled receptors and growth factors is dependent on G$_{q/11}$. FASEB J. 20:1558-1560, 2006 (PMID: 16723377).

112. Osawa, Y., Yim, P.D., Xu, D., **Panettieri, R.A., Jr.**, Emala, C.W.: Raf-1 kinase mediates adenylyl cyclase sensitization by TNF-α in human airway smooth muscle cells. Am. J. Physiol. Lung Cell. Mol. Physiol. 292:L1414-L1421, 2007 (PMID: 17277048).

113. Kierstein, S., Poulain, F.R., Cao, Y., Grous, M., Mathias, R., Kierstein, G., Beers, M.F., Salmon, M., **Panettieri, R.A., Jr.**, Haczku, A.: Susceptibility to ozone-induced airway inflammation is associated with decreased levels of surfactant protein D. Respir. Res. 7:85, 2006 (http://respiratory-research.com/content/7/1/85) (PMID: 16740162).

114. Osawa, Y., Xu, D., Sternberg, D., Sonett, J.R., D'Armiento, J., **Panettieri, R.A., Jr.**, Emala, C.W.: Functional expression of the GABA_B receptor in human airway smooth muscle. Am. J. Physiol. Lung Cell. Mol. Physiol. 291:L923-L931, 2006 (PMID: 16829628).

115. Goncharova, E.A., Lim, P., Goncharov, D.A., Eszterhas, A., **Panettieri, R.A., Jr.**, Krymskaya, V.P.: Assays for in vitro monitoring of proliferation of human airway smooth muscle (ASM) and human pulmonary arterial vascular smooth muscle (VSM) cells. Nature Protocols 1:2905-2908, 2006 (PMID: 17406550).

116. Edwards, M.R., Haas, J., **Panettieri, R.A., Jr.**, Johnson, M., Johnston, S.L.: Corticosteroids and $\beta_2$ agonists differentially regulate rhinovirus induced IL-6 via distinct cis-acting elements. J. Biol. Chem. 282:15366-15375, 2007 (PMID: 17395587).

117. Tirumurugaan, K.G., Jude, J.A., Kang, B.N., **Panettieri, R.A., Jr.**, Walseth, T.F., Kannan, M.S.: TNF-$\alpha$ induced CD38 expression in human airway smooth muscle cells: role of MAP kinases and transcription factors NF-$\kappa$B and AP-1. Am. J. Physiol. Lung Cell. Mol. Physiol. 292:L1385-L1395, 2007 (PMID: 17322278).

118. Kemeny, M.E., Rosenwasser, L.J., **Panettieri, R.A., Jr.**, Rose, R.M., Berg-Smith, S.M., Kline, J.N.: Placebo response in asthma: A robust and objective phenomenon. J. Allergy Clin. Immunol. 119:1375-1381, 2007 (PMID: 17451796).

119. Hasaneen, N.A., Zucker, S., Lin, R.Z., Vaday, G.G., **Panettieri, R.A., Jr.**, Foda, H.D.: Angiogenesis is induced by airway smooth muscle strain. Am. J. Physiol. Lung Cell. Mol. Physiol. 293:L1059-L1068, 2007 (PMID: 17693481).

120. Jain, D., Keslacy, S., Tliba, O., Cao, Y., Kierstein, S., Amin, K., **Panettieri, R.A., Jr.**, Haczku, A., Amrani, Y.: Essential role of IFN$\beta$ and CD38 in TNF$\alpha$-induced airway smooth muscle hyper-responsiveness. Immunobiology 213:499-509, 2008 (PMID: 18514752; PMCID: PMC2587232).

121. Sims, M.W., Tal-Singer, R.M., Kierstein, S., Musani, A.I., Beers, M.F., **Panettieri, Jr, R.A.**, Haczku, A.: Chronic obstructive pulmonary disease and inhaled steroids alter surfactant protein D (SP-D) levels: a cross-sectional study. Respir. Res. 9:13, 2008 (PMID: 18226251; PMCID: PMC2249580).

122. Kassel, K.M., Wyatt, T.A., **Panettieri, R.A., Jr.**, Toews, M.L.: Inhibition of human airway smooth muscle cell proliferation by $\beta_2$ adrenergic receptors and cAMP is PKA-independent: Evidence for EPAC involvement. Am. J. Physiol. Lung Cell. Mol. Physiol. 294:L131-L138, 2008 (PMID: 17993585).

123. Mizuta, K., Xu, D., Pan, Y., Comas, G., Sonett, J.R., Zhang, Y., **Panettieri, Jr, R.A.**, Yang, J., Emala, C.W., Sr.: GABA_A receptors are expressed and facilitate relaxation in airway smooth muscle. Am. J. Physiol. Lung Cell. Mol. Physiol. 294:L1206-L1216, 2008 (PMID: 18408071).

124. Mizuta, K., Gallos, G., Zhu, D., Mizuta, F., Goubaeva, F., Xu, D., **Panettieri, Jr, R.A.**, Yang, J., Emala, C.W., Sr.: Expression and coupling of neurokinin receptor subtypes to inositol phosphate and calcium signaling in human airway smooth muscle cells. Am. J. Physiol. Lung Cell. Mol. Physiol. 294:L523-L534, 2008 (PMID: 18203813).

125. Misior, A.M., Yan, H., Pascual, R.M., Deshpande, D.A., **Panettieri, R.A., Jr.**, Penn, R.B.: Mitogenic effects of cytokines on smooth muscle are critically dependent on protein kinase A and are unmasked by steroids and cyclooxygenase inhibitors. Mol. Pharmacol. 73:566-574, 2008 (PMID: 17993511).

126. Goncharova, E.A., Goncharov, D.A., Chisolm, A., Spaits, M.S., Lim, P.N., Cesarone, G., Khavin, I., Tliba, O., Amrani, Y., **Panettieri, R.A., Jr.**, Krymskaya, V.P.: Interferon $\beta$ augments TSC2-dependent inhibition of TSC2-null ELT3 and human LAM-derived cell proliferation. Mol. Pharmacol. 73:778-788, 2008 (PMID: 18094073).

127. Kierstein, S., Krytska, K., Sharma, S., Amrani, Y., Salmon, M., **Panettieri, R.A., Jr.**, Zangrilli, J., Haczku, A.: Ozone inhalation induces exacerbation of eosinophilic airway inflammation and hyperresponsiveness in allergen-sensitized mice. Allergy 63:438-446, 2008 (PMID: 18315731).

128. Stapleton, C.M., Joo, J.H., Kim, Y.S., Liao, G., **Panettieri, R.A., Jr.**, Jetten, A.M.: Induction of ANGPTL4 expression in human airway smooth muscle cells by PMA through activation of PKC and MAPK pathways. Exp. Cell Res. 316:507-516, 2010 (PMID: 20025870; PMCID: PMC2815125).

129. Kang, B.N., Jude, J.A., **Panettieri, R.A., Jr.**, Walseth, T.F., Kannan, M.S.: Glucocorticoid regulation of CD38 expression in human airway smooth muscle cells: role of dual specificity phosphatase 1. Am. J. Physiol. Lung Cell. Mol. Physiol. 295:L186-L193, 2008 (PMID: 18441094; PMCID: PMC2494782).

130. Tirumurugaan, K.G., Kang, B.N., **Panettieri, R.A., Jr.**, Foster, D.N., Walseth, T.F., Kannan, M.S.: Regulation of the CD38 promoter in human airway smooth muscle cells by TNF-$\alpha$ and dexamethasone. Respir. Res. 9:26, 2008 (PMID: 18341691; PMCID: PMC2278140).

131. Cooper, P.R., **Panettieri, R.A., Jr.**: Steroids completely reverse albuterol-induced $\beta_2$-adrenergic receptor tolerance in human small airways. J. Allergy Clin. Immunol. 122:734-740, 2008 (PMID: 18774166).

132. Banerjee, A., Damera, G., Bhandare, R., Gu, S., Lopez-Boado, Y.S., **Panettieri, R.A., Jr.**, Tliba, O.: Vitamin D and glucocorticoids differentially modulate chemokine expression in airway smooth muscle cells. Br. J. Pharmacol. 155:84-92, 2008 (PMID: 18552877; PMCID: PMC 2440089).

133. Wenzel, S.E., Barnes, P.J., Bleecker, E.R., Bousquet, J., Busse, W., Dahlen, S.E., Holgate, S.T., Meyers, D.A., Rabe, K.F., Antczak, A., Baker, J., Horvath, I., Mark, Z., Bernstein, D., Kerwin, E., Schlenker-Herceg, R., Lo, K.H., Watt, R., Barnathan, E.S., Chanez, P., T03 Asthma Investigators Including **Panettieri, R.A., Jr.**: A randomized, double-blind, placebo-controlled study of tumor necrosis factor-alpha blockade in severe persistent asthma. Am. J. Respir. Crit. Care Med. 179:549-558, 2009 (PMID: 19136369).

134. Bailey, M.T., Kierstein, S., Sharma, S., Spaits, M., Kinsey, S.G., Tliba, O., Amrani, Y., Sheridan, J.F., **Panettieri, R.A., Jr.**, Haczku, A.: Social stress enhances allergen-induced airway inflammation in mice and inhibits corticosteroid responsiveness of cytokine production. J. Immunol. 182:7888-7896, 2009 (PMID: 19494313; PMCID: PMC2767120).

135. Malavia, N.K., Raub, C.B., Mahon, S.B., Brenner, M., **Panettieri, R.A., Jr.**, George, S.C.: Airway epithelium stimulates smooth muscle proliferation. Am. J. Respir. Cell Mol. Biol. 41:297-304, 2009 (PMID: 19151317; PMCID: PMC2742749).

136. Sims, M.W., Margolis, D.J., Localio, A.R., **Panettieri, R.A., Jr.**, Kawut, S.M., Christie, J.D.: Impact of pulmonary artery pressure on exercise function in severe chronic obstructive pulmonary disease. Chest 136:412-419, 2009 (PMID: 19318664; PMCID: PMC2818413).

137. Cooper, P.R., Lamb, R., Day, N.D., Branigan, P.J., Kajekar, R., San Mateo, L., Hornby, P.J., **Panettieri, R.A., Jr.**: TLR3 activation stimulates cytokine secretion without altering agonist-induced human small airway contraction or relaxation. Am. J. Physiol. Lung Cell. Mol. Physiol. 297:L530-L537, 2009 (PMID: 19542247).

138. Damera, G., Zhao, H., Wang, M., Smith, M., Kirby, C., Jester, W.F., Lawson, J.A., **Panettieri, R.A., Jr.**: Ozone modulates IL-6 secretion in human airway epithelial and smooth muscle cells. Am. J. Physiol. Lung Cell. Mol. Physiol. 296:L674-L683, 2009 (PMID: 19201813 PMCID: PMC3286236).

139. Damera, G., Fogle, H.W., Lim, P., Goncharova, E.A., Zhao, H., Banerjee, A., Tliba, O., Krymskaya, V.P., **Panettieri, R.A., Jr.**: Vitamin D inhibits growth human airway smooth muscle cells through growth factor-induced phosphorylation of retinoblastoma protein and checkpoint kinase 1. Br. J. Pharmacol. 158:1429-1441, 2009 (PMID: 19814732; PMCID: PMC2795210).

140. **Panettieri, R.A., Jr.**, Spector, S.L., Tringale, M., Mintz, M.L.: Patients' and primary care physicians' beliefs about asthma control and risk. Allergy Asthma Proc. 30:519-528, 2009 (PMID: 19843406).

141. Damera, G., Jester, W.F., Jiang, M., Zhao, H., Fogle, H.W., Mittelman, M., Haczku, A., Murphy, E., Parikh, I., **Panettieri, R.A., Jr.**: Inhibition of myristoylated alanine-rich C kinase substrate (MARCKS) protein inhibits ozone-induced airway neutrophilia and inflammation. Exp. Lung Res. 36:75-84, 2010 (PMID: 20205598; PMCID: PMC4064305).

142. Goncharova, E.A., Goncharov, D.A., Damera, G., Tliba, O., Amrani, Y., **Panettieri, R.A., Jr.**, Krymskaya, V.P.: STAT3 is required for abnormal proliferation and survival of TSC2-deficient cells: Relevance to pulmonary LAM. Mol. Pharmacol. 76:766-777, 2009 (PMID: 19596836; PMCID: PMC2769052).

143. Cohen, E.D., Ihida-Stansbury, K., Lu, M.M., **Panettieri, R.A., Jr.**, Jones, P.L., Morrisey, E.E.: Wnt signaling regulates smooth muscle precursor development in the mouse lung via a tenascin-C/PDGFR pathway. J. Clin. Invest. 119:2538-2549, 2009 (PMID: 19690384; PMCID: PMC2735923).

144. **Panettieri, R.A., Jr.**, MacIntyre, N., Sims, M.W., Kerwin, E., Fogarty, C., Noonan, M., Claus, R., Andrews, W.T.: Comparison of the efficacy and safety of arformoterol 15 μg twice daily and arformoterol 30 μg once daily in COPD: a single-dose, multicenter, randomized, modified-blind, two-way crossover study. Clin. Ther. 31:1716-1723, 2009 (PMID: 19808130).

145. Bhandare, R., Damera, G., Banerjee, A., Flammer, J.R., Keslacy, S., Rogatsky, I., **Panettieri, R.A., Jr.**, Amrani, Y., Tliba, O.: Glucocorticoid receptor interacting protein-1 restores glucocorticoid responsiveness in steroid-resistant airway structural cells. Am. J. Respir. Cell Mol. Biol. 42:9-15, 2010 (PMID: 19805480; PMCID: PMC2809222).

146. Goncharova, E.A., Lim, P.N., Chisolm, A., Fogle, H.W., Taylor, J.H., Goncharov, D.A., Eszterhas, A., **Panettieri, R.A., Jr.**, Krymskaya, V.P.: Interferons modulate mitogen-induced protein synthesis in airway smooth muscle. Am. J. Physiol. Lung Cell. Mol. Physiol. 299:L25-L35, 2010 (PMID: 20382746; PMCID: PMC2904093).

147. Musani, A.I., Sims, M., Sareli, C., Russell, W., McLaren, W.J., Delaney, P.M., Litzky, L.A., **Panettieri, R.A., Jr.**: A pilot study of the feasibility of confocal endomicroscopy for examination of the human airway. J. Bronchol. Intervent. Pulmonol. 17:126-130, 2010 (PMID: 23168727).

148. Haczku, A., **Panettieri, R.A., Jr.**: Social stress and asthma: the role of corticosteroid insensitivity. J. Allergy Clin. Immunol. 125:550-558, 2010 (PMID: 20153032; PMCID: PMC2839059).

149. Zhu, M., Flynt, L., Ghosh, S., Mellema, M., Banerjee, A., Williams, E., **Panettieri, R.A., Jr.**, Shore, S.A.: Anti-inflammatory effects of thiazolidinediones in human airway smooth muscle cells. Am. J. Respir. Cell Mol. Biol. 45:111-119, 2011 (PMID: 20870897; PMCID: PMC3145064).

150. Wenzel, S.E., Robinson, C.B., Leonard, J.M., **Panettieri, R.A., Jr.**: Nebulized dehydroepiandrosterone-3-sulfate improves asthma control in the moderate-to-severe asthma results of a 6-week, randomized, double-blind, placebo-controlled study. Allergy Asthma Proc. 31:461-471, 2010 (PMID: 21708057).

151. Cooper, P.R., Mesaros, A.C., Zhang, J., Christmas, P., Stark, C.M., Douaidy, K., Mittelman, M.A., Soberman, R.J., Blair, I.A., **Panettieri, R.A., Jr.**: 20-HETE mediates ozone-induced, neutrophil-independent airway hyperresponsiveness in mice. PLoS One, 5:e10235, 2010 (PMID: 20422032; PMCID: PMC2857875).

152. Jude, J.A., Solway, J., **Panettieri, R.A., Jr.**, Walseth, T.F., Kannan, M.S.: Differential induction of CD38 expression by TNF-α in asthmatic airway smooth muscle cells. Am. J. Physiol. Lung Cell. Mol. Physiol. 299:L879-L890, 2010 (PMID: 20693316; PMCID: PMC3006261).

153. Damera, G., Jiang, M., Zhao, H., Fogle, H.W., Jester, W.F., Freire, J., **Panettieri, R.A., Jr.**: Aclidinium bromide abrogates allergen-induced hyperresponsiveness and reduces eosinophilia in murine model of airway inflammation. Eur. J. Pharmacol. 649:349-353, 2010 (PMID: 20868661).

154. Wang, M., Cooper, P.R., Jiang, M., Zhao, H., Hui, Y., Yao, Y., Tate, J.C., Damera, G., Lawson, J.A., Jester, Jr., W.F., Haczku, A., **Panettieri, R.A., Jr.**, FitzGerald, G.A.: Deletion of microsomal prostaglandin E synthase-1 does not alter ozone-induced airway hyper-responsiveness. J. Pharmacol. Exp. Ther. 334:63-68, 2010 (PMID: 20371706; PMCID: PMC2912039).

155. Amrani, Y., Syed, F., Huang, C., Li, K., Liu, V., Jain, D., Keslacy, S., Sims, M.W., Baidouri, H., Cooper, P.R., Zhao, H., Siddiqui, S., Brightling, C.E., Griswold, D., Li, L., **Panettieri, R.A., Jr.**: Expression and activation of the oxytocin receptor in airway smooth muscle cells: Regulation by TNFα and IL-13. Respir. Res. 11:104, 2010 (PMID: 20670427; PMCID: PMC2922094).

156. Yan, H., Deshpande, D.A., Misior, A.M., Miles, M.C., Saxena, H., Riemer, E.C., Pascual, R.M., **Panettieri, R.A., Jr.**, Penn, R.B.: Anti-mitogenic effects of beta-agonists and PGE$_2$ on airway smooth muscle are PKA-dependent. FASEB J. 25:389-397, 2011 (PMID: 20805374; PMCID: PMC3005432).

157. Zaidi, S., Gallos, G., Yim, P.D., Xu, D., Sonett, J.R., **Panettieri, R.A., Jr.**, Gerthoffer, W., Emala, C.W.: Functional expression of gamma-amino butyric acid transporter 2 in human and guinea pig airway epithelium and smooth muscle. Am. J. Respir. Cell Mol. Biol. 45:332-339, 2011 (PMID: 21057105; PMCID: PMC3175560).

158. Jude, J.A., **Panettieri, R.A., Jr.**, Walseth T.F., Kannan, M.S.: TNF-α regulation of CD38 expression in human airway smooth muscle: role of MAP kinases and NF-κB. Adv. Exp. Med. Biol. 691:449-459, 2011 (PMID: 21153349).

159. Cooper, P.R., Kurten, R.C., Zhang, J., Nicholls, D.J., Dainty, I.A., **Panettieri, R.A., Jr.**: Formoterol and salmeterol induce a similar degree of beta(2)-adrenoceptor tolerance in human small airways but via different mechanisms. Br. J. Pharmacol. 163:521-532, 2011 (PMID: 21306583; PMCID: PMC3101615).

160. Damera, G., **Panettieri, R.A., Jr.**: Does airway smooth muscle express an inflammatory phenotype in asthma? Br. J. Pharmacol. 163:68-80, 2011 (PMID: 21265788; PMCID: PMC3085869).

161. Masuno, K., Haldar, S.M., Jeyaraj, D., Mailloux, C., Huang, X., **Panettieri, R.A., Jr.**, Jain, M.K., Gerber, A.N.: Expression profiling identifies Klf15 as a glucocorticoid target that regulates airway hyperresponsiveness. Am. J. Respir. Cell Mol. Biol. 45:642-649, 2011 (PMID: 21257922; PMCID: PMC3175579).

162. Yang, Z., Cooper, P.R., Damera, G., Mukhopadhyay, I., Cho, H., Kehrl, J.H., **Panettieri, R.A., Jr.**, Druey, K.M.: Beta-agonist-associated reduction in RGS5 expression promotes airway smooth muscle hyperresponsiveness. J. Biol. Chem. 286:11444-11455, 2011 (PMID: 21278382; PMCID: PMC3064200).

163. Cooper, P.R., Zhang, J., Damera, G., Hoshi, T., Zopf, D.A., **Panettieri, R.A., Jr.**: C-027 inhibits IgE-mediated passive sensitization bronchoconstriction and acts as a histamine and serotonin antagonist in human airways. Allergy Asthma Proc. 32:359-365, 2011 (PMID: 22195688; PMCID: PMC3968313).

164. Mancarella, S., Wang, Y., Deng, X., Landesberg, G., Scalia, R., **Panettieri, R.A., Jr.**, Mallilankaraman, K., Tang, X.D., Madesh, M., Gill, D.L.: Hypoxia-induced acidosis uncouples the STIM-Orai calcium signaling complex. J. Biol. Chem. 286:44788-44798, 2011 (PMID: 22084246; PMCID: PMC3247972)

165. Damera, G., Druey, K.M., Cooper, P.R., Krymskaya, V.P., Soberman, R.J., Amrani, Y., Hoshi, T., Brightling, C.E., **Panettieri, R.A., Jr.**: An RGS4-mediated phenotypic switch of bronchial smooth

muscle cells promotes fixed airway obstruction in asthma. PLoS One 7:e28504, 2012 (PMID: 22253691; PMCID: PMC3257220)

166. Factor, P., Akhmedov, A.T., MacDonald, J.D., Qu, A., Wu, J., Jiang, H., Dasgupta, T., **Panettieri, R.A., Jr.,** Perera, F., Miller, R.L.: Polycyclic aromatic hydrocarbons impair $\beta_2$AR function in airway epithelial and smooth muscle cells. Am. J. Respir. Cell Mol. Biol. 45:1045-1049, 2011 (PMID: 21617201; PMCID: PMC3262692)

167. Banerjee, A., Trivedi, C.M., Damera, G., Jiang M., Jester, W., Hoshi, T., Epstein, J.A., **Panettieri, R.A., Jr.:** Trichostatin A abrogates airway constriction, but not inflammation, in murine and human asthma models. Am. J. Respir. Cell Mol. Biol. 46:132-138, 2012 (PMID: 22298527; PMCID: PMC3297166).

168. Mizuta, K., Mizuta, F., Xu D., Masaki, E., **Panettieri, R.A., Jr.,** Emala, C.W.: $G_i$-coupled GABA$_B$ receptors cross-regulate phospholipase C and calcium in airway smooth muscle. Am. J. Respir. Cell Mol. Biol. 45:1232-1238, 2011 (PMID: 21719794; PMCID: PMC3262669).

169. Mizuta, K., Zhang, Y., Xu, D., Masaki, E., **Panettieri, R.A., Jr.,** Emala, C.W.: Dopamine D$_2$ receptor is expressed and sensitizes adenylyl cyclase activity in airway smooth muscle. Am. J. Physiol. Lung Cell. Mol. Physiol. 302:L316-324, 2012 (PMID: 21964403; PMCID: PMC3289275).

170. Goncharova, E.A., Goncharov, D.A., Zhao, H., Penn, R.B., Krymskaya, V.P., **Panettieri, R.A., Jr.:** $\beta_2$AR agonists modulate human airway smooth muscle cell migration via VASP. Am. J. Respir. Cell Mol. Biol. 46:48-54, 2012 (PMID: 22210825; PMCID: PMC3262659).

171. Robinson, C.B., Leonard, J., **Panettieri, R.A., Jr.:** Drug development for severe asthma: what are the metrics? Pharmacol. Ther. 135:176-181, 2012 (PMID: 22627271; PMCID: PMC3383351).

172. Sims, M.W., **Panettieri, R.A., Jr.:** Profile of aclidinium bromide in the treatment of chronic obstructive lung disease. Int. J. Chron. Obstruct. Pulmon. Dis. 6:457-466, 2011 (PMID: 22003291; PMCID: PMC3186744).

173. Saxena, H., Deshpande, D.A., Tiegs, B.C., Yan, H., Battafarano, R.J., Burrows, W.M., Damera, G., **Panettieri, R.A., Jr.,** DuBose, T.D., Jr., An, S.S., Penn, R.B.: The G protein-coupled receptor OGR1 mediates diverse signaling and contraction of airway smooth muscle in response to small reductions in extracellular pH. Br. J. Pharmacol. 166:981-990, 2012 (PMID: 22145625; PMCID: PMC3417423).

174. Jiang, X., Pan, H., Nabhan, J.F., Krishnan, R., Koziol-White, C., **Panettieri, R.A., Jr.,** Lu, Q.: A novel EST-derived RNAi screen reveals a critical role for farnesyl diphosphate synthase in $\beta_2$-adrenergic receptor internalization and down-regulation. FASEB J. 26:1995-2007, 2012 (PMID: 22278941; PMCID: PMC3336790).

175. Yang, Z., Balenga, N., Cooper, P.R., Damera, G., Edwards, R., Brightling, C.E., **Panettieri, R.A., Jr.,** Druey, K.M.: Regulator of G-protein signaling-5 (RGS5) inhibits bronchial smooth muscle contraction in severe asthma. Am. J. Respir. Cell Mol. Biol. 46:823-832, 2012 (PMID: 22281988; PMCID: PMC3380291).

176. Xie, Y., Jiang, H., Nguyen, H., Jia, S., Berro, A., **Panettieri, R.A., Jr.,** Wolff, D.W., Abel, P.W., Casale, T.B., Tu, Y.: Regulator of G protein signaling 2 is a key modulator of airway hyperresponsiveness. J. Allergy Clin. Immunol. 130:968-976, 2012 (PMID: 22704538).

177. Black, J.L., **Panettieri, R.A., Jr.,** Banerjee, A., Berger, P.: Airway smooth muscle in asthma: just a target for bronchodilation? Clin. Chest Med. 33:543-558, 2012 (PMID: 22929101; PMCID: PMC3431506).

178. Banerjee, A., **Panettieri, R.A., Jr.:** Vitamin D modulates airway smooth muscle function in COPD. Curr. Opin. Pharmacol. 12:266-274, 2012 (PMID: 22365730).

179. Banerjee, A., Koziol-White, C., **Panettieri, R.A., Jr.:** p38 MAPK inhibitors, IKK2 inhibitors, and TNF$\alpha$ inhibitors in COPD. Curr. Opin. Pharmacol. 12:287-292, 2012 (PMID: 22365729, PMCID: PMC4030417).

180. Jude, J.A., Dileepan, M., Subramanian, S., Solway, J., **Panettieri, R.A., Jr.,** Walseth, T.F., Kannan, M.S.: miR-140-3p regulation of TNF$\alpha$-induced CD38 expression in human airway smooth muscle cells. Am. J. Physiol. Lung Cell. Mol. Physiol. 303: L460-L468, 2012 (PMID: 22773691; PMCID: PMC3468424).

181. Jude, J.A., Tirumurugaan, K.G., Kang, B.N., **Panettieri, R.A., Jr.,** Walseth, T.F., Kannan, M.S.: Regulation of CD38 expression in human airway smooth muscle cells: role of class I phosphatidylinositol 3 kinases. Am. J. Respir. Cell Mol. Biol. 47:427-435, 2012 (PMID: 22556157; PMCID: PMC3488627).

182. Gunst, S.J., **Panettieri, R.A., Jr.**: Point: Alterations in airway smooth muscle phenotype do/do not cause airway hyperresponsiveness in asthma. J. Appl. Physiol. 113:837-839, 2012 (PMID: 22518830; PMCID: PMC3472471).

183. Gunst, S.J., **Panettieri, R.A., Jr.**: Rebuttal in response to point: counterpoint comments. J. Appl. Physiol. 113:842-843, 2012 (PMID: 22942221).

184. Gunst, S.J., **Panettieri, R.A., Jr**.: Last Word on Point: Alterations in airway smooth muscle phenotype do cause airway hyperresponsiveness in asthma. J. Appl. Physiol. 113:847, 2012 (PMID: 22942224).

185. Koziol-White, C.J., Goncharova, E.A., Cao, G., Johnson, M., Krymskaya, V.P., **Panettieri, R.A., Jr.**: DHEA-S inhibits human neutrophil and human airway smooth muscle migration. Biochim. Biophys. Acta – Mol. Basis Dis. 1822:1638-1642, 2012 (PMID: 22771498; PMCID: PMC3418395).

186. Himes, B.E., Jiang, X., Hu, R., Wu, A.C., Lasky-Su, J.A., Klanderman, B.J., Ziniti, J., Senter-Sylvia, J., Lima, J.J., Irvin, C.G., Peters, S.P., Meyers, D.A., Bleecker, E.R., Kubo, M., Tamari, M., Nakamura, Y., Szefler, S.J., Lemanske, R.F., Jr., Zeiger, R.S., Strunk, R.C., Martinez, F.D., Hanrahan, J.P., Koppelman, G.H., Postma, D.S., Nieuwenhuis, M.A., Vonk, J.M., **Panettieri, R.A., Jr.**, Markezich, A., Israel, E., Carey, V.J., Tantisira, K.G., Litonjua, A.A., Lu, Q., Weiss, S.T.: Genome-wide association analysis in asthma subjects identifies *SPATS2L* as a novel bronchodilator response gene. PLoS Genet. 8:e1002824, 2012 (PMID: 22792082; PMCID: PMC3390407).

187. An, S.S., Wang, W.C., Koziol-White, C.J., Ahn, K., Lee, D.Y., Kurten, R.C., **Panettieri, R.A., Jr.**, Liggett, S.B.: TAS2R activation promotes airway smooth muscle relaxation despite $\beta_2$-adrenergic receptor tachyphylaxis. Am. J. Physiol. Lung Cell. Mol. Physiol. 303:L304-L311, 2012 (PMID: 22683571; PMCID: PMC3423830).

188. Horvat, S.J., Deshpande, D.A., Yan, H., **Panettieri, R.A., Jr.**, Codina, J., DuBose, T.D., Jr., Xin, W., Rich, T.C., Penn, R.B.: A-kinase anchoring proteins regulate compartmentalized cAMP signaling in airway smooth muscle. FASEB J. 26:3670-3679, 2012 (PMID: 22649031; PMCID: PMC3425821).

189. Bair, A.M., Turman, M.V., Vaine, C.A., **Panettieri, R.A., Jr.**, Soberman, R.J.: The nuclear membrane leukotriene synthetic complex is a signal integrator and transducer. Mol. Biol. Cell 23:4456-4464, 2012 (PMID: 23015755; PMCID: PMC3496618).

190. Edelson, J.D., Makhlina, M., Silvester, K.R., Vengurlekar, S.S., Chen, X., Zhang, J., Koziol-White, C.J., Cooper, P.R., Hallam, T.J., Hay, D.W.P., **Panettieri, R.A., Jr.**: *In vitro* and *in vivo* pharmacological profile of PL-3994, a novel cyclic peptide (Hept-cyclo(Cys-His-Phe-D-Ala-Gly-Arg-D-Nle-Asp-Arg-Ile-Ser-Cys)-Tyr-[Arg mimetic]-NH$_2$) natriuretic peptide receptor-A agonist that is resistant to neutral endopeptidase and acts as a bronchodilator. Pulm. Pharmcol. Ther. 26:229-238, 2013 (PMID: 23154072, PMCID: PMC4070431).

191. Wang, R., Mercaitis, O.P., Jia, L., **Panettieri, R.A., Jr.**, Tang, D.D.: Raf-1, actin dynamics and abelson tyrosine kinase in human airway smooth muscle cells. Am. J. Respir. Cell Mol. Biol. 48:172-178, 2013 (PMID: 23087049; PMCID: PMC3604063).

192. Assael, B.M., Pressler, T., Bilton, D., Fayon, M., Fischer, R., Chiron, R., LaRosa, M., Knoop, C., McElvaney, N., Lewis, S.A., Bresnik, M., Montgomery, A.B., Oermann, C.M., AZLI Active Comparator Study Group Including **Panettieri, R.A., Jr.**: Inhaled aztreonam lysine vs. inhaled tobramycin in cystic fibrosis: a comparative efficacy trial. J. Cyst. Fibros. 12:130-140, 2013 (PMID: 22985692).

193. Lotvall, J., **Panettieri, R.A., Jr.**: Reviewer acknowledgement 2012. Respir. Res. 14:12, 2013.

194. Columbo, M., Wong, B., **Panettieri, R.A., Jr.**, Rohr, A.S.: Asthma in the elderly: the role of exhaled nitric oxide measurements. Respir. Med. 107:785-787, 2013 (PMID: 23481173; PMCID: PMC4034737).

195. Columbo, M., Wong, B., **Panettieri, R.A., Jr.**, Rohr, A.S.: The effect of multiple allergen immunotherapy on exhaled nitric oxide in adults with allergic rhinitis (brief communication). Allergy Asthma Clin. Immunol. 9:31, 2013 (PMID: 23958488; PMCID: PMC3751795).

196. Balenga, N.A., Jester, W., Jiang, M., **Panettieri, R.A., Jr.**, Druey, K.M.: Loss of regulator of G protein signaling 5 (RGS5) promotes airway hyperresponsiveness in the absence of allergic inflammation. J. Allergy Clin. Immunol. 134:451-459.e11, 2014 (PMID: 24666695; PMCID: PMC4119844).

197. Himes, B.E., Jiang, X., Wagner, P., Hu, R., Wang, Q., Klanderman, B., Whitaker, R.M., Duan, Q., Lasky-Su, J., Nikolos, C., Jester, W., Johnson, M., **Panettieri, R.A., Jr.**, Tantisira, K.G., Weiss, S.T., Lu, Q.: RNA-seq transcriptome profiling identifies *CRISPLD2* as a glucocorticoid responsive gene that modulates cytokine function in airway smooth muscle cells. PLoS One 9:e99625, 2014 (PMID: 24926665; PMCID: PMC4057123).

198. Deshpande, D.A., Yan, H., Kong, K.C., Tiegs, B.C., Horvat, S.J., Pera, T., **Panettieri, R.A., Jr.**, Eckhart, A.D., Penn, R.B.: Exploiting functional domains of GRK2/3 to alter the competitive balance of pro- and anticontractile signaling in airway smooth muscle. FASEB J. 28:956-965, 2014 (PMID: 24132623; PMCID: PMC3898647).

199. Robinett, K.S., Koziol-White, C.J., Akoluk, A., An, S.S., **Panettieri, R.A., Jr.**, Liggett, S.B.: Bitter taste receptor function in asthmatic and nonasthmatic human airway smooth muscle cells. Am. J. Respir. Cell Mol. Biol. 50:678-683, 2014 (PMID: 24219573; PMCID: PMC4068928).

200. Damera, G., **Panettieri, R.A., Jr.**: Irreversible airway obstruction in asthma: what we lose, we lose early. Allergy Asthma Proc. 35:111-118, 2014 (PMID: 24717787).

201. Kim, W.K., Jain, D., Sanchez, M.D., Koziol-White, C.J., Matthews, K., Ge, M.Q., Haczku, A., **Panettieri, R.A., Jr.**, Frieman, M.B., Lopez, C.B.: Deficiency of melanoma differentiation-associated protein 5 (MDA5) results in exacerbated chronic postviral lung inflammation. Am. J. Respir. Crit. Care Med. 189:437-448, 2014 (PMID: 24417465; PMCID: PMC3977719).

202. Morgan, S.J., Deshpande, D.A., Tiegs, B.C., Misior, A.M., Yan, H., Hershfeld, A.V., Rich, T.C., **Panettieri, R.A., Jr.**, An, S.S., Penn, R.B.: Beta-agonist-mediated relaxation of airway smooth muscle is PKA-dependent. J. Biol. Chem. 289:23065-23074, 2014 (PMID: 24973219; PMCID: PMC4132805).

203. Hu, R., Pan, W., Fedulov, A.V., Jester, W., Jones, M.R., Weiss, S.T., **Panettieri, R.A., Jr.**, Tantisira, K., Lu, Q.: MicroRNA-10a controls airway smooth muscle cell proliferation via direct targeting of the PI 3 kinase pathway. FASEB J. 28:2347-2357, 2014 (PMID: 24522205; PMCID: PMC3986841).

204. Lotvall, J., **Panettieri, R.A., Jr.**: Reviewer acknowledgement 2013. Respir. Res. 15:7, 2014.

205. Columbo, M., **Panettieri, R.A., Jr.**, Rohr, A.S.: Asthma in the elderly: A study of the role of vitamin D. Allergy Asthma Clin. Immunol. 10:48, 2014 (PMID: 25221606; PMCID: PMC4162927).

206. Fitzgerald, R., De Santiago, B., Lee, D.Y., Yang, G., Kim, J.Y., Foster, D.B., Chan-Li, Y., Horton, M.R., **Panettieri, R.A., Jr.**, Wang, R., An, S.S.: H₂S relaxes isolated human airway smooth muscle cells via the sarcolemmal K$_{ATP}$ channel. Biochem. Biophys. Res. Commun. 446:393-398, 2014 (PMID: 24613832; PMCID: PMC4003869).

207. Brightling, C.E., Bleecker, E.R., **Panettieri, R.A., Jr.**, Bafadhel, M., She, D., Ward, C.K., Xu, X., Birrell, C., van der Merwe, R.: Benralizumab for chronic obstructive pulmonary disease and sputum eosinophilia: a randomised, double-blind, placebo-controlled, phase 2a study. Lancet Respir. Med. 2:891-901, 2014 (PMID: 25208464).

208. Dileepan, M., Jude, J.A., Rao, S.P., Walseth, T.F., **Panettieri, R.A., Jr.**, Subramanian, S., Kannan, M.S.: MicroRNA-708 regulates CD38 expression through signaling pathways JNK MAP kinase and PTEN/AKT in human airway smooth muscle cells. Respir. Res. 15:107, 2014 (PMID: 25175907; PMCID: PMC4156970).

209. Carr, R., Du, Y., Quoyer, J., **Panettieri, R.A., Jr.**, Janz, J.M., Bouvier, M., Kobilka, B.K., Benovic, J.L.: Development and characterization of pepducins as Gs-biased allosteric agonists. J. Biol. Chem. 289:35668-35684, 2014 (PMID: 25395624; PMCID: PMC4276837).

210. Lotvall, J., **Panettieri, R.A., Jr.**: Reviewer acknowledgement 2014. Respir. Res. 16:9, 2015.

211. Marozkina, N.V., Wang, X.Q., Stsiapura, V., Fitzpatrick, A., Carraro, S., Hawkins, G.A., Bleecker, E., Meyers, D., Jarjour, N., Fain, S.B., Wenzel, S., Busse, W., Castro, M., **Panettieri, R.A., Jr.**, Moore, W., Lewis, S.J., Palmer, L.A., Altes, T., de Lange, E.E., Erzurum, S., Teague, W.G., Gaston, B.: Phenotype of asthmatics with increased airway S-nitrosoglutathione reductase activity. Eur. Respir. J. 45:87-97, 2015. PMID: 25359343; PMCID: PMC4283933.

212. Erratum. Marozkina, N.V., Wang, X.Q., Stsiapura, V., Fitzpatrick, A., Carraro, S., Hawkins, G.A., Bleecker, E., Meyers, D., Jarjour, N., Fain, S.B., Wenzel, S., Busse, W., Castro, M., **Panettieri, R.A., Jr.**, Moore, W., Lewis, S.J., Palmer, L.A., Altes, T., de Lange, E.E., Erzurum, S., Teague, W.G., Gaston, B.: Phenotype of asthmatics with increased airway S-nitrosoglutathione reductase activity. Eur. Respir J. 2015 Jun;45(6):1763. Doi: 10.1183/09031936.50042414. PMID: 26028625.

213. Balenga, N.A., Klichinsky, M., Xie, Z., Chan, E.C., Zhao, M., Jude, J.A., Laviolette, M., **Panettieri, R.A., Jr.**, Druey, K.M.: A fungal protease allergen provokes airway hyperresponsiveness in asthma. Nat. Commun. 6:6763, 2015 (PMID: 25865874; PMCID: PMC4396684).

214. Sharma, A., Menche, J., Huang, C., Ort, T., Zhou, X., Kitsak, M., Sahni, N., Thibault, D., Voung, L., Guo, F., Gulbahce, N., Baribaud, F., Tocker, J., Dobrin, R., Barnathan, E., Liu, H., **Panettieri, R.A., Jr.**, Tantisira, K.G., Qiu, W., Raby, B.A., Silverman, E.K., Vidal, M., Weiss, S.T., Barabasi, A.L.: A disease module in the interactome explains disease heterogeneity, drug response and captures novel pathways and genes. Hum. Mol. Genet. 24:3005-3020, 2015 (PMID: 25586491; PMCID: PMC4447811).

215. Jiang, H., Xie, Y., Abel, P.W., Wolff, D.W., Toews, M.L., **Panettieri, R.A., Jr.**, Casale, T.B., Tu, Y.: RGS2 repression exacerbates airway hyperresponsiveness and remodeling in asthma. Am. J. Respir. Cell Mol. Biol. 53:42-49, 2015 (PMID: 25368964; PMCID: PMC4566111).

216. Guedes, A.G., Deshpande, D.A., Dileepan, M., Walseth, T.F., **Panettieri, R.A., Jr.**, Subramanian, S., Kannan, M.S.: CD38 and airway hyperresponsiveness: Studies on human airway smooth muscle cells and mouse models. Can. J. Physiol. Pharmacol. 93:145-153, 2015 (PMID: 25594684; PMC4648235).

217. Gupta, M.K., Asosingh, K., Aronica, M., Comhair, S., Cao, G., Erzurum, S., **Panettieri, R.A., Jr.**, Naga Prasad, S.V.: Defective resensitization in human airway smooth muscle cells evokes β-adrenergic

receptor dysfunction in severe asthma. PLoS One 10(5):e0125803, 2015 (PMID: 26023787; PMCID: PMC4449172).

218. McGeachie, M.J., Wu, A.C., Tse, S.M., Clemmer, G.L., Sordillo, J., Himes, B.E., Lasky-Su, J., Chase, R.P., Martinez, F.D., Weeke, P., Shaffer, C.M., Xu, H., Denny, J.C., Roden, D.M., **Panettieri, R.A., Jr.**, Raby, B.A., Weiss, S.T., Tantisira, K.G.: CTNNA3 and SEMA3D: promising loci for asthma exacerbation identified through multiple genome-wide association studies. J. Allergy Clin. Immunol. 136:1503-1510, 2015 (PMID: 26073756; PMCID: PMC4676949).

219. Jemielita, T., Gerton, G.L., Neidell, M., Chillrud, S., Yan, B., Stute, M., Howarth, M., Saberi, P., Fausti, N., Penning, T.M., Roy, J., Propert, K.J., **Panettieri, R.A., Jr.**: Unconventional gas and oil drilling is associated with increased hospital utilization rates. PLoS One 2015 Jul 15;10(7):e0131093. eCollection 2015. DOI: 10.1371/journal.pone.0131093. PMID: 26176544.

220. Jemielita, T., Gerton, G.L., Neidell, M., Chillrud, S., Yan, B., Stute, M., Howarth, M., Saberi, P., Fausti, N., Penning, T.M., Roy, J., Propert, K.J., **Panettieri, R.A., Jr.** Correction: Unconventional gas and oil drilling is associated with increased hospital utilization rates. PLoS One 2015 Aug 28;10(8):e0137371. DOI: 10.1371/journal.pone.0137371. PMID: 26317358. PMCID: PMC4552724.

221. Himes, B.E., Koziol-White, C., Johnson, M., Nikolos, C., Jester, W., Klanderman, B., Litonjua, A.A., Tantisira, K.G., Truskowski, K., MacDonald, K., **Panettieri, R.A., Jr.**, Weiss, S.T.: Vitamin D modulates expression of the airway smooth muscle transcriptome in fatal asthma. PLoS One., 10(7):e0134057 (PMID: 26207385; PMCID: PMC4514847).

222. Kohli, P., Pinto-Plata, V., Divo, M., Malhotra, A., Harris, R.S., Lazaar, A., Flynn, A., Tal-Singer, R., **Panettieri, R.A., Jr.**, Celli, B.: Functional capacity, health status and inflammatory biomarker profile in a cohort of patients with COPD. J. Cardiopulm. Rehab. Prev. 35:348-355, 2015 (PMID: 26309192; PMCID: PMC4551136).

223. Sun, Y., Jain, D., Genoyer, E., Gilbert, M., Tapia, K., Koziol-White, C.J., **Panettieri, R.A., Jr.**, Hodinka, R.L., Lopez, C.B.: Immunostimulatory defective viral genomes from respiratory syncytial virus promote a strong innate antiviral response during infection in mice and humans. PLoS Pathogens 11(9):e1005122, 2015 (PMID: 26336095; PMCID: PMC4559413).

224. Liao, G., **Panettieri, R.A., Jr.**, Tang, D.D.: MicroRNA 203 negatively regulates c-Abl, ERK1/2 phosphorylation and proliferation in smooth muscle cells. Physiol. Rep. 3(9) pii: e12541, 2015 (PMID: 26400984; PMCID: PMC4600385).

225. **Panettieri, R.A., Jr.**, Brightling, C., Sjobring, U., Peterffy, A., Tornling, G., Daoud, S., Ranade, K., Hollis, S., Colice, G.: STRATOS 1 and 2: considerations in clinical trial design for a fully human monoclonal antibody in severe asthma. Clin. Invest. 5:701-711, 2015.

226. Carr, R. III, Koziol-White, C., Zhang, J., Lam, H., An, S.S., Tall, G.G., **Panettieri, R.A., Jr.**, Benovic, J.L.: Interdicting Gq activation in airway disease by receptor-dependent and receptor-independent mechanisms. Mol. Pharmacol. 89:94-104, 2016 (PMID: 26464325).

227. An, S., Mitzner, W., Tang, W.Y., Ahn, K., Yoon, A.R., Huang, J., Kilic, O., Yong, H.M., Fahey, J.W., Kumar, S., Biswal, S., Holgate, S.T., **Panettieri, R.A., Jr.**, Solway, J., Liggett, S.B.: An inflammation-independent contraction mechanophenotype of airway smooth muscle in asthma. J. Allergy Clin. Immunol 2016 Jul;138(1);294-297 doi: 10.1016/j.jaci.2015.12.1315. PMID 26936804. Epub 2016 Feb 28.

228. Li, S., Koziol-White, C., Jude, J., Jiang, M., Zhao, H., Cao, G., Yoo, E., Jester, W., Morley, M.P., Lu, M.M., **Panettieri, R.A., Jr.***, Morrisey, E.E.: Epithelium-generated neuropeptide Y induces smooth muscle contraction to promote airway hyperresponsiveness. J. Clin. Invest., 126(5):1978-82. doi: 10.1172/JCI81389. PMID 27088802. Epub 2016 Apr 18. *co-senior author

229. Dileepan, M., Sarver, A.E., Rao, S.P., **Panettieri, R.A., Jr.**, Subramanian, S., Kannan, M.S.: MicroRNA mediated chemokine responses in human airway smooth muscle cells. PLoS One, 11(3):e0150842. doi: 10.1371/journal.pone.0150842. eCollection 2016 (PMID: 26998837; PMCID: PMC4801396).

230. Ghosh, A., Koziol-White, C.J., Aosingh, K., Cheng, G., Ruple, L., Rodgers, J., Groneberg, D., Friebe, A., Comhair, S., Stasch, J.-P., **Panettieri, R.A., Jr.**, Aronica. M.A., Erzurum, S.C., Stuehr, D.J.: Soluble guanylate cyclase as an alternative target for bronchodilator therapy in asthma. PNAS, 113(17):E2355-62. Doi: 10.1073/pnas.1524398113. PMID 2707111. Epub 2016 Apr 11.

231. Jude, J., Koziol-White, C., Scala, J., Yoo, E., Jester, W., Maute, C., Dalton, P., **Panettieri, R.A., Jr.**: Formaldehyde induces Rho-associated kinase activity to evoke airway hyperresponsiveness. Am. J. Respir. Cell Mol. Biol. 2016 Oct;55(4):542-553. PMID: 27149505

232. Koziol-White, C.J., Yoo, E.J., Cao, G., Zhang, J., Papanikolaou, E., Puchkarsky, I., Andrews, A., Himes, B., Damoiseaux, RD., Liggett, S., Di Carlo, D., Kurten, R., **Panettieri, R.A., Jr.**: Inhibition of phosphoinositide 3-kinase (PI3K) promotes dilation of human small airways in a Rho kinase-

dependent manner. Br. J. Pharmacol., 2016 Sep;173(18):2726-38. Doi: 10.1111/bph.13542, PMID: 27352269

233. Koziol-White, C.J., Jia, Y., Baltus, G.A., Cooper, P.R., Zaller, D.M., Crackower, M.A., Sirkowski, E.E., Smock, S., Alves, S.E., **Panettieri, R.A., Jr.**: Inhibition of spleen tyrosine kinase attenuates IgE-mediated bronchoconstriction and mediator release in human precision cut lung slices. Br. J. Pharmacol. 2016 Nov;173(21):3080-3087. Doi: 10.1111/bph.13550. PMID: 27417329

234. Xie, Y., Jiang, H., Zhang, Q., Mehrotra, S., Abel, P., Toews, M.L., Wolff, D.W., **Panettieri, R.A., Jr.,** Casale, T.B., Tu, Y. Upregulation of RGS2: A New Mechanism for Pirfenidone Amelioration of Pulmonary Fibrosis. Resp. Res. 2016 Aug 22;17(1):103. Doi: 10.1186/s12931-016-0418-4. PMID: 27549302

235. Aisenberg, W.H., Huang, J., Zhu, W., Rajkumar, P., Cruz, R., Santhanam, L., Natarajan, N., Mee Yong, H., De Santiago, B., Jin Oh, J., Yoon, A., **Panettieri, R.A.,** Homann, O., Sullivan, J.K., Liggett, S.B., Pluznick, J.L. An, S.S. Defining an olfactory receptor function in airway smooth muscle cells. Sci Rep. 2016 Dec 1; 6:38231. Doi: 10.1038/srep38321. PMID: 27905542

236. Sasse, S., Altonsy, M., Kadiyala, V., Cao, G., **Panettieri, RA, Jr.,** Gerber, A. Glucocorticoid and TNF signaling converge at A20 (TNFAIP3) to repress airway smooth muscle cytokine expression. Am. J. Physiol. Lung Cell. Mol. Physiol. 2016 Aug 1;311(2):L421-32. Doi: 10.1152/ajplung.00179.2016. PMID 2737173.

237. Yan, B., Stute, M., **Panettieri, RA, Jr.,** Ross, J., Mailloux, B., Neidell, MJ., Soares, L., Howarth, M., Liu, X., Saberi, P., Chillrud, SN. Association of groundwater constituents with topography and distance to unconventional gas wells in NE Pennsylvania. J. Sci. Tot. Env. 2017 Jan 15; 577:195-201. Doi: 10.1016/j.scitotenv.2016.10.160 PMID: 27817928

238. Ojiaku, C., Yoo, E., **Panettieri, RA Jr.** TGF-β1 Function in Airway Remodeling and Hyperresponsiveness: The Missing Link? Am. J. Respir. Cell Mol. Biol. 2017 Apr;56(4):432-442. Doi: 10.1165/rcmb.2016-0307TR. PMID: 27854509. PMCID: PMC5449515.

239. Sasse, SK, Kadiyala, V., Danhorn, T., **Panettieri, RA, Jr.,** Phang, TL, Gerber, AN. Glucocorticoid receptor ChIP-seq identifies PLCD1 as a KLF15 target that represses airway smooth muscle hypertrophy. Am. J. Respir. Cell Mol. Biol. 2017 Aug;57(2)226-237. Doi: 10.1165/rcmb.2016-0357OC. PMID: 28375666. PMCID: PMC5576583.

240. Chipps, BE., Corren, J., Israel, E., Katial, R., Land, DM., **Panettieri, RA, Jr.,** Peters, S., Farrar, JR. Asthma Yardstick: Practical recommendations for a sustained step-up in asthma therapy for poorly controlled asthma. Ann Allergy Asthma Immunol 2017 Feb;118(2):133-142.e3. doi: 10.1016/j.anai.2016.12.010. PMID: 28153079.

241. Corren, J., Kavati, A., Ortiz., B., Colby, JA., Ruiz, K., Maiese, BA., Cadarette, S., **Panettieri, RA Jr.** Efficacy and safety of omalizumab in children and adolescents with moderate-severe asthma: a systematic literature review. Allergy Asthma Proc. 2017 Jul 1;38(4):250-263. Doi: 10.2500/aap.2017.38.4067. PMID: 28631599.

242. Prakash, YS., Halayko, AJ., Gosens, R., **Panettieri, RA Jr.,** Camoretti-Mercado, B., Penn, RB.; An Official American Thoracic Society Research Statement: Current Challenges Facing Research and Therapeutic Advances in Airway Remodeling. Am J. Respir Crit Care Med. 2017 Jan 15;195(2):e4-e19. Doi: 10.1164/rccm.201611-2248ST. PMID: 28084822.

243. Sousa, A., Marshall, R., Warnock, L., Bolton, S., Hastie, A., Symon, F., Hargadon, B., Marshall, H., **Panettieri, R.,** Knowles, R., Bleecker, E., Wardlaw, A. Responsiveness to oral prednisolone in severe asthma is related to the degree of eosinophilic airway inflammation. Clin Experi Allergy. 2017 Jul;47(7):890-899. Doi: 10.1111/cea.12954. PMID: 28493293.

244. Winterbottom CJ, Shah RJ, Patterson KC, Kreider ME, **Panettieri RA Jr.,** Rivera-Lebron B, Miller WT, Litzky LA, Penning TM, Heinlen K, Jackson T, Localio AR, Christie JD. Exposure to Ambient Particulate Matter Is Associated With Accelerated Functional Decline in Idiopathic Pulmonary Fibrosis. Chest. 2018 May;153(5):1221-1228. Doi: 10.1016/j.chest.2017.07.034. PMID: 28802694. Epub 2017 Aug 9.

245. Erickson MA, Jude J, Zhao H, Rhea EM, Salameh TS, Jester W, Pu S, Harrowitz J, Nguyen N, Banks WA, **Panettieri RA Jr.,** Jordan-Sciutto KL. Serum amyloid A: an ozone-induces circulating factor with potentially important functions in the lung-brain axis. FASEB J 2017 Sep;31(9):3950-3965. Doi: 10.1096/fj.201600857RRR.Epub 2017 May 22. PMID: 285333327. PMCID: PMC5572691.

246. Erratum. Erickson MA, Jude J, Zhao H, Rhea EM, Salameh TS, Jester W, Pu S, Harrowitz J, Nguyen N, Banks WA, **Panettieri RA Jr.,** Jordan-Sciutto KL. Serum amyloid A: an ozone-induces circulating factor with potentially important functions in the lung-brain axis. FASEB j. 2018 Jan;32(1):535. Doi: 10/1096/fj.201600857RRRERR. PMID: 29295887. PMCID: PMC6191071.

247. Ojiaku CA, Cao G, Zhu W, Yoo EJ, Shumyatcher M, Himes BE, An SS, **Panettieri RA Jr.** TGF β1 Evokes Human Airway Smooth Muscle Cell Shortening and Hyperresponsiveness via Smad3. Am J Respir Cell Mol Biol. 2017 Oct 6. Doi: 10.1165/rcmb.2017-0247OC. PMID: 28984468.

248. Pera T, Deshpande DA, Ippolito M, Wang B, Gavrila A, Michael JV, Nayak AP, Tompkins E, Farrell E, Kroeze WK, Roth BL, **Panettieri, RA Jr.**, Benovic JL, An SS, Sulin NO, Penn RB. Biased Signaling of the proton-sensing receptor OGR1 by benzodiazepines. FASEB J. 2017 Oct 17. Pii: fj.201700555R. doi: 10.1096/fj.20170055R. PMID: 29042451.

249. Croisant SA, Lin YL, Shearer JJ, Prochaska J, Phillips-Savoy A, Gee J, Jackson D, **Panettieri RA**, Howarth M, Sullivan J, Black BJ, Tate J, Nguyen D, Anthony A, Knan A, Fernando H, Ansari GAS, Rowe G, Howrey B, Singleton, C, Elferink C. The Gulf Coast Health Alliance: Health Risks Related to the Macondo Spill (GC-HARMS) Study: Self-Reported Health Effects. Int J Environ Res Public Health. 2017 Oct 31;14(11). Pii: E1328. Doi: 10.3390/ijerph14111328.PMID: 29088124.

250. Yoo EJ, Cao G, Koziol-White CJ, Ojiaku CA, Sunder K, Jude JA, Michael JV, Lam H, Pushkarsky I, Damoiseaux R, Di Carlo D, Ahn K, An SS, Penn RB, **Panettieri RA Jr.** Gα₁₂ facilitates shortening in human airway smooth muscle by modulating phosphoinsoditide 3-Kinase-mediated activation in a RhoA-dependent manner. Br J Pharmacol. 2017 Dec;174(23):4383-4395. Doi: 10.1111/bph.14040. Epub 2017 Nov 12 PMID: 28921504

251. McKnight CG, Jude JA, Zhu Z, **Panettieri RA Jr**, Finkelman FD. House Dust Mite-Induced Allergic Airway Disease is Independent of IgE and FcεRIα. Am J Respir Cell Mol Biol. 2017 Dec;57(6):674-682. doi: 10.1165/rcmb.2016-0356OC. PMID. 28700253.

252. Blaiss MS, Castro M, Chipps BE, Zitt M, **Panettieri, RA Jr,** Foggs MB. Guiding principles for use of newer biologics and bronchial thermoplasty for patients with severe asthma. Ann Allergy Asthma Immunol. 2017 Dec;119(6):533-540. Doi: 10.1016/j.anai.2017.09.058. PMID: 29103801.

253. Velalopoulou A, Chatterjee S, Pietrofesa RA, Koziol-White C, **Panettieri RA**, Lin L, Tuttle S, Berman A, Koumenis C, Christofidou-Solomidou M. Synthetic Secoisolar4iciresinol Diglucoside (LGM2605) Protects Human Lung in an Ex Vivo Model of Proton Radiation Damage. Int J Mol Sci. 2017 Nov 25;18(12). Pii: E2525. Doi: 10.3390/iijms18122525. PMID: 29186841.

254. Johnstone TB, Smith KH, Koziol-White CJ, Kazarian AG, Corpuz ML, Shumyatcher M, Ehlert FJ, Himes BE, **Panettieri RA Jr,** Ostrom RS. PDE8 is Expressed in Human Airway Smooth Muscle and Selectively Regulates cAMP Signaling by β₂AR-AC6. Am J Respir Cell Mol Biol2018 Apr;58(4):530-541. Doi: 10.1165/rcmb.2017-0294OC. PMID: 29262264.

255. McKnight CG, Jude JA, Zhu Z, **Panettieri RA Jr.**, Finkelman FD. House Dust Mite-Induced Allergic Airway Disease Is Independent of IgE and FcεRIα. Am J Respire Cell Mol Biol. 2017 Dec;57(6):674-682. Doi: 10.1165/rcmb.2016-03456OC. PMID: 28700253.

256. Manorak W, Idahosa C, Gupta K, Roy S, **Panettieri R Jr**, Ali H. Upregulation of Mas-related G Protein coupled receptor X2 in asthmatic lung mast cells and its activation by the novel neuropeptide hemokinin-1. Respir Res. 2018 Jan 3;19(1). Doi: 10.1186/s12931-017-0698-3. PMID: 29295703.

257. Kennedy, JL, Koziol-White, CJ, Jeffus, S, Rettiganti, MR, Fisher P, Kurten M, Eze A, House S, Sikes JD, Askew E, Putt C, **Panettieri RA,** Jones, SM, Kurten, RC. Effects of Rhinovirus (RV) 39 Infection on Airway Hyper-responsiveness (AHR) to Carbachol in Human Airways Precision Cut Lung Slices (PCLS). J Allergy Clin Immunol. 2018 Jan 6. Pii: S0091-6749(18)30024-1. Doi: 10.1016/jaci.2017.11.041. PMID: 29317243.

258. Corren J, Kavati A, Ortiz B, Vegesna A, Colby JA, **Panettieri, RA Jr.** Patient-reported outcomes in moderate-to-severe allergic asthmatics treated with omalizumab: a systematic literature review of randomized controlled trials. Curr Med Res Opin. 2018 Jan;34(1):65-80. Doi: 10.1080/03007995.2017.1395734. PMID: 29057669.

259. Madigan LA, Wong GS, Gordon EM, Chen WS, Balenga N, Koziol-White CJ, **Panettieri RA Jr.**, Levine SJ, Druey KM. RGS4 Overexpression in Lung Attenuates Airway Hyperresponsiveness in Mice. Am J Respir Cell Mol Biol. 2018 Jan;58(1):89-98. Doi: 10.1165/rcmb.2017-0109OC. PMID: 28853915.

260. Pushkarsky I, Tseng P, Black D, France B, Warfe L, Koziol-White CJ, Jester WF Jr, Trinh RK, Lin J, Scumpia PO, Morrison SL, **Panettieri RA Jr,** Damoiseaux R, Di Carlo D. Elastomeric sensor surfaces for high-throughput single-cell force cytometry. Nature Biomedical Engineering. 2018 2;(2): 124-137. Doi: 10.1038/s41551-018-0193-2. PMID: 17425343.

261. **Panettieri, RA** Jr, Wang M, Braddock M, Bowen K, Colice G. Tralokinumab for the treatment of severe, uncontrolled asthma. Immunotherapy. 2018 Mar 1;10(6):473-490. Doi: 10.2217/imt-2017-0191. Epub 2018 Mar 14. PMID: 29536781

262. Ostrom R, Johnstone T, Kaitlyn S, Koziol-White C, Li F, Kazarian A, Panon Corpuz M, Shumyatcher M, Ehlert F, Himes B, **Panettieri, RA**. PDE8 is expressed in human airway smooth muscle and

selectively regulates cAMP signaling by β2-Adrenergic Receptors and Adenylyl Cyclase 6.  Am J Respir Cell Mol Biol.  2018 Apr;58(4):530-541.  Doi:  10.1165/rcmb.2017-0294OC.  PMID: 29262264.

263. Laidlaw TM, Prussin C, **Panettieri RA**, Lee S, Ferguson BJ, Adappa ND, Lane AP, Palumbo ML, Sullivan M, Archibald D, Dworetzky SI, Hebrank GT, Bozik ME.  Dexpramipexole depletes blood and tissue eosinophils in nasal polyps with no change in polyp size.  Laryngoscope. 2018 Oct 4.  Doi: 10.1002/lary.27564.  Epub ahead of print PMID:  30284267.

264. Galior K, Ma VP, Liu Y, Su H, Baker N, **Panettieri RA Jr**, Wontrakook C, Salaita K.  Molecular Tension Probes to Investigate the Mechanopharmacology of Single Cells; A Step toward Personalized Mechanomedicine.  Adv Healthc Mater. 2018 Jul;7(14):e1800069.  Doi: 10.1002/adhm.201800069.  Epub 2018 May 22.  PMID: 30085773

265. Ke X, Kavati A, Wertz D, Huang Q, Wang L, Willey VJ, Stephenson JJ, Ortiz B, **Panettieri, RA**, Corren J.  Real-World Clinical Characteristics, Treatment Patterns, and Exacerbations in Patients With Asthma Newly Treated with Omalizumab.  Clin Ther.  2018 Jul;40(7):1140-1158.e4.  doi: 10.1016/j.clinthera.2018.05.014.  Epub 2018 Jul 23.  PMID:  30049502.

266. **Panettieri, RA Jr**, Sjobring U, Peterffy A, Wessman P,m Bowen K, Piper E, Colice G, Brightling CE.  Tralokinumab for severe, uncontrolled asthma (STRATOS 1 and STRATOS 2):  two randomized, double-blind, placebo-controlled, phase 3 clinical trials.  Lancet Respir Med.  2018 Jul;6(7):511-525.  Doi:  10.1016/S2213-2600(18)30184-X.  Epub 2018 May 20.  PMID 29792288

267. Tliba O, **Panettieri, RA Jr**.  Paucigranulocytic asthma:  Uncoupling of airway obstruction from inflammation.  J Allergy Clin Immunol. 2018 Jun 19 Pii:  S0091-6749(18)30861-3.  Doi:  10.1016/jaci.2018.06.008 Epub ahead of print.  PMID:  29928921

268. Chan EC, Ren C, Xie Z, Jude J, Barker T, Koziol-White CA, Ma M, **Panettieri RA Jr**, Wu D, Rosenberg HF, Druey KM.  Regulator of G protein signaling 5 restricts neutrophil chemotaxis and trafficking.  J Biol Chem. 2018 Aug 17;293(33):12690-12702.  Doi:  10.1074/jbc.RA118.002404.  Epub 2018 Jun 21 PMID:  29929985

269. Chachi L, Alzahrani A, Koziol-White C, Biddle, M, Bagadood R, **Panettieri RA Jr**, Bradding P, Amrani Y.  Increased β2-adrenoceptor phosphorylation in airway smooth muscle in severe asthma:  possible role of mast cell-derived growth factors.  Clin Exp Immunol. 2018 Nov;194(2):253-258.  Doi:  10.1111/cei.13191.  Epub 2018 Sep 30.  PMID:  30069878

270. Corren J, **Panettieri RA Jr**.  How important is Adherence to Inhaled Medications Before Starting a Biologic Therapy for Asthma?  J Allergy Clin Immunol Pract. 2018 Sep-Oct;6(5):1578-1579.  Doi:  10.1016/j.jaip.2018.07.007.  PMID:  30197071

271. Bleecker ER, **Panettieri RA Jr**, Wenzel SE.  Clinical issues in Severe Asthma:  Consensus and Controversies on the Road to Precision Medicine.  Chest. 2018 Oct;154(4):982-983.  Doi:  10.1016/j.chest.2018.08/1022.  PMID:  30290932

272. Xie Y, Jiang H, Abel PW, **Panettieri RA Jr**, Casale TB, Tu Y.  Upregulatedd P-Rex1 exacerbates human airway smooth muscle hyperplasia in asthma.  J Allergy Clin Immunol. 2018 Oct 10. Llpii:  S0091-6749(18)31424-6.  Doi:  10.1016/j.jaci.2018.09.020.  Epub ahead of print.  PMID:  30312708

273. Kennedy JL, Kurten RC, McCullough S, **Panettieri RA Jr**, Koziol-White C, Jones SM, Caid K, Gill PS, Roberts D, Jaeschke H, McGill MR, James L.  Acetaminophen is both bronchodilatory and bronchoprotective in human precision cut lung slice airways.  Xenobiotica. 2018 Oct 17-29.  Doi:  10.1080/00498254.2018.1536814.  Epub ahead of print.  PMID:  30328361

274. Kim D, Cho S, Castano MA, **Panettieri RA Jr**, Woo JA, Liggett SB.  Biased TAS2R Broncodilators Inhibit Airway Smooth Muscle Growth by Downregulating Perk1/2.  Am J. Respir Cell Mol Biol. 2018 Oct 26.  Doi:  10.1165/rcmb.2018-0189OC.  Epub ahead of print.  PMID 30365340

275. Orfanos S, Jude J, Deeney BT, Cao G, Rastogi D, van Zee M, Pushkarsky I, Munoz HE, Damoiseaux R, De Carlo D, **Panettieri RA Jr**.  Obesity increases airway smooth muscle responses to contractile agonists. Am J Physiol Lung Cell Mol Physiol.  2018 Nov 1;315(5):L673-L681.  Doi:  10.1152/ajplung.00459.2017.  Epub 2018 Aug 30. PMID. 30160518.

276. Pushkarsky I, Tseng P, Black D, France B, Warfe L, Koziol-White CJ, Jester WF Jr, Trinh RK, Lin J, Scumpia PO, Morrison SL, **Panettieri RA Jr**, Damoiseaux R, Di Carlo D. Elastomeric sensor surfaces for high-throughput single-cell force cytometry. Nat Biomed Eng. 2018 Apr;2(4):265. Doi:  10.1038/s41551-018-0207-0. PMID: 31015734.

277. Pushkarsky I, Tseng P, Black D, France B, Warfe L, Koziol-White CJ, Jester WF Jr, Trinh RK, Lin J, Scumpia PO, Morrison SL, **Panettieri RA Jr**, Damoiseaux R, Di Carlo D. Publisher Correction:  Elastomeric sensor surfaces for high-throughput single-cell force cytometry. Nat Biomed Eng. 2018 Apr;2(4):265. doi: 10.1038/s41551-018-0207-0. (PMID:31015734)

278. **Panettieri, RA Jr**, Wechsler ME, Wenzel SE. Clinical Issues in Severe Asthma: Debates and Discussions About Personalizing Patient Management. Chest. 2018 Dec;154(6):1459-1460. Doi: 10.1016/j.chest.2018.09.002. PMID: 30526975

279. Lynch D, Dong YN, Hsu FC, Jude J, Mott R, Coulter D, **Panettieri RA Jr**, Goncharova E, Goncharov D, Cines D, Stepanova V, Koziol-White C. Functional NMDA receptors are expressed by human pulmonary artery smooth muscle cells. Am J Physiol Lung Cell Mol Physiol. 2019 Mar 1;316(3):L445-L455. doi: 10.1152/ajplung.00537.2017. Epub 2018 Dec 13. PMID 33859248.

280. **Panettieri R.A**, Schaafsma D, Amrani Y, Koziol-White C, Ostrom R, Tliba O. Non-genomic Effects of Glucocorticoids: An Updated View. Trends Pharmacol Sci. 2019 Jan;40(1):38-49. doi: 10.1016/j.tips.2018.11.002. Epub 2018 Nov 26. Review. (PMID: 30497693)

281. Duan S, Koziol-White CJ, Jester WF Jr, Nycholat CM, Macauley MS, **Panettieri RA Jr**, Paulson JC. CD33 recruitment inhibits IgE-mediated anaphylaxis and desensitizes mast cells to allergen. J Clin Invest. 2019 Mar1;129(3):1387-1401. Doi: 10.1172/JCI125456. Epub2019 Feb 18. PMID: 30645205

282. Kan M, Koziol-White C, Shumyatcher M, Johnson M, Jester W, **Panettieri RA Jr**, Himes B. Airway Smooth Muscle-Specific Transcriptomic Signatures of Glucocorticoid Exposure. Amer J Resp Cell Mol Biol. 2019 Jan 29. Doi: 10.1165/rcmb.2018-03855OC. [Epub ahead of print] PMID 30694689.

283. Jude J, Botelho D, Karmacharya N, Cao GY, Jester W, **Panettieri RA Jr.** Salicylic Acid Amplifies Carbachol-induced Bronchoconstriction in Human Precision-Cut Lung Slices. Respir Res. 2019 Apr 11;20(1):72. doi: 10.1186/s12931-019-1034-x. (PMID: 30971247)

284. Ojiaku C, Chung E, Parikh V, Williams J, Schwab A, Fuentes AL, Corpuz M, Liu V, Paek S, Bexiga N, Narayan S, Nunez F, Ahn K, Ostrom R, An S, **Panettieri RA Jr.** TGF-β1 Decreases β2-Agonist-Induced Relaxation in Human Airway Smooth Muscle. Am J Resp Cell Mol Biol. 2019 Feb 11.doi: 10.1165/rcmb.2018-0301OC [Epub ahead of print] PMID: 30742476

285. Gliklich RE, Castro MB, Leavy MB, Press VG, Barochia A, Carroll CL, Harris J, Rittner SS, Freishtat R, **Panettieri RA Jr**, Mosnaim GS. Harmonized Outcome Measures for Use in Asthma Patient Registries and Clinical Practice. J Allergy Clin Immunol Pract. 2019 Mar 8. Pil.S0091-6749(19)30342-2. Doi: 10.1016/j.jaci.2019.02.025 [Epub ahead of print} (PMID: 30857981)

286. Tliba O, Amrani Y, **Panettieri RA Jr**, Bui, H, Deeney, B. Airway smooth muscle cells are insensitive to the anti-proliferative effects of glucocorticoids: The Novel Role of Insulin Growth Factor binding Protein-1 in Asthma. J Immunobio, Immunobiology. 2019 May 23. pii: S0171-2985(19)30106-8. doi: 10.1016/j.imbio.2019.05.006. [Epub ahead of print] PMID: 31133345

287. Koziol-White CJ, Ghosh A, Erzurum SE, Stuehr DJ, **Panettieri, RA Jr.** Soluble guanylate cyclase agonists induce bronchodilation in human small airways. Am J Respir Cell Mol Biol. 2020 Jan;62(1):43-48. doi:10.1165/rcmb.2019-0001OC. PMID: 31340135.

288. Kilic O, Yoon A, Shah SR, Yong HM, Ruiz-Valls A, Chang H, **Panettieri RA Jr**, Liggett SB, Quinones-Hinojosa A, An SS, Levchenko A. A microphysiological model of the bronchial airways reveals the interplay of mechanical and biochemical signals in brocospasm. Nat Biomed Eng. 2019 Jul;3(7):532-544. doi: 10.1038/s41551-019-0366-7. Epub 2019 Mar 11. PMID:31150010)

289. Koziol-White CJ, **Panettieri RA Jr**. Modulation of Bronchomotor Tone Pathways in Airway Smooth Muscle Function and Bronchomotor Tone in Asthma. Clin Chest Med. 2019 Mar;40(1):51-57. doi: 10.1016/j.ccm.2018.10.003. Epub 2018 Dec 19. Review. (PMID: 30691716)

290. Pan S, Shah S, **Panettieri, R.A.; Jr.,** Deshpande D. Bnip3 Regulates Airway Smooth Muscle Cell Focal Adhesion and Proliferation, JCB, AM J Physiol Lung Cell Mol Physiol. 2019 Dec 1 doi:10.1152/ajplung.00224.2019. (PMID:31509440)

291. Parikh A, Vinnard C, Fahrenfeld N, Davidow A, Patrawalla A, Lardizabal A, Gow A, **Panettieri R.A. Jr**, Gennaro M. Revisiting John Snow to Meet the Challenge of Nontuberculous Mycobacterial Lung Disease. Int J Environ Res Public Health. 2019 Nov 1;16(21). pii: E4250. doi: 10.3390/ijerph16214250. (PMID: 31683836)

292. Singh BK, LU W, Schmidt Plaustian AM, GeMQ, Koziol-White CJ, Flayer CH, Killingbeck SS, Wang N, Dong X, Riese MJ, Deshpande DA, **Panettieri RA Jr**. Haczku A, Kambayashi T. Diacylglycerol Kinase Promotes Allergic Airway Inflammation and Airway Hyperresponsiveness Through Distinct Mechanisms. Sci Signal.2019 Sept3. Doi: 10.1126/scisignal.aax3332. PMID:31481522.

293. **Panettieri R.A**, Kolls J.K, Lazarus S, Harshman A, Corder S, Langmack E, Petrache I. Impact of Respiratory Disease Young Investigator's Forum on the Career Development of Physician-Scientists. ATS Scholar. 2020 May 5. doi: 10.34197/ats-scholar.2019-0018OC. PMID: 33870292.

294. Koziol-White CJ, Johnstone T, Ostrum R, Cao G, Orfanos S, Parikh V, Deeney B, Tliba O, Dainty I, Miller-Larsson A, **Panettieri, RA Jr.** "Budesonide Enhances Agonist-Induced Bronchodilation in

Human Small Airways and cAMP Levels in Human Airway Smooth Muscle.  Am J Physiol Lung Cell Mol Physiol. 2019 Nov. 20. Doi: 10.1152/ajplung.00393.2019 (PMID:31747297)

295. Moore WC, Carr W, Chipps BE, Ledford DK, Lugogo N, **Panettieri RA Jr.**, Soong W, Trevor J,Belton L, Trudo F, Ambrose CS. Real-world Biologic Medication Use in a Diverse Population of U.S., Specialist-treated Adults With Severe Asthma: Results of the Chronicle Study. American Journal of Respiratory and Critical Care Medicine 2019;199:A2679. https://doi.org/10.1164/ajrccm-conference.2019.199.1_MeetingAbstracts.A2679.

296. Nunez FJ, Johnstone TB, Corpuz ML, Kazarian AG, Mohajer NN, Tliba O, **Panettieri RA Jr**, Koziol-White CJ, Roosan MR, Ostrom RS. Glucocorticoids rapidly activate cAMP production Via Gαs to initiate non-genomic signaling that contribute to one-third of their canonical genomic effects. FASEB J. 2020 Feb;34(2):2882-2895. doi: 10.1096/fj.201902521R. Epub 2019 Dec 27.PMID: 31908022.

297. Lugogo N, Carr W, Chipps BE, **Panettieri RA Jr**, Moore WC, Trudo F, Ambrose CS. Maintenance Systemic Coricosteroid Use is Associated with Multiple Adverse Conditions in U.S Adults with Severe Asthma: Results from the CHRONICLE Study. American Journal of Respiratory and Critical Care Medicine. 2020;201:A6474. doi: 10.1164/ajrccm-conference.2020.201.1_MeetingAbstracts.A6474

298. **Panettieri R.A**, Welte T, Shenoy K, Korn S, Jandl M, Kerwin E, Feijoo R, Barker P, Olsson R, Martin U. Onset of Benralizumb Effect for Patients with Severe, Uncontrolled Eosinophilic Asthma: SOLANA Phase IIIb Trial. Journal of Asthma and Allergy. March 2020 Volume 2020:13 Pages 135—136 DOI https://doi.org/10.2147/JAA.S251079. PMID: 32110060.

299. Gennaro ML, Guerrini V, **Panettieri, RA Jr**. Lipid-laden macrophages as biomarkers of vaping associated lung injury. Lancet Respir Med. 2020 Feb;8(2):e6. doi: 10.1016/S2213-2600(19)30476-X. PMID: 32035068

300. Ambrose CS, Chipps BE, Moore WC, Soong W, Trevor J, Ledford DK, Carr W, Lugogo N, Trudo F, Tran TN, **Panettieri RA Jr**. The CHRONICLE Study of US adults with subspecialist-treated severe asthma: objectives, design, and initial results. 2020 Feb. doi: 10.2147/POR.S251120 (PMID: 32765156)

301. **Panettieri RA Jr.**, Welte T, Shenoy KV, Jandl M, Kerwin EM, Feijoo R, Barker P, Olsson RF, Martin UJ, SOLANA Study Investigators. Onset of Effect, Changes in Airflow Obstruction and Lung Volume, and Health-Related Quality of Life Improvements with Benralizumab for Patients with Severe Eosinophilic Asthma: Phase IIIb Randomized, Controlled Trial (SOLANA). J Asthma Allergy. 2020 Feb 17;13:115-126. doi: 10.2147/JAA.S240044. eCollection 2020.

302. Moore WC, **Panettieri RA Jr**, Trevor J, Lugogo N, Soong W, Chipps BE, Ledford DK, Carr W, Belton L, Gandhi H, Trudo F, Ambrose CS. Biologic and Maintenance Systemic Corticosteroid Therapy Among U.S., Subspecialist-Treated Severe Asthma Patients. Ann Allergy Asthma Immunology. 2020 Sep;125(3):294-303.e1. doi: 10.1016/j.anai.2020.04.004 Ep

303. **Panettieri RA Jr**, Carson J, Horton D, Barrett E, Roy J, Radbel J.  Asthma and COVID:  What Are the Important Questions?  J Allergy Clin Immunol Pract.  2020 Sep;8(8):2487-2488.  Doi: 10.1016/j.jaip.2020.06.008. Epub 2020 Jun 22

304. Barrett ES, Horton DB, Roy J, Gennaro L, Brooks A, Tischfield J, Greenberg P, Andrews T, Jagpal S, Reilly N, Blaser MJ, Carson J, **Panettieri RA Jr**. Prevalence of SARS-CoV-2 infection in previously undiagnosed health care workers at the onset of the U.S. COVID-19 epidemic. medRxiv 2020 Apr 24.doi: 10.1101/2020.04.20.20072470

305. Hashem T, Kammala AK, Thaxton K, Griffin RM, Mullany K, **Panettieri RA Jr**, Subramanian H, Das R.  CD2 Regulates pathogenesis of Asthma Induced by House Dust Mice Extract.  Front Immunol. 2020 May 12;11:881. Doi: 10.3389/fimmu.2020.00881. eCollection 2020. PMID: 32477356

306. Radbel J, Jagpal S, Roy J, Brooks A, Tischfield J, Sheldon M, Bixby C, Witt D, Gennaro ML, Horton DB, Barrett ES, Carson JL, **Panettieri RA Jr.,** Blaser MJ. Severe Acute Respiratory Syndrome Coronavirs (SARS-CoV-2) is comparable in clinical samples preserved in saline or viral transport media. J Mol Diagn. 2020 Jul;22(7):871-875. doi: 10.1016/j.jmoldx.2020.04.209. Epub 2020 May 13. PMCID: PMC7219422  PMID: 32405270

307. Omary MB, Eswaraka J, Kimball SD, Moghe PV, **Panettieri RA Jr,** Scotto KW.  The COVID-19 pandemic and research shutdown:  staying safe and productive.  J Clin Invest.2020 Jun 1;130(6):2745-2748. Doi: 10.1172/JCI138646.  PMID: 32243259

308. **Panettieri RA Jr.**, Chupp G.  TENOR Revisited.  J Allergy Clin Immunol Pract.  2020 Jul-Aug;8(7):2254-2255.  Doi: 10.1016/j.jaip.2020.04.044.  PMID:  32620435

309. Lilley E, Stanford SC, Kendall DE, Alexander SPH, Cirino G, Docherty JR, George CH, Insel PA, Izzo AA, Ji Y, **Panettieri RA**, Sobey CG, Stefanska B, Stehens G, Teixeira M, Ahluwalia A. ARRIVE **2.**0 and the British Journal of Pharmacology: Updated guidance for 2020. Br J Pharmacol. 2020 Aug;177(16):3611-3616. doi: 10.1111/bph.15178. Epub 2020 Jul 14. PMID: 32662875.

310. Chung E, Ojiaku C, Cao G, Parikh V, Deeney B, Xu S, Wang S, Koziol-White C, **Panettieri RA, Jr**. Dexamethasone rescues TGF-β1-mediated β2-adrenergic receptor dysfunction and attenuates phosphodiesterase 4D expression in human airway smooth muscle cells. Respiratory Research. 2020 Oct 8;21(1):256. doi: 10.1186/s12931-020-01522-w. PMID 33032603

311. Barrett ES, Horton DB, Roy J, Xia W, Greenberg P, Andrews T, Gennaro ML, Parmar V, Russell WD, Reilly N, Uprety P, Gantner JJ, Stockman L, Trooskin SZ, Blaser MJ, Carson JL, **Panettieri RA Jr.** Risk Factors for Severe Acute Respiratory Syndrome Coronavirus 2 Infection in Hospital Workers: Results From a Screening Studyi nNew Jersey, United States in Spring 2020. Open Forum Infect Dis. 2020 Oct 31;7(12):0faa534. Doi: 10.1093/ofid/ofaa534. eCollection 2020 Dec. PMID: 33403219.

312. Wang S, Xie Y, Huo YW, Li Y, Abdel PW, Jiang H, Zou X,  Jiao HZ, Kuang X, Wolff DW, Huang YG, Casale TB, **Panettieri RA Jr**., Wei T, Cao Z, Tu Y. Airway Relaxation Mechanisms and Structural Basis of Osthole to Improve Lung Function in Asthma. Sci Signal. 2020 Nov 24;13(659):eaax0273. doi: 10.1126/scisignal.aax0273. PMID: 33234690.

313. Amrani Y, **Panettieri RA Jr.**, Ramos-Ramirez C, Schaafsmad D, Kaczmarek K, Tliba O. Important lessons Learned From Studies On The Pharmacology Of Glucocorticoids In Human Airway Smooth Muscle Cells: Too Much Of A Good Thing May Be A Problem. Pharmacol Ther. 2020 Sep;213:107589. doi: 10.1016/j.pharmthera.2020.107589. Epub 2020 May 27. PMID: 32473159; PMCID: PMC7434707.

314. **Panettier RA Jr.,** Kolls JK, Lazarus S, Harshman A,Corder S, Langmack E, Petrache I. Impact of a Respiratory Disease Young Investigators' Forum on the Career Development of Physician-Scientists. ATS Scholar 2020 Jun 16;1(3):243-259. doi: 10.34197/ats-scholar.2019-0018OC. PMID: 33870292. PMCID: PMC8043310.

315. Barrett ES, Horton DB, Roy J, Gennaro ML, Brooks A. Tischfield J, Greenberg P, Andrews T,  Jagpal S, Reilly N, Carson JL, Blaser MJ, **Panettieri RA Jr**.  Prevalence of SARS-CoV-2 infection in previously undiagnosed health care workers in New Jersey, at the onset of the U.S. COVID-19 pandemic. BMC Inf Dis 2020 NOV 16;20(1):853. doi: 10.1186/s12879-020-05587-2. PMID: 33198725 PMCID: PMC7668027.

316. Wong GS, Redes JL, Balenga N, McCullough M, Fuentes N, Gokhale A, Koziol-White C, Jude JA, Madigan LA, Chan ED, Jester WH, Biardel S, Flamand N, **Panettieri RA Jr**, Druey KM.  RGS4 promotes allergen- and aspirin-associated airway hyperresponsiveness by inhibiting PGE2 biosynthesis.  J Allergy Clin Immunol. 2020 Nov;146(5):1152-1164.e13. doi: 10.1016/j.jaci.2020.03.004.  Epub 2020 Mar 19.  PMID: 32199913

317. Huang J, Lam H, Kozio-White C, Limjunyawong N, Kim D, Kim N, Karmacharya N, Rajkumar P, Firer D, Dalesio NM, Jude J, Kurten RC, Pluznick JL, Deshpande DA, Penn RB, Liggett SB, **Panettieri RA Jr**, Dong X, An SS.  The odorant receptor OR2W3 on airway smooth muscle evokes bronschodilation via a cooperative chemosensory tradeoff between TMEM16A and CFTR.  Proc Natl Acad Sci USA. 2020 Nov 10;117(45):28485-28495. Doi: 10.1073/pnas.2003111117. Epub 2020 Oct 23.  PMID: 33097666

318. Rustgi V, Elsaid M, Makar M, Minacapelli C, Gupta K, Bhurwal A, Li Y, Catalano C, **Panettieri RA Jr.** In-hospital mortality and Prediction in an Urban US Population with COVID-19. 2020 30 Nov. Cureus 12(11): e11786. doi:10.7759/cureus.11786. PMID 33409033

319. Wechsler M, Peters S, Hill T, Ariely R, Depietro M, Driessen M, Terasawa E, Thomason D, **Panettieri RA Jr.** Clinical Outcomes and Health-care Resource Use Associated With Reslizumab Treatment in Adults With Severe Eosinophilic Asthma in Real-World Practice. Chest. 2021 May;159(5):1734-1746. doi: 10.1016/j.chest.2020.11.060. Epub 2020 Dec 14. PMID: 33333058.

320. Xu S, Schwab A, Karmacharya N, Cao G, Woo J, Kim N, An S, **Panettieri RA Jr.**, Jude J. FFAR1 activation attenuates histamine-induced myosin light chain phosphorylation and cortical tension development in human airway smooth muscle cells. Respir Res. 2020 Nov 30;21(1):317. doi: 10.1186/s12931-020-01584-w. PMID: 33256729; PMCID: PMC7708129.

321. Ghosh A, Koziol-White CJ, Jester W, Erzurum S, Asosingh K, **Panettieri RA Jr.,** Stuehr D. An inherent dysfunction in soluble guanylyl cyclase is present in the airway of severe asthmatics and is associated with aberrant redox enzyme expression and compromised NO-cGMP signaling. Redox Biol. 2021 Feb;39:101832 doi: 10.1016/j.redox.2020.101832. Epub 2020 Dec 13. PMID: 33360351; PMCID: PMC7772568.

322. Staquicini D, Magda Barbu E, Zemans R, Dray B, Staquicini F, Dogra P, Cardó-Vila M, Mirani C, Baze Wallace, Villa L, Kalil J, Sharma G, Prossnitz E, Wang Z, Cristini V, Sidman R, Berman A, **Panettieri RA Jr.,** Tuder R, Pasqualini R, Arap W. Targeted Phage Display-based Pulmonary Vaccination in Mice and Non-human Primates. Med (NY). 2021 March;2(3):321-342. Doi: 10.1016/j.medj.2020.10.005. Epub 2020 Dec 10. PMID: 33870243.

323. Gebski E.B., Anaspure O, **Panettieri RA Jr.**, Koziol-White C.J. Airway smooth muscle and airway hyperresponsiveness in asthma - mechanisms of airway smooth muscle dysfunction. Minerva Med. 2021 Jan 26.  Online ahead of print. PMID: 33496164. DOI: 10.23736/S0026-4806.21.07283-9.

324. Fuentes N, McCullough M, **Panettieri RA Jr**, Druey KM.  RGS proteins, GRKs, and beta-arrestins modulate G-protein-mediated signaling pathways in asthma.  Pharmacol Ther.2021 Jul;223:107818. Doi: 10.1016/j.pharmthera.2021.107818. Epub 2021 Feb 15. PMID:  33600853.

325. Flume P, Berbari E.F., Viera L, Hess R, Higgins J, Armstrong J, Rice L, True L, Shaker R, Buse J.B., **Panettieri RA Jr.** Managing the risks and benefits of clinical research in response to a pandemic. Journal of Clinical and Translational Science. March 2021. In Press.

326. Yadav, Santosh; Sharma, Pawan; Shah, Sushrut; **Panettieri RA Jr,**; Kambayashi, Taku; Penn, Raymond; Deshpande, Deepak. Autocrine regulation of airway smooth muscle contraction by diacylglycerol kinase. Journal of Cellular Physiology. 2021 July 18. DOI: 10.1002/jcp.30528. Online ahead of print. PMID: 34278583.

327. Kammala AK, Bahal D, Yang C, **Panettier RA Jr.,** Das R, Subramanian H. Na$^+$/H$^+$ Exchanger Regulatory Factor 1 Mediates the Pathogenesis of Airway Inflammation in a Murine Model of House Dust Mite-Induced Asthma. J Immunol. 2021 May 15;206(10):2301-2311. doi: 10.4049/jimmunol.2001199. Epub 2021 May 5. PMID: 33952618.

328. **Panettieri RA Jr.,** Chipps BE, Moore WC, Soong W, Carr WW, Kreindler JL, O'Quinn S, Trudo F, Ambrose CS. Differing perceptions of asthma control and treatment effectiveness by patients with severe asthma and treating subspecialists in the United States. Journal of Asthma 2021 Nov 5;1-10. Doi: 10.1080/02770903.2021.1963766. Online ahead of print. PMID: 34374622.

329. Dong YN, Hsu FC, Koziol-White CJ, Steanova V, Jude J, Gritsiuta A, Rue R, Coulter DA, **Panettieri RA Jr**, Krymskaya VP, Takano H, Goncharova EA, Goncharov DA, Cines DB, Lynch Dr. Functional NMDA receptors are expressed by human pulmonary artery smooth muscle cells. Scientific Reports 2021 Apr 15;11(1):8205. doi: 10.1038/s41598-021-87667-0. PMID: 33859248.

330. Mishra PK, Bruiners N, Ukey R, Datta P, Onyuka A, Handler D, Hussain S, Honnen W, Singh S, Guerrini V, Yin Y, Dewald H, Choudhary A, Horton DB, Barrett ES, Roy J, Weiss SH, Fitzgerald-Bocarsly P, Blaser MJ, Carson JL, **Panettieri RA**, Lardizabal A, Chang TL, Pnter A, Gennaro ML. Vaccination boosts protective responses and counters SARS-CoV-2-induced pathogenic memory B cells. medRxiv. 2021 May 12:2021.04.11.21255153. doi: 10.1101/2021.04.11.21255153. Preprint. PMID: 33880486.

331. Kammala AK, Yang C, **Panettieri RA Jr**., Das R, Subramanian H. G-protein coupled receptor kinase 2 (GRK2) regulates T cell response in a murine model of house dust mite-induced asthma. Frontiers in Allergy, section Asthma. 17 May 2021. Manuscript ID 656886. https://doi.org/10/3389/falgy.2021.656886.

332. Sadoff J, Gray G, Vandebosch A, Cardenas V, **Panettieri, RA Jr** et al. ENSEMBLE Study Group - .Safety and Efficacy of Single-Dose Ad26.COV2.S Vaccine against Covid-19. N Engl J Med. 2021 Jun 10;384(23):2187-2201. Doi: 10.1056/NEJMoa2101544. Epub 2021 April 21. PMID: 33882225.

333. Xu, **Panettieri, RA Jr**., Jude J. Metabolomics in Asthma: A Platform for Discovery. Molecular Aspects of Medicine. 2021 July 16:100990. Doi:10.1016/j.mam.2021.100990. Online ahead of print. PMID: 34281719.

334. **Panettieri, RA Jr**. Tang, D. Abi1 mediates airway remodeling and the asthma phenotype via Jak2/STAT3 signaling. Science Translational Medicine. July 2021. Submitted.

335. Jimenez ME, Rivera-Núñez Z, Crabtree BF, Hill D, Pellerano MB, Devance D, Macenat M, Lima D, Martinez Alcaraz E, Ferrante JM, Barrett ES, Blaser MJ, **Panettieri, RA Jr.**, Hudson SV. Black and Latinx Community Perspectives on COVID-19 Mitigation Behaviors, Testing, and Vaccines. JAMA Netw Open. 2021 Jul 1;4(7):e2117074. Doi: 10.1001/jamanetworkopen.2021.17074. PMID: 34264327.

336. Trevor J, Lugogo N, Carr W, Moore WC, Soong W, **Panettieri RA Jr.**, Desai P, Trudo F, Ambrose CS. Severe asthma exacerbations in the United States: Incidence, characteristics, predictors, and effects of biologic treatments. Ann Allergy Asthma Immunol. 2021 Nov;127(5):579-587.e1. Doi: 10.1016/j.anai.2021.07.010. Epub 2021 Jul 15. PMID: 34273485.

337. Datta P, Ukey R, Bruiners N, Honnen W, Carayannopoulos MO, Reichman C, Choudhary A, Onyuka A, Handler D, Guerrini V, Mishra PK, Dewald HK, Lardizabal A, Lederer L, Leiser AL, Hussain S, Jagpal SK, Radbel J, Bhowmick T, Horton DB, Barrett ES, Xie YL, Fitzgerald-Bocarsly P, Weiss SH, Woortman M, Parmar H, Roy J, Dominguez-Bello MG, Blaser MJ, Carson JL, **Panettieri RA**, Libutti SK, Raymond HF, Pinter A, Gennaro ML. Highly versatile antibody binding assay for the detection of SARS-CoV-2 infection. medRxiv. 2021 Jul 14:2021.07.09.21260266. doi: 10.1101/2021.07.09.21260266. Preprint. PMID: 34282427.

338. Jo MH, Kim BC, Sung K, **Panettieri RA Jr**, An SS, Liu J, Ha T. Molecular Nanomechanical Mapping of Histamine-Induced Smooth Muscle Cell Contraction and Shortening. ACS Nano. 2021 Jul 1. Doi: 10.1021/acsnano.1c01782. Online ahead of print. PMID: 34197709.

339. Johnson MT, Xin P, Benson JC, Pathak T, Walter V, Emrich SM, Yoast RE, Zhang X, Cao G, **Panettieri RA Jr.**, Trebak M. STIM1 is a Core Trigger of Airway Smooth Muscle Remodeling and Hyperresponsiveness in Asthma. PNAS Submitted 2021-08-09. Manuscript #2021-14557.

340. George CH, Alexander SPH, Cirino G, Insel PA, Izzo AA, Ji Y, Kendall DA, **Panettieri RA Jr.**, Patel HH, Sobey CG, Stanford SC, Stefanska B, Stephens G, Teixeira M, Ahluwalia A. Editorial policy regarding the citation of preprints in the British Journal of Pharmacology (BJP). Br J Pharmacol. 2021 Sep;178(18):3605-3610. Doi:10.1111/bph.15589. Epub 2021 Jul 30. DOI: 10.1111/bph.15589. PMID: 34328225.

341. Sharma P, Yadav SK, Shah SD, Javed E, Lim JM, Pan S, Nayak AP, **Panettieri RA Jr**, Penn RB, Kambayashi T, Deshpande DA. Diacylglycerol Kinase Inhibition Reduces Airway Contraction by Negative Feedback Regulation of Gq-signaling. Am J Respir Cell Mol Biol. 2021 Jul 22. Doi: 10.1165/rcmb.2021-0106OC. Online ahead of print. PMID: 34293268.

342. Horton DB, Barrett ES, Roy J, Gennaro ML, Andrews T, Greenberg P, Bruiners N, Datta P, Ukey R, Velusamy SK, Fine D, Honnen WJ, Yin YS, Pinter A, Brooks A, Tischfield J, Hussain S, Jagpal S, Swaminathan S, Parmar V, Reilly N, Gaur S **Panettieri RA Jr**, Carson JL, Blaser MJ. Determinants and dynamics of SARS-CoV-2 infection in a diverse population: 6-month evaluation of a prospective cohort study. J Infect Dis. 2021 Oct 28;224(8):1345-1356. Doi: 10.1093/infdis/jiab411. PMCID: PMC8436370. PMID: 34387310.

343. Shoemaker RH, **Panettieri RA Jr.**, Libutti SK, Hochster HS, Watts NR, Wingfield PT, Starkl P, Pimenov L, Gawish R, Hladik A, Knapp S, Boring D, White JM, Lawrence Q, Boone J, Marshall JD, Matthews RL, Cholewa BD, Richig JW, Chen BT, McCormick DL, Gugensberger R, Höller S, Penninger JM, Wirnsberger G. Development of a novel, pan-variant aerosol intervention for COVID-19. bioRxiv 2021 Sep 14:2021.09.14.459961. doi: 10.1101/2021.09.14.459961. Preprint. PMID: 34545364.

344. Datta P, Ukey R, Bruiners N, Honnen W, Carayannopoulos MO, Reichman C, Choudhary A, Onyuka A, Handler D, Guerrini V, Mishra PK, Dewald HK, Lardizabal A, Lederer L, Leiser AL, Hussain S, Jagpal SK, Radbel J, Bhowmick T, Horton DB, Barrett ES, Xie YL, Fitzgerald-Bocarsly P, Weiss SH, Woortman M, Parmar H, Roy J, Dominguez-Bello MG, Blaser MJ, Carson JL, **Panettieri RA**, Libutti SK, Raymond HF, Pinter A, Gennaro ML. Highly versatile antibody binding assay for the detection of SARS-CoV-2 infection. J Immunol Methods. 2021 Dec;499:113165. Doi: 101016/j.jim.2021.11365. Epub 2021 Oct 9. PMID: 34634317.

345. Cao G, Lam H, Jude JA, Karmacharya N, Kan M, Jester W, Koziol-White C, Himes BE, Chupp GL, An SS, **Panettieri RA Jr.** Inhibition of ABCC1 Decreases cAMP Egress and Promotes Human Airway Smooth Muscle Cell Relaxation. Am J Respir Cell Mol Biol 2021 Oct 14. Online ahead of print. doi: 10.1165/rcmb.2021-0345OC.PMID: 34648729.

346. Johnson MT, Xin P, Benson JC, Pathak T, Walter V, Emrich SM, Yoast RE, Zhang X, Cao G, **Panettieri RA Jr.**, Trebak M. Revision: STIM1 is a Core Trigger of Airway Smooth Muscle Remodeling and Hyperresponsiveness in Asthma. PNAS 2022 Jan 4;119(1):e2114557118. DOI: 10.1073/pnas.2114557118. PMID: 34949717.

347. Panettieri RA Jr. Identifying a Reference List of Respiratory Sensitizers for the Evaluation of Novel Approaches to Study Respiratory Sensitization. Critical Reviews in Toxicology (ITXC) 2021 December. Article ID: ITXC 2024142. DOI: 10.1080/10408444.2021.2024142.

348. Hanania NA, Panettieri RA Jr., Improvement in Lung Function with Dupilumab Does Not Predict Its Effects on Reducing Asthma Exacerbation. Journal of Asthma and Allergy. Manuscript ID 354013. Submitted 21 December 2021.

349. Headland SE, Dengler HS, Xu D, Teng G, Everett C, Ratsimandresy RA, Yan D, Kang J, Ganeshan K, Nazarova EV, Gierke S, Wedeles CJ, Guidi R, DePianto DJ, Morshead KB, Huynh A, Mills J, Flanagan S, Hambro S, Nunez V, Klementowicz JE, Shi Y, Wang J, Bevers J III, Ramirez-Carrozzi V, Pappu R, Abbas A, Vander-Heiden J, Choy DF, Yadav R, Modrusan Z, **Panettieri RA Jr.**, Koziol-White C, Jester WF Jr., Jenkins BJ, Cao Y, Clarke C, Austin C, Lafkas D, Xu M, Wolters PJ, Arron JR, West NR, Wilson MS. Oncostatin M expression induced by bacterial triggers drives airway inflammatory and mucus secretion in severe asthma. Science Translational Medicine 2022 Jan 12;14(627):eabf8188. DOI: 10.1126/scitranslmed.afb8188. Epub 2022 Jan 12. PMID: 35020406.

350. Busse WW, **Panettieri RA Jr.**, Corren J. Bronchodilator Responsiveness: An Underappreciated Biomarker for Asthma Exacerbations. J Allergy Clin Immunol Pract. 2022 Jan;10(1):229-230. Doi: 10.1016/j.jaip.2021.10.055. PMID: 35000733.

351. Rivera-Núñez Z, Jimenez ME, Crabtree BF, Hill D, Pellerano MB, Devance D, Macenat M, Lima D, Gordon M, Sullivan B, Rosati RJ, Ferrante JM, Barrett ES, Blaser MJ, **Panettieri RA Jr.**, Hudson SV. Experiences of Black and Latinx health care workers in support roles during the COVID-19 pandemic: A qualitative study. PLoS One. 2022 Jan 18;17(1):e0262606. DOI: 10:1371/journal.pone.0262606. eCollection 2022. PMID: 35041702.

**B. Books, Monographs and Chapters:**

1. **Panettieri, R.A., Jr.**: Case presentation, in Fishman, A.P. (Ed.) <u>Pulmonary Diseases and Disorders</u>, McGraw Hill, New York, 1988, p. 1756.
2. **Panettieri, R.A., Jr.**, Kelley, M.A.: Airflow obstruction caused by bronchospasm, in Parrillo, J.E. (Ed.) <u>Current Therapy in Critical Care Medicine</u>, 2nd Edition, Mosby Yearbook Inc., St. Louis, 1991, pp. 180-185.
3. Murray, R.K., **Panettieri, R.A., Jr.**: Management of asthma: The changing approach, in Fishman, A.P. (Ed.) <u>Update: Pulmonary Diseases and Disorders</u>, McGraw-Hill, New York, 1992, pp. 67-82.
4. Tino, G., **Panettieri, R.A., Jr.**: Prevention of postoperative pulmonary complications, in Goldmann, D.R., Brown, F.H., Guarnieri, D.M. (Eds.) <u>Perioperative Medicine: The Medical Care of the Surgical Patient</u>, 2nd Edition, McGraw-Hill, Inc., New York, 1994, pp. 459-466.
5. **Panettieri, R.A., Jr.**, Murray, R.K.: Chronic obstructive pulmonary disease, in Fishman, A.P. (Ed.) <u>Pulmonary Diseases and Disorders</u>, Second Edition Companion Handbook, McGraw-Hill, New York, 1994, pp. 170-181.
6. Murray, R.K., **Panettieri, R.A., Jr.**: Asthma, in Fishman, A.P. (Ed.) <u>Pulmonary Diseases and Disorders</u>, Second Edition Companion Handbook, McGraw-Hill, New York, 1994, pp. 182-191.
7. **Panettieri, RA., Jr.**: Airways smooth muscle cell growth and proliferation, in Raeburn, D., and Giembycz, M.A. (Eds.) Airways Smooth Muscle: Development, and Regulation of Contractility, Birkhäuser Verlag, Basel, Switzerland, 1994, pp. 41-68.
8. **Panettieri, R.A., Jr.**: Chronic obstructive pulmonary disease, in Grippi, M.A. (Ed.) <u>Pulmonary Pathophysiology</u>, J.B. Lippincott Company, Philadelphia, 1995, pp. 93-107.
9. **Panettieri, RA., Jr.:** Regulation of growth of airway smooth muscle by second messenger systems in Stewart, A.G. (Ed.) <u>Airway Wall Remodelling in Asthma</u>, CRC Press Inc., Boca Raton, Florida, 1996, pp. 269-293.
10. Murray, R.K., **Panettieri, R.A., Jr.**: Pharmacological approaches in pulmonary rehabilitative medicine, in Fishman, A.P. (Ed.) <u>Pulmonary Rehabilitation, series on Lung Biology in Health and Disease</u>, Marcel Dekker, New York, 1996, pp. 421-441.
11. **Panettieri, R.A., Jr.**, Grunstein, M.M.: Airway smooth muscle hyperplasia and hypertrophy, in Barnes, P.J., Grunstein, M.M., Leff, A.R., Woolcock, A.J. (Eds.) <u>Asthma</u>, Lippincott-Raven Publishers, New York, 1997, pp. 823-842.
12. **Panettieri, R.A., Jr.**, Kotlikoff, M.I.: Cellular and molecular mechanisms regulating airway smooth muscle cell physiology and pharmacology, in Fishman, A.P., Elias, J.A., Fishman, J.A., Grippi, M.A., Kaiser, L.R., Senior, R.M. (Eds.) <u>Fishman's Pulmonary Diseases and Disorders</u>, 3rd Edition, McGraw-Hill, New York, 1998, pp. 107-117.
13. Cohen, M.D., **Panettieri, R.A., Jr.**: Acute respiratory failure due to asthma and chronic obstructive pulmonary disease , in Lanken, P.N., Hanson III, C.W., Manaker, S. (Eds.) <u>The Intensive Care Unit Manual</u>, W.B. Saunders Company, Philadelphia, 2001, pp. 835-846.
14. Krymskaya, V.P., **Panettieri, R.A., Jr.**: Endothelin in lung development and tissue growth, in Goldie, R.G., and Hay, D.W.P. (Eds.) <u>Pulmonary Actions of the Endothelins</u>, Birkhauser Verlag AG, Basel, Switzerland, 1999, pp. 143-154.
15. Lazaar, A.L., Amrani, Y., **Panettieri, R.A., Jr.**: The role of inflammation in the regulation of airway smooth muscle cell function and growth, in Busse, W., and Holgate, S. (Eds.) <u>Asthma and Rhinitis</u>, 2nd Edition, Chapter 91, Blackwell Science Ltd., Oxford, UK, 2000, pp. 1402-1413.
16. Lazaar, A.L., **Panettieri, R.A., Jr.**: Adhesion of T cells to airway smooth muscle cells, in Chung, K.F., and Adcock, I. (Eds.) <u>Methods in Molecular Medicine: Asthma</u>, Chapter 9, Humana Press Inc., Totowa, NJ, 44:111-119, 2000 (PMID: 21312125).
17. Lazaar, A.L., **Panettieri, R.A., Jr.**: Signaling mechanisms that regulate airway smooth muscle cell function and growth, in Howarth, P.H., Wilson, J.W., Bousquet, J., Rak, S., Pauwels, R.A. (Eds.), Airway Remodeling, in Lenfant, C. (Ed.) <u>Lung Biology in Health and Disease</u>, Marcel Dekker, Inc., New York, NY, 2001, pp. 79-111.
18. **Panettieri, R.A., Jr.**: Isolation and culture of human airway smooth muscle cells, in Rogers, D., Donnelly, L. (Eds.) <u>Methods in Molecular Medicine: Measurement of Human Airway Inflammation</u>, Humana Press Inc., Totowa, NJ, 2001, pp. 155-160 (PMID: 21336899).

19. Amrani, Y., Krymskaya, V.P., Lazaar, A.L., **Panettieri, R.A., Jr.**:  Airway smooth muscle, in Barnes, P.J., Drazen, J.M., Rennard, S., Thomson, N.C. (Eds.) Asthma and COPD:  Basic Mechanisms and Clinical Management, Academic Press/Elsevier Science, London, 2002, pp. 165-176.

20. Lazaar, A.L., **Panettieri, R.A., Jr.:**  Biology of airway smooth muscle cells (Chapter 25), in Adkinson, N.F., Jr., Yunginger, J.W., Busse, W.W., Bochner, B.S., Holgate, S.T., Simons, F.E.R. (Eds.) Middleton's Allergy:  Principles and Practice, 6th Edition, Mosby/Elsevier Science, Philadelphia, PA, 2003, pp. 399-411.

21. Lazaar, A.L., **Panettieri, R.A., Jr.:**  Airway smooth muscle:  An immunomodulatory cell?, in Eissa, N.T., Huston, D.P. (Eds.), Therapeutic Targets in Airway Inflammation, in Lenfant, C. (Ed.) Lung Biology in Health and Disease, Vol. 177, Marcel Dekker, Inc., New York, NY, 2003, pp. 767-780.

22. White, T.A., Deshpande, D.A., Dogan, S., **Panettieri, R.A., Jr.**, Walseth, T.F., Kannan, M.S.:  Calcium regulation through the CD38/cADP-ribose pathway in smooth muscle, in Lee, H.C. (Ed.) Cyclic ADP-Ribose and NAADP:  Structures, Metabolism and Physiological Functions, Kluwer Academic Publishers, 2003, pp. 427-449.

23. Ammit, A.J., **Panettieri, R.A., Jr.**:  Airway smooth muscle cell hyperplasia:  a therapeutic target in airway remodeling in asthma?, in Meijer, L., Jézéquel, A., Roberge, M. (Eds.), Progress in Cell Cycle Research, Vol. 5, Cell cycle regulators as therapeutic targets, 2003, pp. 49-57 (PMID: 14593700).

24. **Panettieri, R.A., Jr.**:  Foreword, in Turner, S. (Author) Asthma in Childhood, Current Medical Literature Ltd., London, UK., 2003

25. **Panettieri, R.A., Jr.**:  Cellular and molecular mechanisms regulating airway smooth muscle physiology and pharmacology, in Fishman, A.P., Elias, J.A., Fishman, J.A., Grippi, M.A., Senior, R.M., Pack, A.I. (Eds.) Fishman's Pulmonary Diseases and Disorders, 4th Edition, Chapter 6, McGraw-Hill Medical, New York, pp. 115-124, 2008.

26. Amrani, Y., Tliba, O., **Panettieri, R.A., Jr.:**  Biology of airway smooth muscle cells (Chapter 25), in Adkinson, N.F., Jr., Bochner, B.S., Busse, W.W., Holgate, S.T., Lemanske, R.F., Jr., Simons, F.E.R (Eds.) Middleton's Allergy:  Principles and Practice, 7th Edition, Mosby/Elsevier Ltd., London, UK, pp. 399-411, 2009.

27. **Panettieri, R.A., Jr.:**  Airway smooth muscle proliferation:  insights into mechanisms regulating airway smooth muscle mass, in Chung, K.F. (Ed.) Airway Smooth Muscle in Asthma and COPD:  Biology and Pharmacology, John Wiley & Sons, Ltd., West Sussex, UK, pp. 89-104, 2008.

28. Lieberman, P., **Panettieri, R.A., Jr.**:  The Clinical Letter:  Emerging safety considerations in asthma management, CASIVUS Specialty Communications, San Francisco, CA, 2007 (CME Monograph).

29. Amrani, Y., Tliba, O., Krymskaya, V.P., Sims, M.W., **Panettieri, R.A., Jr.**:  Airway smooth muscle, in Barnes, P.J., Drazen, J.M., Rennard, S.I., Thomson, N.C. (Eds.) Asthma and COPD:  Basic Mechanisms and Clinical Management, 2nd Edition, Elsevier Ltd./Academic Press, San Diego, CA, pp. 225-239, 2008.

30. Damera, G., **Panettieri, R.A., Jr.**:  Airway smooth muscle: is there a phenotype associated with asthma? in Sapey, E. (Ed.) Bronchial Asthma: Emerging Therapeutic Strategies, InTech, Croatia, pp. 117-138, 2012, ISBN: 978-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-6.

31. Banerjee, A., **Panettieri, R.A., Jr.**:  Vitamin D modulates airway smooth muscle function, in Litonjua, A., (Ed.) Vitamin D and Lung:  Mechanisms and Disease Associations, Humana Press/Springer, New York, pp 127-150, 2012.

32. Banerjee, A., **Panettieri, R.A., Jr**.:  Acute respiratory failure due to asthma, Chapter 75, in Lanken, P.N., Manaker, S., Kohl, B.A., Hanson, C.W., III, (Eds.) The Intensive Care Unit Manual, 2nd Edition, Elsevier Saunders, Philadelphia, PA, pp. 709-714, 2014.

33. Oliver, B.G., Burgess, J.K., Black, J.L., **Panettieri, R.A., Jr.**:  Noncontractile functions of airway smooth muscle, in Adkinson, N.F., Jr., Bochner, B.S., Burks, W.A., Busse, W.W., Holgate, S.T., Lemanske, R.F., Jr., O'Hehir, R.E. (Eds.) Middleton's Allergy:  Principles and Practice, 8th Edition, Elsevier Saunders, Philadelphia, PA, pp. 315-326, 2014.

34. **Panettieri, RA Jr**, Wechsler M.  The Causes and Consequences of Severe Asthma (Chapter 1) and Comprehensive Assessment of Patients with Severe Asthma (Chapter 2). Clinical Updates in the Management of Severe Asthma.  Text-based eHealth Source eBook at https://www.mycme.com/.  April 2017

35. Koziol-White, CJ, **Panettieri, R.A., Jr**, Airway Smooth Muscle in Asthma, in Adkinson, N.F., Jr., Bochner, B.S., Burks, W.A., Busse, W.W., Holgate, S.T., Lemanske, R.F., Jr., O'Hehir, R.E. (Eds.) Middleton's Allergy:  Principles and Practice, 9th Edition, Elsevier Saunders, Philadelphia, PA, Chapter 20, 2019

36. Koziol-White, CJ, Panettieri, RA Jr., 2022. Airway Smooth Muscle Dysfunction in Asthma, in Janes, S.M. (Ed.), Encyclopedia of Respiratory Medicine, vol. 2. Elsevier, Academic Press, pp. 352-361. https://dx.doi.org/10.1016/B978-0-08-102723-3.00109-8.

## C. Patents Pending

- Compositions and Methods Targeting G12 Signaling for Bronchodilator Therapy (Docket No. 5431.1001.000, international application US2018/037773)
- Antithrombin Agents in the Treatment of Asthma (Penn G1161)
- Surfactant Protein D Is a Biomarker for Steroid Resistance in Asthma and Chronic Obstructive Pulmonary Disease (Docket No. 046483-5121-P1-US, DBR #402201)
- Compositions and Methods for Treating Asthma and Other Lung Diseases, US Patent Office Application No. 13/256,560, International Application No. PCT/US10/27833, Atty. Docket No. P-71417-USP (Prior Application No. 61/161,305), Publication no. US-2018-0071233-A1

## D. Other Articles (Reviews, Editorials, etc.)

1. O'Dowd, L.C., **Panettieri, R.A., Jr.**:  Assessing quality of care in asthma management.  Drug Benefit Trends 10:35-40, 1998.
2. **Panettieri, R.A., Jr.**:  Cellular and molecular mechanisms regulating airway smooth muscle cell proliferation and cell adhesion molecule expression.  Am. J. Respir. Crit. Care Med. 158:S133-S140, 1998 (PMID: 9817736).
3. O'Dowd, L.C., **Panettieri, R.A., Jr.**:  Major components of an asthma disease management programme. Disease Management and Health Outcomes 4:243-253, 1998.
4. George, M.R., O'Dowd, L.C., Martin, I., Lindell, K.O., Whitney, F., Jones, M., Ramondo, T., Walsh, L., Grissinger, J., Hansen-Flaschen, J., **Panettieri, R.A., Jr.**:  A comprehensive educational program improves clinical outcome measures in inner-city patients with asthma.  Arch. Intern. Med. 159:1710-1716, 1999 (PMID: 10448773).
5. O'Dowd, L.C., **Panettieri, R.A., Jr.**:  Asthma disease management:  The essentials, in Asthma Management for the New Millennium, Adis International, Auckland, New Zealand.
6. Baren, J.M., Shofer, F.S., Ivey, B., Reinhard, S., DeGeus, J., Stahmer, S.A., **Panettieri, R.A., Jr.**, Hollander, J.E.:  A randomized, controlled trial of a simple emergency department intervention to improve the rate of primary care follow-up for patients with acute asthma exacerbations.  Ann. Emerg. Med. 38:115-122, 2001 (PMID: 11468604).
7. Amrani, Y., Chen, H., **Panettieri, R.A., Jr.**:  Activation of TNFR1 in airway smooth muscle:  a potential pathway that modulates bronchial hyperresponsiveness in asthma?  Respiratory Research 1:49-53, 2000 (PMID: 11667965).
8. Lieberman, P., Calhoun, W.J., **Panettieri, R.A., Jr.**, Peters, S.P., Rennard, S.I.:  Asthma and irreversible lung disease:  Remodeling – fact or fiction?  Medical Crossfire 3:30-43, 2001.
9. Ammit, A.J., **Panettieri, R.A., Jr.**:  Invited review:  Signal transduction in smooth muscle.  Invited review:  The circle of life – cell cycle regulation in airway smooth muscle.  J. Appl. Physiol. 91:1431-1437, 2001 (PMID: 11509545).
10. Amrani, Y., **Panettieri, R.A., Jr.**:  Modulation of calcium homeostasis as a mechanism for altering smooth muscle responsiveness in asthma.  Invited review.  Curr. Opin. Allergy Clin. Immunol. 2:39-45, 2002 (PMID: 11964749).
11. Lazaar, A.L., **Panettieri, R.A., Jr.**:  Airway smooth muscle as an immunomodulatory cell:  a new target for pharmacotherapy?  Curr. Opin. Pharmacol. 1:259-264, 2001 (PMID: 11712749).
12. O'Dowd, L.C., Fife, D., Tenhave, T., **Panettieri, R.A., Jr.**:  Attitudes of physicians toward objective measures of airway function in asthma.  Am. J. Med. 114:391-396, 2003 (PMID: 12714129).
13. Amrani, Y., **Panettieri, R.A., Jr.**:  Cells in Focus, Airway smooth muscle – contraction and beyond.  Int. J. Biochem. Cell Biol. 35:272-276, 2003 (PMID: 12531237).
14. Holgate, S.T., Peters-Golden M., **Panettieri, R.A., Jr.**, Henderson, Jr., W.R.:  Roles of cysteinyl leukotrienes in airway inflammation, smooth muscle function, and remodeling.  J. Allergy Clin. Immunol. 111: S18-S36, 2003 (PMID: 12532084).
15. **Panettieri, R.A., Jr.**:  Airway smooth muscle:  An immunomodulatory cell.  J. Allergy Clin. Immunol. 110:S269-S274, 2002 (PMID: 12464935).
16. Fukuda, T., **Panettieri, R.A., Jr.**, Vignola, M.A.:  New insight into airway remodeling in asthma. International Review of Asthma 5:10-27, 2003.
17. **Panettieri, R.A., Jr.**:  Airway smooth muscle:  immunomodulatory cells that modulate airway remodeling?  Respir. Physiol. Neurobiol., Special Issue, 137:277-293, 2003 (PMID: 14516732).
18. Lazaar, A.L., **Panettieri, R.A., Jr.**:  Is airway remodeling clinically relevant in asthma?  Am. J. Med. 115:652-659, 2003 (PMID: 14656618).
19. **Panettieri, R.A., Jr.**:  Effects of corticosteroids on structural cells in asthma and chronic obstructive pulmonary disease.  Proc. Am. Thorac. Soc. 1:231-234, 2004 (PMID: 16113439).

20. Amrani, Y., Tliba, O., Deshpande, D.A., Walseth, T.F., Kannan, M.S., **Panettieri, R.A., Jr.**: Bronchial hyperresponsiveness: insights into new signaling molecules. Curr. Opin. Pharmacol. 4:230-234, 2004 (PMID: 15140413).

21. Howarth, P.H., Knox, A.J., Amrani, Y., Tliba, O., **Panettieri, R.A., Jr.**, Johnson, M.: Synthetic responses in airway smooth muscle. J. Allergy Clin. Immunol. 114 (2 Suppl.):S32-S50, 2004 (PMID: 15309017).

22. Lazaar, A.L., **Panettieri, R.A., Jr.**: Pathogenesis and treatment of asthma: recent advances. Drug Discovery Today: Disease Mechanisms 1:111-116, 2004.

23. Deshpande, D.A., White, T.A., Dogan, S., Walseth, T.F., **Panettieri, R.A., Jr.**, Kannan, M.S.: CD38/cyclic ADP-ribose signaling: role in the regulation of calcium homeostasis in airway smooth muscle. Am. J. Physiol. Lung Cell. Mol. Physiol. 288: L773-L788, 2005 (PMID: 15821018).

24. Huang, C.D., Amrani, Y., **Panettieri, R.A., Jr.**, Kuo, H.P.: Role of airway smooth muscle in asthma: contraction and beyond. Thorac. Med. (Taiwan) 19:412-429, 2004.

25. **Panettieri, R.A., Jr.**: Airway smooth muscle: Immunomodulatory cells? Allergy Asthma Proc. 25:381-386, 2004 (PMID: 15709448).

26. Ali, H., **Panettieri, R.A., Jr.**: Anaphylatoxin C3a receptors in asthma. Respir. Res. 6:19, 2005 (PMID: 15723703).

27. Lazaar, A.L., **Panettieri, R.A., Jr.**: Airway smooth muscle: A modulator of airway remodeling in asthma. J. Allergy Clin. Immunol. 116:488-495, 2005 (PMID: 16159613).

28. **Panettieri, R.A., Jr.**: Cellular and molecular mechanisms regulating airway smooth muscle physiology and pharmacology. J. Organ Dysfunc. 2:37-47, 2006.

29. Kang, B.N., Guedes, A.G.P., Tirumurugaan, K.G., Jude, J.A., Deshpande, D.A., **Panettieri, R.A., Jr.**, Amrani, Y., Lund, F.E., Walseth, T.F., Kannan, M.S.: Role of CD38 in airway function. Curr. Respir. Med. Rev. 2:143-156, 2006.

30. Lazaar, A.L., **Panettieri, R.A., Jr.**: Airway smooth muscle as a regulator of immune responses and bronchomotor tone. Clin. Chest Med. 27:53-69, 2006 (PMID: 16543052).

31. Krymskaya, V.P., **Panettieri, R.A., Jr.**: Phosphodiesterases regulate airway smooth muscle function in health and disease, in Schatten, G.E. (Ed.) Curr. Top. Dev. Biol. 79:61-74, 2007 (PMID: 17498547).

32. **Panettieri, R.A., Jr.:** In the Clinic. Asthma. Ann. Intern. Med. 146:ITC6-1-ITC6-16, 2007 (PMID: 17548407).

33. Wenzel, S., Busse, W., Calhoun, W., **Panettieri, R.A., Jr.**, Peters-Golden, M., Dube, L., Walton-Bowen, K., Russell, H., Harris, J.: The safety and efficacy of zileuton controlled-release tablets as adjunctive therapy to usual care in the treatment of moderate persistent asthma: a six-month randomized controlled study. J. Asthma 44:305-310, 2007 (Medline UI 17530530).

34. Tliba, O., Amrani, Y., **Panettieri, R.A., Jr.**: Is airway smooth muscle the "missing link" modulating airway inflammation in asthma? Chest 133:236-242, 2008 (PMID: 18187748).

35. **Panettieri, R.A., Jr.**, Solway, J.: Foreword: Virtual symposium on airway smooth muscle. Proc. Am. Thorac. Soc. 5:3, 2008.

36. **Panettieri, R.A., Jr.**, Kotlikoff, M.I., Gerthoffer, W.T., Hershenson, M.B., Woodruff, P.G., Hall, I.P., Banks-Schlegel, S.: Airway smooth muscle in bronchial tone, inflammation and remodeling: basic knowledge to clinical relevance. Am. J. Respir. Crit. Care Med. 177:248-252, 2008 (PMID: 18006883; PMCID: PMC2218850).

37. **Panettieri, R.A., Jr.**, Covar, R., Grant, E., Hillyer, E.V., Bacharier, L.: Natural history of asthma: Persistence versus progression-does the beginning predict the end? J. Allergy Clin. Immunol. 121:607-613, 2008 (PMID: 18328890).

38. Tliba, O., **Panettieri, R.A., Jr.**: Regulation of inflammation by airway smooth muscle, in Nelson, H., Calhoun, W. (Section Eds.) Curr. Allergy Asthma Rep. 8:262-268, 2008 (PMID: 18589846).

39. **Panettieri, R.A., Jr.**: Asthma persistence versus progression: Does airway smooth muscle function predict irreversible airflow obstruction? Allergy Asthma Proc. 30:103-108, 2009 (PMID: 19463200).

40. Tliba, O., **Panettieri, R.A., Jr.**: Noncontractile functions of airway smooth muscle cells in asthma. Annu. Rev. Physiol. 71:509-535, 2009 (PMID: 18851708).

41. Damera, G., Tliba, O., **Panettieri, R.A., Jr.**: Airway smooth muscle as an immunomodulatory cell. Pulm. Pharmacol. Ther. 22:353-359, 2009 (PMID: 19121407; PMCID: PMC2736352).

42. **Panettieri, R.A., Jr.**: The burden of uncontrolled asthma. Physician's Weekly, Vol. 26, Issue No. 35, September 14, 2009.

43. Brusasco. V., Dinh-Xuan, A.T., Leff, A.R., Adler, K.B., Glenny, R.W., Dempsey, J.A., Levy, M.L., **Panettieri, R.A., Jr.**, Reddel, H.K., Singh, D., Virchow, J.C.: Impact factor and its role in academic promotion (Letter). Eur. Respir. J. 34(6):1499-1500, 2009 (Medline UI 19948921).

44. Damera, G., **Panettieri, R.A., Jr.**: Airway smooth muscle as an immunomodulatory organ. Paediatr. Respir. Rev. 11, Suppl. 1:S3-S6, 2010.

45. Koziol-White, C.J., **Panettieri, R.A., Jr.**: Airway smooth muscle and immunomodulation in acute exacerbations of airway disease. Immunol. Rev. 242:178-185, 2011 (PMID: 21682745).

46. Koziol-White, C.J., Damera, G., **Panettieri, R.A., Jr.**: Targeting airway smooth muscle in airways diseases: an old concept with new twists. Expert Rev. Respir. Med. 5:767-777, 2011 (PMID: 22082163; PMCID: PMC3276206).

47. Szefler, S.J., Wenzel, S., Brown, R., Erzurum, S.C., Fahy, J.V., Hamilton, R.G., Hunt, J.F., Kita, H., Liu, A.H., **Panettieri, R.A., Jr.**, Schleimer, R.P., Minnicozzi, M.: Asthma outcomes: biomarkers. J. Allergy Clin. Immunol. 129:S9-S23, 2012 (PMID: 22386512; PMCID: PMC3390196).

48. Jude, J.A., Dileepan, M., **Panettieri, R.A., Jr.**, Walseth, T.E., Kannan, M.S.: Altered CD38/cyclic ADP-ribose signaling contributes to the asthmatic phenotype. J. Allergy (Cairo), 2012: 289468, 2012, doi: 10.1155/2012/289468 (PMID: 23213344; PMCID: PMC3508580).

49. **Panettieri, R.A., Jr.**: Bronchodilators, receptors and cross-talk: together is better? Postgrad. Med. 127:771-780, 19 Aug 2015 doi: 10.1080/00325481.2015.1080589 (PMID: 26293997).

50. **Panettieri, R.A., Jr.**: Bronchial thermoplasty: targeting structural cells in severe persistent asthma (editorial). Ann. Am. Thorac. Soc. 12:1593-1594, 2015 (PMID: 26540414).

51. Gabriel, S., Mendelson, M., Sawchyn, B., Colby, J., Ruiz, K., Corren, J., **Panettieri, R.A., Jr.**: Systematic review of omalizumab in clinical practice: effects on asthma exacerbations, oral corticosteroid use and pulmonary function. J. Allergy Clin. Immunol. In Practice, Submitted.

52. **Panettieri, R.A., Jr.**: Neutrophilic and pauci-immune phenotypes in severe asthma. Immunol. Allergy Clin. North Am. Issue on Severe Asthma, Katial, R., Ed. 36(3), 569-579, 2016.

53. Biswal, S., Holgate, S., **Panettieri, R.A.**, Solway, J., Liggett, S. An inflammation-independent contraction mechanophenotype of airway smooth muscle in asthma. J Allergy Clin Immunol. 2016 Jul;138(1):294-297.e4. doi: 10.1016/j.jaci.2015.12.1315. Epub 2016 Feb 28. PMID: 26936804; PMCID: PMC4931984.

54. Larsson, K., Menzies-Gow, A., **Panettieri, R.** Severe Asthma: Challenges and precision approaches to therapy. Pulm Ther 2, 139–152 (2016). https://doi.org/10.1007/s41030-016-0022-2

55. Yoo, EJ., Ojiaku, CA., Sunder, K., **Panettieri, RA.** Phosphoinositide 3-Kinase in Asthma: Novel Roles and Therapeutic Approaches. Am. J. Respir. Cell Mol. Biol., accepted with revisions.

56. Israel E, **Panettieri RA, Jr.** Anti-IgE or Anti-IL5? That is the question. J Allergy Clin Immunol Pract. 2017 Nov 14. Pii: S2213-2198(17)30871-1. Doi: 10.1016/j.jaip.2017.10.025. PMID: 29150253

57. **Panettieri RA**, Pera T, Liggett SB, Benovic JL, Penn RB. Pepducins as a potential treatment strategy for asthma and COPD. Curr Opin Pharmacol. 2018 Jun; 40:120-125. L doi: 10.1016/j.coph.2018.04.008. Epub 2018 May 2. Review.

58. **Panettieri, RA Jr.** The Role of Neutrophils in Asthma. Immunol Allergy Clin North Am. 2018 Nov;38(4):629-638. Doi: 10.1016/j.iac.2018.06.005. Epub 2018 Sep 18. Review. L PMID: 30342584

59. Lotvall J, **Panettieri, RA Jr.** Thank you and farewell after 15 years editing Respiratory Research. Rkespir Res. 2018 Nov 26:19(1):232. Doi: 1.1186/s12931-018-0929-2 PMID: 30477500

60. Lo D, Kennedy JL, Kurten RC, **Panettieri, RA Jr**, Koziol-White CJ. Modulation of airway hyperresponsiveness by rhinovirus exposure. Respir Res. 2018 Oct 29;19(1):208. Doi: 10.1186/s12931-018-0914-9. Review. L PMID: 30373568

61. **Panettieri, RA Jr**, Schaafsma D, Amrani Y, Koziol-White C, Ostrom R, Tliba O. Non-genomic Effects of Glucocorticoids: An Update View. Trends Pharmacol Sci. 2019 Jan;40(1):38-49. Doi: 10.1016/j.tips.2018.11.002. Epub 2018 Nov 26. Review. PMID: 30497693

62. Koziol-White CJ, **Panettieri RA Jr.** Modulation of Bronchomotor Tone Pathways in Airway Smooth Muscle Function and Bronchomotor Tone in Asthma. Clun Chest Med. 2019 Mar;40(1):51-57. Doi: 10.1016/j.com.2018.10.003. Epub 2018 Dec 19. Review. PMID: 30691716

63. Bellanti,Joseph, **Panettieri RA Jr**. Phenotypic Classification of Asthma Based Upon a New T2-high and T2-low Endotypic Classification: It all Began with Rackemann. Journal of Precision Respiratory Medicine. 2020 Feb. 10.2500/jprm.2020.2.200001.

64. **Panettieri RA Jr**. Asthma and COVID: What Are The Important Questions? (Letter) J Allergy Clin Immunol Pract. 2020 Sep;8(8):2487-2488. doi: 10.1016/j.jaip.2020.06.008. Epub 2020 Jun 22. PMID: 32585410; PMCID: PMC7306741.

E. **Abstracts**

1. Foster, W.C., **Panettieri, R.A., Jr.**: The effects of 5-HIAA on in vitro blood platelet aggregation. Federation Proc. 36(3):453, 1977.

2. **Panettieri, R.A., Jr.**, Kotlikoff, M.I.:  The isolation and growth of airway smooth muscle.  Am. Rev. Respir. Dis. 135: A5, 1987.

3. **Panettieri, R.A., Jr.**, Rubinstein, N.A., Kelly, A.M., Kotlikoff, M.I.:  A comparison of mammalian airway smooth muscle myosin heavy chain isoforms.  Federation Proc. 1:219A, 1988.

4. **Panettieri, R.A., Jr.**, Rubinstein, N.A., Kelly, A.M., Kotlikoff, M.I.:  Myosin heavy chain expression in cultured airway muscle.  FASEB Summer Conference on Smooth Muscle, 1988.

5. **Panettieri, R.A., Jr.**, Rubinstein, N.A., Kelly, A.M., Kotlikoff, M.I.:  Histamine induces proliferation of airway smooth muscle in culture.  Am. Rev. Respir. Dis. 139:A78, 1989.

6. **Panettieri, R.A., Jr.**, Rubinstein, N.A., Kelly, A.M., Kotlikoff, M.I.:  The specificity of c-fos expression in airway smooth muscle stimulated by contractile agonists.  Am. Rev. Respir.Dis. 141:A934, 1990.

7. **Panettieri, R.A., Jr.**, Brookoff, D.E., Murray, R.K., Stahl, E., Norton, L., Grippi, M.A.:  Frequent use of aerosolized albuterol in the treatment of acute asthma.  Chest 98(2):26S, 1990.

8. **Panettieri, R.A., Jr.**, Rubinstein, N.A., Feuerstein, B., Kotlikoff, M.I.:  Beta-adrenergic inhibition of airway smooth muscle cell proliferation.  Am. Rev. Respir. Dis. 143:A608, 1991.

9. Munoz, N.M., Wiesner, R., **Panettieri, Jr., R.**, Zak, R., Leff, A.R.:  Maturational expression of myosin heavy chain mRNA in swine trachealis muscle.  Am. Rev. Respir. Dis. 143:A607, 1991.

10. **Panettieri, R.A., Jr.**, Eszterhas, A., Murray, R.K.:  Agonist-induced proliferation of airway smooth muscle cells is mediated by alterations in cytosolic calcium.  Am. Rev. Respir. Dis. 145:A15, 1992.

11. Hershenson, M.B., Kelleher, M.D., **Panettieri, R.A., Jr.**, Zimmerman, A., Hernandez, C., Bendele, A., Soloway, J.:  Hyperoxia increases airway cell number and S-phase traversal in immature rats in vivo.  Am. Rev. Respir. Dis. 145:A128, 1992.

12. **Panettieri, R.A., Jr.**, Eszterhas, A., Murray, R.K.:  Receptor-mediated calcium entry modulates airway smooth muscle cell proliferation.  Clin. Res. 40:328A, 1992.

13. **Panettieri, R.A., Jr.**, Cohen, M.D., Bilgen, G.:  Airway smooth muscle cell proliferation is inhibited by microinjection of the catalytic subunit of cAMP dependent protein kinase.  Am. Rev. Respir. Dis.147:A252, 1993.

14. **Panettieri, R.A., Jr.**, Eszterhas, A., Guest, K., Munoz, N.M., Leff, A.R.:  Myosin expression, but not smooth muscle specific actin, is modulated in porcine airway smooth muscle during maturation.  Am. Rev. Respir. Dis.147:A53, 1993.

15. George, M.R., Lindell, K.O., Rossman, M.D., Whitney, F., Jones, M., Ramondo, T., Grissinger, J., Walsh, L., DeHope, E., **Panettieri, R.A., Jr.**:  Collaborative practice in asthma:  Decreased hospital utilization and improved outpatient follow-up.  Am. Rev. Respir. Dis. 147:A773, 1993.

16. **Panettieri, R.A., Jr.**, Murray, R.K., Bilgen, G., Martin, J.G.:  Repeated allergen inhalations induce DNA synthesis in airway smooth muscle and epithelial cells in vivo.  Am. J. Respir. Crit. Care Med. 149:A303, 1994.

17. **Panettieri, R.A., Jr.**, Hall, I.P.:  Microinjection of the regulatory subunit of cAMP-dependent protein kinase augments serotonin- and phorbol ester-induced DNA synthesis in airway smooth muscle cells.  Am. J. Respir. Crit. Care Med. 149:A303, 1994.

18. Murray, R.K., Maki, C., **Panettieri, R.A., Jr.**:  Activation mechanisms of sustained calcium influx in human airway smooth muscle (ASM) cells.  Am. J. Respir. Crit. Care Med. 149:A1081, 1994.

19. Lazaar, A.L., Puré, E., Brennan, B., Albelda, S.M., **Panettieri, R.A., Jr.**:  T lymphocyte adhesion to human airway smooth muscle is mediated by ICAM-1 and VCAM-1.  Am. J. Respir. Crit. Care Med. 149:A830, 1994.

20. Lazaar, A.L., Puré, E., Brennan, B., Albelda, S.M., **Panettieri, R.A., Jr.**:  T lymphocyte adhesion to human airway smooth muscle is mediated by LFA-1, VLA-4 and CD44.  Clin. Res. 42:187A, 1994.

21. **Panettieri, R.A., Jr.**, Eszterhas, A.J., Hay, D.W.P.:  Endothelin-1 (ET-1) augments epidermal growth factor-induced human airway smooth muscle cell proliferation.  Am. J. Respir. Crit. Care Med. 151:A48, 1995.

22. **Panettieri, R.A., Jr.**, Hall, I.P., Murray, R.K.:  α-Thrombin increases cytosolic calcium and induces human airway smooth muscle cell proliferation.  Am. J. Respir. Crit. Care Med. 151:A47, 1995.

23. **Panettieri, R.A., Jr.**, Hall, I.P., Hardy, E., Eszterhas, A.J., Murray, R.K.:  Signaling pathways that modulate human airway smooth muscle cell (ASM) growth induced by contractile agonists.  Am. J. Respir. Crit. Care Med. 151:A47, 1995.

24. **Panettieri, R.A., Jr.**, Lazaar, A.L., Puré, E., Albelda, S.M.:  Activation of cAMP-dependent pathways in human airway smooth muscle cells inhibits TNFα-induced ICAM-1 and VCAM-1 expression and T-lymphocyte adhesion.  Am. J. Respir. Crit. Care Med. 151:A828, 1995.

25. Lazaar, A.L., **Panettieri, R.A., Jr.**, Reitz, H.E., Pollice, M., Peters, S.P., Albelda, S.M., Puré, E.:  T cell adhesion to airway smooth muscle upregulates expression of cell adhesion and MHC molecules and induces DNA synthesis.  Am. J. Respir. Crit. Care Med. 151:A49, 1995.

26. Maki, C.S., **Panettieri, R.A., Jr.,** Murray, R.K.: Inhibition of bradykinin-induced calcium release by microinjected heparin in human airway smooth muscle (HASM) cells. Am. J. Respir. Crit. Care Med. 151:A286, 1995.

27. Hubmayr, R., Shore, S., Fredberg, J., Planus, E., **Panettieri, Jr., R.,** Wang, N.: Cytoskeletal mechanics of human airway smooth muscle cells. Am. J. Respir. Crit. Care Med. 151:A125, 1995.

28. Tan, E.M.L., Qin, H., **Panettieri, R.A., Jr.**: Vascular endothelial growth factor downregulates type I collagen gene expression by human microvascular endothelial cells. J. Invest. Med. 43(Suppl. 2):319A, 1995.

29. **Panettieri, R.A., Jr.,** Chilvers, E.R., Al-Hafidh, J., Eszterhas, A., Murray, R.K.: Thrombin induces human airway smooth muscle (ASM) cell proliferation by activation of a novel signaling pathway. Asthma 1995: Theory to Treatment Abstract Book, 1995, p 48.

30. Maki, C.S., **Panettieri, R.A., Jr.,** Murray, R.K.: Inhibition of bradykinin-induced calcium release by microinjected anti-Gq in human airway smooth muscle cells. Asthma 1995: Theory to Treatment Abstract Book, 1995, p. 47.

31. **Panettieri, R.A., Jr.,** Krymskaya, V., Scott, P., Plevin, R., Al-Hafidh, J., Eszterhas, A., Chilvers, E.R.: Thrombin induces human airway smooth muscle (ASM) cell proliferation by activation of a novel signaling pathway. Am. J. Respir. Crit. Care Med. 153:A742, 1996.

32. Cohen, M.D., **Panettieri, R.A., Jr.**: Transforming growth factor-β1 (TGF-β1) modulation of human airway smooth muscle (ASM) cell proliferation. Am. J. Respir. Crit. Care Med. 153:A742, 1996.

33. George, M.R., O'Dowd, L.C., Martin, I., Atkins, P.C., **Panettieri, R.A., Jr.**: Does an asthma referral center (ARC) assist managed care organizations (MCO) in evaluating patients with high health care utilization? Am. J. Respir. Crit. Care Med. 153:A521, 1996.

34. Lazaar, A.L., Reitz, H.E., Peters, S.P., **Panettieri, R.A., Jr.,** Puré, E.: Airway smooth muscle can express ICAM-1 and HLA-DR but does not present antigen to resting T cells. Am. J. Respir. Crit. Care Med. 153:A511, 1996.

35. Shore, S.A., **Panettieri, R.A., Jr.**: Effect of IL-1β on responses of cultured human airway smooth muscle cells to bronchodilator agonists. Am. J. Respir. Crit. Care Med 153:A167, 1996.

36. Foda, H.D., George, S., **Panettieri, R.A., Jr.,** Zucker, S.: Thrombin leads to an increase in the release and activation of gelatinase A from human airway smooth muscle in culture. Am. J. Respir. Crit. Care Med. 153:A395, 1996.

37. **Panettieri, R.A., Jr.,** Ciocca, V., Hay, D.W.P.: The inhibitory effects of pranlukast, a leukotriene receptor antagonist, against LTD$_4$-induced potentiation of human airway smooth muscle proliferation. Am. J. Respir. Crit. Care Med. 153:A842, 1996.

38. Krymskaya, V.P., **Panettieri, R.A., Jr.**: TGF-β1 modulates EGF-induced activation of phosphatidylinositol 3-kinase (PI 3-kinase) in human airway smooth muscle (HASM) cells. American Society for Biochemistry and Molecular Biology, October 1996.

39. Krymskaya, V.P., **Panettieri, R.A., Jr.**: TGF-β1 modulates EGF-stimulated phosphoinositide 3-kinase (PI 3-kinase) activity in human airway smooth muscle (HASM) cells. Am. J. Respir. Crit. Care Med. 155:A374, 1997.

40. Walker, T.R., **Panettieri, R.A., Jr.,** Chilvers, E.R.: Role of phosphoinositide 3-kinase (PI3-kinase) activation in airway smooth muscle proliferation. Am. J. Respir. Crit. Care Med. 155:A903, 1997.

41. Amrani, Y., Chen, H., Bronner, C., Frossard, N., **Panettieri, R.A., Jr.**: TNFα modulates human cultured airway myocyte function through both corticosteroid-sensitive and -insensitive pathways. Am. J. Respir. Crit. Care Med. 155:A374, 1997.

42. Chen, H., Amrani, Y., Hodge, J., Puré, E., **Panettieri, R.A., Jr.**: Tumor necrosis factor (TNF) α augments carbachol- and KCl-induced murine tracheal smooth muscle contractile responses. Am. J. Respir. Crit. Care Med. 155:A374, 1997.

43. Lazaar, A.L., **Panettieri, R.A., Jr.,** Amrani, Y., Fanslow, W.C., Albelda, S.M., Puré, E.: Functional aspects of CD40 expression on human airway smooth muscle. Am. J. Respir. Crit. Care Med. 155:A888, 1997.

44. Gurubhagavatula, I., Amrani, Y., **Panettieri, R.A., Jr.,** Albelda, S.M.: Engagement of platelet-endothelial cell adhesion molecule (PECAM-1) in cultured human umbilical vein endothelial cells (HUVECS) induces Ca$^{2+}$ influx from an extracellular source. Am. J. Respir. Crit. Care Med. 155:A609, 1997.

45. Laporte, J.D., **Panettieri, R.A., Jr.,** Shore, S.A.: Role of cyclooxygenase metabolites in IL-β induced β-adrenergic hyporesponsiveness in human airway smooth muscle cells. Am. J. Respir. Crit. Care Med. 155:A373, 1997.

46. Shore, S.A., Moeller, W., Heyder, J., **Panettieri, R.A., Jr.**: TNFα attenuates responses of cultured human airway smooth muscle cells to bronchodilator agonists. Am. J. Respir. Crit. Care Med. 155:A373, 1997.

47. Moore, P.E., Laporte, J.D., Youngkin, D.A., **Panettieri, R.A., Jr.**, Shore, S.A.: Glucocorticoids inhibit IL-1β-induced β-adrenergic hyporesponsiveness of cultured human airway smooth muscle cells. Am. J. Respir. Crit. Care Med. 155:A373, 1997.

48. **Panettieri, R.A., Jr.**, Leonard, T., Luttmann, M.A., Hay, D.W.P.: Pranlukast, but not zafirlukast, inhibits LTD$_4$ potentiation of human airway smooth muscle proliferation. Am. J. Respir. Crit. Care Med. 155:A904, 1997.

49. George, M.R., O'Dowd, L., Ferrin, M., Rucke, D., Imbesi, H., Hansen-Flaschen, J., **Panettieri, R.A., Jr.**: Implementation of an asthma critical pathway (ACP) improves clinical outcome measures in an underserved minority population. Am. J. Respir. Crit. Care Med. 155:A890, 1997.

50. O'Dowd, L.C., George, M.R., Atkins, P.C., **Panettieri, R.A., Jr.**: Does an asthma referral center (ARC) reduce hospital utilization and health care costs in a managed care organization (MCO)? Am. J. Respir. Crit. Care Med. 155:A891, 1997.

51. **Panettieri, R.A., Jr.**, Leonard, T., Luttmann, M.A., Hay, D.W.P.: Pranlukast, but not montelukast, inhibits LTD$_4$-induced potentiation of human airway smooth muscle proliferation. European Respiratory Society Annual Congress, 1997.

52. Krymskaya, V.P., Hoffman, R., Eszterhas, A., Ciocca, V., **Panettieri, R.A., Jr.**: EGF induces PI 3-kinase association with ErbB2 in human airway smooth muscle (HASM) cells. FASEB J. 11:A922, 1997.

53. Amrani, Y., Ousmer, S., **Panettieri, R.A., Jr.**: Mechanisms regulating TNFα-induced expression of cell adhesion molecules (CAM) in human airway myocytes. Am. J. Respir. Crit. Care Med. 157:A657, 1998.

54. Chen, H., Hodge, J., Puré, E., **Panettieri, R.A., Jr.**: Effects of TGFβ1 and TNFα on relaxant responses of in vitro murine tracheal smooth muscle. Am. J. Respir. Crit. Care Med 157:A657, 1998.

55. Hauck, R.W., Schulz, C., Schömig, A., Hoffman, R.K., **Panettieri, R.A., Jr.**: α-Thrombin mediates human bronchoconstriction by stimulation of proteinase-activated receptors (PAR). Am. J. Respir. Crit. Care Med. 157:A661, 1998.

56. Krymskaya, V.P., Hoffman, R., Eszterhas, A., Ciocca, V., **Panettieri, R.A., Jr.**: EGF-induced signaling involves an activation of ErbB2 in human airway smooth muscle (HASM) cells. Am. J. Respir. Crit. Care Med. 157:A35, 1998.

57. Ruberg, F.L., Amrani, Y., Gurubhagavatula, I., Pratico, D., **Panettieri, R.A., Jr.**, Albelda, S.M.: Engagement of PECAM-1 (CD31) stimulates calcium increase and prostacyclin release in endothelial cells. Am. J. Respir. Crit. Care Med. 157:A428, 1998.

58. Laporte, J.D., **Panettieri, R.A., Jr.**, Shore, S.A.: IL-1β increases basal and agonist-evoked release of PGE$_2$ in airway smooth muscle: Effect of glucocorticoids. Am. J. Respir. Crit. Care Med. 157:A658, 1998.

59. Moore, P.E., Laporte, J.D., Abraham, J.H., **Panettieri, R.A., Jr.**, Shore, S.A.: Fluticasone propionate inhibits IL-1β induced β-adrenergic hyporesponsiveness and COX-2 expression in cultured human airway smooth muscle cells. Am. J. Respir. Crit. Care Med. 157:A657, 1998.

60. George, M.R., Heatwole-Moore, M., Bernard, D., **Panettieri, R.A., Jr.**: Asthma disease state management improves outcomes in an integrated health system. Am. J. Respir. Crit. Care Med. 157:A40, 1998.

61. **Panettieri, R.A., Jr.**, Leonard, T., Luttmann, M.A., Hay, D.W.P.: Do distinct cysteinyl leukotriene (CYSLT) receptors mediate LTD$_4$-induced contraction and potentiation of proliferation of human airway smooth muscle in vitro? European Respiratory Society, Berlin, Germany, June 1997.

62. Ammit, A.J., **Panettieri, R.A., Jr.**: K-p21ras and N-p21ras, but not H-p21ras, modulate mitogen-induced human airway smooth muscle proliferation. Fourteenth International Symposium on Cellular Endocrinology, "Cell Signaling and the Cytoskeleton," Lake Placid, NY, September 24-27, 1998.

63. Ammit, A.J., **Panettieri, R.A., Jr.**: Activation of K-p21ras and N-p21ras, but not H-p21ras, is necessary for mitogen-induced human airway smooth muscle (HASM) proliferation. Am. J. Respir. Crit. Care Med. 159:A532, 1999.

64. Amrani, Y., Lazaar, A., Amin, K., **Panettieri, R.A., Jr.**: Nuclear factor-κB (NF-κB) mediates adhesion of T lymphocytes to human airway smooth muscle cells (HASM) and cytokine-induced ICAM-1 expression. Am. J. Respir. Crit. Care Med. 159:A400, 1999.

65. Chen, H., **Panettieri, R.A., Jr.**: Interleukin (IL)-13 modulates carbachol- and KCl-evoked contractile responses in murine tracheal rings. Am. J. Respir. Crit. Care Med. 159:A399, 1999.

66. Krymskaya, V.P., Penn, R.B., Hoffman, R., Eszterhas, A., **Panettieri, R.A., Jr.:** Phosphatidylinositol 3-kinase (PI3K) modulates human airway smooth muscle (HASM) cell mitogenesis by activating p70S6 kinase (p70S6K).  Am. J. Respir. Crit. Care Med. 159:A533, 1999.

67. Hoffman, R.K., Amrani, Y., **Panettieri, R.A., Jr.:** Peroxisome proliferator-activated receptors are differentially expressed in response to cytokines in human airway smooth muscle.  Am. J. Respir. Crit. Care Med. 159:A399, 1999.

68. O'Dowd, L.C., George, M., Bernard, D., **Panettieri, R.A., Jr.:** The effectiveness of an asthma disease management program in an integrated health system.  Am. J. Respir. Crit. Care Med. 159:A242, 1999.

69. Laporte, J.D., Moore, P.E., Abraham, J.H., Fabry, B., Maksym, G.N., **Panettieri, R.A., Jr.,** Shore, S.A.: Role of MAP kinases in IL-1β-adrenergic hyporesponsiveness of cultured human airway smooth muscle (HASM) cells.  Am. J. Respir. Crit. Care Med. 159:A400, 1999.

70. Moore, P.E., Laporte, J.D., Abraham, J.H., **Panettieri, R.A., Jr.,** Shore, S.A.:  Synergistic effects of IL-1β and TNFα on cultured human airway smooth muscle cell responses to β-adrenergic agonists.  Am. J. Respir. Crit. Care Med. 159:A400, 1999.

71. Moore, P.E., Laporte, J.D., Abraham, J.H., **Panettieri, R.A., Jr.,** Shore, S.A.:  Short-term homologous β-adrenergic desensitization in cultured human airway smooth muscle cells: Effect of glucocorticoids.  Am. J. Respir. Crit. Care Med. 159:A463, 1999

72. Penn, R.B., Orsini, M.J., Krymskaya, V.P., Eszterhas, A.J., Benovic, J.L., **Panettieri, R.A., Jr.**: Role of MAPK superfamily activation in human airway smooth muscle proliferation.  Am. J. Respir. Crit. Care Med. 159:A533, 1999.

73. Lazaar, A.L., Krymskaya, V., **Panettieri, R.A., Jr.**:  Crosslinking VCAM-1 on human airway smooth muscle activates ERK2 and p70S6 kinase.  Am. J. Respir. Crit. Care Med. 159:A721, 1999.

74. Amrani, Y., Lazaar, A.L., **Panettieri, R.A., Jr.**:  Upregulation of ICAM-1 by cytokines in human tracheal smooth muscle cells involves an NF-κB-dependent signaling pathway that is only partially sensitive to dexamethasone.  8th Southeast Asian-Western Pacific Regional Meeting of Pharmacologists, Taipei, Taiwan, November 1999.

75. **Panettieri, R.A., Jr.,** Eszterhas, A., Cieslinski, L., Torphy, T.J.:  Ariflo® (SB207499) modulates human airway smooth muscle (HASM) cell proliferation induced by mitogens.  Am. J. Respir. Crit. Care Med. 161:A697, 2000.

76. Ammit, A.J., Hay, D.W.P., Torphy, T.J., **Panettieri, R.A., Jr.:**  TNFα-induced synthetic responses in human airway smooth muscle (HASM) cells are modulated by PGE₂ and Ariflo®, a specific phosphodiesterase 4 inhibitor.  Am. J. Respir. Crit. Care Med. 161:A698, 2000.

77. Ammit, A.J., Hastie, A.T., Hoffman, R.K., Kane, S.A., Edsall, L., Peters, S.P., Spiegel, S., **Panettieri, R.A., Jr.:**  Sphingosine 1-phosphate (SPP) modulates human airway smooth muscle (HASM) proliferation and chemokine/cytokine secretion.  Am. J. Respir. Crit. Care Med. 161:A698, 2000.

78. Amrani, Y., Lazaar, A.L., Hoffman, R., **Panettieri, R.A., Jr.:**  Activation of the p55 TNFR1 coupled to TRAF2 stimulates ICAM-1 expression by involving a thapsigargin-sensitive pathway in human airway smooth muscle (ASM) cells.  Am. J. Respir. Crit. Care Med. 161:A260, 2000.

79. Chen, H., **Panettieri, R.A., Jr.:**  Dexamethasone inhibits agonist-induced increases in airway resistance and tracheal ring force generation in mice.  Am. J. Respir. Crit. Care Med. 161:A693, 2000

80. Krymskaya, V.P., Ammit, A.J., Hoffman, R.K., **Panettieri, R.A., Jr.:**  Phosphoinositide 3-kinase (PI3K) inhibitor LY294002 modulates TNF-α- and IL-1β-induced RANTES secretion in human airway smooth muscle (HASM).  Am. J. Respir. Crit. Care Med. 161:A698, 2000.

81. Penn, R.B., Mundell, S.J., Krymskaya, V.P., **Panettieri, R.A., Jr.,** Benovic, J.L.:  Specificity of arrestins in human airway smooth muscle (HASM).  Am. J. Respir. Crit. Care Med. 161:A468, 2000.

82. Pascual, R.M., Billington, C.K., Hall, I.P., Benovic, J.L., **Panettieri, R.A., Jr.,** Fish, J.E., Peters, S.P., Penn, R.B.:  Comparison of chronic cytokine versus PGE₂ pretreatment effects on G protein-coupled receptor (GPCR) signaling in human airway smooth muscle (HASM).  Am. J. Respir. Crit. Care Med. 161:A696, 2000.

83. Hastie, A.T., Narula, S., Zangrilli, J.G., Colavita, A.M., Musani, A.I., Pascual, R.M., Ammit, A.J., **Panettieri, R.A., Jr.,** Fish, J.E., Peters, S.P.:  Increased RANTES expression in allergic asthmatic airway interstitium and smooth muscle after segmental allergen challenge.  Am. J. Respir. Crit. Care Med. 161:A247, 2000.

84. Laporte, J.D., Moore, P.E., Jouvin, M.-H., Schwartzman, I., **Panettieri, R.A., Jr.,** Kinet, J.-P., Shore, S.A.:  Direct effect of interleukin-13 on cultured human airway smooth muscle cells.  Am. J. Respir. Crit. Care Med. 161:A261, 2000.

85. Moore, P.E., Laporte, J.D., Abraham, J.H., Schwartzman, I.N., Yandava, C.N., Drazen, J.M., Wand, M.P., **Panettieri, R.A., Jr.,** Shore, S.A.:  The Glu27 polymorphism of the β₂-adrenergic receptor

increases desensitization in human airway smooth muscle.  Am. J. Respir. Crit. Care Med. 161:A762, 2000.

86. Roux, F.J., He, S., Chupp, G., Mahboubi, K., Pennica, D., **Panettieri, R.A., Jr.**, Pober, J.S., Elias, J.A.: Cardiotrophin-1 (CT-1) induces human airway smooth muscle (HASM) proliferation.  Am. J. Respir. Crit. Care Med. 161:A698, 2000.

87. O'Dowd, L.C., **Panettieri, R.A., Jr.**:  Attitudes of physicians toward spirometry use in asthma.  Am. J. Respir. Crit. Care Med. 161:A625, 2000.

88. Krymskaya, V.P., **Panettieri, R.A., Jr.**:  Type I PI3K mediates GPCR signaling in human vascular smooth muscle (VSM).  Joint Regulation of Signaling Pathways by Integrins and Growth Factors, Beaver Run Resort, Breckenridge, CO, March 2000.

89. Krymskaya, V.P., **Panettieri, R.A., Jr.**:  Class IA PI3K mediates GPCR signaling in human vascular smooth muscle (VSM).  American Heart Association First Conference on Arteriosclerosis, Thrombosis, and Vascular Biology, Omni Interlocken, Broomfield/Denver, CO, May 2000.

90. Krymskaya, V.P., Ammit, A.J., Hoffman, R.K., **Panettieri, R.A., Jr.**:  Activation of specific phosphatidylinositol 3-kinase (PI3K) isoforms stimulates DNA synthesis in human smooth muscle (SM) cells.  Am. J. Respir. Crit. Care Med. 163:A270, 2001.

91. Amrani, Y., Ammit, A.J., Irani, C., Lazaar, A.L., **Panettieri, R.A., Jr.**:  C/EBP-β and -δ modulate TNFα-induced IL-6 gene expression in human airway smooth muscle cells:  Role of TNFR1 and p38 MAPK.  Am. J. Respir. Crit. Care Med. 163:A778, 2001.

92. Irani, C., Ammit, A.J., O'Neill, G.M., Hay, D.W.P., **Panettieri, R.A., Jr.**:  CRE, but not AP-1, NF-κB, or C/EBP, mediates cAMP-induced IL-6 gene expression in human airway smooth muscle cells.  Am. J. Respir. Crit. Care Med. 163:A778, 2001.

93. Moore, P.E., Baraldo, S., Laporte, J.D., **Panettieri, R.A., Jr.**, Shore, S.A.:  IL-4Rα genotype influences responses to IL-13 in human airway smooth muscle cells.  Am. J. Respir. Crit. Care Med. 163:A199, 2001.

94. Awsare, B.K., Pascual, R.M., Hastie, A.T., **Panettieri, R.A., Jr.**, Fish, J.E., Peters, S.P., Penn, R.B.: Effects of TGF-β1 on MAPK and G protein-coupled receptor (GPCR) signaling in human airway smooth muscle (HASM).  Am. J. Respir. Crit. Care Med. 163:A270, 2001.

95. Mundell, S.J., Olah, M.E., **Panettieri, R.A., Jr.**, Benovic, J.L., Penn, R.B.:  Adenosine regulates G protein-coupled receptor (GPCR)-adenylyl cyclase (AC) signaling and cell growth in human airway smooth muscle (HASM).  Am. J. Respir. Crit. Care Med. 163:A271, 2001.

96. Lahiri, T., Laporte, J.D., Moore, P.E., Schwartzman, I.N., Church, T.L., **Panettieri, R.A., Jr.**, Shore, S.A.:  Interleukin-6 family cytokines:  Signaling and effects in human airway smooth muscle cells. Am. J. Respir. Crit. Care Med. 163:A514, 2001.

97. Pascual, R.M., Billington, C.K., Hall, I.P., **Panettieri, R.A., Jr.**, Fish, J.E., Peters, S.P., Penn, R.B.:  Role of COX-2/PGE$_2$ induction varies in cytokine-mediated effects in airway smooth muscle (ASM).  Am. J. Respir. Crit. Care Med. 163:A514, 2001.

98. Moore, P.E., Chism, D.D., **Panettieri, R.A., Jr.**, Shore, S.A.:  IL-13 and IL-4 cause eotaxin release in human airway smooth muscle cells.  Am. J. Respir. Crit. Care Med. 163:A515, 2001.

99. Moore, P.E., Baraldo, S., Lahiri, T., Silverman, E.S., **Panettieri, R.A., Jr.**, Shore, S.A.:  Transcriptional regulation of the β$_2$-adrenergic receptor gene in human airway smooth muscle cells.  Am. J. Respir. Crit. Care Med. 163:A778, 2001.

100. Baraldo, S., Moore, P.E., Laporte, J.D., **Panettieri, R.A., Jr.**, Shore, S.A.:  Interleukin-9 signaling and effects on cultured human airway smooth muscle cells.  Am. J. Respir. Crit. Care Med. 163:A780, 2001.

101. Rosenfeldt, H., Ammit, A.J., Edsall, L.C., **Panettieri, R.A., Jr.**, Milstien, S., Spiegel, S.:  Potential roles of the lipid mediator sphingosine-1-phosphate in asthma.  40th Annual Meeting of the American Society for Cell Biology, San Francisco, December 2000.

102. Ammit, A.J., Irani, C., O'Neill, G.M., Penn, R.B., **Panettieri, R.A., Jr.**:  Sphingosine 1-phosphate (SPP), a novel inflammatory mediator in asthma, induces IL-6 gene expression in human airway smooth muscle cells via a NF-κB and CRE-mediated pathway.  11th International Conference on Second Messengers and Phosphoproteins, Melbourne, Australia, 2001.

103. Krymskaya, V.P., Hunter, D.S., Eszterhas, A.J., Walker, C.L., **Panettieri, R.A., Jr.**:  Phosphatidylinositol 3-kinase (PI3K) modulates ELT3 cell mitogenesis by activating p70 S6 kinase (p70S6K).  LAM Foundation Research Conference:  178, 2001.

104. Krymskaya, V.P., Ammit, A.J., Eszterhas, A.J., **Panettieri, R.A., Jr.**:  Activation of phosphatidylinositol 3-kinase (PI3K) stimulates DNA synthesis in human pulmonary arterial vascular smooth muscle (PAVSM) cells.  Arteriosclerosis, Thrombosis, and Vascular Biology 21(4):683, 2001.

105. Ammit, A.J., Irani, C., O'Neill, G.M., Hay, D.W., **Panettieri, R.A., Jr.**:  CRE, but not AP-1, NF-κB, or C/EBP, mediates β-agonist-induced IL-6 gene expression induced in human airway smooth muscle (HASM) cells.  11th Annual European Respiratory Society Congress, Berlin, Germany, September 2001.

106. Amrani, Y., **Panettieri, R.A., Jr.**:  TNFα and IL-1β enhance bradykinin-induced contractile responses of airway smooth muscle (ASM) cells embedded in collagen matrix:  Role of the cyclooxygenase pathway.  Am. J. Respir. Crit. Care Med. 165:A348, 2002.

107. Amrani, Y., Moore, P.E., Hoffman, R., Shore, S.A., **Panettieri, R.A., Jr.**:  IFNγ-induced upregulation of cysteinyl leukotriene receptor-1 expression and enhanced contractile responses to LTD4 in human airway myocytes.  Am. J. Respir. Crit. Care Med. 165:A116, 2002.

108. Goncharova, E.A., Hunter, D.S., Walker, C.L., Chou, M.M., **Panettieri, R.A., Jr.**, Krymskaya, V.P.: Cell proliferation in pulmonary lymphangioleiomyomatosis (LAM):  Role of p70 S6 kinase (p70S6K) activity and phosphorylation of ribosomal protein S6 (RP-S6).  Am. J. Respir. Crit. Care Med. 165:A702, 2002.

109. Huang, C.D., Goncharova, E.A., Krymskaya, V.P., Plotnick, M., Amrani, Y., **Panettieri, R.A., Jr.**: Effect of human neutrophil elastase on human airway smooth muscle (ASM) cell.  Am. J. Respir. Crit. Care Med. 165:A671, 2002.

110. Krymskaya, V.P., Goncharova, E.A., **Panettieri, R.A., Jr.**:  cAMP-mobilizing and anti-inflammatory agents inhibit migration of human airway smooth muscle (HASM) cells.  Am. J. Respir. Crit. Care Med. 165:A346, 2002.

111. Krymskaya, V.P., Irani, C., Goncharova, E.A., Hunter, D.S., Walker, C.L., **Panettieri, R.A., Jr.**:  Cell migration in lymphangioleiomyomatosis (LAM):  Phosphatidylinositol 3-kinase but not tuberin is required for PDGF-induced migration.  Am. J. Respir. Crit. Care Med. 165:A702, 2002.

112. Lazaar, A.L., Plotnick, M., Crichton, I., Schecter, N., **Panettieri, R.A., Jr.**, Puré, E.:  Mast cell chymase releases soluble CD44 and inhibits mitogen-induced proliferation of human airway smooth muscle cells.  Am. J. Respir. Crit. Care Med. 165:A117, 2002.

113. Faffe, D.S., Baraldo, S. Moore, P.E., **Panettieri, R.A., Jr.**, Shore, S.A.:  Effect of IL-4Rα polymorphisms on IL-4 and IL-13 induced eotaxin expression in human airway smooth muscle (HASM) cells.  Am. J. Respir. Crit. Care Med. 165:A113, 2002.

114. Mellema, M.S., Fredberg, J.J., **Panettieri, R.A., Jr.**, Shore, S.A.:  LIF signaling and HSP 27 phosphorylation in cultured human airway smooth muscle (HASM) cells.  Am. J. Respir. Crit. Care Med. 165:A346, 2002.

115. Moore, P.E., Amrani, Y., Calder, M., **Panettieri, R.A., Jr.**, Shore, S.A.:  Effect of Th2 cytokines on human airway smooth muscle responses to LTD4.  Am. J. Respir. Crit. Care Med. 165:A116, 2002.

116. Whitehead, T.R., Moore, P.A., McKenna, M.D., Silverman, E.S. **Panettieri, R.A., Jr.**, Shore, S.A.: Involvement of C/EBPβ in oncostatin-M and IL-1β induced COX-2 expression in human airway smooth muscle (HASM) cells.  Am. J. Respir. Crit. Care Med. 165:A116, 2002.

117. Huang, C.W., Awsare, B.K., Pascual, R.M., Hastie, A.T., **Panettieri, R.A., Jr.**, Fish, J.E., Peters, S.P., Penn. R.B.  Transforming growth factor beta-1 (TGF-β1) signaling in human airway smooth muscle (HASM) and lung fibroblasts (HLF).  Am. J. Respir. Crit. Care Med. 165:A670, 2002.

118. Pascual, R.M., Awsare, B.K., Farber, S.A., Fish, J.E., **Panettieri, R.A., Jr.**, Peters, S.P., Penn, R.B.: Interleukin-1β (IL-1β) promotes increased phospholipase A2 (PLA2) activity and cPLA2 expression in human airway smooth muscle (HASM).  Am. J. Respir. Crit. Care Med. 165:A114, 2002.

119. Goncharova, E.A., Goncharov, D.A., **Panettieri, R.A., Jr**., Lazaar, A.L., Krymskaya, V.P.:  VEGF stimulates proliferation and migration of LAM-derived cells.  Am. J. Respir. Crit. Care Med. 167:A953, 2003.

120. Goncharova, E.A., Plotnick, M., Kim, J., **Panettieri, R.A., Jr**., Krymskaya, V.P:  Increased migration of LAM-derived cells is independent from S6K1, ROCK, and Erk activation.  Am. J. Respir. Crit. Care Med. 167:A951, 2003

121. Goncharova, E.A., Krymskaya, V.P., Penn, R.B., Tkachuk, V.A., **Panettieri, Jr., R.A**:  Glucocorticoids inhibit PDGF-induced human airway smooth muscle (HASM) cell migration.  Am. J. Respir. Crit. Care Med. 167:A689, 2003.

122. Huang, C.D., Tliba, O., **Panettieri, R.A., Jr.**, Amrani. Y.:  Bradykinin induces IL-6 production in human airway smooth muscle cells:  Modulation by Th2 cytokines and dexamethasone.  Am. J. Respir. Crit. Care Med. 167:A687, 2003.

123. Huang, C.D., Ammit, A.J., Tliba, O., Penn, R.B., **Panettieri, R.A., Jr.**, Amrani, Y.:  G-protein coupled receptor agonists differentially regulate basal or TNFα-stimulated activation of IL-6 and RANTES

genes in human airway smooth muscle cells: Roles of calcium and protein kinase C. Am. J. Respir. Crit. Care Med. 167:A687, 2003.

124. Tliba, O., Hoffman, R.K., **Panettieri, R.A., Jr.**, Amrani, Y.: TNFα stimulates STAT1-dependent gene expression in human airway smooth muscle (ASM) cells: Role of autocrine action of IFNβ. Am. J. Respir. Crit. Care Med. 167:A686, 2003.

125. Tliba, O., Ismail-Tliba, S.,Walseth, T.F., Kannan, M.S., **Panettieri, R.A., Jr.**, Amrani, Y.: CD38-cyclic-ADP-ribose: A novel component of TNFα signaling pathways in human airway smooth muscle (ASM) cells. Am. J. Respir. Crit. Care Med. 167:A689, 2003.

126. Amrani, Y., Huang, C.D., Tliba, O., Comegys, M.M., **Panettieri, R.A., Jr.**: IL-9 modulates the proliferative response but not the secretory function of human airway smooth muscle cells. Am. J. Respir. Crit. Care Med. 167:A34, 2003.

127. Hasaneen, N., **Panettieri, R.A., Jr.**, Zucker, S., Foda, H.D.: Role of matrix metalloproteinases (MMPs) in stretch-induced airway smooth muscle hyperplasia. Am. J. Respir. Crit. Care Med. 167:A33, 2003.

128. Hasaneen, N., Giampetruzzi, A.W., **Panettieri, R.A., Jr.**, Zucker, S., Foda, H.D.: Matrix metalloproteinase (MMP) inhibition prevents stretch-induced migration and invasion of human airway smooth muscle. Am. J. Respir. Crit. Care Med. 167:A158, 2003.

129. Deshpande, D.A., Walseth, T.F., **Panettieri, R.A., Jr.**, Kannan, M.S.: Anti-sense CD38 transfection attenuates agonist induced intracellular calcium response in human airway smooth muscle cells. Am. J. Respir. Crit. Care Med. 167:A430, 2003.

130. Faffe, D.S., Whitehead, T., Baraldo, S., Moore, P. **Panettieri, R.A., Jr.**, Shore, S.A.: IL-13 and IL-4 cause TARC expression in human airway smooth muscle (HASM) cells: Role of IL-4 receptor polymorphisms. Am. J. Respir. Crit. Care Med. 167:A686, 2003.

131. Mellema, M.S., Faffe, D.S., Moore, P.E., **Panettieri, R.A., Jr.**, Shore, S.A.: Effects of IL-6 family cytokines on eotaxin and IL-8 release from Hasm cells. Am. J. Respir. Crit. Care Med. 167:A687, 2003.

132. Moore, P.E., DeMatteo Jr., C.A., **Panettieri, R.A., Jr.**, Limbird, L.E., Shore, S.A.: Influence of β2-adrenergic receptor genotype on desensitization in human airway smooth muscle. Am. J. Respir. Crit. Care Med. 167:A748, 2003.

133. Pawliczak, R., Copeland, J.R., Alsaaty, S., Logun, C., **Panettieri, R.A., Jr.**, Esterhaus, A., Shelhamer, J.H.: Initial characterization of cysteinyl leukotriene receptor 2 (Cys-LTR2) promoter. Am. J. Respir. Crit. Care Med. 167:A806, 2003.

134. Billington, C.K., Fontana, M.F., Stefano, F.P., **Panettieri, R.A., Jr.**, Penn, R.B.: EGF and thrombin co-stimulation induces sustained hyperphosphorylation of p70 S6 kinase (p70S6K) in human airway smooth muscle (ASM) cells. Am. J. Respir. Crit. Care Med. 167:A31, 2003.

135. Dial, E.M., Pascual, R.M., **Panettieri, R.A., Jr.**, Farber, S.A., Peters, S.P., Penn, R.B.: Differential regulation of IL-1β mediated phospholipase A2 (PLA2) activity in human airway smooth muscle (HASM). Am. J. Respir. Crit. Care Med. 167:A691, 2003.

136. Fontana, M.F., Valancius, C.A., Huang, C.W., Stefano, F.P, Awsare, B.K., Pascual, R.M., **Panettieri, R.A., Jr.**, Hastie, A.T., Peters, S.P., Penn, R.B.: Analysis of cAMP-dependent protein kinase (PKA) activation and inhibition of airway smooth muscle (ASM) and fibroblasts (AF). Am. J. Respir. Crit. Care Med. 167:A801, 2003.

137. Tliba, O., **Panettieri, R.A., Jr.**, Amrani, Y.: TNFalpha induces CD38 expression in human airway smooth muscle (ASM) cells via p38, JAK1-dependent and ERK-independent mechanisms. Am. J. Respir. Crit. Care Med. 169:A193, 2004.

138. Tliba, O., **Panettieri, R.A., Jr.**, Amrani, Y.: Synergistic inhibition of TNFalpha-induced CD38 expression in human airway smooth muscle (ASM) cells by a combination of fluticasone propionate (FP) and PGE2. Am. J. Respir. Crit. Care Med. 169:A192, 2004.

139. Goncharova, E.A., Kim, J.H., Lim, P.N., Krymskaya, V.P., **Panettieri, R.A., Jr.**: Fluticasone inhibits PDGF-induced airway smooth muscle (ASM) cell migration in a FAK-, but not ERK-, p38-, ROCK-, and PI3K-dependent manner. Am. J. Respir. Crit. Care Med. 169:A193, 2004.

140. Huang, C.D., Tliba, O., Kuo, H.P., **Panettieri, R.A., Jr.**, Amrani, Y.: Synergistic action of bradykinin and epidermal growth factor (EGF) in regulating IL-6 production in human airway smooth muscle (ASM) cells: role of EGF receptor-associated signaling molecules. Am. J. Respir. Crit. Care Med. 169:A193, 2004.

141. Cao, Y., Grous, M., Scanlon, S.T., Beers, M.F., **Panettieri, R.A., Jr.**, Salmon, M., Haczku, A.: The innate immune molecule surfactant protein (SP)-D is upregulated in the lung following cigarette smoke (CS) exposure in a murine model. Am. J. Respir. Crit. Care Med. 169:A832, 2004.

142. Haczku, A., Cao, Y., Grous, M., Scanlon, S.T., **Panettieri, R.A., Jr.**, Beers, M.F., Salmon, M.: Pro- and anti-inflammatory mediators are induced in a time-dependent manner by ozone (O3) exposure. Am. J. Respir. Crit. Care Med. 169:A483, 2004.

143. Hasanen, N., **Panettieri, R.A., Jr.**, Zucker, S., Foda, H.D.: Mechanical strain of airway smooth muscle stimulates angiogenesis. Am. J. Respir. Crit. Care Med. 169:A28, 2004.

144. Hasanen, N., **Panettieri, R.A., Jr.**, Gruber, B.L., Foda, H.D.: Airway smooth muscle strain induces mast cell migration and activation. Am. J. Respir. Crit. Care Med. 169:A455, 2004.

145. Flynt, L., Whitehead, T.R., Faffe, D.S., Silverman, E.S., **Panettieri, R.A., Jr.**, Shore, S.A.: Role of MAP kinases and of NF-κB in TARC release from human airway smooth muscle cells. Am. J. Respir. Crit. Care Med. 169:A191, 2004.

146. Faffe, D.S., Flynt, L., Bourgeois, K., Moore, P.E., Baraldo, S., **Panettieri, R.A., Jr.**, Shore, S.A.: IL-13 and IL-4 cause VEGF production by human airway smooth muscle (HASM) cells: role of IL-4Rα and VEGF genotype. Am. J. Respir. Crit. Care Med. 169:A191, 2004.

147. Mellema, M.S., Whitehead, T.R., Flynt, L., Bourgeois, K., Subramaniam, V., Silverman, E.S., **Panettieri, R.A., Jr.**, Shore, S.A.: Oncostatin M causes VEGF release from human airway smooth muscle (HASM) cells: interaction with IL-1β. Am. J. Respir. Crit. Care Med. 169:A192, 2004.

148. Edwards, M.R., **Panettieri, R.A., Jr.**, Johnson, M., Johnston, S.L.: Induction of IL-6 by human rhinovirus in bronchial cells is NF-κB dependent and can be augmented by B₂ agonists via CRE binding transcription factors. Am. J. Respir. Crit. Care Med. 169:A215, 2004.

149. Deshpande, D.A., Kang, B., Dogan, S., Walseth, T.F., **Panettieri, R.A., Jr.**, Kannan, M.S.: Tumor necrosis factor-α-induced changes in the CD38 expression and calcium homeostasis in airway smooth muscle: sensitivity to dexamethasone. Am. J. Respir. Crit. Care Med. 169:A847, 2004.

150. Edwards, M.R., **Panettieri, R.A., Jr.**, Johnson, M., Johnston, S.L.: Human rhinovirus upregulates IL-6 gene expression in bronchial epithelial cells via an NF-κB dependent mechanism and can be repressed by glucocorticoids via transrepression. European Academy of Allergology and Clinical Immunology Meeting, Amsterdam, June 2004.

151. Krymskaya, V.P., Goncharova, E.A., Lim, P.N., Goncharov, D.A., Eszterhas, A., **Panettieri, R.A., Jr.**: Src is necessary and sufficient for human airway smooth muscle (HASM) cell proliferation and migration. Proc. Am. Thorac. Soc. 2:A339, 2005.

152. Goncharova, E.A., Goncharov, D.A., Lim, P.N., Spaits, M.S., **Panettieri, R.A., Jr.**, Amrani, Y., Krymskaya, V.P.: Interferon β but not interferon γ modulates LAM-derived (LAMD) cell growth. Proc. Am. Thorac. Soc. 2:A636, 2005.

153. Haczku, A., Emami, K., Jiang, M., Ishii, M., Fischer, M.C., Yu, J., **Panettieri, R.A., Jr.**, Rizi, R.R.: Hyperpolarized ³He MRI shows altered regional ventilation in a murine model of airway hyperresponsiveness (AHR). Proc. Am. Thorac. Soc. 2:A776, 2005.

154. Kierstein, S., Steele, C., Vass, G., Eszterhas, A., **Panettieri, R.A., Jr.**, Kolls, J.K., Haczku, A.: Ozone (O₃) induced exacerbation of asthma is associated with increased IL-5 production in a murine model. Proc. Am. Thorac. Soc. 2:A164, 2005.

155. Tliba, O., **Panettieri, R.A., Jr.**, Amrani, Y.: IKK2 inhibition in human airway smooth muscle (ASM) cells: a novel strategy to prevent inflammatory gene expression partially suppressed by glucocorticoids (GC). Proc. Am. Thorac. Soc. 2:A238, 2005.

156. Kim, J.H., Yang, B., **Panettieri, R.A., Jr.**, Amrani, Y., Puré, E.: Transforming growth factor-β modulates agonist-induced murine tracheal smooth muscle ring tension generation and relaxation. Proc. Am. Thorac. Soc. 2:A251, 2005.

157. Lazaar, A.L., Tliba, O., Lotfi, S., Kazi, A.S., van Besien, C.R., **Panettieri, R.A., Jr.**, Amrani, Y.: Ozone (O₃) modulates airway smooth muscle (ASM) gene expression and rho activation. Proc. Am. Thorac. Soc. 2:A337, 2005.

158. Kang, B.-N. Tirumurugaan, K.G., Amrani, Y., **Panettieri, R.A., Jr.**, Walseth, T.F., Kannan, M.S.: TNF-α-induced CD38 expression in human airway smooth muscle cells is inhibited by dexamethasone and independent of NF-κB activation. Proc. Am. Thorac. Soc. 2:A505, 2005.

159. Kong, K.C., Billington, C.K., **Panettieri, R.A., Jr.**, Chan, T.O., Penn, R.B.: Beta-gamma (Gβγ) mediated activation of PI3K mediates synergistic p70S6K activation in airway smooth muscle (ASM). Proc. Am. Thorac. Soc. 2:A26, 2005.

160. Flynt, L., Faffe, D.S., Moore, P.E., **Panettieri, R.A., Jr.**, Shore, S.A.: Effect of β₂ adrenoceptor polymorphisms on inflammatory gene expression in human airway smooth muscle (HASM) cells. Proc. Am. Thorac. Soc. 2:A31, 2005.

161. Faffe, D.S., Flynt, L., Bourgeois, K., **Panettieri, R.A., Jr.**, Shore, S.A.: Effect of IL-4Rα genotype on IL-13 and IL-4-induced IL-6 release in human airway smooth muscle (HASM) cells. Proc. Am. Thorac. Soc. 2:A239, 2005.

162. Guo, M., Wang, S., Fontana, M.F., Valancius, C.A., Pascual, R.M., **Panettieri, R.A., Jr.**, Tilley, S.L., Koller, B.H., Penn, R.B.: Mechanisms of cytokine-mediated beta-2-adrenergic receptor (β$_2$AR) desensitization in airway smooth muscle (ASM). Proc. Am. Thorac. Soc. 2:A505, 2005.

163. Malavia, N.K., **Panettieri, R.A., Jr.**, George, S.C.: Epidermal growth factor creates airway epithelium phenotype that stimulates airway smooth muscle proliferation. Proc. Am. Thorac. Soc. 3:A709, 2006.

164. Kong, K.C., Billington, C.K., Ghandi, U., **Panettieri, R.A., Jr.**, Penn, R.B.: G protein specificity and robustness of cooperative mitogenic signaling of receptor tyrosine kinases (RTKs) and G protein coupled receptors (GPCRs) in airway smooth muscle (ASM). Proc. Am. Thorac. Soc. 3:A709, 2006.

165. Guo, M., Pascual, R.M., Wang, S., Yan, H., **Panettieri, R.A., Jr.**, Penn, R.B.: Regulation of phosphodiesterase (PDE) activity and the PDE4D5 isoform by PKA greatly influences beta-2-adrenergic receptor (β2AR) responsiveness in cytokine-treated airway smooth muscle (ASM) cells. Proc. Am. Thorac. Soc. 3:A436, 2006.

166. Pascual, R.M., Seeds, M.C., Guo, M., **Panettieri, R.A., Jr.**, Peters, S.P., Penn, R.B.: Knockdown of induced cytosolic phospholipase A$_2$ (cPLA$_2$) inhibits interleukin-1β- (IL-1β) mediated prostaglandin E$_2$ (PGE$_2$) production in human airway smooth muscle (HASM). Proc. Am. Thorac. Soc. 3:A463, 2006.

167. Kline, J.N., Kemeny, M.E., Rosenwasser, L.J., **Panettieri, R.A., Jr.**, Look, D.C., Sigurdarson, S., Milchak, R.J., Watt, J.A., Loesche, J.R., Rose, R.M.: Placebo response in bronchial hyperreactivity. Proc. Am. Thorac. Soc. 3:A237, 2006.

168. Goncharova, E.A., Lim, P.N., Chisolm, A., Lotfi, S., Goncharov, D.A., Mittelman, M., Kierstein, S., Eszterhas, A., Haczku, A., **Panettieri, R.A., Jr.**, Krymskaya, V.P.: Interferons (IFNs) modulate growth factor-induced airway smooth muscle (ASM) cell hypertrophy in a mTOR/S6K1-dependent manner. Proc. Am. Thorac. Soc. 3:A279, 2006.

169. Goncharova, E.A., Mittelman, M., Chisolm, A., Goncharov, D.A., Krymskaya, V.P., **Panettieri, R.A., Jr.**: cAMP-mobilizing agents promote PKA-dependent vasodilator-stimulated phosphoprotein (VASP) phosphorylation in human airway smooth muscle (HASM) cells. Proc. Am. Thorac. Soc. 3:A710, 2006.

170. Tliba, O., **Panettieri, R.A., Jr.**, Amrani, Y.: CD38 expression is insensitive to steroid action in cells treated with TNFα and IFNγ by a mechanism involving the upregulation of glucocorticoid receptor β isoform. Proc. Am. Thorac. Soc. 3:A437, 2006.

171. Bailey, M.T., Kierstein, S., Spaits, M., Sheridan, J.F., **Panettieri, R.A., Jr.**, Haczku, A.: Social stress enhances allergen-induced airway inflammation in mice. Proc. Am. Thorac. Soc. 3:A237, 2006.

172. Vass, G., Kierstein, S., Jiang, M., Ball, H., Robinson, C., **Panettieri, R.A., Jr.**, Haczku, A.: Dehydroepiandrosterone-sulfate (DHEAS, EPI-12323) attenuates allergic airway inflammation and hyperresponsiveness. Proc. Am. Thorac. Soc. 3:A341, 2006.

173. Syed, F., Amrani, Y., Huang, C., Li, K., Jain, D., **Panettieri, R.A., Jr.**, Griswold, D.E., Li, L.: The expression and potential function of the oxytocin receptor in airway smooth muscle cells. Proc. Am. Thorac. Soc. 3:A467, 2006.

174. Malavia, N.K., **Panettieri, R.A., Jr.**, George, S.C.: EGF creates airway epithelium phenotype that stimulates airway smooth muscle proliferation. Biomedical Engineering Society Annual Fall Meeting, Chicago, 2006 (Poster Presentation, Respiratory Engineering Session).

175. Goncharova, E.A., Thambinayagam, C.K., Goncharov, D.A., Krymskaya, V.P., **Panettieri, R.A., Jr.**: (R)-albuterol, but not (S)-albuterol, promotes protein kinase A-dependent vasodilator-stimulated phosphoprotein phosphorylation and inhibits migration of human airway smooth muscle cells. Am. J. Respir. Crit. Care Med. 175:A661, 2007.

176. Goncharova, E.A., Thambinayagam, C.K., Goncharov, D.A., Krymskaya, V.P., Chalk, P.A., Knowles, R.G., **Panettieri, R.A., Jr.**: Chronic exposure f human airway smooth muscle cells β-agonists promotes desensitization of vasodilator-stimulated phosphoprotein responses to albuterol. Am. J. Respir. Crit. Care Med. 175:A303, 2007.

177. Damera, G., Zhao, H., Tliba, O., Amrani, Y., **Panettieri, R.A., Jr.**: TNF-α directly activates IFN-β promoter in human airway smooth muscle cells. Am. J. Respir. Crit. Care Med. 175:A759, 2007.

178. Tliba, O., Baidouri, H., Amrani, Y**., Panettieri, R.A., Jr.**: TNFα and IFNγ combination impairs CD38 sensitivity to cAMP-elevating agents in human airway smooth muscle cells. Am. J. Respir. Crit. Care Med. 175:A524, 2007.

179. Sims, M., Tal-Singer, R., Kierstein, S., Salmon, M., **Panettieri, R.A., Jr.**, Haczku, A.: Cigarette smoking and chronic obstructive pulmonary disease (COPD) are associated with decreased levels of

the protective surfactant protein (SP)-D in bronchoalveolar lavage (BAL) fluid. Am. J. Respir. Crit. Care Med. 175:A658, 2007.

180. Kierstein, S., Cao, Y., Krytska, K., Sharma, S., Keslacy, S., Amrani, Y., Zangrilli, J., Salmon, M., **Panettieri, R.A., Jr.,** Haczku, A.: Exacerbation of allergen-induced airway hyperresponsiveness after ozone exposure is associated with prolonged survival of eosinophils and inhibition of Fas and FasL. Am. J. Respir. Crit. Care Med. 175:A463, 2007.

181. Keslacy, S., Baidouri, H., Tliba, O., Kierstein, S., **Panettieri, R.A., Jr.,** Haczku, A., Amrani, Y.: CD38 plays a critical role in mediating allergen-induced airway hyper-responsivness, but not airway inflammation in a murine model of asthma. Am. J. Respir. Crit. Care Med. 175:A525, 2007.

182. Tirumurugaan, K.G., Kang, B.N., **Panettieri, R.A., Jr.,** Kannan, M.S.: NF-κB- and AP-1-mediated regulation of *cd38* promoter in human airway smooth muscle cells: effect of glucocorticoids. Am. J. Respir. Crit. Care Med. 175:A113, 2007.

183. Tirumurugaan, K.G., Jude, J.A., Kang, B.N., **Panettieri, R.A., Jr.,** Walseth, T.F., Kannan, M.S.: TNFα-induced CD38 expression in human airway smooth muscle cells: role of MAP kinases and transcription factors NF-κB and AP-1. Am. J. Respir. Crit. Care Med. 175:A115, 2007.

184. Zhu, M., Flynt, L., Mellema, M., Williams, E.S., **Panettieri, R.A., Jr.,** Shore, S.A.: Anti-inflammatory effects of metformin and thiazolidinediones in human smooth muscle cells. Am. J. Respir. Crit. Care Med. 175:A759, 2007.

185. Pascual, R.M., Seeds, M.C., **Panettieri, R.A., Jr.,** Peters, S.P., Penn. R.B.: Interleukin-1β (IL-1β)-mediated microsomal prostaglandin $E_2$ (PGE$_2$) synthase (mPGES) induction regulates cyclooxygenase-2 (COX-2) and PGE$_2$ production in human airway smooth muscle (HASM). Am. J. Respir. Crit. Care Med. 175:A663, 2007.

186. Malavia, N.K., Shin, H.W., Henderson, E.M., Gaston, B., **Panettieri, R.A., Jr.,** George, S.C.: IL-13 enhances GSNO reductase activity in human airway smooth muscle cells. Am. J. Respir. Crit. Care Med. 175:A522, 2007.

187. Malavia, N.K., **Panettieri, R.A., Jr.,** George, S.C.: Injured airway epithelium creates a phenotype that stimulates airway smooth muscle proliferation. Oral Presentation at the Biomedical Engineering Society Annual Meeting, Los Angeles, CA, September 2007.

188. Jester, W.F., Jiang, M., Zhao, H., Liang, J., Parikh, I., Murphy, T., Adler, K.B., **Panettieri, R.A., Jr.:** Inhibition of myristoylated alanine-rich C kinase substrate protein markedly inhibits ozone-induced airway inflammation. Poster Presentation at the American College of Chest Physicians Annual Meeting, Chicago, IL, October 2007.

189. Duru, E.A., Parks, IV, J.L., **Panettieri, R.A., Jr.,** Calhoun, W.J., Ameredes, B.T.: S)-albuterol associated modulation of stimulatory G-protein expression as a function of serum stimulation in human airway smooth muscle cells. American Academy of Allergy, Asthma & Immunology Annual Meeting, Philadelphia, PA, March 2008.

190. Musani, A.I., Sims, M., Sareli, C., McLaren, W., Delaney, P., **Panettieri, R.A., Jr.:** Feasibility of confocal endomicroscopy to characterize human airway histology in subjects undergoing rigid bronchoscopy. Presented at the 15th World Congress for Bronchology, Tokyo, Japan, March-April 2008.

191. **Panettieri, R.A., Jr.,** Jester, W.F., Jiang, M., Zhao, H., Liang, J., Parikh, I., Murphy, T., Adler, K.B.: Inhibition of ozone-induced airway inflammation by decreasing myristoylated alanine-rich C kinase substrate protein function. Am. J. Respir. Crit. Care Med. 177:A495, 2008.

192. Damera, G., Zhao, H., Mittelman, M., Jester, W.F., **Panettieri, R.A., Jr.:** Ozone-mediated increase in IL-6 secretion by normal human bronchial epithelium and airway smooth muscle. Am. J. Respir. Crit. Care Med. 177:A494, 2008.

193. Damera, G., Zhao, H., Amrani, Y., Tliba, O., **Panettieri, R.A., Jr.:** P38 MAPK inhibitors enhance IFN-β expression in basal and TNFα-treated airway smooth muscle cells. Am. J. Respir. Crit. Care Med. 177:A491, 2008.

194. Damera, G., Krymskaya, V.P., Jester, W.F., Goncharova, E.A., Goncharov, D.A., Zhao, H., Tliba, O., **Panettieri, R.A., Jr.:** Vitamin D inhibits PDGF-induced human airway smooth muscle cell growth. Am. J. Respir. Crit. Care Med. 177:A322, 2008.

195. Cooper, P.R., Knowles, R.G., **Panettieri, R.A., Jr.:** Desensitization of beta-adrenergic receptors in human small airways. Am. J. Respir. Crit. Care Med. 177:A485, 2008.

196. Cooper, P.R., **Panettieri, R.A., Jr.:** Ozone modulates murine small airway responsiveness to agonists. Am. J. Respir. Crit. Care Med. 177:A485, 2008.

197. Banerjee, A., Lopez-Boado, Y.S., Gu, S., **Panettieri, R.A., Jr.,** Tliba, O.: Vitamin D inhibits chemokine secretion in airway smooth muscle (ASM) cells. Am. J. Respir. Crit. Care Med. 177:A490, 2008.

198. Banerjee, A., Lopez-Boado, Y.S., Gu, S., Damera, G., **Panettieri, R.A., Jr.**, Tliba, O.: Vitamin D inhibits NF-κB activation in airway smooth muscle (ASM) cells. Am. J. Respir. Crit. Care Med. 177:A499, 2008.

199. Haczku, A., Tong, E., Krytska, K., Kierstein, S., **Panettieri, R.A., Jr.**: Combination of stress and asthma inhibits the glucocorticoid receptor (GR) and CAAT enhancer binding protein (C/EBP)-mediated production of the immunoprotective surfactant protein D (SP-D) in the lung. Am. J. Respir. Crit. Care Med. 177:A64, 2008.

200. Tliba, O., Baidouri, H., Keslacy, S., **Panettieri, R.A., Jr.**, Amrani, Y.: Engagement of TLR3 stimulates the expression of NF-κB-dependent inflammatory cytokines in airway smooth muscle via steroid-sensitive and insensitive pathways. Am. J. Respir. Crit. Care Med. 177:A492, 2008.

201. Tustison, N.J., Kotzer, C.J., Logan, G.A., Podolin, P.L., Altes, T.A., Wright, A.P., Song, G., Zhao, H., Haczku, A., Barnette, M.S., **Panettieri, R.A., Jr.**, Gee, J.C.: Detection of elastase-induced emphysema in free-breathing mice using micro computed tomography (CT). Am. J. Respir. Crit. Care Med. 177:A808, 2008.

202. Malavia, N.K., **Panettieri, R.A., Jr.**, George, S.C.: Repetitive injury of the airway epithelium creates a phenotype that stimulates airway smooth muscle hyperplasia partly through a MMP9-GPCR pathway. Am. J. Respir. Crit. Care Med. 177:A323, 2008.

203. Duru, E.A., Reno, A.L., Parks, IV, J.L., **Panettieri, R.A., Jr.**, Calhoun, W.J., Ameredes, B.T.: (S)-albuterol associated modulation of p38 activation as a function of serum stimulation in human airway smooth muscle cells. Am. J. Respir. Crit. Care Med. 177:A494, 2008.

204. **Panettieri, R.A., Jr.**, Spector, S.L., Mintz, M.L.: Awareness of asthma control and asthma risks: results of the GAP II survey of patients and primary care physicians. Poster Presentation at AAAAI Annual Meeting, Washington, D.C., March 2009.

205. Banerjee, A., Bhandare, R., Damera, G., Tliba, O., **Panettieri, R.A., Jr.**: Vitamin D enhances GRE reporter activity in airway smooth muscle cells. Am. J. Respir. Crit. Care Med. 179:A3904, 2009.

206. Banerjee, A., Cooper, P.R., **Panettieri, R.A., Jr.**: Ex vivo chemokine secretion in precision cut lung slices mimic responses observed in cultured cells in vitro. Am. J. Respir. Crit. Care Med. 179:A3902, 2009.

207. Bhandare, R., Zhao, H., Kossenkov, A., Nikonova, E.V., **Panettieri, R.A., Jr.**: miR-132 modulates β$_2$-adrenergic receptor desensitization in human airway smooth muscle cells. Am. J. Respir. Crit. Care Med. 179:A6142, 2009.

208. Cooper, P.R., Lamb, R.J., Kajekar, R., San Mateo, L.R., Hornby, P.J., **Panettieri, R.A., Jr.**: Toll-like receptor-3 activation in human lung slices evokes cytokine secretion without modulating agonist-induced contractility and relaxation. Am. J. Respir. Crit. Care Med. 179:A6314, 2009.

209. Cooper, P.R., Zhang, J., Mittelman, M.A., Mesaros, A.C., Blair, I.A., **Panettieri, R.A., Jr.**: Oxidized lipids induce ozone-induced airway hyper-responsiveness independent of infiltrating inflammatory cells. Am. J. Respir. Crit. Care Med. 179:A6315, 2009.

210. Cooper, P.R., Nicholls, D.J., Zhang, J., Dainty, I.A., **Panettieri, R.A., Jr.**: Budesonide modulates β$_2$-adrenergic receptor tolerance in human small airways and epithelium but not in airway smooth muscle. Am. J. Respir. Crit. Care Med. 179:A3907, 2009.

211. Damera, G., Liu, F., Jester, W.F., **Panettieri, R.A., Jr.**: Prostanoids differentially mediate ozone-induced synthetic responses in basal and TNF-treated NHBE-ASM co-cultures. Am. J. Respir. Crit. Care Med. 179:A6319, 2009.

212. Damera, G., Cooper, P.R., Jiang, M., Fogle, H., Jester, W.F., **Panettieri, R.A., Jr.**: A novel serotonergic receptor antagonist substantially ameliorates allergen-induced lung function. Am. J. Respir. Crit. Care Med. 179:A6316, 2009.

213. Damera, G., Fogle, H.W., Banerjee, A., Tliba, O., **Panettieri, R.A., Jr.**: PDGF-mediated RGS4 expression modulates proliferative and contractile functions in ASM cells. Am. J. Respir. Crit. Care Med. 179:A2064, 2009.

214. Damera, G., Fogle, H., Goncharova, E.A., Zhao, H., Krymskaya, V.P., **Panettieri, R.A., Jr.**: Vitamin D attenuates growth factor-induced human airway smooth muscle cell proliferation. Am. J. Respir. Crit. Care Med. 179:A5606, 2009.

215. Sims, M.W., Margolis, D., Localio, A.R., **Panettieri, R.A., Jr.**, Kawut, S.M., Christie, J.D.: Impact of pulmonary artery pressure on exercise function in chronic obstructive pulmonary disease. Am. J. Respir. Crit. Care Med. 179:A1548, 2009.

216. Eidelman, O., Marozkina, N.V., Srivastava, M., Huang, W., Guilford, W., **Panettieri, R.A., Jr.**, Gaston, B.M., Pollard, H.B.: S-nitrosylation targets in human airway smooth muscle cells: simultaneous measurement of protein expression and cysteine modification on a large scale antibody microarray platform. Am. J. Respir. Crit. Care Med. 179:A2059, 2009.

217. **Panettieri, R.A., Jr.**, Walsh, J., Sims, M., Kerwin, E., Fogarty, C., Noonan, M., MacIntyre, N., Claus, R., Andrews, W.T.: Comparison of efficacy and safety of arformoterol 15 μg twice daily with arformoterol 30 μg once daily in patients with COPD. Am. J. Respir. Crit. Care Med. 179:A4542, 2009.

218. Ruiz, J., Duru, E.A., Parks III, J.L., **Panettieri, R.A., Jr.**, Calhoun, W.J., Ameredes, B.T.: Reduction of GM-CSF release in human airway smooth muscle cells by carbon monoxide and hypoxia. Am. J. Respir. Crit. Care Med. 179:A3170, 2009.

219. Duru, E.A., Reno, A.L., Parks IV, J.L., **Panettieri, R.A., Jr.**, Calhoun, W.J., Ameredes, B.T.: Modulation of ERK1/2 levels by enantiomers of albuterol in stimulated human airway smooth muscle cells. Am. J. Respir. Crit. Care Med. 179:A3914, 2009.

220. Jude, J.A., Tirumurugaan, K.G., **Panettieri, R.A., Jr.**, Walseth, T.F., Kannan, M.S.: The role of phosphatidyl inositol-3 kinase (PI3K)/Akt pathway in CD38 expression in human airway smooth muscle (HASM) cells. Am. J. Respir. Crit. Care Med. 179:A1943, 2009.

221. Factor, P., Xu, A., Wu, J., McDonald, J., Mazunder, S., **Panettieri, R.A., Jr.**, Akhmedov, A.: Polycyclic aromatic hydrocarbons reduce $\beta_2$-adrenergic receptor function in airway epithelial and smooth muscle cells. Am. J. Respir. Crit. Care Med. 179:A6101, 2009.

222. Cooper, P.R., Damera, G., Fogle, H., Jiang, M., Zhao, H., Zhang, J., Jester, W.F., **Panettieri, R.A., Jr.**: A novel receptor anagaonist, C-027, inhibits airway contraction in human and murine models of allergen, independent of inflammatory mediator release. European Respiratory Society Annual Congress, Vienna, Austria, September 2009.

223. **Damera, G.**, Cooper, P.R., Fogle, H.W., Jiang, M., Zhao, H., Jester, W.F., Freire, J., **Panettieri, R.A., Jr.**: Long-acting anticholinergic, aclidinium bromide (AB) significantly attenuates airway inflammation and hyper-responsiveness in an *Af*-induced murine model of asthma. European Respiratory Society Annual Congress, Vienna, Austria, September 2009.

224. **Panettieri, R.A., Jr.**, Spector, S.L., Mintz, M.L.: Awareness of asthma control and asthma risks: results of the GAP II survey of patients and primary care physicians. Intermountain West Allergy Association Scientific Session, July 2009.

225. Banerjee, A., Trivedi, C., Jester, W., Epstein, J., **Panettieri, R.A., Jr.**: Trichostatin A inhibits methacholine induced airway hyperresponsiveness without affecting allergen induced airway inflammation in mice. Am. J. Respir. Crit. Care Med. 181:A3964, 2010.

226. Cooper, P.R., Mesaros, A.C., Zhang, J., Soberman, R.J., Blair, I.A., **Panettieri, R.A., Jr.**: 20-HETE mediates ozone-induced, neutrophil-independent, airway hyper-responsiveness. Am. J. Respir. Crit. Care Med. 181:A2135, 2010.

227. Cooper, P.R., Zhang, J., Dainty, I.A., Nicholls, D.J., **Panettieri, R.A., Jr.**: Budesonide reverses IL-13- and TNFα-induced airway hyper-responsiveness and reverses IL-13-induced attenuated relaxation. Am. J. Respir. Crit. Care Med. 181:A3593, 2010.

228. Damera, G., Druey, K.M., Amrani, Y., Soberman, R.J., Brightling, C.E., **Panettieri, R.A., Jr.**: RGS4 modulates growth factor-induced ASM proliferation in severe asthma. Am. J. Respir. Crit. Care Med. 181:A2303, 2010.

229. Damera, G., Hoshi, T., Druey, K.M., Amrani, Y., Brightling, C.E., **Panettieri, R.A., Jr.**: RGS4 alters contractile responses in proliferating ASM cells. Am. J. Respir. Crit. Care Med. 181:A2138, 2010.

230. Hasan, R.J., Reno, A., Duru, E., Parks, J., **Panettieri, R.A., Jr.**, Calhoun, W.J., Ameredes, B.T.: Modulation of p38 modulation by enantiomers of formoterol in human airway smooth muscle cells. Am. J. Respir. Crit. Care Med. 181:A5658, 2010.

231. Jude, J.A., Puvanendiran, S., Walseth, T.F., Solway, J., **Panettieri, R.A., Jr.**, Kannan, M.S.: MicroRNA regulation of cytokine-induced CD38 expression in human airway smooth muscle (HASM) cells. Am. J. Respir. Crit. Care Med. 181:A2013, 2010.

232. Ruiz, J., Duru, E.A., Parks, J.L., IV, **Panettieri, R.A**., **Jr.**, Calhoun, W.J., Ameredes, B.T.: Reduction of GM-CSF release in human airway smooth muscle cells by carbon monoxide, hypoxia, and anoxia. Am. J. Respir. Crit. Care Med. 181:A3597, 2010.

233. Tiegs, B., Deshpande, D.A., Yan, H., Sexena, H., Eckhart, A.D., **Panettieri, R.A., Jr.**, Penn, R.B.: G protein-coupled receptor kinase (GRK) inhibition preferentially augments beta-2-adrenergic receptor (β2AR) signaling and function in airway smooth muscle (ASM). Am. J. Respir. Crit. Care Med. 181:A6370, 2010

234. Wang, R., Li, Q.F., Seow, C., **Panettieri, R.A., Jr.**, Tang, D.D.: Role of IL-33 in human airway smooth muscle. Am. J. Respir. Crit. Care Med. 181:A3600, 2010.

235. Damera, G., Fogle, H.W., Doe, C., Brightling, C., Druey, K.M., Amrani, Y., **Panettieri, R.A., Jr.**: RGS4 modulates PDGF-induced MMP-9 expression in human airway myocytes. Am. J. Respir. Crit. Care Med. 183:A5334, 2011.

236. Koziol-White, C., Banerjee, A., Muroyama, Y., Zhao, H.J., Strong, P., Ito, K., Rapeport, G., **Panettieri, R.A., Jr.**: Vitamin D and narrow spectrum kinase inhibitors modulate inflammatory mediator release in a model of steroid-insensitivity and viral exposure. Am. J. Respir. Crit. Care Med. 183:A2142, 2011.

237. Koziol-White, C., Cooper, P., Lee, W., Gern, J., Strong, P., Ito, K., Rapeport, G., **Panettieri, R.A., Jr.**: Rhinovirus 16 (RV16) induces airway hyper-responsiveness and release of IL-8 and IP-10 from human small airways, which is modulated by narrow spectrum kinase inhibitors. Am. J. Respir. Crit. Care Med. 183:A2065, 2011.

238. Divo, M., Pinto-Plata, V.M., Paz, H., Delafont, B., Cortopassi, F.F., Lazaar, A., **Panettieri, R.A., Jr.**, Celli, B.R.: Heart rate variables and not ventilatory variables measured during cardiopulmonary exercise test (CPET) have stronger associations with patient centered outcomes (PCO) in COPD. Am. J. Respir. Crit. Care Med. 183:A2628, 2011.

239. Fang, S., **Panettieri, R.A., Jr.**, Agrawal, A., Murphy, E.C., Parikh, I., Adler, K.B.: Pharmacology studies demonstrate a dual mechanism of action of BIO-11006 as a potential therapeutic for COPD. Am. J. Respir. Crit. Care Med. 183:A4507, 2011.

240. Gerber, A.N., Masuno, K., Haldar, S., Jeyaraj, D., Mailoux, C., Huang, X., **Panettieri, R.A., Jr.**, Jain, M.: Roles of Klf9 and Klf15 in airway biology and the response to glucocorticoids. Am. J. Respir. Crit. Care Med. 183:A2133, 2011.

241. Hasan, R.J., Reno, A.L., Parks, J.L., IV, **Panettieri, R.A., Jr.**, Calhoun, W.J., Ameredes, B.T.: Modulation of NF-κB (p65) activation by enantiomers of formoterol in human airway smoth muscle cells. Am. J. Respir. Crit. Care Med. 183:A4490, 2011.

242. Jude, J.A., Dileepan, M., Subramanian, S., **Panettieri, R.A., Jr.**, Walseth, T.F., Kannan, M.S.: Role of microRNA 140 in TNF-α-induced CD38 expression in human airway smooth muscle (HASM) cells. Am. J. Respir. Crit. Care Med. 183:A3535, 2011.

243. Jude, J.A., Tirumurugaan, K.G., **Panettieri, R.A., Jr.**, Walseth, T.F., Kannan, M.S.: The role of class I phosphatidylinositol-3-kinase in TNF-α-induced CD38 expression in human airway smooth muscle cells. Am. J. Respir. Crit. Care Med. 183:A2151, 2011.

244. Robinson, M.B., Deshpande, D.A., Pascual, R.M., **Panettieri, R.A., Jr.**, Penn, R.B., Meyers, D.A., Bleecker, E.R., Hawkins, G.A.: IL-6 signaling in human airway smooth muscle (HASM): distinct signaling effected by the soluble IL6 receptor and functional consequences. Am. J. Respir. Crit. Care Med. 183:A2074, 2011.

245. Ruiz, J., Hallberg, L.M., Parks, J.L., IV, **Panettieri, R.A., Jr.**, Boldogh, I., Ameredes, B.T.: Reduction of intracellular reactive oxygen species levels and oxidative metabolic activity in human airway smooth muscle cells by carbon monoxide and hypoxia. Am. J. Respir. Crit. Care Med. 183:A2538, 2011.

246. Sivakumar, P., Interrante, A., Becker, K., Dudas, P., Ort, T., **Panettieri, R.A., Jr.**, Tocker, J., Pratta, M.: Modulation of lung fibroblast and epithelial cell phenotypes in co-culture. Gordon Conference on Lung Development and Injury, August 2011.

247. Columbo, M., Wong, B., **Panettieri, R.A., Jr.**, Rohr, A.S.: Asthma in the elderly: the role of exhaled nitric oxide measurements. J. Allergy Clin. Immunol. 129 (2 Suppl.), 2012, Poster Presentation at AAAAI Annual Meeting, Orlando, FL

248. Rohr, A.S., Wong, B., **Panettieri, R.A., Jr.**, Columbo, M.: The effect of allergen immunotherapy on exhaled nitric oxide in adult subjects with allergic rhinintis and asthma. J. Allergy Clin. Immunol. 129 (2 Suppl.), 2012, Poster Presentation at AAAAI Annual Meeting, Orlando, FL.

249. Koziol-White, C., Baltus, G.A., Cooper, P.R., Nagabukuro, H., Zaller, D.M., Crackower, M., Alves, S.E., **Panettieri, R.A., Jr.**: Selective inhibition of SYK attenuates IgE-mediated bronchoconstriction in human precision cut lung slices. Am. J. Respir. Crit. Care Med. 185:A2827, 2012.

250. An, S.S., Levchenko, A., Ahn, K., Kogut, P., Koziol-White, C., Wang, R., Lee, D., Camoretti-Mercado, B., **Panettieri, R.A., Jr.**, Solway, J.: Novel physical attributes of airway smooth muscle in the pathogenesis of asthma. Am. J. Respir. Crit. Care Med. 185:A2694, 2012.

251. Lim, S., **Panettieri, R.A., Jr.**, George, S.C.: Calcium oscillation response of human airway smooth muscle cells to S-nitroso-N-acetylpenicillamine (SNAP). Am. J. Respir. Crit. Care Med. 185:A2414, 2012.

252. Kavalkovich, K.W., Mathur, A.S., Liu, H., Koziol-White, C., **Panettieri, R.A., Jr.**, Tocker, J., Ort, T.: Evaluation of remodeling and inflammatory activities of normal and asthmatic donor derived human airway smooth muscle cells. Am. J. Respir. Crit. Care Med. 185:A2131, 2012.

253. Mathur, A., Madage, L.A., Kavalkovich, K.W., Jester, W., Koziol-White, C.J., **Panettieri, R.A., Jr.**, Tocker, J.E., Ort, T.: TNFα and IL-17A act in synergy to induce pro-inflammatory responses and

induce steroid insensitivity in bronchial airway smooth muscle cells. Am. J. Respir. Crit. Care Med. 185:A2850, 2012.

254. Robinson, M.B., Pascual, R., **Panettieri, R.A., Jr.**, Bleecker, E.R., Meyers, D.A., Hawkins, G.: IL-6 signaling and potential influences on aspects of remodeling in human airway smooth muscle cells. Am. J. Respir. Crit. Care Med. 185:A2138, 2012.

255. Josey, D., Jones, S.M., **Panettieri, R.A., Jr.**, Kurten, R.C.: Location and trafficking patterns of the endogenous $\beta_2$-adrenergic receptor ($\beta_2$AR) in human lung tissue. Am. J. Respir. Crit. Care Med. 185:A6806, 2012.

256. Lee, D., Wang, W., Deshpande, D., Koziol-White, C., **Panettieri, R.A., Jr.**, Liggett, S., An, S.: Chloroquine, a TAS2R agonist, promotes airway smooth muscle relaxation despite $\beta_2$-adrenergic receptor tachyphylaxis. Am. J. Respir. Crit. Care Med. 185:A4129, 2012.

257. Jiang, X., Pan, H., Nabhan, J., Krishnan, R., Koziol-White, C., **Panettieri, R.A., Jr.**, Lu, Q.: A novel EST-derived RNAi screen reveals a critical role for farnesyl diphosphate synthase in $\beta_2$-adrenergic receptor downregulation. Am. J. Respir. Crit. Care Med. 185:A5614, 2012.

258. Ruiz, J., Hallberg, L.M., **Panettieri, R.A., Jr.**, Ameredes, B.T.: Involvement of the mitochondrial respiratory chain in the anti-inflammatory effects of carbon monoxide in human airway smooth muscle cells. Am. J. Respir. Crit. Care Med. 185:A1277, 2012.

259. Koziol-White, C., Cooper, P., Zhang, J., Dainty, I., **Panettieri, R.A., Jr.**: Budesonide reverses IL-13-induced airway hyper-responsiveness but has little effect on $\beta_2$ agonist response in human small airways. Eur. Respir. J. 40: Suppl. 56, 4828s (Presented at European Respiratory Society Annual Congress, Vienna, Austria, September 2012).

260. Himes, B.E., Hu, R., Wagner, P., Chan, D., Klanderman, B., **Panettieri, R.A., Jr.**, Tantisira, K., Weiss, S.T., Lu, Q.: A study of asthma pharmacogenomics using RNA-seq. Presented at the American Society of Human Genetics Annual Meeting, San Francisco, CA, November 2012.

261. Balenga, N., Yang, Z., Jester, W., **Panettieri, R.A., Jr.**, Druey, K.M.: The role of regulator of G-protein signaling 5 in the pathophysiology of asthma. Keystone Symposium on Pathogenic Processes in Asthma and COPD, Santa Fe, NM, January 2013.

262. Sivakumar, P., Filer, A., Gao, H., Liu, H., Koziol-White, C., Fan, H., Ort, T., Tocker, J., **Panettieri, R.A., Jr.**, Pratta, M.: Functional and transcriptional profiling of human asthmatic and normal bronchial fibroblasts reveals differential pathway regulation and steroid sensitivities. VI World Asthma, Allergy and COPD Forum, London, UK, April 2013.

263. Koziol-White, C., Scala, J., Lee, W.M., Gern, J.E., Strong, P., Ito, K., Rapeport, G., **Panettieri, R.A., Jr.**: Mediator release following rhinovirus exposure is selectively attenuated by a kinase inhibitor but not a steroid in human lung slices. Am. J. Respir. Crit. Care Med. 187:A2651, 2013.

264. Koziol-White, C., Scala, J., Jester, W., Jude, J.A., Maute, C., Dalton, P., **Panettieri, R.A., Jr.**: Exposure of human small airways and airway smooth muscle to formaldehyde increases agonist-mediated bronchoconstriction and calcium levels, but has little effect on mediator release. Am. J. Respir. Crit. Care Med. 187:A2660, 2013.

265. Koziol-White, C.J., Li, S., Jiang, M., Scala, J., Morrisey, E.E., **Panettieri, R.A., Jr.**: FOXP1/P4 knockout increases reactivity of murine airways, upregulates Neuropeptide Y (NPY), and stimulation with NPY increases reactivity of human and murine airways to methacholine. Am. J. Respir. Crit. Care Med. 187:A2650, 2013.

266. Himes, B.E., Wagner, P., Hu, R., Klanderman, B., Jester, W., Johnson, M., **Panettieri, R.A., Jr.**, Tantisira, K.G., Weiss, S.T., Lu, Q.: Transcriptome changes in the human airway smooth muscle in response to asthma medications. Am. J. Respir. Crit. Care Med. 187:A2758, 2013.

267. Rolls, B.A., Ruiz, J., **Panettieri, R.A., Jr.**, Halayko, A.J., Ameredes, B.T.: Granulocyte macrophage colony-stimulating factor (GM-CSF) release by primary and immortalized human airway smooth muscle cells in culture. Am. J. Respir. Crit. Care Med. 187:A1998, 2013.

268. Jiang, Z., Kokalari, B., Ravaioli, G., Redai, I.G., **Panettieri, R.A., Jr.**, Bhatnagar, S., Haczku, A.: Social stress inhibited glucocorticoid receptor (GR) and CAAT enhancer binding protein (C/EBP)-$\beta$ mediated surfactant protein D (SP-D) expression in the lung of mice in an asthma model. Am. J. Respir. Crit. Care Med. 187:A2698, 2013.

269. Dileepan, M., Jude, J.A., **Panettieri, R.A., Jr.**, Walseth, T.F., Kannan, M.S.: MicroRNA regulation of CD38 expression in human airway smooth muscle cells. Am. J. Respir. Crit. Care Med. 187:A3429, 2013.

270. Shoop, L., Lee, D., Akoluk, A., Yoon, A., **Panettieri, R.A., Jr.**, Liggett, S.B., An, S., Wang, W.C.H.: Efficacy of $\beta$-agonist treatment following chronic TAS2R activation in airway smooth muscle. Am. J. Respir. Crit. Care Med. 187:A4742, 2013.

271. Xie, Y., Jiang, H., Abel, P.W., Casale, T.B., **Panettieri, R.A., Jr.**, Tu, Y.: RGS2 repression increases susceptibility of mice to inerleukin-13-induced airway hyperresponsiveness. 2013 FASEB Meeting.

272. Himes, B.E., Jiang, X., Wagner, P., Hu, R., Klanderman, B., Duan, Q., Lasky-Su, J., Jester, W., Johnson, M., **Panettieri, R.A., Jr.**, Tantisira, K.G., Weiss, S.T., Lu, Q.: Transcriptome profiling of human airway smooth muscle cells stimulated with dexamethasone identifies *CRISPLD2* as a regulator of steroid and immune response. Presented at the American Society of Human Genetics Annual Meeting, Boston, MA, October 2013.

273. Stute, M., Yan, B., Ross, J., Chillrud, S., Saberi, P., **Panettieri, R.A., Jr.**: Contrasting groundwater quality in areas with and without gas production by hydraulic fracturing near the PA/NY border. American Geophysical Union Fall Meeting, San Francisco, CA, December 2013.

274. Carr, R., **Panettieri, R.A., Jr.**, Benovic, J.L.: Development of Gs-biased modulators of the $\beta_2$-adrenergic receptor. Experimental Biology Meeting, San Diego, CA, Spring 2014.

275. Koziol-White, C.J., Zhao, H.J., Vakkalanka, S., **Panettieri, R.A., Jr.**: The novel PI3Kδ/γ inhibitor, RP6503, differentially modulates mediator release from human precision cut lung slices (hPCLS) and human airway smooth muscle (hASM) in response to TNFα and IFNγ stimulation. Am. J. Respir. Crit. Care Med. 189:A5319, 2014.

276. Koziol-White, C.J., Strong, P., Ito, K., Rapeport, G., Gern, J.E., **Panettieri, R.A., Jr.**: Rhinovirus 16 (RV16) induced mediator release, but not airway hyper-responsiveness, from human small airways is modulated by the narrow spectrum kinase inhibitor RV1088. Am. J. Respir. Crit. Care Med. 189:A3532, 2014.

277. Jude, J.A., Koziol-White, C.J., Scala, J., Ouyang, Y., Jester, W., Maute, C., Dalton, P., **Panettieri, R.A., Jr.**: Formaldehyde exposure induces anti-oxidant response in human airway smooth muscle (HASM) cells. Am. J. Respir. Crit. Care Med. 189:A5313, 2014.

278. Jude, J.A., Koziol-White, C.J., Cooper, P., Jester, W., Jia, Y., Correll, C., Mehmet, H., **Panettieri, R.A., Jr.**: Ozone induces airway hyperresponsiveness but decreases cytokine secretion in precision-cut human lung slices. Am. J. Respir. Crit. Care Med. 189:A1689, 2014.

279. Yoo, E., Koziol-White, C.J., Jude, J.A., **Panettieri, R.A., Jr.**: Elevated rho kinase activity mediates intrinsic hypercontractility in airway smooth muscle from fatal asthmatic subjects. Am. J. Respir. Crit. Care Med. 189:A2683, 2014.

280. Pluznick, J.L., Yoon, A.-R., Natarajan, N., Aisenberg, W., De Santiago, B., Huang, J., **Panettieri, R.A., Jr.**, Liggett, S.B., An, S.S.: Functional expression of the olfactory signaling system in human airway smooth muscle. Am. J. Respir. Crit. Care Med. 189:A6662, 2014.

281. Ge, M.Q., Kolupoti, A., Kokalari, B., Redai, I.G., Kemeny, D.M., Bailey, M., Sheridan, J.S., **Panettieri, R.A., Jr.**, Penn, R.B., Haczku, A.: Lorazepam treatment reversed pulmonary inflammation in a murine model of allergic exacerbation induced by chronic social stress. Am. J. Respir. Crit. Care Med. 189:A4225, 2014.

282. Gerber, A.N., Sasse, S.K., **Panettieri, R.A., Jr.**, Chu, H.W., Altonsy, M.O.: Transcriptional cooperation between NFκB and the glucocorticoid receptor maintains TNFAIP3/A20 expression: a mechanism to terminate airway inflammation. Am. J. Respir. Crit. Care Med. 189:A4019, 2014.

283. Himes, B.E., Jester, W., Nikolos, C., Johnson, M., Klanderman, B., Litonjua, A.A., Tantisira, K.G., **Panettieri, R.A., Jr.**, Weiss, S.T.: Vitamin D effects on the airway smooth muscle cell transcriptome of fatal asthma patients. Am. J. Respir. Crit. Care Med. 189:A4951, 2014.

284. Robinett, K.S., Koziol-White, C.J., Akoluk, A., An, S.S., **Panettieri, R.A., Jr.**, Liggett, S.B.: Bitter taste receptor function is not diminished in asthmatic human airway smooth muscle cells or in asthma models. Am. J. Respir. Crit. Care Med. 189:A6386, 2014.

285. Liu, H., Mathur, A., Becker, K., Kavalkovich, K., Brauchle, N., Liu, H., **Panettieri, R.A., Jr.**, Dobrin, R., Ort, T., Tocker, J., Dudas, P.: Impact of Th2 stimuli on pulmonary epithelial and airway smooth muscle steroid responsiveness. Am. J. Respir. Crit. Care Med. 189:A6382, 2014.

286. Brightling, C., Bafadhel, M., Bleecker, E., **Panettieri, R.A., Jr.**, She, D., Ward, C.K., Xu, X., van der Merwe, R.: A phase 2a study of benralizumab in adults with COPD, European Respiratory Society International Congress, Munich, Germany, September 2014.

287. Koziol-White, C., Zhang, J., Dainty, I., Miller-Larsson, A., **Panettieri, R.A., Jr.**: A brief budesonide pretreatment has little effect on carbachol-induced bronchoconstriction, but significantly augments formoterol-induced bronchodilation of human small airways. Am. J. Respir. Crit. Care Med. 191: A4118, 2015.

288. Koziol-White, C., Johnson, M., Filer, A., Ryan, M., **Panettieri, R.A., Jr.**: CCL17 augments contractility and contractile pathways in human small airways and airway smooth muscle (ASM). Am. J. Respir. Crit. Care Med. 191: A5187, 2015.

289. Jude, J.A., Ojiaku, C.A., Koziol-White, C., Jester, W., Cao, G., **Panettieri, R.A., Jr.**: Cigarette smoke enhances carbachol-induced airway narrowing in human precision-cut human lung slices (hPCLS). Am. J. Respir. Crit. Care Med. 191: A5002, 2015.

290. Ojiaku, C.A., Jude, J.A., **Panettieri, R.A., Jr.**: The role of NADPH oxidase isoforms and reactive oxygen species in human airway smooth muscle cell (HASMC) function. Am. J. Respir. Crit. Care Med. 191: A3526, 2015.

291. Jiang, Z., Kokalari, B., Koziol-White, C., Jester, W., **Panettieri, R.A., Jr.**, Haczku, A.: 20-hydroxyeicosatetraenoic acid (20-HETE) induces airway inflammation and hyperresponsiveness in mice. Am. J. Respir. Crit. Care Med. 191: A5165, 2015.

292. An, S., Tang, W.Y., Ahn, K., Mitzner, W., Huang, J., Kumar, S., Biswal, S., **Panettieri, R.A., Jr.**, Solway, J., Liggett, S.B.: Inflammation-independent regulation of airway smooth muscle mechanical properties in asthma. Am. J. Respir. Crit. Care Med. 191: A2466, 2015.

293. Himes, B.E., Koziol-White, C.J., Nikolos, C., Jester, W., Johnson, M., Klanderman, B., Litonjua, A.A., Tantisira, K.G., Truskowski, K., MacDonald, K., **Panettieri, R.A., Jr.**, Weiss, S.T.: Vitamin D modulates expression of the airway smooth muscle transcriptome in fatal asthma. Am. J. Respir. Crit. Care Med. 191: A2471, 2015.

294. Gupta, M.K., Asosingh, K., Aronica, M., Comhair, S.A.A., Erzurum, S.C., **Panettieri, R.A., Jr.**, Naga Prasad, S.V.: Loss of beta-adrenergic receptor resensitization in human airway smooth muscle cells from asthmatic patients. Am. J. Respir. Crit. Care Med. 191: A3536, 2015.

295. Huang, J., Aisenberg, W., Cruz, R., Natarajan, N., Oh, J.J., Yong, H.M., **Panettieri, R.A., Jr.**, Liggett, S.B., Pluznick, J.L., An, S.S.: Functional expression of the olfactory signaling system in human airway smooth muscle. Am. J. Respir. Crit. Care Med. 191: A5594, 2015.

296. Bozik, M.E., Hebrank, G.T., Lee, S., Ferguson, B.J., Mather, J., Sullivan, M.S., Archibald, D., **Panettieri, R.A., Jr.**, Dworetzky, S.I.: Dexpramipexole for the treatment of chronic rhinosinusitis with nasal polyps: preliminary findings in an open-label proof of concept trial. International Eosinophil Society 9th Biennial Symposium, Chicago, IL, July 20 2015.

297. Koziol-White, C.J., Zhang, J., Miller-Larsson, A., Dainty, I., **Panettieri, R.A., Jr.**: Budesonide augments formoterol-induced bronchodilation of human small airways within minutes. Presented at the European Respiratory Society 2015 International Congress, Amsterdam, The Netherlands, September 2015.

298. Velalopoulou, A., Pietrofesa, R., Verginadis, I., Koziol-White, C., **Panettieri, R.A., Jr.**, Tuttle, S., Berman, A., Koumenis, C., Christofidou-Solomidou, M.: Novel synthetic secoisolaricirecinol diglucoside (SDG) protects precision-cut human lung slices (huPCLS) from proton radiation damage. Radiation Research Annual Meeting, September 2015.

299. **Panettieri, R.A., Jr.**, Corren, J., Gabriel, S., Ruiz, K.M., Sawchyn, B., Colby, J.A., Mendelson, M.,: Reduction in corticosteroid use among patients receiving omalizumab in real world settings: a systematic literature review of non-randomized studies. Poster Presentation at AAAAI Annual Meeting, Los Angeles, CA, March 2016.

300. Vegesna, A.V., **Panettieri, R.A., Jr.**, Gabriel, S., Ruiz, K.M., Colby, J.A., Maiese, B., Corren, J.: Patient-reported outcomes (PROs) in patients receiving omalizumab (OMB): a systematic literature review. Poster Presentation, AAAAI Annual Meeting, Los Angeles, CA, March 2016.

301. Vos, W., Van Holsbeke, C., Ferreira, F., Nuyttens, L., Chipps, B., **Panettieri, R.A., Jr.**, Lieberman, P., De Backer, J.: Assessment of lung deposition of MEDA Aerospan versus GSK Flovent in a population of asthma patients. Poster Presentation at AAAAI Annual Meeting, Los Angeles, CA, March 2016.

302. Koziol-White, C., Zhang, J., Yoo, E., Charron, C., Stevenson, C., **Panettieri, R.A., Jr.**: A narrow spectrum kinase inhibitor, RV1729, induces bronchodilation of human small airways and rescues agonist-induced desensitization of the $\beta_2$ adrenoceptor ($\beta_2$AR). Poster Presentation at the American Thoracic Society International Conference, San Francisco, CA, May 2016.

303. Ojiaku, C.A., Cao, G., Zhu, W., An, S.S., **Panettieri, R.A., Jr.**: TGF-$\beta 1$ evokes human airway smooth muscle shortening and hyperresponsiveness: a new job description? Poster presentation at the American Thoracic Society International Conference, San Francisco, CA, May 2016.

304. Yoo, E., Vivieros, J., Sidoli, S., Cao, G., Garcia, B.A., **Panettieri, R.A., Jr.**: Elevated histone H3K27 methylation mediates intrinsic hypercontractility in human airway smooth muscle cells from fatal asthma subjects. Poster Presentation at the American Thoracic Society International Conference, San Francisco, CA, May 2016.

305. Himes, B.E., Koziol-White, C., Johnson, M., Jester, W., **Panettieri, R.A., Jr.**: SOCS1 and SOC3 modulate immune response in the airway smooth muscle. Poster Presentation at the American Thoracic Society International Conference, San Francisco, CA, May 2016.

306. Gerber, A.N., Kadiyala, V., **Panettieri, R.A., Jr.**, Sasse, S.: Novel mechanisms of steroid function in airway smooth muscle defined through ChIP-seq. Poster Presentation at the American Thoracic Society International Conference, San Francisco, CA, May 2016.

307. Toews, M., Schulte, N., Tu, Y., **Panettieri, R.,** Romberger, D., Tian, G. The ProS peptide of porcine cathelicidins is an active component of swine concentrate animal feeding operations (CAFOs) dust that mobilizes calcium and stimulates proliferation in human airway smooth muscle cells. Experimental Biology, Chicago, IL, April 2017.

308. Winterbottom, C., Shah, R., Patterson, K., Kreider, M., **Panettieri, R.,** Rivera-Lebron, B., Kawut, S., Miller, W., Litzky, LA., Penning, T., Heinlen, K., Jackson, T., Localio, AR., Christie, J. Exposure to ambient particulate matter is associated with accelerated functional decline in idiopathic pulmonary fibrosis. CHEST, Toronto, Ontario, Canada, October 2017

309. Tian, G., Schulte, NA., Krymskaya, VP., **Panettieri, R.,** Zheng, J., Huang, Y., Toews, ML. Effects of culture medium and glutaminase inhibition on proliferation of normal human airway smooth muscle cells and pulmonary LAM patient-derived cells. American Thoracic Society, Washington, DC., May 2017

310. Ojiaku CA, Cao G, Zhu W, An SS, **Panettieri RA Jr.** TGF-β1 Induces Human Airway Smooth Muscle Cell Shorteningf and Airway Hyperresponsiveness Through a Smad3-dependent Pathway. American Thoracic Society, Washington, DC, May 2017

311. Jude J, Soliman F, Botelhi D, Jester W, **Panettieri RA Jr**. Toxicant 2,4-dinitro-1-chlorobenzene (DNCB) modulates pro-contractile signaling in human airway smooth muscle (HASM) cells. American Thoracic Society, Washington, DC, May 2017

312. Koziol-White CJ, Nezgovorova V, Cohn L, Chupp G, **Panettieri RA Jr**. Blocking YKL-40 (chitinase-like protein chitinase 3) attenuates IL-13-induced airway hyperresponsiveness in a human precision cut lung slice model. American Thoracic Society, Washington, DC, May 2017

313. Koziol-White CJ, Patel R, Corbi C, Lo D, Parikh V, Karmacharya N, Liggett S, **Panettieri RA Jr**. Rhinovirus strains differentially affect airway hyper-reactivity (AHR) in model of human precision cut lung slices (hPCLS). American Thoracic Society, Washington, DC, May 2017

314. Gupta, MK., Cao, G., Harford, T., Peidemonte, G., **Panettieri, RA Jr.,** Erzurum, SC., Prasad, SVN. TNF-α-Nitric Oxide (NO) axis mediated β-adrenergic receptor dysfunction in human airway smooth muscle cells. Experimental Biology, Chicago, IL, April 2017

315. Ke X, Kavati A, Wertz D, Huang Q, Wang L, Willey VJ, Stephenson JJ, Ortiz B, **Panettieri RA Jr**, Corren J. Real-world Clinical Characteristics, Treatment Patterns, and Exacerbations in Asthma Patients Newly Treated with Omalizumab in the United States. American College of Allergy, Asthma, and Immunology Annual Scientific Meeting, Boston, MA, October 2017.

316. Ke X, Kavati A, Wertz D, Huang Q, Wang L, Willey VJ, Stephenson JJ, Ortiz B, **Panettieri RA Jr**, Corren J. A Real-world Assessment of Omalizumab Treatment Pattersn in Asthma Patients Newly Treated with Omalizumab. Poster presentation at the American College of Allergy, Asthma, and Immunology Annual Scientific Meeting, Boston, MA, October 2017.

317. Ke X, Kavati A, Wertz D, Huang Q, Wang L, Willey VJ, Stephenson JJ, Ortiz B, **Panettieri RA Jr**, Corren J. A Real-world Assessment of Asthma Exacerbations in Asthma Patients Newly Treated with Omalizumab. Poster presentation at the American College of Allergy, Asthma, and Immunology Annual Scientific Meeting, Boston, MA, October 2017.

318. **Panettieri RA Jr**, Sjobring U, Peterffy A, Wessman P, Bowen K, Piper E, Colice G, Brightling CE. Efficay and Safety of Tralokinumab in Two Phase III Trials of Severe, Uncontrolled Asthma. American Thoracic Society, San Diego, CA, May 2018.

319. Soong W, Carr W, Chipps BE, Ledford DK, Lugogo N, Moore WC, **Panettieri RA Jr**, Trevor J, Belton L, Trudo F, Ambrose CS. Demographic Characteristics, Comorbidities, and Exacerbation Frequency Among Patients Enrolled in the CHRONICLE Study: A Real-world, Prospective, Observational Study of US, Subspecialist-treated Adults with Severe Asthma. American Academy of Allergy, Asthma and Immunology. San Francisco, February 2019.

320. Soong W, Carr W, Chipps BE, Ledford DK, Lugogo N, Moore WC, **Panettieri RA Jr**, Trevor J, Belton L, Trudo F, Ambrose CS. Characteristics by Provider Subspecialty of Patients Enrolled in the CHRONICLE Study: A Real-world, Prospective, Observational Study of US, Subspecialist-Treated Adults with Severe Asthma. American Academy of Allergy, Asthma and Immunology. San Francisco, February 2019.

321. Carr W, Lugogo N, Moore WC, **Panettieri RA Jr.**, Soong W, Trudo F, Ambrose CS. High Burden of Exacerbations of Severe Asthma: Results from a Real-World Study of Patients Treated by Subspecialists in the United States, February 2019.

322. **Panettieri RA Jr,** Carr W, Chipps BE, Ledford DK, Lugogo N, Moore WC, Soong W, Trevor J, Belton L, Trudo F, Ambrose CS. Characteristics by Provider Subspecialty of Patients Enrolled in the CHRONICLE Study: A Real-World Prospective, Observational Study of U.S., Subspecialist-Treated Adults with Severe Asthma. Dallas, May 2019.

323. Moore WC, Carr W, Chipps BE, Ledford DK, Lugogo N, **Panettieri RA Jr.**, Soong W, Trevor J, Belton L, Trudo F, Ambrose CS. Real-world Biologic Medication Use in a Diverse Population of U.S., Specialist-treated Adults With Severe Asthma: Results of the Chronicle Study. Dallas, May 2019.

324. Ambrose CS, Carr W, Chipps BE, Ledford DK, Lugogo N, Moore WC, Soong W, Trevor J, **Panettieri RA Jr.**, Belton L, Trudo F. "Characteristics of U.S.; Subspecialist-trated Adults with Severe Asthma Receiving and Not Receiving Therapy with Biologic Medications in the CHRONICLE Study. Dallas, May 2019.

325. Wechsler M, Peters S, Chipps B, Hill T, Ariely R, Depietro M, Terasawa E, Thomason D, **Panettieri RA Jr.**. Real-world evidence of reductions in health resource utilization (HRU) and improved efficacy outcomes associated with reslizumab treatment in adults with severe eosinophilic asthma (SEA) in the United States, March 2020.

326. Wechsler M, Chipps B, Hill T, Ariely R, Depietro M, Terasawa E, Thomason D, **Panettieri RA Jr.**. Real-world evidence of improved patient outcomes with reslizumab in adults with severe eosinophilic asthma (SEA): Subgroup analyses of patients using maintenance oral corticosteroids (OCS) prior to treatment initiation, March 2020.

327. Soong W, Ambrose C, Trevor J, Lugogo N, Desai P, Moore W, Trudo F, **Panettieri RA Jr.** Real-World Asthma Exacerbation and Hospitalization Rates by Treatment Among Specialist-Treated United States Severe Asthma Patients. ACAAI 2020, Virtual ePoster Presentation November 2020.

328. Ambrose C, Lugogo N, **Panettieri RA Jr.**, Soong W, Trevor J, Moore W, Desia P, Trudo F. Real-World Burdent of Specialist-Treated Severe Asthma by Blood Eosinophil Count and Total Immunoglobulin E Level. ACAAI 2020, Virtual ePoster Presentation, November 2020.

329. Hanania NA, Maspero J, **Panettieri RA Jr.,** Catro M, Daizadeh N, Djandji Michel, Ortiz B, Rowe P, Deniz Y. Effect Of Dupilumab On Severe Exacerbations In Asthma Patients With And Without Lung Function Improvements, June 2020.

330. Hanania N.A., Maspero J.F., **Panettieri RA Jr.,** Castro M, Daizadeh N, Djandji M, Ortiz B, Rowe P, Deniz Y. Effect of Dupilumab on Severe Exacerbations in Asthma Patients With and Without Lung Function Improvements. 30th International Congress of the European Respiratory Society, Virtual Congress, September 2020.

331. Lugogo N, Carr W, Chipps BE, **Panettieri RA Jr**, Moore WC, Trudo F, Ambrose CS. Maintenance Systemic Coricosteroid Use is Associated with Multiple Adverse Conditions in U.S Adults with Severe Asthma: Results from the CHRONICLE Study. ATS Journals. 2020

332. Soong W, Ambrose C, Carstens D, Trudo F, Moore W, **Panettieri RA Jr..** Which Severe Asthma Patients are Switching, Stopping, or Continuing Biologic Treatments? AAAAI March 2021

333. **Panettieri RA, Jr.**, Lugogo N, Moore W.C.,Chipps B.E.,Soong W, Carstens D, Genofre E, Ambrose C.S. Biologic Medications for Severe Asthma are Effective in the Real-World, Including in Subgroups Not Studied in Randomized Trials. CHEST 2021, Accepted. July 2021

334. **Panettieri, RA Jr**, Bangalore M, Camargo, C.A., Cheema T, El Bayadi S, Fiel S, Jain R.G., Midwinter D, Rabadi N, Thomashow B, Lipson D.A. Effect of once-daily single-inhaler fluticasone furoate/umeclidium/vilanterol triple therapy on exacerbations compated with budesonide/formoteral dual therapy in patients with chronic obstructive pulmonary disease and no history of exacerbations: a post hoc analysis of the FULFIL study. CHEST 2021, E-poster, Submitted April 2021

335. **Panettieri, RA Jr**.: Effects of Age of Asthma Onset as a Continuous Variable on Treatment Outcomes. CHEST 2021, E-poster, Submitted April 2021

336. Bleecker E, **Panettieri RA Jr.**, Lugogo N, Corren J, Daizadeh N, Jacob-Nara J, Deniz Y, Rowe P, Khodzhayev A, Ortiz B, Ferro T, Hansen C: Dupilumab Efficacy in Patients With Moderate-to-Severe Type 2 Asthma With and Without Elevated Blood Neutrophils. ATS 2021, Virtual ePoster Presentation May 2021.

337. De La Hoz R, Feldman C, Fennelly K, **Panettieri RA Jr.**, Miller S, Mara L, O'Leary S, Radbel J, Horne D, Castner J. Occupational Covid-19 Exposure: Risks and Mitigation. ATS 2021, Virtual Symposium Presentation, May 2021.

338. **Panettieri RA Jr.**: Demographic Characteristics and Laboratory Biomarker Testing of Patients Receiving Individual Biologic Therapies for Severe Asthma in the United States. ATS 2021, Virtual ePoster Presentation May 2021.

339. Prussin C, **Panettieri RA Jr**., Bozik ME, Archibald DG, Mather JL, Siddiqui S: Oral Dexpramipexole Efficacy in Lowering Blood Eosinophils in Patients with Moderate to Severe Uncontrolled Eosinophilic Asthma. EXHALE (AS2021) ATS 2021, Virtual ePoster Presentation May 2021.

340. Chipps B.E., Soong W, **Panettieri RA Jr**, Carr W, Cook B, Llanos-Ackert JP, Ambrose CS. Disease Triggers and Associated Quality of Life Among Specialist-Treated US Patients with Severe Asthma. ACAAI 2021 New Orleans, November 2021.Submitted July 2021.

341. Tumminello B, **Panettieri RA Jr**., EQUIP Interim Results: A Phase 1b Study Evaluating Itolizumab in Subjects with Moderate-to-Severe Uncontrolled Asthma. ACAAI 2021 New Orleans, November 2021. Submitted July 2021.

342. Chipps BE, Elliot I, Beasley R, **Panettieri RA Jr.**, Albers F, Cappelletti C Johnsson E. Efficacy and safety of albuterol/budesonide (PT027) in mild-to-moderate asthma: Results of the DENALI study. ATS 2022, Oral presentation. May 16, 2022.

**PRESENTATIONS:**

1988   "Myosin Heavy Chain Regulation in Airway Smooth Muscle," Johns Hopkins University, Baltimore, MD

1989   "A Novel Airway Smooth Muscle Cell Mitogen Induces Transcription of c-fos mRNA," University of Chicago, Chicago, IL

1990   "Treatment of Severe Asthma," Kaiser-Perminante Medical Corporation, Wash. DC

1991   "Airway Smooth Muscle Cell Proliferation:  Insights in Cellular and Molecular Mechanisms," Meakins-Christie Laboratories, McGill University, Montreal, Canada

1991   "Life-Threatening Asthma," American Lung Association of Delaware

1991   "Life-Threatening Asthma," Medical Grand Rounds, Christiana Medical Center, Wilmington, Delaware

1992   "Chronic Severe Asthma," Delaware Academy of Physicians Assistants, Wilmington, Delaware

1992   "Aspirin Challenge and Desensitization for Asthma," ALA/ATS International Conference, Miami Beach, Florida

1993   "Cellular and Molecular Mechanisms Regulating Airway Smooth Muscle Cell Proliferation," Pierce Foundation, New Haven, Connecticut

1994   "Airway Smooth Muscle Proliferation," Harvard School of Public Health, Physiology Program, Boston, MA

1994   "Cell Proliferation:  Molecular and Cellular Mechanisms," McGill University, Montreal, Canada

1994   "COPD Revisited," New York State Society of Internal Medicine, Wilmington, Delaware

1994   "Chronic Severe Asthma," Grand Rounds, Geisinger Medical Center, Danville, PA

1994   NHLBI/NIH Joint USA-Russia Symposium on Vascular Biology and Cellular Differentiation:  Molecular Mechanisms Regulating Airway Smooth Muscle Growth, Dallas, TX

1995   "Cellular and Molecular Mechanisms Regulating Airway Smooth Muscle Cell Proliferation," Yale University, New Haven, CT

1995   "Mechanisms Inducing Airway Smooth Muscle Cell Growth," University of Vermont, Burlington, VT

1995   "Update on Asthma Management," Christ Hospital, Jersey City, NJ

1995   "Pharmacoeconomic Modeling in Asthma," San Francisco,      CA

1995   "Effects of Microgravity on Airway Smooth Muscle Cell Proliferation," Houston, TX

1995   "Strategies to Enhance Adherence (Compliance)," Symposium on New Horizons in Understanding and Managing Asthma," Atlanta, GA

1995   "Update in Asthma Management," The MVP Health Plan Medical Symposium, Lake George, NY

1996   "Molecular Mechanisms Regulating Airway Smooth Muscle Cell Growth," New York University, New York

1996   "Airway Smooth Muscle Cell Proliferation," Smooth Muscle Heterogeneity Workshop, University of Manitoba, Canada, August

1996   "Cytokine Modulation of Smooth Muscle Function," NIH/Russian Scientist Exchange, Samara, Russia, June

1996   "Asthma Care in a Medicaid Managed Care Environment," Zitter Group, San Francisco, CA, September

1997   "Asthma Update," Polyclinic, Harrisburg, PA

1997   "Leukotrienes and Asthma," Grand Rounds, New York Hospital, Flushing, NY

1997   "Update on Asthma Management," Grand Rounds, St. Joseph Hosp., Parkersburg, WV

1997   "Update on Asthma Management," Shady Side Hospital, Pittsburgh, PA

1997   "Pharmacoeconomics of Asthma," Lahey Hitchcock Med. Ctr, Waterville, NH

1997   "Asthma Outcomes," Cambridge Health Resources, Seattle, WA

1997   "Leukotrienes and Asthma," Pennsylvania Allergy & Asthma Association, Harrisburg, PA

1997   "Asthma Disease Management," Pennsylvania Allergy & Asthma Association, Harrisburg, PA

| | |
|---|---|
| 1997 | "Airway Smooth Muscle:  Immunomodulatory Role inAsthma," Research Seminar, Hoffmann-LaRoche Pharmaceuticals, Nutley, NJ |
| 1997 | "Inflammation and Airway Smooth Muscle," Research Symposium, Centocor, Malvern, PA |
| 1997 | "Asthma Disease State Management," National Congress of Managed Care, Washington, DC |
| 1997 | "Airway Smooth Muscle Cell Function in Asthma," 4th Annual Great Lakes Conference, Niagra-on-the-Lake, Ontario, Canada |
| 1997 | "Pranlukast, but not Montelukast, Inhibits Human Airway Smooth Muscle Cell Proliferation," European Respiratory Society, Berlin, Germany |
| 1998 | "Cellular and Molecular Mechanisms Regulating Airway Smooth Muscle Cell Proliferation and Cell Adhesion Molecule Expression," Transatlantic Airway Conference, Lucerne, Switzerland |
| 1998 | "Airway Smooth Muscle Function in Health and Disease," Visiting Professor, Johns Hopkins University, Baltimore, MD |
| 1998 | "Asthma in the 21st Century," George Washington University, Washington, DC |
| 1998 | Participant, Global Workshop on Airway Remodeling, Gothenburg, Sweden |
| 1998 | "Asthma in the Next Millennium," Visiting Professor, University of Mississippi |
| 1998 | Participant, Consensus Meeting on Airway Remodeling, NIH/NHLBI, Washington, DC |
| 1998 | "Asthma Update," Grand Rounds, Crozer-Chester Medical Center |
| 1998 | "Airway Smooth Muscle:  Immunomodulatory Role," Visiting Professor, Louisiana State University, Grand Rounds |
| 1998 | "Airway Smooth Muscle:  Immunomodulatory Role," Visiting Professor, University of Miami, Grand Rounds |
| 1999 | "Airway Smooth Muscle:  Immunomodulatory Role," Visiting Professor, Cleveland Clinic |
| 1999 | "Airway Smooth Muscle: Immunomodulatory Role," Robert E. Cooke Memorial Lecture, AAAAI 55th Annual Meeting, Orlando, FL |
| 1999 | "Airway Remodeling," Visiting Professor, Tufts University, Boston, MA |
| 1999 | "Airway Smooth Muscle Proliferation:  The Signals," Visiting Professor, University of Michigan |
| 1999 | "Asthma and Airway Remodeling," Visiting Professor, Grand Rounds, University of Tennessee, Memphis, TN |
| 1999 | "Airway Remodeling: Irreversible?" Visiting Professor, Grand Rounds, University of Arkansas, Little Rock, AR |
| 1999 | "Immunobiology of Airway Smooth Muscle," Physiology Conference, University of Arkansas, Little Rock, AR |
| 1999 | "Asthma in the New Millennium," Visiting Professor, Grand Rounds, State University of New York, Stony Brook |
| 1999 | "Airway Smooth Muscle Growth: The Cellular and Molecular Mechanisms," Visiting Professor, Case Western Reserve University |
| 1999 | "New Approaches to Asthma Therapy," Visiting Professor, Grand Rounds, Chang Gung Hospital, Taipei, Taiwan |
| 1999 | Invited Speaker, International Genetics of Asthma Workshop, American Lung Association, Boston, MA |
| 1999 | Participant, International Conference on Lymphangiomyomatosis, New York, NY |
| 1999 | "Airway Remodeling: The Therapeutic Approach," Plenary Speaker, American College of Allergy, Asthma and Immunology International Meeting, Chicago, IL |
| 2000 | "Airway Remodeling," Visiting Professor, Emory University, Atlanta, GA, Visiting Professor, Medical College of Georgia, Augusta, GA |
| 2000 | "Asthma and Airway Remodeling," Grand Rounds, Visiting Professor, University of Pittsburgh |
| 2000 | "Asthma Today," Grand Rounds, Ohio State University |
| 2000 | "Asthma," Visiting Professor, Ellis Hospital, Syracuse, NY |
| 2000 | "Cellular and Molecular Mechanisms Regulating Airway Smooth Muscle Cell Function," ALA/ATS International Conference Symposium, Toronto, Ontario, Canada (May) |
| 2000 | "Contribution of Airway Smooth Muscle: Proliferative Mechanisms," World Congress on Lung Health and 10th European Respiratory Society Annual Congress, Florence, Italy (August-September) |
| 2000 | "Airway Remodeling – Therapeutic Approaches," Update in Allergy and Immunology, Nassau County Medical Center, East Meadow, Long Island, NY (October) |
| 2000 | Visiting Professor, University of Virginia, Charlottesville (October) |
| 2000 | "Airway Remodeling," Inova Institute 6th Annual Pulmonary Review Conference, Falls Church, VA (October) |
| 2000 | "Airway Smooth Muscle Function in Asthma," Annual Pittsburgh Allergy Meeting, Pittsburgh, PA (October) |

| | |
|---|---|
| 2000 | "Smooth Muscle Function in Asthma," Visiting Professor, Johns Hopkins University, Baltimore, MD, Division of Clinical Immunology (November) |
| 2000 | "Asthma," Grand Rounds, Franklin Square Hospital, Baltimore, MD (November) |
| 2000 | "Asthma," Grand Rounds, Delaware County Memorial Hospital, Drexel Hill, PA (November) |
| 2000 | "Airway Remodeling in Asthma," Asthma Summit 2000, American Lung Association of Mississippi, Jackson, MS (November) |
| 2000 | "Lung Inflammation and Remodeling," Northeast Pulmonary Teaching Conference, American Lung Association of Central New York, Cornell University, Ithaca, NY (November) |
| 2000 | "Asthma Update," Grand Rounds, Greater Baltimore Medical Associates Hospital, Baltimore, MD (December) |
| 2000 | "Asthma Today," St. Joseph's Hospital, Towson, MD (February) |
| 2001 | "New Therapies in Asthma," Visiting Professor, Seoul National University, Seoul, Korea (February) |
| 2001 | "Smooth Muscle Function in Asthma," Visiting Professor, Kyungpook National University, Daegu, Korea (February) |
| 2001 | "Airway Remodeling in Asthma, Visiting Professor, Pusan National University, Pusan, Korea (February) |
| 2001 | "Smooth Muscle Cells and Airway Remodeling in Asthma," American Academy of Allergy, Asthma and Immunology (AAAAI) 57th Annual Meeting, New Orleans, LA (March) |
| 2001 | "Airway Remodeling: What It Is and What It Isn't," 25th Annual Internal Medicine Conference, Orlando Regional Healthcare, Orlando, FL (March) |
| 2001 | "Airway Smooth Muscle Biology," Visiting Professor, University of Jordan, Amman, Jordan (April) |
| 2001 | "Asthma in the New Millennium," Visiting Professor, Northwestern University, Chicago, IL (April) |
| 2001 | "Airway Smooth Muscle: An Immunomodulatory Cell," Visiting Professor, Cook County Hospital, Chicago, IL (April) |
| 2001 | "Airway Smooth Muscle Function and Airway Remodeling," Conference on Chronic Lung Diseases, Institut Pasteur Euroconference, Paris, France (June) |
| 2001 | "Airway Smooth Muscle: Affect or Effect?" Third Triennial World Asthma Meeting, Chicago, IL (July) |
| 2001 | "Pathophysiology of Asthma: Inflammation and Smooth Muscle Dysfunction," Third Triennial World Asthma Meeting, Chicago, IL (July) |
| 2001 | "Airway Smooth Muscle Function in Asthma," Visiting Professor, Grand Rounds, University of Chicago (July) |
| 2001 | "Asthma Therapy in the New Millennium," Visiting Professor, Grand Rounds, Community Medical Center, Scranton, PA (July) |
| 2001 | "Asthma in the New Millennium," Medical Grand Rounds, Milton S. Hershey Medical Center, Pennsylvania State University (October) |
| 2001 | "Airway Smooth Muscle Cell Function in Asthma," Pulmonary Grand Rounds, University of Kansas, Kansas City, MO (October) |
| 2001 | "Airway Smooth Muscle: An Immunomodulatory Cell," Regional Conference, Washington University, St. Louis, MO (October) |
| 2001 | "Asthma in the New Millennium," Grand Rounds, Washington University, St. Louis, MO (October) |
| 2001 | "Airway Smooth Muscle: An Immunomodulatory Cell," Plenary Session, National Allergy Meeting, Fukuoka, Japan (October) |
| 2001 | "Inflammatory Mediators in Asthma," American College of Chest Physicians National Meeting, Philadelphia, PA (November) |
| 2001 | "Steroid Resistant Asthma," American College of Chest Physicians National Meeting, Philadelphia, PA (November) |
| 2001 | Visiting Professor, "Cellular and Molecular Mechanisms Regulating Airway Smooth Muscle Function," University of Nevada, Reno, Department of Pharmacology (November) |
| 2001 | Visiting Professor, University of Kentucky (November) |
| 2001 | Visiting Professor, "Airway Smooth Muscle Function," Department of Pharmacology, University of Minnesota (December) |
| 2001 | Visiting Professor, "Cellular and Molecular Mechanisms Regulating Airway Smooth Muscle Cell Function," North Carolina State University, Raleigh, NC (January) |
| 2002 | Visiting Professor, "Airway Remodeling," National Institute of Environmental Health Sciences, Research Triangle Park, NC (January) |
| 2002 | "Airway Smooth Muscle as an Immunomodulatory Cell: A New Target for Pharmacotherapy?," Symposium, AAAAI 58th Annual Meeting, New York, NY (March) |
| 2002 | "Airway Remodeling: Fact or Fiction?" Tri-State Chest Physicians Conference, Pittsburgh, PA (March) |

| 2002 | "Airway Smooth Muscle:  More Than a Contractile Unit," Pulmonary Grand Rounds, University of Pittsburgh (March) |
|------|----|
| 2002 | "Asthma in the New Millennium," Grand Rounds, Lehigh Valley Hospital, Allentown, PA (April) |
| 2002 | "Airway Smooth Muscle Function in Asthma," Visiting Professor, University of Rochester, Strong Memorial Hospital, Rochester, NY (May) |
| 2002 | "Airway Smooth Muscle:  An Immunomodulatory Cell?" Postgraduate Course, ALA/ATS International Conference, Atlanta, GA (May) |
| 2002 | "Human Airway Smooth Muscle:  Regulation of Synthetic Function," Symposium, ALA/ATS International Conference, Atlanta, GA (May) |
| 2002 | "The Role of Smooth Muscle in Inflammation," Postgraduate Seminar, ALA/ATS International Conference, Atlanta, GA (May) |
| 2002 | "Molecular and Cellular Mechanisms Leading to Airway Smooth Muscle Remodeling," Postgraduate Seminar, ALA/ATS International Conference, Atlanta, GA (May) |
| 2002 | "Cell Proliferation in Lymphangioleiomyomatosis," Mini-Symposium, ALA/ATS International Conference, Atlanta, GA (May) |
| 2002 | "Airway Smooth Muscle Function in Asthma," Symposium, American College of Allergy, Asthma & Immunology, San Antonio, TX (November) |
| 2002 | "Asthma in the New Millennium," Grand Rounds, Good Samaritan Hospital, Plano, TX (November) |
| 2002 | "Asthma in the New Millennium," Grand Rounds, Baylor University, Houston, TX (November) |
| 2002 | "Cellular and Molecular Mechanisms Regulating Airway Smooth Muscle Function," Visiting Pulmonary Scholar, Duke University, Durham, NC (December) |
| 2002 | "Asthma," Grand Rounds, State University of New York, Stony Brook (December) |
| 2003 | "Cellular and Molecular Mechanisms Regulating Airway Smooth Muscle in Health and Disease," Visiting Professor, Pulmonary Research Conference, University of Iowa, Iowa City, IA (January) |
| 2003 | "Asthma in the New Millennium," Grand Rounds, Welmat Hospital, Bristol, TN (Feb) |
| 2003 | "Asthma in the New Millennium," Grand Rounds, Graduate Hospital, Philadelphia, PA (March) |
| 2003 | "Cellular and Molecular Signaling Processes Regulating Smooth Muscle Cell Function," The LAM Foundation/NHLBI Research Conference, Cincinnati, OH (April) |
| 2003 | "Basic Science Overview," The LAM Foundation/NHLBI Research Conference, Cincinnati, OH (April) |
| 2003 | "Airway Smooth Muscle Function in Health and Disease," Sixth Annual Dr. and Mrs. Michael A. Gerber Memorial Lecture, Tulane University, New Orleans, LA (April) |
| 2003 | "Cellular and Molecular Mechanisms Regulating Airway Smooth Muscle Cell Function," Center for Comparative Respiratory Biology and Medicine, University of California at Davis (May) |
| 2003 | "Asthma:  An Acute, Chronic Disease?" Visiting Professor, University of Manitoba, Canada (June) |
| 2003 | "Cellular and Molecular Mechanisms Regulating Airway Smooth Muscle Cell Function in Health and Disease," Visiting Professor, University of Manitoba, Canada (June) |
| 2003 | "Asthma in the New Millennium," Grand Rounds and Visiting Professor, University of Cincinnati, Cincinnati, OH (October) |
| 2003 | "Asthma on the Cutting Edge:  Novel Concepts Regarding Immunopathogenesis and Implications for Therapy," Symposium Speaker, American College of Chest Physicians, 69th Annual International Scientific Assembly, Orlando, FL (October) |
| 2003 | "Asthma in the New Millennium," Grand Rounds, Doylestown Hospital, Doylestown, PA (October) |
| 2003 | "Cellular and Molecular Mechanisms Regulating Airway Smooth Muscle Cell Function," Distinguished Visiting Professor, Center for Cardiovascular Sciences, Albany Medical College, Albany, NY (November) |
| 2003 | "Asthma in the New Millennium," Pulmonary Medicine Symposium, Butler Memorial Hospital, Butler, PA (November) |
| 2003 | "Cellular and Molecular Mechanisms Regulating Human Airway Smooth Muscle Cell Function," Visiting Professor, Grand Rounds, McMaster University, Hamilton, Ontario, Canada (November) |
| 2004 | "Effects of Uncontrolled Asthma," Symposium on Redefining Asthma Control and Treatment, AAAAI 60th Annual Meeting, San Francisco, CA (March) |
| 2004 | "Cellular and Molecular Mechanisms Regulating Airway Smooth Muscle Function in Health and Disease," Pulmonary & Critical Care Grand Rounds, Columbia University, New York, NY (March) |
| 2004 | "Airway Remodeling: Fact or Fiction?," Pulmonary Grand Rounds, North Shore University Hospital, New Hyde Park, NY (March) |
| 2004 | "Cellular and Molecular Mechanisms Regulating Airway Smooth Muscle Function," Research Seminar, North Shore University Hospital, New Hyde Park, NY (March) |
| 2004 | Workshop Director, "Office-Based Procedures:  Spirometry," American College of Physicians Annual Session, New Orleans, LA (April) |

| | |
|---|---|
| 2004 | Debate, "Does Smooth Muscle Play a Role in Airway Remodeling in Asthma?" Annual Scientific Meeting, Merck Frosst Medical Advisory Council, Respiratory Section, Toronto, Ontario, Canada (April) |
| 2004 | "Airway Smooth Muscle: Immunomodulatory Cells," Eastern Allergy Conference, Key Biscayne, FL (May) |
| 2004 | Invited Speaker, "PDE Function in Airway Smooth Muscle," International Gordon Conference, Pisa, Italy (June) |
| 2004 | "Asthma and Airway Remodeling: Fact or Fiction?" Grand Rounds, Albert Einstein Healthcare Network, Philadelphia, PA (June) |
| 2004 | "Airway Smooth Muscle Cell Hyperplasia in Disease," European Respiratory Society Seminar on the Bronchial Smooth Muscle in Airway Responsiveness, Goteborg, Sweden (June) |
| 2004 | "Airway Smooth Muscle: An Immunomodulatory Cell," Allergy Grand Rounds, University of Texas, Southwest, Dallas, TX (August) |
| 2004 | "Pathogenesis and Treatment of Irreversible Airflow Obstruction," Colorado Allergy Society (September) |
| 2004 | "Mechanisms Regulating Irreversible Airflow Obstruction," Allergy Grand Rounds, National Jewish Medical and Research Center, Denver, CO (September) |
| 2004 | "Asthma in the New Millennium," Central Maine Medical Center, Portland, Maine (October) |
| 2004 | "Airway Remodeling: Is It Physiologically Relevant?" Pulmonary Grand Rounds, Lahey Clinic, Burlington, MA (October) |
| 2004 | "Cytokine and Chemokine Regulation of MAPKinase Pathways," Pulmonary Research Group Fall Symposium, Spring House, PA (November) |
| 2004 | "Phosphodiesterase Inhibition Modulates Airway Smooth Muscle Cell Function in Asthma and Chronic Obstructive Lung Disease," 2nd Annual Phosphodiesterases in Drug Discovery & Development Conference, Philadelphia, PA (November) |
| 2004 | "Cellular and Molecular Mechanisms Regulating Smooth Muscle Function," Pulmonary Grand Rounds, Wake Forest University, Winston-Salem, NC (November) |
| 2004 | "Airway Smooth Muscle: More Than Just Contraction in Asthma and COPD," Visiting Pulmonary Scholar Lecture, Duke University Medical Center, Durham, NC (December) |
| 2005 | "Cellular and Molecular Mechanisms Regulating Airway Smooth Muscle Function in Health and Disease," Pulmonary Grand Rounds, New England Medical Center, Boston, MA (January) |
| 2005 | "Smooth Muscle: A New Therapeutic Target?" International Asthma Meeting, Brussels, Belgium (February) |
| 2005 | "Cellular and Molecular Mechanisms Regulating Airway Smooth Muscle Function," Pulmonary Research Conference, Brown University, Providence RI (February) |
| 2005 | "Asthma: A Disease of Irreversible Airway Obstruction," Medical Grand Rounds, Rhode Island Hospital, Providence, RI (March) |
| 2005 | "Airway Remodeling," The John E. Salvaggio Memorial Lectureship, AAAAI 61st Annual Meeting, San Antonio, TX (March) |
| 2005 | "Airway Remodeling in Asthma," State-of-the-Art Seminar Session, AAAAI 61st Annual Meeting, San Antonio, TX (March) |
| 2005 | "Pathological Control," Interest Section Forum, AAAAI 61st Annual Meeting, San Antonio, TX (March) |
| 2005 | "The Role of Airway Smooth Muscle in Airway Inflammation and Remodeling," Workshop Q&A, AAAAI 61st Annual Meeting, San Antonio, TX (March) |
| 2005 | Co-Director, Clinical Skills Workshop on Office-Based Procedures: Spirometry, American College of Physicians Annual Session, San Francisco, CA (April) |
| 2005 | "Beyond a Structural Role: Contribution of Smooth Muscle to Airway Remodeling," Symposium Speaker: "Extracellular Matrix Regulators During Pathophysiological Lung Remodeling: Implications for Therapy," American Thoracic Society International Conference, San Diego, CA (May) |
| 2005 | "The Therapeutic Targets in Cell Signaling: Where to Start and End?" Symposium Speaker: "Intracellular Signaling Molecules: New Therapeutic Targets in Treatment of Asthma and COPD," American Thoracic Society International Conference, San Diego, CA (May) |
| 2005 | "Airway Smooth Muscle – More Than Just a Contraction," University of Vermont Lung Center, Burlington, VT (July) |
| 2005 | "Airway Remodeling in Asthma," Johns Hopkins University, Baltimore, MD (July) |
| 2005 | "Airway Remodeling: What's New," Pulmonary Grand Rounds, University of Washington, Harborview Hospital, Seattle, WA (September) |
| 2005 | "The Cellular and Molecular Mechanisms That Regulate Airway Smooth Muscle Function," Allergy/Immunology Grand Rounds, University of Washington, Harborview Hospital, Seattle, WA (September) |

| | |
|---|---|
| 2005 | "Airway Remodeling:  Fact or Fiction?" Pulmonary Grand Rounds, Boston University, Boston, MA (November) |
| 2006 | "Asthma Update," Pri-Med Institute, Cleveland, OH (March) |
| 2006 | "Asthma, Airway Remodeling and Smooth Muscle," Department of Medicine Grand Rounds, Maine Medical Center, Portland, ME (April) |
| 2006 | "Cellular and Molecular Mechanisms Regulating Airway Smooth Muscle Function," Housestaff Lecture, Maine Medical Center, Portland, ME (April) |
| 2006 | "Airway Remodeling:  Fact or Fiction?" Dokkyo Medical University, Japan (July) |
| 2006 | "Cellular and Molecular Mechanisms Regulating Airway Smooth Muscle Function in Asthma and COPD," 8th Annual Asthma Remodeling Research Meeting, Tokyo, Japan (July) |
| 2006 | "Airway Remodeling:  Fact or Fiction?" Pulmonary Grand Rounds, University of Alabama, Birmingham (July) |
| 2006 | "Airway Smooth Muscle Cellular and Molecular Signaling Pathways That Modulate Function," Birmingham, Alabama (July) |
| 2006 | "Give Me the Patient's Smooth Muscle Cells and I Will Tell You How to Develop Effective Anti-Asthma Therapy – Pro," Symposium on Pro/Con: Asthma Is (Not) an Inflammatory Disease, European Respiratory Society Annual Congress, Munich, Germany (September) |
| 2006 | "Overview of the Salmeterol Multicenter Asthma Research Trial (SMART) and the Management of Inflammation and Bronchoconstriciton in Adults with Asthma," Pulmonary Grand Rounds, Johns Hopkins University, Baltimore, MD (September) |
| 2006 | "Molecular Mechanisms Regulating Airway Smooth Muscle Function," Molecular Medicine Seminar, University of Chicago, Chicago, IL (September) |
| 2006 | "State of the Science:  Emerging Issues in Basic Asthma," Nebraska Academy of Allergy Dinner, Omaha, NE (October) |
| 2006 | "Airway Remodeling:  Fact or Fiction?" Grand Rounds, Creighton University, Omaha, NE (October) |
| 2006 | "Airway Smooth Muscle:  An Immunomodulatory Cell?" Invited Speaker, Third International Symposium on Respiratory Diseases, Shanghai, China (November) |
| 2006 | "Airway Remodeling:  Fact or Fiction?" Pulmonary Grand Rounds, Vanderbilt University, Nashville, TN (December) |
| 2007 | Clinical Roundtable on Airway Remodeling in Asthma, Robert Wood Johnson University Hospital, New Brunswick, NJ (January) |
| 2007 | "New Approaches to the Management of COPD," St. Joseph's Regional Medical Center, Clifton, NJ (January) |
| 2007 | "Cellular and Molecular Mechanisms Regulating Airway Smooth Muscle Function," Departments of Physiology and Medicine Research Symposium, University of Vermont College of Medicine, Burlington, VT (March) |
| 2007 | "Asthma and Airway Remodeling," Medical Grand Rounds, University of Medicine and Dentistry of New Jersey Hospital, Newark, NJ (March) |
| 2007 | "New Approaches to the Management of COPD," Medical Grand Rounds, Chester County Hospital, West Chester, PA (March) |
| 2007 | "New Approaches to the Management of COPD," Medical Grand Rounds, MetroWest Medical Center, Framingham, MA (April) |
| 2007 | "An Update on COPD," Grand Rounds, St. Joseph's Hospital, Paterson, NJ (April) |
| 2007 | "Understanding Airway Remodeling and Asthma Disease Progression," Peer Discussion Group, San Francisco, CA (May) |
| 2007 | "Assessment and Management of COPD and Asthma in the Perioperative Period," American Thoracic Society International Conference, San Francisco, CA (May) |
| 2007 | "Immunomodulatory Role of Mesenchymally Derived Cells in Asthma," American Thoracic Society International Conference, San Francisco, CA (May) |
| 2007 | "Understanding Airway Remodeling and Asthma Disease Progression," Pediatric Pulmonary Grand Rounds, Johns Hopkins University, Baltimore, MD (June) |
| 2007 | "Understanding Airway Remodeling and Asthma Disease Progression," Medical Grand Rounds, Howard University, Washington, DC (June) |
| 2007 | "Molecular Regulation of the Smooth Muscle," Symposium Speaker, XXVI Congress of the European Academy of Allergology and Clinical Immunology (EAACI), Göteborg, Sweden (June) |
| 2007 | "Asthma," Grand Rounds, Providence St. Vincent's Hospital, Portland, OR (September) |
| 2007 | " Airway Remodeling:  Fact or Fiction?" Pulmonary Grand Rounds, Oregon Health Sciences University, Portland, OR (September) |

| 2007 | Panel Expert, Center Directors Meeting, National Institute of Environmental Health Sciences, Corvallis, OR (October) |
|---|---|
| 2007 | "Asthma in the New Millennium," Grand Rounds, Georgetown University Hospital, Washington, DC (October) |
| 2007 | "LTRA's Role in Asthma-Related Cough," Local Symposium Speaker, Shanghai, China (November) |
| 2007 | "Airway Remodeling:  What Is Physiologically Relevant?" Invited Speaker, Fourth International Symposium on Respiratory Diseases, Shanghai, China (November) |
| 2007 | "Airway Smooth Muscle As An Immunomodulatory Cell," Keynote Speaker, Sixth International Young Investigators' Symposium on Smooth Muscle, Sydney, Australia (November) |
| 2007 | "Antileukotrienes:  Can They Affect Remodeling?" Symposium Speaker, American College of Allergy, Asthma & Immunology Annual Meeting, Dallas, TX (November) |
| 2008 | "Airway Remodeling and Irreversible Airway Obstruction: Fact or Fiction?" Medical Grand Rounds, Oklahoma University Health Sciences Center, Oklahoma City, OK (January) |
| 2008 | "Assessing Asthma Control:  New Tools and Strategies," Philippine Medical Society, Toms River, NJ (January) |
| 2008 | "Airway Remodeling and Asthma Disease Progression:  Implications for Treatment," Pediatric Grand Rounds, Wilmington Hospital, Wilmington, DE (March) |
| 2008 | "Role of Transcription Factors NF-κB and AP-1 in TNFα-Induced Airway Hyperreactivity," Workshop Q&A Speaker, AAAAI Annual Meeting, Philadelphia, PA (March) |
| 2008 | "The Human Airways:  Structure-Function Relationships in Asthma," Discussion Leader, AAAAI Annual Meeting, Philadelphia, PA (March) |
| 2008 | "Role of Smooth Muscle in Severe Asthma," Workshop Speaker, AAAAI Annual Meeting, Philadelphia, PA (March) |
| 2008 | "Airway Remodeling:  Fact or Fiction?" Pulmonary & Critical Care Grand Rounds, Cleveland Clinic, Cleveland, OH (March) |
| 2008 | "Ozone, Asthma and Beyond," Environmental Health Sciences Seminar, Johns Hopkins Bloomberg School of Public Health, Baltimore, MD (April) |
| 2008 | "Difficult Asthma – the Latest Updates," Allergic Disease Forum, Tokyo, Japan (April) |
| 2008 | "Increase Inhaled Corticosteroids," Symposium on Managing Rhinitis:  Strategies to Fill the Unmet Need, Eastern Allergy Conference, Naples, FL (May) |
| 2008 | "Severe Asthma Phenotypes," Symposium on Evolving Understanding and Treatment of Severe Allergic Asthma, Eastern Allergy Conference, Naples, FL (May) |
| 2008 | "Asthma," Pulmonary Grand Rounds, Cooper University Hospital, Camden, NJ (May) |
| 2008 | "Airway Smooth Muscle Function in Asthma," Research Seminar, National Institute of Allergy and Infectious Diseases, Bethesda, MD (July) |
| 2008 | "Understanding Airway Remodeling and Asthma Disease Progression," VA Medical Center, San Francisco, CA (September) |
| 2008 | "Cysteinyl Leukotrienes:  Important Mediators in the Pathogenesis of Allergic Rhinitis," Beth Israel Hospital, Newark, NJ (September) |
| 2008 | "Airway Remodeling:  Fact or Fiction?" Primary Care Grand Rounds, Bayfront Medical Center, St. Petersburg, FL (November) |
| 2008 | "Airway Smooth Muscle:  More Than a Contraction?" Visiting Professor, Department of Physiology, University of Massachusetts Medical School, Worcester, MA (December) |
| 2009 | "Airway Smooth Muscle:  More Than Shortening," Invited Speaker, iCAPTURE Center for Cardiovascular and Pulmonary Research, University of British Columbia, Vancouver, BC (February) |
| 2009 | "Airway Smooth Muscle:  More Than Contraction?" Pulmonary Grand Rounds, University of Miami Miller School of Medicine, Miami, FL (March) |
| 2009 | "Is Airway Smooth Muscle the 'Missing Link' Modulating Airway Inflammation in Asthma?" Symposium Speaker, AAAAI Annual Meeting, Washington, DC (March) |
| 2009 | "How Corticosteroids Prevent Beta Receptor Tolerance in Small Airways," Symposium Speaker, AAAAI Annual Meeting, Washington, DC (March) |
| 2009 | "Airway Smooth Muscle:  New Insight Into Irreversible Airway Obstruction," Visiting Professor Seminar, University of North Carolina, Chapel Hill, NC (August) |
| 2009 | "Airway Smooth Muscle Function in Asthma:  New Insights in Irreversible Airway Obstruction," Visiting Professor, Harvard University, Brigham & Women's Hospital, Boston, MA (September) |
| 2009 | "State of the Science: Emerging Issues in Basic Asthma Research," Grand Rounds, Buffalo General Hospital, Buffalo, NY (September) |
| 2009 | "Airway Remodeling and Asthma Disease Progression: Implications for Treatment," Buffalo Allergy Society, Williamsville, NY (September) |

2009    "Advances in COPD:  Diagnosis, Management, and Patient Communication," Grand Rounds, Monmouth Medical Center, Long Branch, NJ (October)

2009    "Practical Approaches to Translating Asthma Guidelines into Everyday Clinical Practice," PriMed Access Meeting, Philadelphia, PA (October)

2009    "Assessing and Managing Asthma Control," JFK Medical Center, Philadelphia, PA (October)

2009    "Understanding the Scope and Burden of COPD," Potomac Center for Medical Education Symposium on Improving COPD Patient Outcomes, Philadelphia, PA (October)

2009    "Updates in COPD Management: From Guidelines to Clinical Practice," Potomac Center for Medical Education Symposium on Improving COPD Patient Outcomes, New York, NY (October)

2009    "Airway Smooth Muscle in Asthma: New Targets," Carter Immunology Center, University of Virginia, Charlottesville, VA (November)

2010    "Asthma: Challenges in Treating a Heterogeneous Disease," Coventry Family Care, Pottstown, PA (January)

2010    "Understanding Airway Remodeling and Asthma Disease Progression," San Diego Allergy Society, San Diego, CA (February)

2010    "Understanding Airway Remodeling and Asthma Disease Progression," Phoenix Allergy Society, Scottsdale, AZ (February)

2010    "Can We Alter the Course of Remodeling and How Can We Do It?" AAAAI Dinner Symposium, New Orleans, LA (February)

2010    "Asthma: Challenges in Treating a Heterogeneous Disease," Hilton City Line Avenue, Philadelphia College of Osteopathic Medicine, Internal Medicine Ground Rounds, Philadelphia, PA (March)

2010    "Understanding Asthma vs. COPD: A Focus on COPD Treatment," St. Mary Medical Center, Langhorne, PA (March)

2010    "State of the Science: Emerging Issues in Basic Asthma Research," UMDNJ, Allergy & Immunology Grand Rounds, Newark, NJ (April)

2010    "Differential Diagnosis and the Treatment of COPD," Owosso Medical Group, Owosso, MI (May)

2010    "Steroid Insensitive Airways Disease: New Frontiers," University Hospitals Case Medical Center, Cleveland, OH (June)

2010    "Asthma: Challenges in Treating a Heterogeneous Disease," Pennsylvania Convention Center, Philadelphia, PA (June)

2010    "Smooth Muscle as an Inflammatory Organ," 9th International Congress on Pediatric Pulmonology, Vienna, Austria (June)

2010    "Asthma and Reversible Airway Obstruction: New Insights," Pulmonary Grand Rounds, University of Louisville HealthCare Outpatient Center, Louisville, KY (July)

2010    "Update on Airway Remodeling," Update in Allergy and Immunology Symposium, Nassau University Medical Center, East Meadow, NY (October)

2010    "Airway Smooth Muscle Function in Steroid-Insensitive Asthma," Fifth Annual Nemacolin Asthma Conference, Farmington, PA (October)

2010    "Molecular Immunology of Asthma," Allergy Grand Rounds, Creighton University, Omaha, NE (December)

2011    "Airway Smooth Muscle and Steroid Insensitivity: New Insights," Visiting Professor, Department of Physiology and Biophysics, University of Arkansas for Medical Sciences, Little Rock, AR (January)

2011    "Asthma: Challenges in Treating a Heterogeneous Disease," Grand Rounds, Oklahoma State University Hospital, Tulsa, OK (January)

2011    "New Insights in Irreversible Airway Obstruction in Severe Asthma," Asthma Center Seminar, Cleveland Clinic, Cleveland, OH (February)

2011    "Environmental Health Concerns of Nanoparticles and Human Precision Cut Lung Slices: A Novel Model for Drug Discovery and Target Validation," Wyss Institute at Harvard University, Boston, MA (February)

2011    "Irreversible Airway Obstruction in Asthma: New Approaches," Allegheny General Hospital CME: Update on Allergy, Asthma and Immunology, Pittsburgh, PA (June)

2011    "Natural Progression of Asthma," Invited Speaker, Pennsylvania Allergy & Asthma Association Annual Meeting, Hershey, PA (June)

2011    "Irreversible Airway Disease," Invited Speaker, Pennsylvania Allergy & Asthma Association Annual Meeting, Hershey, PA (June)

2011    "Airway Remodeling and Physiological Relevance," Invited Speaker, California Society of Allergy, Asthma and Immunology Annual Educational Meeting, Huntington Beach, CA (July)

2011    "Glucocorticoid-Insensitive Asthma: Diagnosis and Treatment: Can Vitamin D Play a Role in Treatment?" Invited Speaker, California Society of Allergy, Asthma and Immunology Annual Educational Meeting, Huntington Beach, CA (July)

2011    "Steroid Insensitivity in Asthma," Invited Speaker, Long Island Allergy and Asthma Society 18th Annual Scientific Conference, Montauk, Long Island, NY (September)

2011    "Challenges in COPD Management: What are the Novel Therapeutics?" Invited Speaker, Long Island Allergy and Asthma Society 18th Annual Scientific Conference, Montauk, Long Island, NY (September)

2011    "Novel Therapies Targeting Airway Smooth Muscle in Asthma," Medicine Grand Rounds, Cleveland Clinic, Cleveland, OH (October)

2011    "New Asthma Therapeutics:  Target Airway Smooth Muscle," Pulmonary Research Lecture Series, Children's Hospital of Philadelphia, PA (October)

2011    "Remodeling in Pediatric and Adult Asthma: What Does It Mean to the Patient and Physician?" Invited Faculty Member, Future Directions in Respiratory Disease Symposium, Ponte Vedra Beach, FL (October)

2011    "Glucocorticoid-Insensitive Asthma: Diagnosis and Treatment: Can Vitamin D Play a Role in Treatment?" Invited Speaker, New Jersey Allergy, Asthma and Immunology Society Teaching Day, Clark, NJ (October)

2011    "Glucocorticoid-Insensitive Asthma: Diagnosis and Treatment: Can Vitamin D Play a Role in Treatment?" Medical Grand Rounds, Allegheny General Hospital, Pittsburgh, PA (October)

2011    "Allergen Environmental Control Benefits Asthma," Pro-Con Debate Speaker and Invited Discussant, Sixth Annual Nemacolin Asthma Conference, Farmington, PA (October)

2011    "Airway Smooth Muscle: A New Target in the Treatment of Irreversible Airflow Obstruction in Asthma?" Visiting Professor, Center for Lung Biology Research Seminar Series, University of Southern California Keck School of Medicine, Los Angeles, CA (November)

2011    "Steroid Insensitivity: How Does Airway Smooth Muscle Contribute," Invited Speaker, 21st Annual Johns Hopkins Asthma and Allergy Center Symposium: Airway Remodeling: From Nose to Lung, Baltimore, MD (November)

2011    "The Clinical Profile of Roflumilast," Pulmonary Grand Rounds, Deborah Heart and Lung Center, Browns Mills, NJ (December)

2012    "Clinical Considerations in the Assessment and Management of Asthma," Pulmonary Grand Rounds, Hospital Municipal de San Juan, Rio Piedras, Puerto Rico (February)

2012    "Vitamin D: An Anti-Inflammatory Therapy in Asthma," Asthma and Airway Diseases Conference, Washington University School of Medicine, St. Louis, MO (March)

2012    "Airway Remodeling in Asthma: Irreversible Airway Obstruction?" Pulmonary Grand Rounds, Washington University School of Medicine, St. Louis, MO (March)

2012    "Glucocorticoid-Insensitive Asthma-Diagnosis and Treatment: Can Vitamin D Play a Role in Treatment?" Allergy-Immunology Teach Series, University of Washington, Seattle, WA (April)

2012    "Improving Asthma Outcomes: Factors to Consider," Pediatric Grand Rounds, Wilmington Hospital, Wilmington, DE (April)

2012    "Irreversible Airflow Obstruction in Severe Asthma: What Can We Do?" Medical Grand Rounds, Harbor-UCLA Medical Center, Torrance, CA (May)

2012    "Airway Remodeling and Irreversible Obstruction: Master Switches?" Pulmonary Special Lecture Series, David Geffen School of Medicine at UCLA, Los Angeles, CA (May)

2012    "Irreversible Asthma: What Is the Phenotype?" Pediatric Grand Rounds, West Virginia University Health Sciences Center, Morgantown, WV (June)

2012    "Steroid Insensitivity in Asthma: The Role of Airway Smooth Muscle," Pediatric Research Forum, West Virginia University Health Sciences Center, Morgantown, WV (June)

2012    "The Evolving Science of Asthma," Allergy and Rheumatology Grand Rounds, University of Kansas Medical Center, Kansas City, KS (June)

2012    "State of the Science: Emerging Issues in Basic Asthma Research," Medical Forum/Peer Discussion Group, University of California, Davis, Sacramento, CA (July)

2012    "Vitamin D: An Anti-Inflammatory Therapy in Asthma," Center for Comparative Respiratory Biology Medicine, University of California, Davis, Sacramento, CA (July)

2012    "The Evolving Science of Asthma," Pulmonary Grand Rounds, Lahey Clinic, Burlington, MA (August)

2012    "Is It Severe Asthma or COPD? Is Either Disease Steroid Responsive?" Guest Speaker, Innovations in Allergy, Asthma & Immunology Management Conference, Penn State Hershey College of Medicine, Hershey, PA (September)

2012    "The Asthmas: Airway Biology and the Management of Difficult Asthma," Guest Faculty for Conference on Pulmonary Medicine: Emphasis on Airway Diseases, Geisinger Health System, Danville, PA (September)

2012    "Novel Therapeutic Approaches to Treat Airways Diseases: Focus on Severe Asthma and COPD," Guest Speaker, Faculty of Medicine and Surgery, Catania, Italy (October)

2012    "Severe Asthma: What to Do?" Medical Grand Rounds, Nazareth Hospital, Philadelphia, PA (October)

2012    "Airway Smooth Muscle:  A New Target in the Treatment of Irreversible Airflow Obstruction in Asthma?" Pulmonary Research Conference, University of Nebraska Medical Center, Omaha, NE (October)

2012    "Novel Therapies Targeting Airway Smooth Muscle in Asthma," Medicine Grand Rounds, University of Nebraska Medical Center, Omaha, NE (October)

2012    "*In Vitro* and *Ex Vivo* Models for Steroid-Resistant Asthma," Charles River Fall 2012 Pulmonary Research Group Symposium, "Defining and Modeling Complex Asthma Phenotypes," Radnor, PA (November)

2013    "The Evolving Science of Asthma," Medical Grand Rounds, Beth Israel Hospital, Newark, NJ (January)

2013    "Irreversible Airway Obstruction in Asthma: Is It Really Remodeling?" Western Society of Allergy, Asthma and Immunology 51st Annual Scientific Session, Kohala Coast, Hawaii (January)

2013    "Steroid-Insensitive Asthma," Western Society of Allergy, Asthma and Immunology 51st Annual Scientific Session, Kohala Coast, Hawaii (January)

2013    "Ozone and Airway Hyperresponsiveness: New Insights?" Visiting Professor, Environmental and Occupational Health Sciences Institute (EOHSI)/NIEHS, UMDNJ-Robert Wood Johnson Medical School and Rutgers University, Piscataway, NJ (March)

2013    "Airway Smooth Muscle:  Cell Signaling to New Therapeutics in Asthma and COPD," Visiting Professor, Department of Pharmacology & Chemical Biology, University of Pittsburgh School of Medicine, Pittsburgh, PA (April)

2013    "Irreversible Airway Obstruction in Asthma:  Can It Be Prevented?" Invited Speaker, Eastern Allergy Conference, Palm Beach, FL (June)

2013    "Severe Asthma: What to Do?" Grand Rounds, Roxborough Memorial Hospital, Philadelphia, PA (June)

2013    "Airway Smooth Muscle:  New Therapeutic Targets," Visiting Scientist, Amgen Inc., Thousand Oaks, CA (June)

2013    "Airway Smooth Muscle:  Cell Signaling to New Therapeutics in Asthma and COPD," Visiting Professor, Department of Pharmacology, Creighton University School of Medicine, Omaha, NE (June)

2013    "Severe Asthma: What to Do?" Guest Speaker, Nebraska Academy of Allergy Meeting, Omaha, NE (June)

2013    "The Difficult Asthma Patient:  What's Next When All Else Fails?" Invited Speaker, California Society of Allergy, Asthma and Immunology Annual Educational Meeting, Huntington Beach, CA (June)

2013    "Optimal Utilization of Bronchial Thermoplasty in the Complex Asthma Patient, Invited Speaker, California Society of Allergy, Asthma and Immunology Annual Educational Meeting, Huntington Beach, CA (June)

2013    "Severe Asthma: What to Do?" Grand Rounds, Barnabas Health Community Medical Center, Toms River, NJ (August)

2013    "Bronchial Thermoplasty – A Revolutionary Treatment in Asthma," Association of Asthma Educators Annual Conference, Charleston, SC (August)

2013    "Managing Workers with Asthma:  New Insights into an Acute and Chronic Disease," Pennsylvania Occupational and Environmental Medical Society, Fall Occupational Medicine Conference, Philadelphia, PA (September)

2013    "Airway Smooth Muscle in Asthma: Just a Target for Bronchodilation?" Invited Speaker, Eighth Annual Nemacolin Asthma Conference, Farmington, PA (November)

2013    "Previewing Future Health Research," Pennsylvania League of Women Voters Conference on Shale Drilling and Public Health: A Day of Discovery, Pittsburgh, PA (November)

2013    "Bronchial Thermoplasty in Severe Asthma: A New Treatment Option?" Invited Speaker, Teva Respiratory Forum, Barcelona, Spain (December)

2013    "Severe Asthma: What to Do?" Grand Rounds, Mercy Fitzgerald Hospital, Darby, PA (December)

2014    "Airway Smooth Muscle: A Target for Severe Asthma," Invited Speaker, Genentech, South San Francisco, CA (February)

2014    "Groundwater Quality and Health Outcomes in Adjacent Areas With and Without Hydro-Fracturing Activities," and "Where Do We Go from Here?" Speaker, Symposium on Impact of Unconventional Natural Gas Drilling Operations on the Environment and Public Health, Center of Excellence in Environmental Toxicology and Center for Public Health Initiatives, University of Pennsylvania Perelman School of Medicine, Philadelphia, PA (February)

2014    "The Role of Anti-Cholinergics, Vitamin D Replacement and Fine Particle ICS," Speaker, Symposium on Treatment Alternatives for Refractory Severe Asthma, AAAAI Annual Meeting, San Diego, CA (March)

2014    "Severe Asthma: What to Do?" Medicine Grand Rounds, Cooper University Hospital, Camden, NJ (March)

2014    "Glucocorticoid Insensitivity in Airways Disease," Panel Speaker, COPD Istanbul 2014, Istanbul, Turkey (March)

2014    "Airway Smooth Muscle: Novel Therapeutic Targets in COPD," Plenary Session Speaker, COPD Istanbul 2014, Istanbul, Turkey (March)

2014    "Different Technologies for Collection and Analysis of Data on Biomarkers," Panel Speaker, COPD Istanbul 2014, Istanbul, Turkey (March)

2014    "Management of Severe Asthma," CME Program: Advances in Pulmonary Care: An Update, Philadelphia County Medical Society, Philadelphia, PA (March)

2014    "Airway Smooth Muscle: Novel Therapeutic Approaches in Severe Asthma," Asthma Grand Rounds, Montefiore Medical Center, Bronx, NY (March)

2014    "Bronchial Thermoplasty in Severe Asthma: A New Treatment Option?" Invited Speaker, Teva Respiratory Forum, Lisbon, Portugal (June)

2014    "Bronchial Thermoplasty: A (R)evolutionary Treatment in Asthma," Aspen Allergy Conference, Aspen, CO (July)

2014    "The Physician Scientist: Evolution, Revolution and Revelation," Tenth Annual Respiratory Disease Young Investigators Forum, Washington, DC (October)

2014    "Unconventional Gas and Oil Drilling: Insights into Health Consequences," Pennsylvania League of Women Voters Conference on Shale Drilling and Public Health: Days of Discovery, Pittsburgh, PA (October)

2014    "Severe Asthma: What to Do?" Grand Rounds, Delaware County Memorial Hospital, Drexel Hill, PA (December)

2015    Symposium Speaker, "Th2 Cytokine Antagonists in COPD," Presidential Symposium on Th2 Immune Response Modifiers for Severe Airway Disease, AAAAI Annual Meeting, Houston, TX (February)

2015    Invited Speaker, "Summary of Newer Approved Therapies (LAMA and Once Daily LABA) for COPD and Potential Use in Asthma," Session on ADT: Frontiers in Obstructive Airway Therapies, AAAAI Annual Meeting, Houston, TX (February)

2015    Invited Speaker, "Asthma-COPD Overlap Syndrome," Airway Vista Chronic Obstructive Pulmonary Disease Symposium, Asan Medical Center, Seoul, South Korea (March)

2015    Invited Speaker, "Airway Smooth Muscle: A Target for Novel Therapies in Asthma and COPD," Airway Vista Chronic Obstructive Pulmonary Disease Symposium, Asan Medical Center, Seoul, South Korea (March)

2015    Moderator, Poster Discussion Session on Asthma, Airway Vista Chronic Obstructive Pulmonary Disease Symposium, Asan Medical Center, Seoul, South Korea (March)

2015    Visiting Professor, "Novel Models in Translation: Asthma and Airway Smooth Muscle," Rutgers New Jersey Medical School, Newark, NJ (April)

2015    "Airway Smooth Muscle: A Novel Therapeutic Target in Severe Asthma," Recognition Award for Scientific Accomplishments, American Thoracic Society International Conference, Denver, CO (May)

2015    Invited Speaker, "Biomarkers Predicting Therapeutic Response in Asthma and COPD," Eastern Allergy Conference, Palm Beach, FL (May)

2015    Invited Speaker, "Improving COPD Outcomes," Eastern Allergy Conference, Palm Beach, FL (May)

2015    Oral Presentation, What Is the Role of Lung Inflammation in Mediating Particulate Matter and Ozone Exposure Effects on Health and Disease? Session on Health Impacts of Atmospheric Particles, Goldschmidt Conference, Prague, CZ (August)

2015    "The Future of Targeted Therapy: Asthma and COPD," and "Airway Smooth Muscle: Novel Targets for Managing Asthma and COPD," Invited Speaker, Eastern Pulmonary Conference, Palm Beach, FL (September)

2015    "Budesonide Augments Formoterol-Induced Bronchodilation of Human Small Airways Within Minutes," Thematic Poster Presentation, European Respiratory Society International Congress, Amsterdam, The Netherlands (September)

2015    "The Physician Scientist: Evolution, Revolution and Revelation," 11th Annual Respiratory Disease Young Investigators Forum, Atlanta, GA (October)

2015    "Bronchial Thermoplasty – The Science and Identification of Responders," Mini-Symposium on Asthma and COPD – COPD Overlap Syndrome (ACOS), Invited Speaker, Tenth Annual Nemacolin Asthma Conference, Farmington, PA (October-November)

2015    "Chronic Airway Obstruction: What Does That Mean? Defining and Categorizing ACOS," Symposium on Asthma, COPD and Asthma-COPD Overlap Syndrome, American College of Allergy, Asthma & Immunology Annual Scientific Meeting, San Antonio, TX (November)

2015    "Diagnostic Workup for Difficult to Control Asthma," Workshop Presenter, American College of Allergy, Asthma & Immunology Annual Scientific Meeting, San Antonio, TX (November)

2015    "Airway Smooth Muscle: A Target for Novel Therapies in Asthma and COPD," Cold Spring Harbor Asia Conference on Development and Pathophysiology of the Respiratory System, Suzhou, China (November)

2016    "Asthma Update: Precision Approaches", 2016 Advances in Pulmonary and Critical Care Medicine Conference, Inova Fairfax Medical Campus, Falls Church, VA. (March)

2016    "Evidence of Asthma Severity:  Identifying At-Risk Patients", Chair, Teva Respiratory program, Los Angeles, CA (March)

2016    "How Bronchial Smooth Muscle Cells Make Airways Hyperresponsive", Moderator, Workshop 2807, American Academy of Allergy, Asthma and Immunology Annual Meeting, Los Angeles, CA. (March)

2016    "Asthma Update:  Precision Approaches", Invited Speaker, New Jersey Thoracic Society Annual Scientific Session, New Brunswick, NJ (April)

2016    "The Future of Targeted Therapy:  Asthma and COPD" and "Airway Smooth AMuscle:  Novel Targets for Managing Asthma and COPD", Invited Speaker, Kentucky Allergy Society Spring Meeting, Lexington, KY (April).

2016    "Airway Smooth Muscle:  A Therpeutic Target in Severe Persistent Asthma", Medical Grand Rounds, Princeton Healthcare System, Princeton, NJ (April).

2016    "Unconventional Gas and Oil Drilling is Associated with Increased Hospital Utilization Rates", National Center for Environmental Assessment (webinar), New Brunswick, NJ (April).

2016    "Bronchial Thermoplast:  The Science and Identification of Responders", Invited Speaker, Boston Scientific Practical Workshop, San Francisco, CA (May).

2016    "Understanding Disease Heterogeneity and the Importance of Biomarkers", AZ Symposium Speaker: Unmet Need in Uncontrolled Asthma, San Francisco, CA (May).

2016    "Mechanism of Disease in Severe Asthma:  A Focus on Eosinophils", AZ Symposium Speaker:  Florida Allergy, Immunology and Asthma Society annual meeting, Orlando, FL (July).

2016    "Airway Structural Alterations that Contribute to Severe Asthma", American Academy of Allergy, Asthma and Immunology Life Spectrum of Asthma, Chicago, IL (July).

2016    "Airway Structural Alterations that Contribute to Severe Asthma", Workshop Moderator:  AAAAI Life Spectrum of Asthma, Chicago, IL (July).

2016    Case Discussion Moderator, Symposium on Preventing and Treating Severe Asthma, American Academy of Allergy, Asthma and Immunology Life Spectrum of Asthma, Chicago, IL (July).

2016    "Personalized and targeted therapies – which target to choose?", Symposium speaker:  International ERS Congress, London, England (September).

2016    "Novel Treatments for Asthma and COPD", Invited Speaker:  Eastern Pulmonary Conference, Orlando, FL (September).

2016    "RGS Protein Dysfunction in Asthma", Invited Speaker:  Australian Society of Clinical and Experimental Pharmacologists and Toxicologists (ASCEPT), Melbourne, Australia (November)

2016    "Precision Cut Lung Slices:  Models for the Study of Airway Disease Exacerbations", Invited Speaker: The Woolcock Institute, Sydney, Australia (November)

2016    "Airway Smooth Muscle:  A Target for Difficult to Manage Airways Disease", Invited Speaker: Department of Pharmacology and Therapeutics, University of Melbourne (November)

2017    "Optimizing Medical Management of Severe Asthma", Invited Speaker:  North American Rhinology and Allergy Conference (February)

2017    "Asthma:  Precision Approaches", Invited Speaker:  2017 International Lung Imaging Workshop (March)

2017    "The Paucigranulocytic Phenotype:  Is Airway Remodeling Relevant?", Invited Speaker: 2017 AAAAI Annual meeting (March)

2017    "Deciphering the Maze of Biological Therapy in Asthma", Invited Speaker:  2017 AAAAI Annual Meeting (March)

2017    "IgE or Not IgE, That is the Question – Anti-eosinophil", Invited Speaker:  2017 AAAAI Annual Meeting (March)

2017    "Severe Asthma", Invited Speaker:  Winthrop University Hospital Grand Rounds (April)

2017    "Precision Medicine:  A Promissory Note", Invited Speaker:  OHRP Research Community Forum (March)

2017    "Redefining Severe Uncontrolled Asthma", Invited Speaker:  University of Maryland School of Medicine Grand Rounds (April)

2017    "Mechanisms of Airway Hyperresponsiveness and Remodeling", Session Co-Chair:  American Thoracic Society 2017 International Conference (May)

2017    "Airway Smooth Muscle and Airway Inflammation:  a Dangerous Liaison?", Invited Speaker:  Corso Di Alta Formazione in Malattie Dell'Apparato Respiratorio (Catania, Italy, June)

2017    "Precision Medicine in Severe Asthma", Invited Speaker:  Florida Allergy, Asthma and Immunology Society (June)

2017    "Neutrophilic and pauci-immune phenotypes of asthma", Invited Speaker:  Eastern Pulmonary Conference (August)

2017    "Case Study:  The approach to severe persisten asthma", Session leader:  Eastern Pulmonary Conference (August)

2017    "The comorbidities of COPD", Breakout Session:  Eastern Pulmonary Conference (August)

2017    "The Physician Scientist: Evolution, Revolution and Revelation", Invited speaker: Thirteenth Annual Respiratory Disease Young Investigators' Forum (October)

2017    "The physiological rationale for using bronchodilators", Invited Speaker: International Symposium on Pharmacology and Therapeutics of Bronchodilators, University of Rome (October)

2017    "Precision Cut Lung Slices (PCLS): A Human Model for discovery of Novel Therapeutics", Invited Speaker: University of Texas Health Science Center McGovern Medical School, Houston, TX (November)

2017    "Asthma Update: Precision Approaches", Invited Speaker: Mount Sinai-National Jewish Health Repiratory Institute, Icahn School of Medicine, New York, NY (November)

2017    "Asthma Update: Precision Approaches", Invited Speaker: University of Texas McGovern Medical School, Houston, TX (November)

2018    "Precision Cut Lung Slices (PCLS): A human model for discovery of novel therapeutics", Invited Speaker: University of Washington School of Medicine, Seattle, WA (February)

2018    "Biological Therapies: Risks Vs Benefits", Invited Faculty, American Academy of Allergy, Asthma and Immunology, Orlando, FL (March)

2018    "Is Asthma/COPD Overlap Syndrome an Urban Myth?", Invited Speaker, Department of Medicine Grand Rounds, Penn State College of Medicine, Hershey, PA (April)

2018    "Airway Smooth Muscle and Inflammation: A Dangerous Liaison", Invited Speaker for lecture series "Excellence in Pulmonary and Critical Care Medicine, University of Colorado Anschutz Medical Campus, Aurora, CO (May)

2018    "The Role of Viral Infections in the Exacerbation of Asthma", "Problem-based case study: The Approach to Severe Persistent Asthma: When and Which Biologics?", "Biologics before Bronchial Thermoplasty – a Pro/Con Debate", "Future Novel Treatments of Airway Diseases", "Should We Treat GOLD "0", I and II?", Invited Speaker, Eastern Pulmonary Conference, Palm Beach FL (September)

2018    "Asthma Immunology", Invited Faculty, CHEST 2018 Severe Asthma Fellows Course, San Antonio, TX (October)

2018    "Future Novel Bronchodilators in Airway Disease", Invited Speaker, Institute of Physiology, University of Bonn, Bonn, Germany (October)

2018    "Biological Therapies: Risks and Benefits", Invited Speaker, Fondazione Internazional Menarini International Symposium on Complexity of Asthma and its Comorbidities, Bangkok, Thailand (November)

2019    "Asthma: Precision Approaches", Invited Speaker, Department of Family Medicine Grand Rounds, Rutgers Robert Wood Johnson Medical School, New Brunswick, NJ (February)

2019    "Remodeling Meets Airway Hyperresponsiveness", Invited Speaker, Department of Medicine Asthma and Airway Diseases Conference, Washington University St. Louis (March)

2019    "Precision Medicine: Better Medicine and Healthier Individuals", Invited Speaker, Robert Fl Johnston MD Memorial Lecture, Drexel University College of Medicine (April)

2019    "Asthma: Precision Approaches" and "Translational Targets for New Asthma Therapeutics", Invited Speaker, California Society of Allergy, Asthma and Immunology (June)

2019    "Real World Studies in Pulmonary Medicine: More Insight Beyond Randomized Controlled Trials?", Invited Speaker, Eastern Pulmonary Conference (September)

2019    "Navigating National Level Engagement: Why, When and How?", Invited Speaker, Young Investigator Meeting, Chicago (October)

2019    "Asthma Update: Precision Approaches", Keynote Speaker, 24th Annual Mary Parkes Center Asthma and Allergy Teaching Day, University of Rochester (November)

2020    "The Evolution of a Revolution: An NCATS Clinical and Translational Sciences Awardee", Invited Speaker, Tulane University Translational Science Institute (February)

2020    "Summary of the Rutgers Corona Cohort", Invited Speaker, Robert Wood Johnson Medical School Retired Faculty (June)

2020    "Con: Anti-IL5 therapies are NOT biologics of choice (over omalizumab or dupilumab) for severe eosinophilic asthma", Invited Speaker, Eastern Allergy Conference (July)

2020    "The Evolution of a Revolution: A Training Opportunity", Invited Speaker, Rutgers Health GME (November)

2021    "Translational Targets for New Asthma Therapeutics", Invited Speaker, Meakins-Christie Laboratories Research Seminar Series McGill University (February)

2021    "Biologics: Risks vs. Benefits in Severe Uncontrolled Asthma Problem-Based Learning(PBL): A Case of Severe Uncontrolled Asthma". Invited Speaker, 2021 AAAAI Virtual Annual Meeting (February)

2021    "NJ ACTS and Covid-19: What Do You Need to Know?", Invited Speaker, Robert Wood Johnson Medical School Retired Faculty (March)

2021    "Pharmacology of Inhaled β2-agonists", Invited Speaker, 15th Annual International Nemacolin Asthma Conference, Farmington, PA (March)

2021    "Lessons Learned from a Large, Prospective COVID-19 Occupational Exposure Cohort". Invited
        Speaker, ATS Virtual Symposium (May)
2021    "Swimming Upstream in Severe ATS: New Pathways to Patient Management", ATS Virtual Symposium
        (May)
2021    "NJ ACTS Resources to Enhance Clinician Scientist Training", RWJMS (June)
2021    Research Day, Keynote Speaker, Robert Wood Johnson Medical School (July)
2021    "Asthma Education", New Jersey Medical School Pediatrics Grand Rounds (August)
2021    "Asthma Education", Robert Wood Johnson Medical School Family Medicine Grand Rounds
        (September)
2021    "Future biologics for asthma – Where do we stand?", Invited Speaker. Eastern Pulmonay Conference
        (September)
2021    "Case Study: PBL – 45-year-old asthmatic man with eosinophilia and pulmonary infiltrates", Session
        leader: Eastern Pulmonary Conference, Palm Beach, FL (September)
2021    "Future Biologics for COPD: Where do we stand?", Invited speaker. Eastern Pulmonary Conference,
        Palm Beach, FL (September)
2021    "Case Study: PBL – A 60-year-old man referred to you for evaluation of COPD and frequent
        exacerbations", Session leader: Eastern Pulmonary Conference, Palm Beach, FL (September)
2021    "B Agonists and Asthma: Something New, Something Old, Something…?", Invited Speaker. 2021
        Hybrid International Asthma Conference at Nemacolin, Farmington, PA (October)
2021    "Biologic Medications for Severe Asthma are Effective in the Real-World, Including in Subgroups not
        Studies in Randomized Trials", Presenter. CHEST Annual Meeting 2021, Orlando, FL (October)
2021    "Effect of Once-Daily Single-Inhaler Fluticasone Furoate/Umeclidinium/Vilanterol Triple Therapy on
        Exacerbations Compared with Budesonide/Formoterol Dual Therapy in Patients with COPD and No
        History of Exacerbations: A Post Hoc Analysis of TH", Presenter. CHEST Annual Meeting 2021,
        Orlando, FL (October)
2021    "Benralizumab Real-World Effectiveness on Exacerbations Among US Specialist-Treated Patients With
        Severe Asthma: Data From CHRONICLE", Presenter. ACAAI 2021, New Orleans (November)
2021    "Cause for Alarm: New Avenues to the Management of Severe Asthma", Presenter. ACAAI 2021, New
        Orleans (November)
2021    "Omicron, Boosters, and Vaccines for Children", Featured Guest, COVID-19 Health Briefing with
        Chancellor Brian Strom, RBHS (December)
2022    "Airway Smooth Muscle Structure and Function in Health and Disease"Invited Speaker/Faculty USF
        2022, Tampa FL (January)
2022    "Severe Asthma: Definition and Pathodenesis", Invited Speaker/Faculty USF 2022, Tampa FL (January)

**Alternative Media**
**Panettieri, R.A., Jr.**:  Age and asthma (interview with Barbara Floria, editor).  Vitality/Prime Time Supplement,
        Vol. 49, September 2006.
**Panettieri, R.A., Jr.**:  Break free from asthma attacks (interview with Barbara Floria, editor).  Vitality 20 (10):10-
        11, 2006.
**Panettieri, R.A., Jr.**:  Health Quest Live Radio Program on Asthma, WURD 900 AM Talk Radio, October 24,
        2006
**Panettieri, R.A., Jr.**:  33 10- to 15-Minute Radio and Satellite TV Interviews on Asthma and Allergy, April 28,
        2008 (Market Locations Included:  Columbia, SC; Monroe, MI; Rochester-Mason City, IA; Montgomery,
        AL; Columbus, OH; Lubbock, TX; Atlanta, GA; Charleston-Huntington, SC; Miami, FL; Philadelphia-
        Allentown, PA; Palm Springs, CA; Roanoke-Lynchburg, VA; Los Angeles, CA; Bakersfield, CA; Yuma,
        AZ; New York-Hudson Valley, NY; Tampa, FL; Boston, MA; Omaha, NE; Cleveland, OH; Wichita, KS;
        Quincy, MA; Minot-Bismarck, ND; Grand Rapids, MI)
**Panettieri, R.A., Jr.**:  Radio Interview on Allergies and Asthma, Majic 102.3, Washington, DC, May 6, 2008
**Panettieri, R.A., Jr.**:  Radio Interview, Your Health Matters (Lung Health Issues, Asthma, EPA Stats, Pollution),
        WGLS-FM, Greensboro, NJ, May 9, 2008
**Panettieri, R.A., Jr.**:  Live TV Interview, Fox TV Morning Show in Philadelphia, May 26, 2008
Tashkin, D., **Panettieri, R.A., Jr.**:  Addressing the unmet needs in COPD.  ReachMD XM Satellite Radio
        Broadcast, June 2009 (http://reachmd.com)
Edgar, J. (Contributors:  Rachelefsky, G., Johnson, D.K., **Panettieri, R.A., Jr.**):  Outgrowing asthma:  is
        remission possible?  Web MD, www.webmd.com/asthma/features.
**Panettieri, R.A., Jr.**:  MSNBC Interview Re: Dangers of Third-Hand Smoke: Toxic Chemicals Linger Long
        After a Smoker Moves Out, http://www.msnbc.msn.com/id/40740560/ns/health-addictions/, December
        2010

**Panettieri, R.A., Jr.**:  National Media Interviews for Build Smart, Breathe Easier Program, New York City, May 2011

**Panettieri, R.A., Jr.**:  Trouble Breathing? Grab Your Vacuum.  Doctors on Call Blog, Men's Health, June 23, 2011 (http://blogs.menshealth.com/doctors-on-call/trouble-breathing-grab-your-vacuum/2011/06/23/ )

**Panettieri, R.A., Jr**.:  Interviewed by KYW/CBS3 I-Team Regarding Health Issues Associated with Mold Found in Hotel in Atlantic City, February 21, 2012 (http://philadelphia.cbslocal.com/2012/02/27/i-team-hotel-mold-investigation/)

**Panettieri, R.A., Jr.**:  Reducing exacerbations in COPD.  Physician's Weekly, Vol. 29, Issue No. 12, March 19, 2012 (www.physweekly.com) .

**Panettieri, R.A., Jr**.:  Taking sensible precautions with spray tans, Letter for Spa Business Magazine, 2013 1, page 14 (Managing Editor Katie Barnes, www.spabusiness.com)

**Panettieri, R.A., Jr**.:  6ABC Interview Regarding Conrail Tanker Car Derailment in Mantua, NJ, 6ABC Investigative Reporter Wendy Saltzman, February 2013, (http://abclocal.go.com/wpvi/story?section=news/special_reports&id=8999309 )

**Panettieri, R.A., Jr**.:  Commentator in News Article, "Estimating Wastewater from Fracking in the Marcellus Shale," by Charles W. Schmidt, Environmental Health Perspectives, Tillett, T., Editor (February 2013)

**Panettieri, R.A., Jr**.:  Interviewed for Discussant Video Appearing in Cardiac Risk May Increase with COPD Drugs by Charles Bankhead, MedPage Today, 5/21/13 (http://www.medpagetoday.com/MeetingCoverage/ATS/39313)

**Panettieri, R.A., Jr**.:  A look at recidivism in COPD management.  Physician's Weekly, Vol. 30, Issue No. 33, September 2, 2013, http://www.physweekly.com/copd-recidivism.

**Panettieri, R.A., Jr**.:  Reducing readmissions in COPD.  Physician's Weekly, Vol. 30, Issue No. 38, October 14, 2013, .http://www.physweekly.com/copd-reducing-readmissions.

**Panettieri, R.A., Jr**.:  Interviewed by Markham Heid of TIME Magazine for article entitled "You Asked:  Are Self-Tanners Safe?," May 2015, http://time.com/3896827/self-tanner-tanning-lotion/

**Panettieri, R.A., Jr**.:  Interviewed by Melanie Cole on RadioMD, "Are Spray Tans a Safe Alternative to Tanning Beds?" July 15, 2015, http://radiomd.com/player/item/28464-are-spray-tans-a-safe-alternative-to-tanning-beds#.VazyEPlSVAM

**Panettieri, R.A., Jr**.:  MedicalResearch.com Interview, "Study Finds Increased Hospitalizations Near Marcellus Shale Fracking Wells," July 17, 2015, http://medicalresearch.com/author-interviews/study-finds-increased-hospitalizations-near-marcellus-shale-fracking-wells/15836/

**Panettieri, R.A., Jr**.:  The Conversation, "People Near Fracking Wells Show Higher Hospitalization Rates," July 20, 2015, https://theconversation.com/people-near-fracking-wells-show-higher-hospitalization-rates-44755

**Panettieri, R.A., Jr**.:  Radio Interview Re: Study on Fracking and Hospital Visits, Vancouver Cooperative Radio, CFRO 100.5 FM, July 25, 2015

**Panettieri, R.A., Jr**.:  Links to Articles Related to Publication of "Unconventional Gas and Oil Drilling Is Associated with Increased Hospital Utilization Rates," PLoS One, July 15, 2015:

**Penn Medicine News Release**
http://www.uphs.upenn.edu/news/News_Releases/2015/07/panetteri/

**Philadelphia Inquirer Article**
http://www.philly.com/philly/health/20150116_Pa__studies_link_fracking_with_health_problems.html
https://www.inquirer.com/health/dominican-republic-deaths-toxic-exposure-poisoning-20190613.html

**Pittsburgh Post-Gazette Article**
http://powersource.post-gazette.com/powersource/policy-powersource/2015/07/15/Study-finds-those-living-near-Marcellus-shale-wells-more-likely-to-be-hospitalized-Pennsylvania/stories/201507150215

**WHYY/StateImpact Article**
https://stateimpact.npr.org/pennsylvania/2015/07/15/study-shows-increased-hospitalizations-in-pennsylvania-shale-gas-region/

**HealthDay Article**
http://consumer.healthday.com/environmental-health-information-12/environment-health-news-233/hospitalization-rates-jump-near-fracking-sites-study-701340.html

**Newsweek.com Article**
http://www.newsweek.com/living-near-fracking-wells-linked-increased-hospitalization-rates-354093

**Summit County Citizen's Voice**
http://summitcountyvoice.com/2015/07/16/study-tracks-spike-in-fracking-zone-health-problems/

**The Independent (UK)**
http://www.independent.co.uk/environment/people-who-live-near-fracking-sites-suffer-higher-rates-of-heart-conditions-and-neurological-illnesses-says-research-10391339.html

**The Morning Call Article**

http://www.mcall.com/news/nationworld/pennsylvania/mc-pa-fracking-hospital-visits-20150719-story.html

**Public News Service Article**
http://www.publicnewsservice.org/2015-07-20/environment/new-report-links-fracking-to-increased-hospitalizations/a47235-1

**From Quarks to Quasars Article**
http://www.fromquarkstoquasars.com/researchers-seemingly-link-fracking-increase-hospitalizations/

**Panettieri, R.A., Jr**.:  Radio Interview Re: Cardiovascular Hospitalizations in Hydrofracking Areas, WPEL Radio, Montrose, PA, September 26, 2015

**Panettieri, RA, Jr.:**  World Allergy Organization online learning module for CME:  Bronchial Thermoplasty As an Option for Difficult-to-treat Severe Asthma. 2017

**Panettieri RA Jr.:**  Two studies Evaluate Monoclonal Antibody Tralokinumab for Asthma. 2017, Interview. https://medicalresearch.com/asthma/two-studies-evaluate-monoclonal-antibody-tralokinumab-for-asthma/42813/

**Panettieri, RA Jr**.:  Noetic Insight Blinded Panels, Invited Moderator, American Thoracic Society Annual Meeting, San Diego, CA (May)

**Panettieri, RA Jr:** Annenberg Ceneter for Health Sciences "Updates in Preceision Medicine: Elevating the Treatmentof Severe Eosinophilic Asthma", December 15, 2018http://www.annenberg.net/CHEST-CME

**Panettieri, RA Jr.**:  Interviewed by Fox News "Toxicologist says a colorless, odorless 'intoxicant' could be cause of Dominican Republic deaths", June 21,2019 https://www.foxnew.com/world/toxicologist-dominican-republic-deaths

**Panettieri, RA Jr.**: Interviewed by Toledo Blade regarding death of tourists in Dominican Republic " Trouble in Paradise" https://www.toledoblade.com/opinion/editorials/2019/06/27/trouble-in-paradise-deaths-tourism-dominican-republic/stories/20190627025.

**Panettieri, RA Jr.**: Dominican Republic, CBS Local TV, New Jersey " Dominican Republic Tourist Deaths: New Jersey Man Becomes 8th American Case In Last Year", June 18, 2019 https://newyork.cbslocal.com/2019/06/18/new-jersey-man-dies-in-dominican/

**Panettieri, RA Jr.**: Health News Digest, "Researchers Discover Cause of Asthmatic Lung Spasms" http://www.healthnewsdigest.com/news/Asthma_Issues_670/Researchers-Discover-Cause-of-Asthmatic-Lung-Spasms.shtml, August 22, 2019.

**Panettieri, RA Jr.**: Science Codex, "Researchers Discover Cause of Asthmatic Lung Spasms" https://www.sciencecodex.com/researchers-discover-cause-asthmatic-lung-spasms-632255, August 22, 2019

**Panettieri, RA Jr.**: 7th Space, " Researchers Discover Cause of Asthmatic Lung Spasms"http://7thspace.com/headlines/944850/researchers_discover_cause_of_asthmatic_lung_spasms.html, August 22, 2019.

**Panettieri, RA Jr.**: Medicine News Line "Study Uncovers Cause of Asthmatic Lung Spasms" https://medkit.info/2019/08/22/study-uncovers-cause-of-asthmatic-lung-spasms/, August 22, 2019

**Panettieri, RA Jr.**: The Medical News " Study Uncovers Cause of Asthmatic Lung Spasms" https://www.news-medical.net/news/20190822/Study-uncovers-cause-of-asthmatic-lung-spasms.aspx, August 22, 2019

**Panettieri, RA Jr.**: Medical Xprss " Researchers Discover Cause of Asthmatic Lung Spasms" https://medicalxpress.com/news/2019-08-asthmatic-lung-spasms.html, August 22, 2019

**Panettieri, RA Jr.**: Science Magazine " Researchers Discover Cause of Asthmatic Lung Spasms" https://scienmag.com/researchers-discover-cause-of-asthmatic-lung-spasms/, August 22, 2019

**Panettieri, RA Jr.**: Rutgers Today " Researchers Discover Cause of Asthmatic Lung Spasms" https://news.rutgers.edu/research-news/researchers-discover-cause-asthmatic-lung-spasms/20190819#.XWQ3PuhKiUm, August 22, 2019

**Panettieri, RA Jr.**: NJ Biz " Researchers Discover Cause of Asthmatic Lung Spasms" https://njbiz.com/researchers-discover-cause-of-asthmatic-lung-spasms/, August 22, 2019

**Panettieri, RA Jr.**: RT Magazine "Researchers Take Closer Look At Cause of Asthmatic Lung Spasms" http://www.rtmagazine.com/2019/08/asthmatic-lung-spasms/ August 23, 2019

**Panettieri, RA Jr.**: Drug Target Review "Researchers Discover Bronchospams Mechanisms Using Microdevice" https://www.drugtargetreview.com/news/48153/researchers-discover-bronchospasms-mechanisms-using-microdevice/August 26, 2019

**Panettieri, Ra Jr.**: Futurity " Tiny Device Shows How Asthmatic Spasms Happen" https://www.futurity.org/bronchospasm-asthma-muscle-contractions-2143012/ August 26, 2019

**Panettieri, Ra Jr.**: Whyy "Your Child Has Asthma, Now What?" https://whyy.org/articles/your-child-has-asthma-now-what/ August 28, 2019

**Panettieri, Ra Jr.**: "Vaping: How much better Is the cure than the disease?" https://www.nj.com/opinion/2019/10/vaping-is-the-cure-worse-than-the-disease.html October 20th, 2019

**Panettieri, Ra Jr.:** BTN "Rutgers Looks to Revolutionize Asthma Treatment: BTN LIVEBIG"
https://btn.com/2020/03/04/rutgers-looks-to-revolutionize-asthma-treatment-btn-livebig/ February 27th, 2020

**Panettieri, Ra Jr.:** "If You Live With Air Pollution, You're Already More Vulnerable to Covid-19"
https://earther.gizmodo.com/if-you-live-with-air-pollution-youre-already-more-vuln-1842366934
March 17th, 2020

**Panettieri, Ra Jr.:** "When coronavirus kills, the lung condition ARDS can be the culprit. Here's what you need to know." https://www.inquirer.com/health/coronavirus/coronavirus-ards-acute-respiratory-distress-syndrome-pneumonia-penn-rutgers-20200317.html March 17th ,2020

**Panettieri, Ra Jr.:** "I'm a life long asthmatic. What a medical expert told me about coronavirus should scare you sanitary." https://www.nj.com/coronavirus/2020/03/im-a-life-long-asthmatic-what-a-medical-expert-told me-about-coronavirus-should-scare-you-sanitary.html March 22nd,2020

**Panettieri, RA Jr.:** "What we still don't know: Here are some of the big coronavirus questions scientists are racing to answer" https://www.inquirer.com/health/coronavirus-covid19-questions-research-immunity-treatment-vaccines-20200427.html May 5th, 2020

**Panettieri, RA Jr.:** "Why overcoming Covid-19 is just the first hurdle of a much longer journey"
https://www.cnn.com/2020/05/19/health/coronavirus-recovery-long-journey-wellness/index.html May 19th, 2020

**Panettieri, RA Jr.:** " What Happens After You "Recover" From COVID-19? Doctors and Patient's Reveal"
https://www.inverse.com/mind-body/what-happens-after-you-recover-from-covid-19. May 23rd , 2020

**Panettieri, RA Jr.:** "US Doctors Perform 1st COVID-19 Double Lung Transplant. Will it Become a Potential Treatment for Severe Cases?
https://www.health.com/condition/infectiousdiseases/coronavirus/covid-19-double-lung-transplant. June 12th, 2020

**Panettieri, RA Jr.:** "Health Experts:  Expect a 'second wave' of COVID-19.  How big?  Depends on you"
https://www.newsday.com/news/health/coronavirus/coronavirus-second-wave-new-york-covid19-
1.48546899  August 25 2020

**Panettieri, RA Jr.:** "Asthma does not seem to increase the severity of COVID-19"
https://www.openminds.com/market-intelligence/news/asthma-does-not-seem-to-increase-the-severity-of-covid-19/  August 18 2020

**Panettieri, RA Jr.:** "COVID-19 May One Day Come and Go Like the Flu, but We're not There Yet"
https://www.msn.com/en-us/health/medical/covid-19-may-one-day-come-and-go-like-the-flu-but-were-not-there-yet/ar-BB1971aY September 16, 2020

**Panettieri, RA Jr.:** "COVID-19 May One Day Come and Go Like the Flu, but We're not There Yet"
https://www.msn.com/en-au/health/medical/covid-19-may-one-day-come-and-go-like-the-flu-but-we-re-not-there-yet/ar-BB1971aY September 16, 2020

**Panettieri, RA Jr.:** "COVID-19 May One Day Come and Go Like the Flu, but We're not There Yet"
https://www.popsci.com/story/health/covid-19-seasonal-coronavirus/ September 16, 2020

**Panettieri, RA Jr.:** "Is it Safe to Exercise Indoors or Outdoors When Air Quality is Bad? Here's What Experts Say" https://www.health.com/fitness/is-it-safe-to-exercise-indoors-outdoors-when-air-quality-is-bad September 18, 2020

**Panettieri, RA Jr.:** "Is it Safe to Exercise Indoors or Outdoors When Air Quality is Bad? Here's What Experts Say" https://www.msn.com/en-us/health/medical/is-it-safe-to-exercise-indoors-or-outdoors-when-air-quality-is-bad-heres-what-experts-say/ar-BB19boEs  September 18, 2020

**Panettieri, RA Jr.:** "Asthma Does Not Appear to Increase the Risk of COVID-19: Study"
https://www.urdupoint.com/en/pakistan/asthma-does-not-appear-to-increase-the-risk-o-1035867.html
September 21, 2020

**Panettieri, RA Jr.:**"Although Healed, A Number of Corona Patients Still Feeling Symptoms"
https://www.cnnindonesia.com/gaya-hidup/20200923140712-255-549879/meski-sembuh-sejumlah-pasien-corona-masih-merasakan-gejala September 24, 2020

**Panettieri, RA Jr.:** "Could Wildfires Have Long-Term Health Effects?"
https://www.webmd.com/lung/news/20200925/could-wildfires-have-long-term-health-effects
September 25, 2020

**Panettieri, RA Jr.:** "Exercising in Poor Air Quality" https://healthwriteups.com/2020/09/25/exercising-in-poor-air-quality-is-it-safe/ September 25, 2020

**Panettieri, RA Jr.:** "How to Navigate Stress When you Have COPD" https://www.prevention.com/health/health-conditions/a34139506/stress-tips-for-copd/ October 22, 2020

**Panettieri, RA Jr.:** "How to Navigate Stress When you Have COPD" https://www.msn.com/en-us/health/wellness/how-to-navigate-stress-when-you-have-copd/ar-BB1aic7G October 22, 2020

**Panettieri, RA JR.:** "Pfizer Vaccine Data Show 90% Efficacy in Early Results"
https://www.medscape.com/viewarticle/940628 November 9 2020

**Panettieri, RA Jr.:** "Early Data Shows Moderna Coronavirus Vaccine Candidate is 94.5% Effective"
https://cheddar.com/media/early-data-shows-moderna-coronavirus-vaccine-candidate-is-effective November 16 2020

**Panettieri, RA Jr.:** CNN Indonesia quoted Reynold Paniettieri "Video: Long-Term Impact of Covid-19 on Survivors" https://www.cnnindonesia.com/gaya-hidup/20201114180330-259-569810/video-dampak-jangka-panjang-covid-19-pada-penyintas November 17 2020

**Panettieri, RA JR.:** "Pfizer, Moderna both realized tremendous results – why Moderna's are (much) better"
https://www.roi-nj.com/2020/11/17/healthcare/pfizer-moderna-both-realized-tremendous-results-why-modernas-are-much-better/ November 17 2020

**Panettieri, RA Jr.:** "Lung Doc Confident Coronavirus Vaccine Is Effective"
https://www.nbcphiladelphia.com/news/coronavirus/lung-doc-confident-coronavirus-vaccine-is-effective/2602774/November 18 2020

**Panettieri, RA Jr.:** "As Prizer Prepares to Seek Authorization for Vaccine, FDA Vows Transparency"
https://fox11online.com/news/nation-world/as-pfizer-prepares-to-seek-authorization-for-vaccine-fda-vows-transparency November 18 2020

**Panettieri, RA Jr.:** "Dr. Reynold Panettieri, Vice Chancellor for Translational Medicine and Science at Rutgers University, Reacts to Pfizer's 95% Effectiveness in Preventing Infections"
https://omny.fm/shows/winsam-on-demand/dr-reynold-panettieri-vice-chancellor-for-translat#sharing November 18 2020

**Panettieri, RA Jr.:** "Now Prizer and BioNTech Say Their COVID-19 Vaccine is 95% Effective"
https://www.myhealthyclick.com/now-pfizer-and-biontech-say-their-covid-19-vaccine-candidate-is-95-effective/ November 19 2020

**Panettieri, RA Jr.:** "COVID-19 Childhood Vaccinations Down Amid Pandemic"
https://www.newjerseynewsnetwork.com/story/42939627/covid-19-childhood-vaccinations-down-amid-outbreak-nj d November 19 2020

**Panettieri, RA Jr.:** "Moderna, Prizer having similar efficacies is 'quite encouraging': Doctor on vaccine progress" https://finance.yahoo.com/video/moderna-pfizer-having-similar-efficacies-162552174.html November 20 2020

**Panettieri, RA Jr.:** "Rutgers To Receive $3.8M For Coronavirus Testing For Underserved"
https://news.yahoo.com/rutgers-received-3-8m-coronavirus-182141997.html November 24, 2020

**Panettieri, RA Jr.:** "Rutgers to Receive $3.8M to Increase COVID-19 Testing in Underserved Communities"
https://www.tapinto.net/towns/new-brunswick/articles/rutgers-to-receive-3-8m-to-increase-covid-19-testing-in-underserved-communities November 24 2020

**Panettieri, RA Jr.:** "Pallone Announces Rutgers University will Receive $3.8 Million to Improve COVID-19 Testing in Underserved Communities" https://pallone.house.gov/media/press-releases/pallone-announces-rutgers-university-will-receive-38-million-improve-covid-19 November 24 2020

**Panettieri, RA Jr.:** "Moderna Seeks Approval In U.S. And Europe for COVID-19 Vaccine"
https://cheddar.com/media/moderna-seeks-approval-in-u-s-and-europe-for-covid-vaccine December 1 2020

**Panettieri, RA Jr.:** "Benefits vs. risks: Doctors recommend COVID-19 vaccine, despite side effects"
https://www.newsday.com/long-island/vaccine-safety-from-side-effects.1.50086981 December 9 2020

**Panettieri, RA Jr.:** "Herd immunity from Covid-19 requires 80 to 90 percent of the population, says Dr. Rey Panettieri"https://www.cnbc.com/video/2020/12/10/herd-immunity-from-covid-19-requires-80-to-90-percent-of-the-population-says-dr-rey-panettieri.html December 10 2020

**Panettieri, RA Jr**.: "Airbnb, Resilient in Pandemic, Goes Forward With IPO"
https://besttraveltale.com/travel/airbnb-resilient-in-pandemic-goes-forward-with-ipo/ December 10 2020

**Panettieri, RA Jr.:** "Australia Cancels Order for CSL Vaccine as Trial Stumbles"
https://www.msn.com/en-ca/news/world/australia-cancels-order-for-csl-vaccine-as-trial-stumbles/ar-BB1bP7B6 December 11 2020

**Panettieri, RA Jr.: "**Pfizer COVID-19 Vaccine Gets Approval from Key FDA Panel"
https://www.healthline.com/health-news/pfizer-covid-19-vaccine-gets-approval-from-key-fda-panel December 12 2020

**Panettieri, RA Jr.:** "FDA will likely approve Moderna's vaccine quickly: Trial supervisor at Rutgers"
https://video.foxbusiness.com/v/6216969326001/#sp=show-clips December 17 2020

**Panettieri, RA Jr.**: "Here's where all the COVID-19 vaccine candidates currently stand"
https://www.popsci.com/story/health/covid-19-vaccine-candidates-tracker-pfizer-moderna/ December 18

**Panettieri, RA Jr.**: "Moderna, Pfizer vaccine trials were the 'highest of quality': vaccine expert"
https://finance.yahoo.com/video/moderna-pfizer-vaccine-trials-were-153446637.html December 28 2020

**Panettieri, RA Jr.**: "Lessons of COVID-19 research pivot in 2020 could improve medical studies"
https://www.upi.com/Health_News/2020/12/28/Lessons-of-COVID-19-research-pivot-in-2020-could-improve-medical-studies/8021608821540/ December 28 2020

**Panettieri, RA Jr.**: **"**On alert: No cases of mutant COVID strain identified in NJ so far, but experts are wary**"**
https://www.app.com/story/news/coronavirus/2021/01/04/covid-mutant-virus-nj-reports-no-b-117-cases/4135071001/ January 4 2021

**Panettieri, RA Jr.**: **"**NJ faces criticism over decisions to expand vaccine eligibility to 2 million smokers"
https://omny.fm/shows/wcbsam-on-demand/nj-faces-criticism-over-decision-to-expand-vaccine January 14 2021

**Panettieri, RA Jr.**: "New coronavirus strains seem to be emerging daily. Will COVID vaccines remain effective?" https://outline.com/bjDKgs January 18 2021

**Panettieri, RA Jr.**: **"**COVID-19 is changing the way clinical trials are conducted"
https://www.msn.com/en-us/health/medical/covid-19-is-changing-the-way-clinical-trials-are-conducted/ar-BB1d4RLm_ January 25 2021

**Panettieri, RA Jr.**: "The new COVID strains are already here. It's likely too late to stop their spread"
https://www.nj.com/coronavirus/2021/01/the-new-covid-strains-are-already-here-its-likely-too-late-to-stop-their-spread.html January 27 2021

**Panettieri, RA Jr.**: "Rutgers faculty details altered practices of clinical trials due to pandemic"
https://dailytargum.com/article/2021/01/rutgers-faculty-details-altered-practices-of-clinical-trials-due-to-pandemic January 27 2021

**Panettieri, RA Jr.**: "Rutgers' Dr. Rey Panettieri on the Johnson and Johnson vaccine"
https://www.cnbc.com/video/2021/02/01/rutgers-dr-rey-panettieri-on-the-johnson-and-johnson-vaccine.html February 1, 2021

**Panettieri, RA Jr.**: "Here's where all the COVID-19 vaccine candidates currently stand"
https://www.msn.com/en-us/health/medical/here-s-where-all-the-covid-19-vaccine-candidates-currently-stand/ar-BB1c2rE1 February 3 2021

**Panettieri, RA Jr.**: "Double masking is only the start. Here are latest CDC face-covering recommendations."
https://www.yahoo.com/news/cdc-face-covering-recommendations-double-masking-194543652.html February 10 2021

**Panettieri, RA Jr.**: "This Girl Went Viral After Getting Chlamydia in Her Lungs From Vaping—Here's How That Can Happen" https://www.health.com/mind-body/chlamydia-in-lungs-vaping February 10, 2021

**Panettieri, RA Jr.**: "How Does the Covid Vaccine Work? We Made You a Comic to Explain"
https://projects.nj.com/vaccine-comic/ February 22, 2021

**Panettieri, RA Jr.**: "Johnson & Johnson Coronavirus Vaccine Readiness to be Determined by Friday"
https://video.foxbusiness.com/v/6235379968001?playlist_id=938507304001#sp=show-clips February 25, 2021

**Panettieri, RA Jr.**: "Fauci Warns Against Comparing Johnson & Johnson Vaccine to Others"
https://www.foxbusiness.com/lifestyle/fauci-warns-against-comparing-johnson-johnson-vaccine-to-others February 28, 2021

**Panettieri, RA Jr.**: "Covid-19 Coronavirus: 5-hour Delay – Confusion at Auckland Borders"
https://mystylenews.com/world-news/covid-19-coronavirus-5-hour-delay-confusion-at-auckland-borders/ February 28, 2021

**Panettieri, RA Jr.**: "Johnson & Johnson COVID-19 Vaccine 3rd to Receive Emergency Use Authorization"
https://mystylenews.com/lifestyle/johnson-johnson-covid-19-vaccine-3rd-to-receive-emergency-use-authorization/ February 28, 2021

**Panettieri, RA Jr.**: "Has the Pandemic Finally Convinced Doctors to Take the Link Between Physical and Mental Health Seriously?" https://www.health.com/condition/infectious-diseases/coronavirus/covid-pandemic-connection-between-physical-mental-health March 1, 2021

**Panettieri, RA Jr.**: "Pfizer and Moderna Are Testing a Third 'Booster' Dose for Their COVID-19 Vaccines"
https://www.yahoo.com/lifestyle/pfizer-moderna-testing-third-booster-230700097.html March 1, 2021

**Panettieri, RA Jr.**: "Some with long-haul COVID-19 see surprisingly positive vaccine side effect"
https://www.today.com/health/do-long-haulers-feel-better-after-covid-vaccine-t212310 March 19, 2021

**Panettieri, RA Jr.**: "Will the coronavirus ever go away? Maybe, but not anytime soon"
https://www.nj.com/coronavirus/2021/03/will-the-coronavirus-ever-go-away-maybe-but-not-anytime-soon.html March 20, 2021
**Panettieri, RA Jr.**: "COVID Vaccine Shows Drug Roll-Outs Could Happen Faster, Researcher Says"
https://nj1015.com/covid-vaccine-shows-drug-roll-outs-could-happen-faster-researcher-says/ March 21, 2021
**Panettieri, RA Jr.**: "Here's What You Can Do After You're Fully Vaccinated Against COVID-19"
https://www.prevention.com/health/a35852257/what-can-you-do-after-fully-vaccinated-covid-19/
March 22, 2021
**Panettieri, RA Jr.**: "Women Experiencing Stronger Side Effects from COVID Vaccines Than Men"
https://people.com/health/women-experiencing-stronger-side-effects-covid-vaccines-than-men/ March 23, 2021
**Panettieri, RA Jr.**: "NJ Leads U.S. in COVID Case Rate, Vaccine Disparities Persist" WYNC Radio
https://www.wnyc.org/story/nj-leads-us-covid-case-rate-vaccine-disparities-persist/ March 24, 2021
**Panettieri, RA Jr.** Broadcast: "NJ Leads U.S. in COVID Case Rate, Vaccine Disparities Persist" WHYY
https://www.wnyc.org/story/nj-leads-us-covid-case-rate-vaccine-disparities-persist/ March 24, 2021
**Panettieri, RA Jr.** Broadcast: "NJ Leads U.S. in COVID Case Rate, Vaccine Disparities Persist" PBS
https://www.wnyc.org/story/nj-leads-us-covid-case-rate-vaccine-disparities-persist/ March 24, 2021
**Panettieri, RA Jr.** Broadcast: "NJ Leads U.S. in COVID Case Rate, Vaccine Disparities Persist"NPR
https://www.wnyc.org/story/nj-leads-us-covid-case-rate-vaccine-disparities-persist/ March 24, 2021
**Panettieri, RA Jr.**: "Why COVID-19 is Surging in New Jersey but Flat in New York"
https://gothamist.com/news/why-covid-19-surging-new-jersey-flat-new-york March 25, 2021
**Panettieri, RA Jr.**: "Here's where all the COVID-19 vaccinne candidates currently stand" Popular Science
https://www.popsci.com/story/health/covid-19-vaccine-candidates-tracker-pfizer-moderna/
March 26, 2021
**Panettieri, RA Jr.**: "Here's where all the COVID-19 vaccine candidates currently stand" MSN
https://www.msn.com/en-us/health/medical/heres-where-all-the-covid-19-vaccine-candidates-currently-stand/ar-BB1f0iQS March 29, 2021
**Panettieri, RA Jr.**:  "COVID-19 'breakthrough cases' are 'extremeley unlikely', experts say" Yahoo News
https://news.yahoo.com/covid-19-breakthrough-cases-extremely-unlikely-experts-153902708.html
April 1, 2021
**Panettieri, RA Jr.**: "The third wave of COVID is here. It's now a race between vaccines and variants in NJ" The Star Ledger https://www.nj.com/coronavirus/2021/04/the-third-wave-of-covid-is-here-its-now-a-race-between-vaccines-and-variants-in-nj.html April 1, 2021
**Panettieri, RA Jr.**:  "3 NJ Family members contract COVID-19 despite getting vaccine shot last month" News 12 Interview https://newjersey.news12.com/3-nj-family-members-contract-covid-19-despite-getting-vaccine-shot-last-month April 12, 2021
**Panettieri, RA Jr.**: "Johnon & Johnson Vaccine Pause:  What to Know if You Got or Scheduled the Shot" Marketwatch https://www.marketwatch.com/story/johnson-johnson-vaccine-pause-what-to-know-if-you-got-or-scheduled-the-shot-11618338584 April 13, 2021
**Panettieri, RA Jr.**: "Johnon & Johnson Vaccine Pause:  What to Know if You Got or Scheduled the Shot" Barron's https://www.barrons.com/articles/johnson-johnson-vaccine-pause-what-to-know-if-you-got-or-scheduled-the-shot-51618350970 April 13, 2021
**Panettieri, RA Jr.**: "No, We Don't Know that J&J Vaccine Caused Serious Blood Clots in 6 Women" NJ 101.5
https://nj1015.com/no-we-dont-that-jj-vaccine-caused-serious-blood-clots-in-6-women/
April 13, 2021
**Panettieri, RA Jr.**: " Can You Get COVID After Getting Vaccinated? Here's What to Know Now About the Vaccines" People.com https://people.com/health/covid-after-getting-vaccinated-what-to-know-now-about-vaccines/ April 15, 2021
**Panettieri, RA Jr.**: " Can You Get COVID After Getting Vaccinated? Here's What to Know Now About the Vaccines" Yahoo.com https://www.yahoo.com/entertainment/covid-getting-vaccinated-know-now April 15, 2021
**Panettieri, RA Jr.**: "CDC Reports 5,800 Cases of COVID Among Fully Vaccinated People: 'Keep Taking Precautions'" People.com https://people.com/health/cdc-reports-small-portion-fully-vaccinated-people-contract-covid-19/ April 15, 2021
**Panettieri, RA Jr.**: "CDC Reports 5,800 Cases of COVID Among Fully Vaccinated People: 'Keep Taking Precautions'" Yahoo.com https://www.yahoo.com/entertainment/cdc-reports-5-800-cases-150611062.html April 15, 2021

**Panettieri, RA Jr.**: "COVID-19 Update: What You Need to Know Now" Scribd.com
https://www.scribd.com/article/503147974/Covid-19-Vaccine-Update-What-You-Need-To-Know-Now
April 16, 2021

**Panettieri, RA Jr.:** **"**COVID-19 Vaccine Booster Doses May Soon Be a Reality. Here's What Experts Know So
Far" MSN.com https://www.msn.com/en-us/health/medical/covid-19-vaccine-booster-doses-may-soon-
be-a-reality-here-s-what-experts-know-so-far/ar-BB1e840I  April 16, 2021

**Panettieri, RA Jr**.: "These medical experts helped N.J. navigate the pandemic. Here's how they're spending their
summer vacations" The Star Ledger https://www.nj.com/coronavirus/2021/04/these-medical-experts-
helped-nj-navigate-the-pandemic-heres-how-theyre-spending-their-summer-vacations.html April 28,
2021

**Pannetieri, RA Jr.:** "As pandemic recedes, NJ's hospital workers are still getting sick – and dying – from
COVID" Gannett NJ quoted Reynold A. Panettieri, Jr., MD (RITMS)
https://www.app.com/story/news/coronavirus/2021/05/10/covid-nj-hospital-workers-still-getting-sick-
and-dying-virus/4964123001/ May 10, 2021

**Panettieri, RA Jr.:** "Baraka's cash experiment" Politico quoted Reynold A. Panettieri, Jr. MD (RITMS)
https://www.politico.com/newsletters/new-jersey-playbook/2021/05/11/barakas-cash-experiment-492794
May 11, 2021

**Panettieri, RA Jr.:** "Dr. Panettieri: Delta variant affecting the unvaccinated" Claman Countdown on
Foxbussiness.com Claman https://video.foxbusiness.com/v/6263996675001#sp=show-clips July 16,
2021

**Panettieri, RA Jr.:** "Catt Sadler says she has COVID after getting vaccinated. Experts explain 'rare' breakthrough
infections" Yahoo News https://ca.news.yahoo.com/catt-sadler-covid-getting-vaccinated-experts-rare-
breakthrough-infections-165928853.html?guccounter=1 July 14, 2021

**Panettieri, RA Jr.:**  "COVID-19 Vaccine Booster Doses May Soon Be a Reality. Here's What Experts Know So
Far" MSN.com https://www.msn.com/en-us/health/medical/covid-19-vaccine-booster-doses-may-soon-
be-a-reality-heres-what-experts-know-so-far/ar-BB1e840I  July 21, 2021

**Panettieri, RA Jr.:** "Why Middlesex County? An Interview with Dr. Reynold Panettieri, Rutgers University"
Middlesex County NJ Government YouTube Channel https://www.youtube.com/watch?v=-c1qDAP43qg
August 3, 2021

**Panettieri, RA Jr.:** "Do people with asthma face higher COVID risks? Medication may play a role, study finds"
The Miami Herald https://www.miamiherald.com/news/coronavirus/article253393654.html   August 13,
2021

**Panettieri, RA Jr.:** "These U.S. Cities are Requiring Proof of Vaccination for Indoor Activities" Very Well
Health.com https://www.verywellhealth.com/these-cities-are-requiring-proof-of-vaccination-5197638
August 16, 2021

**Panettieri, RA Jr.:** "How to live with the Delta mutant, according to diseases experts – NFL Sports"
jioforme.com https://www.jioforme.com/how-to-live-with-the-delta-mutant-according-to-disease-
experts-nfl-sports/692093/ August 20, 2021

**Panettieri, RA Jr.:** "How to live with the Delta variant, according to diseases experts" Mashable.com
https://mashable.com/article/delta-variant-explained  August 20, 2021

**Panettieri, RA Jr.:** "Vaccine investigator on Pfizer receiving FDA approval: 'Without a doubt' safe and
effective" Claman Countdown on Foxbussiness.com
https://video.foxbusiness.com/v/6269349903001#sp=show-clips August 24, 2021

**Panettieri, RA Jr.:**"Moderna wraps full FDA approval request of COVID-19 vaccine" Foxbussiness.com
https://www.foxbusiness.com/healthcare/moderna-request-full-fda-approval-covid-vaccine  August 25,
2021

**Panettieri, RA Jr.:** "Antibody tests can't confirm if you're protected against COVID-19 after vaccination. Here's
why" Yahoo.com  https://news.yahoo.com/antibody-tests-cant-confirm-youre-100150418.html
September 1, 2021

**Panettieri, RA Jr.:** "Is Pneumonia Contagious? What to Know, and How to Protect Yourself.  Health.com
 https://www.health.com/condition/pneumonia/is-pneumonia-contagious  September 3, 2021

**Panettieri, RA Jr.:** "Double Pneumonia Is an Infection in Both Lungs-Here's What to Know, According to
Doctors" Health.com https://www.health.com/condition/pneumonia/double-pneumonia September 14,
2021

**Panettieri, RA Jr.,**: "Booster vs. third dose: What's the difference, and which do you need?" CNET.com Health
& Wellness https://www.cnet.com/health/booster-vs-third-dose-whats-the-difference-and-which-do-you-
need/  September 15, 2021

**Panettieri, RA Jr.**: "COVID-19 booster shots: former acting HHS secretary weighs in after FDA advisory board endorsement – Fox Business" Todayheadline.co https://todayheadline.co/covid-19-booster-shots-former-acting-hhs-secretary-weighs-in-after-fda-advisory-board-endorsement-fox-business/ September 18, 2021

**Panettieri, RA Jr.**: "The 6 Different Types of Pneumonia, Explained by Doctors" msn.com https://www.msn.com/en-us/health/medical/the-6-different-types-of-pneumonia-explained-by-doctors/ar-AAOFNG7?li=BBnba9O&srcref=rss&ocid=iehrs September 22, 2021

**Panettieri, RA Jr.**: "Clinical Trials Speed Up Because of COVID" NJ101.5 https://nj1015.com/clinical-trials-speed-up-because-of-covid/?utm_source=tsmclip&utm_medium=referral October 17, 2021

**Panettieri, RA Jr.**: "Biomarker Discovery Can Lead to Improved Diagnosis and Treatment of Asthma and COPD" Medical Xpress https://medicalxpress.com/news/2021-10-biomarker-discovery-diagnosis-treatment-asthma.html October 20, 2021

**Panettieri, RA Jr.**: "Biomarker Discovery Can Lead to Improved Diagnosis and Treatment of Asthma and COPD" Philly Voice https://www.phillyvoice.com/asthma-copd-biomarker-treatment-diagnosis-rutgers-study/ October 20, 2021

**Panettieri, RA Jr.**: "Biomarker Discovery Can Lead to Improved Diagnosis and Treatment of Asthma and COPD" Rutgers Today https://www.rutgers.edu/news/biomarker-discovery-can-lead-improved-diagnosis-and-treatment-asthma-and-copd October 20, 2021

**Panettieri, RA Jr.**: "Biomarker discovery can lead to improved diagnosis and treatment of asthma and COPD: Rutgers researchers identified a protein leakage related to chronic airway disease" Science Daily https://www.sciencedaily.com/releases/2021/10/211020135006.htm October 20, 2021

**Panettieri, RA Jr.**: "New discovery can pave the way to better diagnostics and therapeutics for asthma and COPD" News Medical https://www.news-medical.net/news/20211020/New-discovery-can-pave-the-way-to-better-diagnostics-and-therapeutics-for-asthma-and-COPD.aspx October 20, 2021

**Panettieri, RA Jr.**: "Vault Health Joins Forces with Rutgers University on Research into COVID-19 Immunity" WWNYTV https://www.wwnytv.com/prnewswire/2021/10/20/vault-health-joins-forces-with-rutgers-university-research-into-covid-19-immunity/ October 20, 2021

**Panettieri, RA Jr.**: "Protein leak discovery may enhance treatment for lung disease" Futurity Research News https://www.futurity.org/biomarker-chronic-lung-diseases-asthma-copd-2645572/ October 21, 2021

**Panettieri, RA Jr.**: " New Biomarker May Lead to Improved Diagnosis Asthma & COPD" Clinical Lab Products Magazine https://clpmag.com/disease-states/respiratory-disease/new-biomarker-may-lead-to-improved-diagnosis-asthma-copd/ October 22, 2021

**Panettieri, RA Jr.**: "Biomarker Discovery Can Lead to Improved Diagnosis and Treatment of Asthma and COPD"  Patch NJ https://patch.com/new-jersey/newbrunswick/biomarker-discovery-can-lead-improved-diagnosis-treatment October 24, 2021

**Panettieri, RA Jr.**: "Flu season could be bad, experts warn Potential "twindemic" could give COVID-19 an opening to spread, they say" NJ.com  https://www.nj.com/healthfit/2021/10/flu-season-is-here-expect-it-to-be-a-bad-one-in-nj.html October 24, 2021

**Panettieri, RA Jr.**: "Could a cheap drug spell 'game over' for the pandemic?: Medical Marketing + Media https://www.mmm-online.com/home/channel/7-day-supply/could-a-cheap-drug-spell-game-over-for-the-pandemic/ October 29, 2021

**Panettieri, RA Jr.**: **"**Triple Therapy Effective for Severe COPD Exacerbations – Once-daily fluticasone/umecliciium/vilanterol triplet outdoes twice-daily dual  therapy" MedPage Today https://www.medpagetoday.com/meetingcoverage/chestvideopearls/95369 November 1, 2021

**Panettieri, RA Jr.**: **"**Study Points to ABCC1 as Potential Therapy Target in COPD, Asthma" COPD News Today  https://copdnewstoday.com/2021/11/01/study-points-abcc1-potential-therapy-target-copd-asthma/ November 1, 2021

**Panettieri RA Jr.**: **"**Study Points to ABCC1 as Potential Therapy Target in COPD, Asthma" Bio Newsfeeds https://bionewsfeeds.com/2021/11/01/study-points-to-abcc1-as-potential-therapy-target-in-copd-asthma/ November 1, 2021

**Panettieri, RA Jr.**: "At-Home COVID Tests Promise Fast Results Ahead Of Holiday Gatherings, But Are They Accurate? CBS2 Investigates" CBS https://newyork.cbslocal.com/2021/11/06/at-home-covid-tests-gain-popularity-but-are-they-accurate/  November 6, 2021

**Panettieri, RA Jr.**: **"**Delta plus is escalating a COVID spike in the U.K. Could it spell trouble for N.J.?**"** The Star-Ledger https://www.nj.com/coronavirus/2021/11/delta-plus-is-escalating-a-covid-spike-in-the-uk-could-it-spell-trouble-for-nj.html November 13, 2021

**Panettieri, RA Jr.**: "Covid cases rise yet again in U.S. ahead of Thanksgiving holiday" CNBC.com https://www.cnbc.com/2021/11/19/covid-cases-rise-yet-again-in-us-ahead-of-thanksgiving-holiday.html November 19, 2021

**Panettieri, RA Jr.**: "There Was a COVID Outbreak on a US Cruise Ship—And One Case Was Likely the Omicron Variant" Health.com https://www.health.com/condition/infectious-diseases/coronavirus/norwegian-cruise-line-covid-outbreak  December 6, 2021

**Panettieri, RA Jr.**: "Class-action lawsuit planned against New York City's private-sector vaccine mandate, omicron cass tick up" WABC TV NYC https://abc7ny.com/omicron-covid-vaccine-mandate-class-action-lawsuit-nyc/11311044/  December 8, 2021

**Panettieri, RA Jr.**: "Lawsuit planned against NYC's private-secotr vaccine mandate, omicron cases tick up" MSN.com https://www.msn.com/en-us/lifestyle/lifestyle-buzz/lawsuit-planned-against-nyc-s-private-sector-vaccine-mandate-omicron-cases-tick-up/ar-AARBi7i?ocid=hplocalnews&srcref=rss  December 8, 2021

**Panettieri, RA Jr.**: "Two Years Since COVID-19: What Have We Learned?" Rutgers Today https://www.rutgers.edu/news/two-years-covid-19-what-have-we-learned  December 15, 2021

**Panettieri, RA Jr.**: "Despite Vaccines, N.J. is in for Another COVID Holiday Season, Experts Says as Officials Mark Anniversary of Vaccine Rollout, Cases are Again Rising" The Star Ledger https://www.nj.com/coronavirus/2021/12/pandemic-winter-20-despite-vaccines-nj-is-in-for-another-rough-covid-holiday-season.html  December 15, 2021

**Panettieri, RA Jr.**: "Tracing Omicron Matters for Treating and Preventing COVID-19, but Philadelphia Needs Genetic Sequencing Capacity" The Phildelphia Inquirer https://www.inquirer.com/health/coronavirus/covid-omicron-variant-tracking-cdc-pennsylvania-20211216.html  December 16, 2021

**Panettieri, RA Jr.**: "Why Omicron means we all need boosters" Popular Science https://www.popsci.com/health/how-covid-boosters-protect-from-omicron/  December 22, 2021

**Panettieri, RA Jr.**: "Why don't we treat omicron like a bad cold? Well, it's more complicated than that." The Star Ledger https://www.nj.com/coronavirus/2022/01/why-dont-we-treat-omicron-like-a-bad-cold-well-its-more-complicated-than-that.html  January 13, 2022

**Panettieri, RA Jr.**: "NEW YORK, NY: Faces Class Action Lawsuit Over Vaccine Mandates" Class Action Reporter https://muckrack.com/account/login/?next=https://muckrack.com/link/oaWMZV/new-york-ny-faces-class-action-lawsuit-over-vaccine-mandates  January 13, 2022

**Panettieri, RA Jr.**: "How the COVID-19 Pandemic is Affecting Black and Latinx Health Care Workers in Support Roles" Rutgers Today https://www.rutgers.edu/news/how-covid-19-pandemic-affecting-black-and-latinx-health-care-workers-support-roles  January 18, 2022