

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

February 7, 2023

**VIA ECF**
Honorable Julien Xavier Neals, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: ***Teva Branded Pharmaceutical Products R&D, Inc. et al., v. Cipla Ltd. et al.* Civil Action No. 2:20-cv-10172 (JXN-MAH) (Consolidated)**

Dear Judge Neals:

This firm, together with Williams & Connolly LLP, represents Plaintiffs Teva Branded Pharmaceutical Products R&D, Inc. and Norton (Waterford) Ltd. (collectively, "Teva") in the above-captioned matter.

With the consent of Defendant Cipla Ltd., we today filed corrected versions of Teva's Opening Post-Trial Brief (D.E. 251) and Teva's Proposed Post-Trial Findings of Fact (D.E. 252) to resolve a handful of minor typographical errors. D.E. 262; 263. For the Court's convenience, attached hereto as Exhibits A and B are redlined versions of both documents that track the changes made.

We apologize for any inconvenience to the Court and as always, we thank Your Honor for his continued attention to this matter. We are available should Your Honor or Your Honor's staff have any questions.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

Encl.
cc: All Counsel of Record (via ECF and E-mail)